# Exhibit B

**<u>An Executive Order to Affirm New Haven a Welcoming City</u>**

**WHEREAS,** the City of New Haven is home to a diverse population which contributes to the City's economy and cultural richness; and

**WHEREAS,** the City's Administration is committed to promoting the health and safety of all its residents, without regard to their immigration status, in order to achieve the City's goals of protecting life, liberty, and property:

**NOW, THEREFORE:** I, Justin Elicker, by virtue of the power vested in me, as Mayor of the City of New Haven, by the Charter and the laws of the State of Connecticut, hereby proclaim as follows:

I. The American promise to welcome immigrants of the world, from wherever they come, has long-defined the true spirit of our nation;

II. This American promise of welcome drives the Constitution State and the goals of our City.

III. In support of that commitment to promoting the safety of all who live here and in recognition of the fact that all persons need to feel comfortable in their interactions with City officials for the safety and security of the entire community, I declare:

1. New Haven introduced the Elm City Resident Card in 2007, which allows all city residents to obtain a government-issued ID, regardless of immigration status;

2. The New Haven Police Department issued General Order 06-2 in 2006, providing, inter alia, that City police officers may not inquire about immigration status;

3. It shall be the policy of the City that no New Haven officer or City employee shall inquire about a person's immigration status unless required by state or federal law; and

4. No New Haven officer or City employee shall engage in activities designed to ascertain a person's immigration status unless required by state or federal law; and

5. No New Haven officer or City employee shall use agency or department resources, including but not limited to monies, facilities, property, equipment or personnel to investigate, enforce or assist in the investigation or enforcement of any federal program

1

requiring registration of individuals on the basis of race, gender, sexual orientation, religion or national or ethnic origin.

6. "Confidential information" shall mean an individual's social security number, and any information obtained and maintained by a New Haven officer or City employee, relating to an individual's sexual orientation, status as a victim of domestic violence, status as a victim of sexual assault, status as a crime witness, recipient of public assistance, or immigration status.

7. No New Haven officer or City employee shall disclose confidential information unless such disclosure:

    a.    has been authorized in writing by the individual to whom the information pertains, or by the parent or guardian of same if the individual is a minor or not legally competent; or

    b.    is required by law; or

    c.    is necessary to apprehend an individual suspected of engaging in criminal activity other than mere status as an undocumented immigrant, or

    d.    is necessary in furtherance of a criminal investigation of potential terrorism.

8. Local law enforcement agencies, school police, and security departments shall not use agency or department resources, including but not limited to monies, facilities, property, equipment, or personnel to:

    a.    Inquire about the immigration status of crime victims, witnesses or others who call or approach local law enforcement personnel, school police or security personnel seeking assistance;

    b.    Detain or arrest a person solely on the belief that she or he is not present legally in the United States, or that she/he has committed a civil immigration violation.  There is no general obligation for a police officer to initiate contact with U.S. Immigration and Customs Enforcement (ICE) regarding any person;

    c.    Detain or arrest a person, based on ICE detainer requests or administrative warrants entered by ICE into the FBI's National Crime Information Center (NCIC) database, unless required by law.

9. The New Haven Police Department and the New Haven Office of Human Resources shall conduct all necessary training and education to ensure that its officers and the City's

2

employees are knowledgeable about all the provisions of this Executive Order, and knowledge of such provision may be tested on department promotional examinations.

10. Any employee of the City who is found to have violated this Executive Order may be subject to discipline in accordance with applicable union contract, civil service rules, or department work rules.

11. The Mayor will provide details regarding the implementation of this Executive Order upon request.

Respectfully Submitted

Justin Elicker,
Mayor

Dated  7/23/2020