### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:26-CV-00568-AWT |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, ET AL. | : | |
| *Defendants.* | : | APRIL 27, 2026 |

### DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7(b), Defendants State of Connecticut, Governor Ned Lamont and Attorney General William Tong (collectively, the "State Defendants"), jointly move with Defendants City of New Haven and Mayor Justin Elicker (collectively, the "New Haven Defendants"), for an extension of time to respond to the Complaint (ECF No. 1), of sixty (60) days, such that the response date for all Defendants is on July 6, 2026.  This is Defendants' first such request.  Plaintiff, the United States of America, opposes the motion.

### I.      Background

On April 13, 2026, the United States filed the Complaint.  (ECF No. 1.)  The Complaint contends that Connecticut's Trust Act, Conn. Gen. Stat. § 54-192h, the Attorney General's recent Statement of Policy and Guidance, and New Haven's Executive Order are all preempted by federal law and violative of the Supremacy Clause. *See* ECF No. 1, Pgs. 3-5.  Plaintiff seeks declaratory relief and a permanent injunction.  *Id.*, Pg. 32.

On April 15, the United States timely served the State Defendants via service on the Office of the Attorney General of the State of Connecticut.  ECF No. 12.  On April 16, the United States served the New Haven Defendants.  ECF No. 11.  By rule, Defendants must respond to the Complaint by May 6 and May 7 respectively.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

## II.    Good Cause for an Extension of Time Exists

Defendants respectfully request that the Court extend the deadline to respond to the Complaint, so that it falls on July 6, 2026.  Presently, Defendants' deadlines to respond to the Complaint are May 6 and May 7, respectively.  Defendants propose to extend this deadline by 60 days and align both deadlines.[1]

Good cause exists.  This is Defendants' first request to extend these deadlines. Defendants' counsel have only appeared in this matter today and require additional time to review Plaintiff's papers and research the complex issues in this case. The Defendants and their legal staff will also require additional time to confer with their clients about the nature of their responsive pleading.  In addition, this case is related to litigation Plaintiff has brought in other jurisdictions in which it has made similar challenges to state and local policies.  Additional time is necessary to survey that litigation and assess the positions Plaintiff has taken in related litigation.

Further, the nature of Plaintiff's complaint warrants more time to respond. Substantively, the issues here involve complex questions of federalism.  Defendants require an extension to fully research and brief these complex issues.

---

[1] A 60-day extension of the May 6 deadline would make a response due on July 5, which is a Sunday.  Therefore, the deadline would fall on Monday, July 6.  *See* Fed. R. Civ. P. 6(a)(1).

2

In accordance with Local Rule 7(b), Defendants, through counsel, asked Plaintiff for its position on the motion.  Plaintiff noted that it opposes the motion but would consent to an extension of 45 days.

Accordingly, Defendants respectfully request that the Court extend the deadlines to respond to the Complaint (ECF No. 1), to July 6, 2026.

Respectfully submitted,
DEFENDANTS,

WILLIAM TONG
ATTORNEY GENERAL

By:___/s/ *Janelle Medeiros*_____
Janelle Medeiros (ct30514)
Michael Rondon (ct31022)
Edward Rowley (ct30701)
Assistant Attorneys General
Attorney General's Office
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel:  (860) 808-5020
Fax: (860) 808-5347
Janelle.Medeiros@ct.gov
Michael.Rondon@ct.gov
Edward.Rowley@ct.gov

**CITY OF NEW HAVEN**
**JUSTIN ELICKER**


By:    */s/ Christopher M. Mattei*
       Christopher M. Mattei (CT 27500)
       Margaret M. Donovan (CT 31787)
       Colin S. Antaya  (CT 31355)
       KOSKOFF KOSKOFF & BIEDER
       350 FAIRFIELD AVE.
       BRIDGEPORT, CT 06604
       TEL: 203-336-4421
       FAX: 203-368-3244
       cmattei@koskoff.com
       mdonovan@koskoff.com
       cantaya@koskoff.com

By: */s/ Allison R. Jacobs*
       Allison Jacobs (ct31207)
       Corporation Counsel for the City of New Haven
       Office of the Corporation Counsel
       165 Church Street, 4th Floor
       New Haven, CT 06510
       475-331-3244
       ajacobs@newhavenct.gov

4

## <u>CERTIFICATION</u>

I hereby certify that on April 27, 2026, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

U.S. DOJ-Civil Rights Dept.
Jackson Story
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Jackson.m.story@usdoj.gov

/s/ *Janelle Medeiros*
Janelle Medeiros (ct30514)
Assistant Attorney General

5