APR 28 2026 PM1:47
FILED - USDC - BPT - CT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568                Date: APRIL 28, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

**MOTION TO INTERVENE**

**Public Notice and Judicial Notice of Affidavit, a statement of truth.**

I, Andrew Hamilton Pritchard, Petitioner, Sui Juris, Living Free Man of God, file a Motion to Intervene pursuant to Federal Rules of Procedure Rule 24 – Intervention & Seventh Amendment.

**Miranda v. Arizona, 384 U.S. 436, (1966) -** *"Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them."*

The grounds for the intervention are as follows:

**CONSTITUTIONAL AND STATUTORY BACKGROUND** {*From Case 3:26-cv-00568 Document 1 Filed 04/13/26 Page 9 of 33}

*25. The Constitution affords Congress the power to "establish a uniform Rule of Naturalization," U.S. Const. art. I, § 8, cl. 4, and to "regulate Commerce with foreign Nations," U.S. Const. art. I, § 8, cl. 3, and affords the President of the United States the authority to "take Care that the Laws be faithfully executed[.]" U.S. Const. art. II, § 3.

1

**SUPREMACY POINTS** {**From Case 3:26-cv-00568 Document 1 Filed 04/13/26 Page 11 of 33 and Page 12 of 33}

**33. The Supremacy Clause of the United States Constitution mandates that "[t]his Constitution, and the Laws of the United States which shall be made in Pursuance thereof . . . shall be the supreme Law of the Land . . . any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." Art. VI, cl. 2. Thus, a state enactment is invalid if it "stands as an obstacle to the accomplishment and execution of the full purposes and objectives of Congress,"

***34. The preemption doctrine provides that federal interests edge out state interests when federal and state law "clash." North Dakota, 495 U.S. at 435; Murphy, 584 U.S. at 477–79. Preemption is typically categorized as express, field, or conflict preemption. Crosby v. Nat'l Foreign Trade Council, 530 U.S. 363, 372–73 (2000). Express preemption occurs when Congress includes express language within the statute indicating its preemptive intent. Id. at 372. State law is also naturally preempted to the extent of any conflict with a federal statute. Id. That includes, for example, if it is impossible to comply with both state and federal law, and where the challenged law "stands as an obstacle to the accomplishment and execution of the full purposes and objectives of Congress." Id. at 372–73.*

## INTRODUCTION

I am called to do this because of love of people, friends, family and Liberty; plus, I hate bullies.

The willful disregard for the "Supremacy Clause" results in "Weaponized Courts".

The "ENEMY" claim to be "Ultimate Sovereigns" with the power of "Ultimate Sanctions" and "Final Sanction" that enables an endless assault on the American People under the cover of the judicial branch.

Those who stand against this tyranny are attacked viciously by a weaponized judicial system and its crew. Their lives are irreparably harmed.

The torture and terror of Samuel A. Magliari, Jr. kidnapped and held against his will at Whiting Forensic Hospital just because he spoke about the corruption within the City of Stamford is just one such example. He is sixty-two years old, 5 feet 6 inches tall, no prior arrests, grew up and owns three properties outright in Stamford; however, the "Weaponized Court" ordered a $1,000,000 bond and put him in Maximum Security. Hear highly competent Sam read his Affidavit in the following:

2

*Competent Kidnapped Whistleblower Sam Speaks from Prison* (Humble on Rumble)
https://rumble.com/v76defk-competent-kidnapped-whistleblower-sam-speaks-from-prison..html

To put it simply, Sam is begging for his freedom from the Connecticut Gulag. (See Attachment of Related Cases)

This seizure of rights, property and our courts is a direct attack on our freedom.

It is treason.

The following affidavit was served to the President of the American Bar Association, the President of the Connecticut Bar Association, and the Solicitor General for the United States; plus, filed as Public Notice and Judicial Notice in related cases. (Exhibit A)

It is uncontested lawful fact unchallenged by a single attorney; thus, they are the "ENEMY".

Legal Maxim: "He who does not deny, admits."

*Affidavit: Charges & Bill of Complaint vs. American Bar Association. (Humble on Rumble)*
*https://rumble.com/v72xn22-affidavit-charges-and-bill-of-complaint-vs.-american-bar-association..html*

American Bar Association
c/o President Michelle A. Behnke
1050 Connecticut Ave. N.W., Suite 400
Washington, D.C. 20036


Date: December 11, 2025

Dear President Michelle A. Behnke,


<u>AFFIDAVIT: STATEMENT OF TRUTH</u>


Subject: American Bar Association (ABA) and Connecticut Bar Association (CBA) weaponized the US Judicial Branch from top to bottom executing upon "We the People" of America through pirated power affirmed by "ENEMY" Courts [Title 50 U.S. Code § 2204 – Definitions "ENEMY", Title 18 U.S. Code 2441 War Crimes].

I, Andrew Hamilton Pritchard, Sui Juris, Living American, Beneficiary in Equity-Executor of 9 Sylvester Court, Norwalk, Connecticut delivers my testimony, so help me God.

To validate my claims, I will use "Foreclosure" which requires a "Trial by Jury" to demonstrate the weaponized attack on our property, freedom, and America.

1) **The American Bar Association (ABA) and Connecticut Bar Association (CBA), the "ENEMY" of complicit Judges and Attorneys, are in control of our legal system; and thus, control our country.**

CONGRESS HAS NEVER GIVEN RIGHTS TO THE AMERICAN BAR ASSOCIATION, NEVER (source aanl.net).

*"It's just a club with restricted membership. The only legal rights it has have been stolen from the other 325 million of us.*

*The United States Department of Education recognizes the Council of the ABA Section on Legal Education and Admissions to the Bar as a professional accrediting agency for law schools in the U.S. American law schools that are accredited by the council are termed "approved" by the ABA. That's it for their authority."*

THE AMERICAN BAR ASSOCIATION IS NOTHING MORE THAN A CLUB WITH MEMBERSHIP RESTRICTED TO LAWYERS (source aanl.net)

*"The ABA was founded on August 21, 1878 (89 years after self-representation rights were established by Congress. It was founded by 75 lawyers from 20 states and the District of Columbia.*

*According to the ABA website: The American Bar Association (ABA) is a voluntary bar association of lawyers and law students; it is not specific to any jurisdiction in the United States. The ABA's stated activities are:*

> 1. *the setting of academic standards for law schools, and*
> 2. *the formulation of model ethical codes related to the legal profession."*

*VIRGINIA LAW REVIEW (11 Va. L. Rev. 264 1924-1925)*

THE LAWYER AS AN OFFICER OF THE COURT

Again, it is to be borne in mind that the judges are selected from the ranks of lawyers. The purity of the Bench depends upon the purity of the Bar.

*"The very fact, then, that one of the co-ordinate departments, of the government is administered by men selected only from one profession gives to that profession a certain preeminence which calls for a high standard of morals as well as intellectual attainments. **The integrity of the judiciary is the safeguard of the nation,** but the character of the judges is practically but the character of the lawyers. Like begets like. A degraded Bar will inevitably produce a degraded Bench, and just as certainly may we expect to find the highest excellence in a judiciary drawn from the ranks of an enlightened, learned and moral Bar."* ["WARVELLE, LEGAL ETHICS"]

CONNECTICUT "RACKETEERING" IN THE OPEN BY CHIEF JUSTICE.

Chief Justice of the Connecticut Supreme Court, Chase Rogers (Ret. 2018), established the Bench Bar Foreclosure Committee in October 2007 which enabled "Racketeering" and "Railroading" with no restraints, rogue power.

Here is the issued press release that she was creating a Foreclosure Bench Bar Committee. http://www.jud.ct.gov/external/news/press250.htm

Here is the handpicked first Foreclosure Bench Bar Committee members list that includes judges, attorneys and Judicial Branch employees. Other members include: Judge Salvatore C. Agati; Attorney Ronald M. Bender; Attorney Adam L. Bendett; Attorney Jessica L. Braus; Attorney Denis R. Caron; Attorney Robert F. Frankel; Judge Samuel Freed; Attorney Peggy George; Judge Robert G. Gilligan; Judge Arthur A. Hiller, who is chief administrative judge of civil matters; Ms. Catherine Lapolla; Attorney Leanne M. Larson; Attorney Richard M. Leibert; Attorney Geoffrey Kent Milne; Judge Patty Jenkins Pittman; Judge Richard A. Robinson; Danbury Chief Clerk Therese Servas; Judge Theodore R. Tyma; Attorney Thomas W. Witherspoon; and Attorney Louis C. Zowine.

On the list of handpicked attorneys were the owners and partners of the two largest foreclosure mill law firms at that time Hunt Leibert Jacobson PC and Reiner Reiner and Bendett.

PC1: Attorney Richard Leibert, Attorney Geoffrey Milne and Attorney Adam Bendett.

5

At the time Justice Rogers chose these attorneys and during their continued tenure on the Foreclosure Bench Bar Committee, the attorney firms have been charged, investigated and settled for running illegal kickback schemes, inducement schemes, double billing schemes and other fraudulent activities.

For instance, at the time Adam Bendett was chosen to sit amongst the Judges armed with the Constitutional Power of deciding foreclosure cases in this State, Reiner, Reiner and Bendett PC was charged, investigated and would eventually settled on December 10, 2007 with the Office of the Attorney General, the Insurance Commissioner and the Department of Consumer Protection of the State of Connecticut for running "Illegal kickback and Inducement Schemes." See link: http://www.ct.gov/cid/lib/cid/Reinerkickbacksettlement.pdf

It should be noted that Foreclosure Bench Bar Committee Member Judge Richard A. Robinson was named Chief Justice upon the retirement of Chief Justice Chase Rogers.

The Judicial Foreclosure Weapon to seize American property is fully operational.

2) **The American Bar Association (ABA) and Connecticut Bar Association (CBA), the "ENEMY" of complicit Judges and Attorneys, operate our legal system by the Bench-Bar acting in unity as the "Ultimate Sovereign" with the power of "Ultimate Sanctions".**

*VIRGINIA LAW REVIEW (11 Va. L. Rev. 264 1924-1925)*

THE LAWYER AS AN OFFICER OF THE COURT

In the field of jurisprudence we find the influence of the legal profession even more strongly felt than in that of legislation, for it is here that the Law receives its practical application to specific cases as they arise in the courts. Speaking of this phase of the subject, Judge Sharswood continues:

*"With jurisprudence lawyers have most, nay, all to do. The opinion of the Bar will make itself heard and respected on the Bench. With sound views, their influence for good in this respect may well be said to be incalculable. It is indeed the noblest faculty of the profession to counsel the ignorant, defend the weak and oppressed, and to stand forth on all occasions as the bulwark of private rights against the assaults of power, even under the guise of law; but it has still other functions. It is its office to diffuse sound principles among the people, that they may intelligently exercise the controlling power placed in their hands, in the choice of their*

*representatives in the legislature and of judges, in deciding, as they are often called upon to do, upon the most important changes in the Constitution, and above all, in the formation of that public opinion which may be said in these times, almost without a figure, to be **the ultimate sovereign.**" [" SHARSWOOD, LEGAL ETHICS, 54."]*

CHIEF JUSTICE EDWARD D. WHITE AT THE ANNUAL DINNER OF THE ASSOCIATION, September 5, 1919

"I say, Mr. President, our profession, because although it happens that the line of my duty for many years has been judicial, that fact instead of weakening has strengthened the ties which make me one of the profession and has caused me to feel more and more every day of my life the indispensable unity which makes the Bench and Bar one and indivisible in the accomplishment of the great responsibilities which rest upon them.

Undoubtedly our forefathers sought by the government which they created to save us from the misery and anguish which had, as a necessary consequence, ever resulted from the despotism of the one over the many or the tyranny of the many over the few. To this end their purpose was to make human freedom perpetual by guaranteeing the great rights of life, liberty and property to each and every individual and thus secure those precious blessings to all under the free and representative government which they established. To accomplish these objects the constitutional structure which they erected had a duplex character, national on the one hand and state on the other, each designed to move in its respective sphere of action without interfering with the powers of the other, both being restrained by the fundamental guaranties or prohibitions which were ordained to prevent the abuse of the powers which were recognized or granted and to confine their operation in their appropriate area. Simple and resourceful as were the institutions thus provided, it is apparent that standing alone they are wholly inefficacious because they were without **ultimate sanction**, that is, without any regulating power having authority to restrain wrongful or mistaken exertions of the powers given, and thereby to prevent the crash and confusion which would necessarily be the consequence of mistake or error in their exercise.

It is, I submit, further not to be doubted that the Fathers, contemplating this situation, determined to provide a remedy for it. Seeking to accomplish that result and bringing into mind the traditions of our race as to the benefactions which had come to it from the wisdom, the courage, the fidelity, the integrity and the restraint by which **the law of the land had been administered through lawyers and**

7

courts, they made that law as construed and applied by the courts in justiciable controversies the <u>final sanction</u> by which the powers conferred were in the ultimate sense to be tested when called into play. How simple 'and yet how remarkable was the conclusion thus adopted a conclusion which today challenges the admiration of the world and stands virtually as the abiding hope for the protection of individual right and the perpetuation of free government. Yes, my brethren, it must be recognized from what I have said that the American lawyer, from the public point of view, is especially dedicated to the preservation of human liberty and upon him and the faithful discharge of his duties rests the hope of all the ages for its perpetuation. Ah! let us recognize this great truth and let us resolve the more and more as we go about the daily affairs of our lives to carry it in our minds and hearts in order more fully to meet the great responsibilities which rest upon us. Let its consciousness admonish us to put aside the fallacious suggestion that the Constitution has outlived its use fulness, that the country has outgrown the restraints which the Constitution creates, that as individual right is inimical to progress and liberty and a free government, such right should be destroyed, to be replaced by some strange combination of the many to the obliteration of all individual freedom."

The American Bar Association (ABA) members are the "Ultimate Sovereigns" with the power of "Ultimate Sanctions" and "Final Sanction" because they say so?!

I ask, "Who died and made ABA members King?"

Please note: Property requires a "Trial by Jury".

The Connecticut Judicial Branch press release below affirms the claims above.

EXTERNAL AFFAIRS DIVISION

231 Capitol Avenue

Hartford, Connecticut 06106

(860) 757-2270, Fax (860) 757-2215

FOR IMMEDIATE RELEASE October 23, 2007

Quick Links

Chief Justice Rogers Appoints Bench-Bar Foreclosure Committee

8

Chief Justice Chase T. Rogers announced today that she has appointed a Bench-Bar Foreclosure Committee that will review current practices and practices in the courts regarding foreclosure cases and make recommendations on ways to improve those procedures and practices.

The Honorable Douglas C. Mintz, Administrative Judge for the Danbury Judicial District, will chair the committee. "The purpose of the committee is to promote cooperation between the bench and the bar in this sensitive area," Judge Mintz said.

'The number of foreclosure cases added in court during the 2005-06 fiscal year totaled 11,764. That number increased to 15,773 for the 2006-07 fiscal year," Chief Justice Rogers said. "Whether this is a trend that will continue remains to be seen, but I believe that our state courts must be as well prepared as possible to process these cases."

The first meeting of the committee will be Thursday, Oct. 25, 2007, at 2 p.m. in the Attorney Conference Room, located in the Supreme Court Building, 231 Capitol Ave, Hartford. The meeting is open to the public.

The "ENEMY's" Foreclosure War Machine is seizing our property and thus our Freedom with willful disregard to the law and our rights.

3) **The Constitution of the American Bar Association (ABA) defines the method of attack on our Constitution for the United States of America, Treason.**

American Bar Association (ABA) willfully disregards the Constitution for the United States of America. Fact: The U.S. Constitution is NOT included anywhere in the CONSTITUTION AND BY-LAWS OF THE AMERICAN BAR ASSOCIATION, Adopted September 5, 1919.

Effectively, the ABA has Standing Orders to "Procure" Every Law by the Association.

**By-Law X:**

**It shall be the duty of each Vice-President and member of the General Council to endeavor to procure the enactment by the legislature of his state of every law recommended by the Association,** and the Secretary shall furnish them with copies of every recommendation and of every bill recommended and a copy of this

by-law; and whenever the Association shall by resolution recommend the enactment of any law, the Secretary shall furnish as soon as possible, a copy of the resolution to the President of each State Bar Association, with the request that such Association cooperate with the local vice-president and member of the General Council of this Association and the National Conference of Commissioners on Uniform State Laws of such state in having a bill introduced in the legislature of its state in conformity with the recommendation of this Association, and use proper means to procure the enactment of the same into law. In every state where there is no State Bar Association, a copy of such resolution, with a similar request, shall be sent to the President of the Bar Association of the principal cities in the state; and in every instance where the form of bill has been recommended, a copy thereof shall also be sent with the resolution.

To put it simply, ABA as ultimate sovereign with ultimate sanction will tell you what laws to make or be sanctioned.

Connecticut's complicit Judges and Attorneys are at the front of the line telling the legislature what laws to put in place to enable the Foreclosure War Machine to operate more efficiently and faster.

"Perfection" of chain of title or issues of fraud are willfully disregarded by Judges and Attorneys so they can hit their target/objective of seizing the home.

America is attacked every day in every way by the weaponized judicial system.

A Trial by Jury verdict is law.

The "ENEMY" knows this, avoids this, and assaults us with "Opinions".

The "ENEMY" commits fraud everyday as Attorneys claim to have a law license; claim they are officers of the court; and fraudulently represent "Attorney-Client" privilege that does not exist.

Maxim of Law – "Fraud vitiates everything."

The Supreme Law of the United States of America states unambiguously, "The United States shall guarantee to every State in this Union a Republican Form of Government and shall protect each of them against Invasion." Art 4, Sec 4, U S Constitution.

10

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm and death to so many Americans and people of the world.

Personally, my home of twenty-nine years was seized by a planned Police Military raid by over 50+ Complicit Officers without claim (Federal Reserve Act Sec.13-13), proper appearance of Plaintiff, or compensation; and fraudulent charges for trespassing with twenty-five years of jail time (Default past due).

All above about Foreclosure is just one of the targets of the "ENEMY" Judicial War Machine.

The horrors executed by the "ENEMY" in Probate Court, Child Protective Services, Guardianship, and anywhere justice of the is required is beyond comprehension!

It is for this reason that I have focused on remedy and restitution in Foreclosure which is administrative in nature to set a floor as to what comes after.

Obviously, the damage and harm done by the Judicial War Machine to those innocents in Probate Court, Child Protective Services, Guardianship, and more are more significant.

Back to Foreclosure, the 2008-2009 Mortgage Crisis Settlement between State Attorney Generals such as current U.S. Senator Richard Blumenthal and U.S Attorney General Pamela Bondi was finalized in 2012.

Please remember that every expert came to Washington D.C. in 2009 to testify to Congress about all the fraudulent documents, titles, and unlawful financial applications that they said would take decades to clear up if at all.

Yet, since 2012 the very same fraudulently represented Mortgage is placed with Americans and Foreclosures are executed with military precision and even at times Police Force in a civil matter.

<u>I have used all Mortgages issued since July 2012 to April 2025 as the basis of the financial claim of remedy and restitution for all of America's homeowners.</u>

**Remedy - Charges:**

American Bar Association (ABA) and Connecticut Bar Association (CBA) are violating Title 18 U.S. Code 2441 War Crimes; Title 18 U.S. Code § 2384 - Seditious conspiracy; Title 18 U.S. Code § 2331 – Definitions "Domestic Terrorism"; Title 18 U.S. Code § 2332b - Acts of terrorism transcending national boundaries; Title 18 U.S. Code § 175 - Prohibitions with respect to biological weapons; Title 18 U.S. Code § 1091 – Genocide; Title 18 U.S. Code § 2382 - Misprision of treason; and Title 18 U.S. Code § 2381 – Treason by a weaponized the US Judicial Branch from top to bottom executing upon "We the People" of America through pirated power affirmed by Title 50 U.S. Code § 2204 – Definitions "ENEMY" Courts.

**<u>Restitution - Bill of Complaint December 10, 2025:</u>**

I, Andrew Hamilton Pritchard, demand the charges above be executed by the proper Authority of "We the People", and demand Restitution for "American Homeowners" …                     **Total Damages Due: $6,264,510,000,000.00**

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

**CASE LAW & MAXIMS OF LAW:**

Rotella v. Wood et al., 528 U.S. 549 (2000)

*"The object of civil RICO is thus not merely to compensate victims but to turn them into prosecutors, "private attorneys general," dedicated to eliminating racketeering activity. 3 Id., at 187 (citing Malley-Duff, 483 U.S., at 151) (civil RICO specifically has a "further purpose [of] encouraging potential private plaintiffs diligently to investigate"). The provision for treble damages is accordingly justified by the expected benefit of suppressing racketeering activity, an object pursued the sooner the better."*

Salinas v. United States, 522 U.S. 52, 63,64 (1997)

*Conspiracy "A conspiracy may exist even if a conspirator does not agree to commit or facilitate each and every part of the substantive offense."*

*It is "the common-law principle that, so long as they share a common purpose, conspirators are liable for the acts of their co-conspirators."*

12

Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)

Note: ***Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution*** *and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of **treason.** The U.S. Supreme Court has stated that **"no state legislator or executive or judicial officer can war against the Constitution** without violating his undertaking to support it". See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).*

Meyer v. Nebraska, 262 US 390 - Supreme Court 1923
*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus--may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*

***As to LIBERTY,*** *"While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."*

Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.

Maxim of Law – "The government is to be subject to the law, for the law makes the government."

**AUTHORITY:** As a living-breathing American Man, one of "We the People", the Owners of Our Government, I, Andrew Hamilton Pritchard, Sui Juris, have the authority to address any felony that I witness firsthand (CGS 54-170 Arrest without Warrant). (King James Version) Galatians 6:7-8, *Be not deceived; God is*

13

*not mocked: for whatsoever a man soweth, that shall he also reap.  For he that soweth to his flesh shall of the flesh reap corruption; but he that soweth to the Spirit shall of the Spirit reap life everlasting. Amen.*

Thank you for your time and consideration in this matter.

Respectfully,

Andrew Hamilton Pritchard, Sui Juris
Living American
Beneficiary in Equity-Executor
9 Sylvester Court
Norwalk, Connecticut
Phone: (203)858-7949
Email: apritchard1963@gmail.com

What Supremacy Claus? "Ultimate Sovereigns" are the Supreme Power. They laugh at the Seventh Amendment.

Every major federal agency, including the White House, DOJ, IRS, DOD, and Judicial Branches, are registered in the DUNS® system, identified by Commercial and Government Entity (CAGE) Codes, and subject to the financial oversight of foreign-controlled interests such as the International Monetary Fund, the World Bank, and the Bank for International Settlements. These registrations are not symbolic—they are instruments of contractual jurisdiction, whereby presumed commercial entities consent to binding foreign administrative rules for the purposes of procurement, indemnity, and financial operation.

Through the Court Registry Investment System (CRIS), court cases are securitized, assigned CUSIP numbers, and traded as bonded instruments. Every appearance in court initiates a presumption that the man or woman has consented to being treated as a legal person (trust res), and is subject to performance bonds, bid bonds, and payment bonds—with proceeds deposited into pooled revenue streams recorded in Annual Comprehensive Financial Reports (ACFRs). These are not hypothetical or theoretical constructs—they are present in the internal ledgers of federal, state, and municipal entities.

Furthermore, the BAR Association monopoly is a foreign guild structure, with lineage tied to the Inns of Court under ecclesiastical Crown authority. No member of the BAR has proven lawful delegation of constitutional power to interpret or enforce the organic Constitution. Under 22 U.S.C. § 611, any person acting on behalf of a foreign principal is a foreign agent and must be registered. No BAR member adjudicating matters in court presents proof of such registration or rebuttal to the presumption of foreign allegiance.

When a court, judge, or attorney engages in this framework without full disclosure, they commit constructive fraud. When they conceal the existence of fiduciary bonds, commercial trading of case instruments, and the use of foreign commercial law in place of constitutional due process, they participate in misprision of treason under 18 U.S.C. § 2382.

Any court connected to an investment system has bias, a conflict of interest and an adverse interest because the objective is financial gain, not justice.

Court Registry Investment System (CRIS) fuels the Judicial War Machine of the "ENEMY".

The weaponized courts seize our property, destroy lives and family without thought of who is harmed. It is diabolical.

Property is the foundation of freedom, and family is our humanity.

Check out these basic Foreclosure Facts:

_Basic Roman Law,_ a contract not signed by both original legal parties is null and void.

The "ENEMY" has no claim.

The "ENEMY" NEVER appeared in court or claimed damage (only complicit Agents appear).

The "ENEMY" has NEVER proffered an enforceable contract; thus, it is unenforceable.

The "ENEMY" has no Contract with the "ENEMY's" signature and Homeowner's signature.

The "ENEMY" has NO proof of claim and harm (No money ever disbursed to Homeowner).

The "ENEMY" fraudulently represents themselves as a "Lender" based on "Advances".

The "ENEMY" has fraudulently represented a chain of title without required "PERFECTION".

The Homeowner NEVER had a "TRIAL BY JURY" for claim of property, a right.

The Homeowner is attacked by "Fraud & Swindle" documents. (See Attachment Related Cases)

The Homeowner proffers Federal Reserve Act Section 13-13.

Sec. 13 FEDERAL RESERVE ACT

[13. **Advances to individuals**, partnerships, and corporations on direct obligations of the United States]

Subject to such limitations, restrictions and regulations as the Board of Governors of the Federal Reserve System may prescribe, **any Federal reserve bank may make advances to any individual**, partnership or corporation **on the promissory notes of such individual**, partnership or corporation secured by direct obligations of the United States or by any obligation which is a direct obligation of, or fully guaranteed as to principal and interest by, any agency of the United States. Such advances shall be made for periods not exceeding 90 days and shall bear interest at

15

rates fixed from time to time by the Federal reserve bank, subject to the review and determination of the Board of Governors of the Federal Reserve System. [12 U.S.C. 347c]

The Homeowner proffers the sworn testimony of Walker F. Todd, former legal counsel and assistant general counsel to the Federal Reserve Bank of New York and research officer at the Federal Reserve Bank of Cleveland.

In his affidavit, Todd states:

*"Instead of the bank lending its money or other assets to the customer, as the customer reasonably might believe… the bank created funds for the customer's transaction account without the customer's permission, authorization, or knowledge, and delivered the credit on its own books…"*

Todd further explains that:

*"No lawful money was or probably ever would be disbursed by either side in the covered transactions… At most, the Plaintiff extended its own credit (money of account), but the Defendants were required to repay in money (money of exchange)…creating an inequality of obligations."*

— Affidavit of Walker F. Todd, submitted in Oakland County Circuit Court, Michigan, Case No. 03-047448-CZ (2004).

The Homeowner proffers Uniform Commercial Code (UCC) the four requirements for an enforceable contract; otherwise, the contract is unenforceable.

There are certain elements each written contract should contain. These will vary from state to state but generally must include the following elements:

- Identification information of both parties entering into the contract;
- Reasonably identifiable subject matter;
- Clearly stated fundamental terms and conditions; and
- Signatures of all parties to the agreement.

The Homeowner proffers the Northwest Ordinance of 1787, the Constitution of the united states for America, and the Constitution of the State of Connecticut as to his right to a trial by jury as required for "due process".

***Northwest Ordinance (1787) An Ordinance for the government of the Territory of the United States northwest of the River Ohio***

**Sec. 14.** It is hereby ordained and declared by the authority aforesaid, That the following articles shall be considered as articles of compact between the original States and the people and States in the said territory and forever remain unalterable, unless by common consent, to wit:

**Art. 2**. The inhabitants of the said territory shall always be entitled to the benefits of the writ of habeas corpus, and of the trial by jury; of a proportionate representation of the people in the legislature; and of judicial proceedings according to the course of the common law. All persons shall be bailable, unless for capital offenses, where the proof shall be evident or the presumption great. All fines shall be moderate; and no cruel or unusual punishments shall be inflicted. **No man shall be deprived of his liberty or property, but by the judgment of his peers or the law of the land; and, should the public exigencies make it necessary, for the common preservation, to take any person's property, or to demand his particular services, full compensation shall be made for the same. And, in the just preservation of rights and property, it is understood and declared, that no law ought ever to be made, or have force in the said territory, that shall, in any manner whatever, interfere with or affect private contracts or engagements, bona fide, and without fraud, previously formed.**

*Constitution for the United States*

**Seventh Amendment**

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

## THE CONSTITUTION OF CONNECTICUT (1818)
### PREAMBLE

The people of Connecticut acknowledging with gratitude, the good providence of God, in having permitted them to enjoy a free government, do, in order more effectually to define, secure, and perpetuate the liberties, rights and privileges which they have derived from their ancestors, hereby, after a careful consideration and revision, ordain and establish the following constitution and form of civil government.

**ARTICLE FIRST.**
DECLARATION OF RIGHTS.

That the great and essential principles of liberty and free government may be recognized and established,

**WE DECLARE,**

Sec. 1.   That all men when they form a social compact, are equal in rights; and that no man, or set of men are entitled to exclusive public emoluments or privileges from the community.
Sec. 2.   That all political power is inherent in the people, and all free governments are founded on their authority, and instituted for their benefit; and that they have at all times an undeniable and indefeasible right to alter their form of government in such manner as they may think expedient.

17

Sec. 3.   The exercise and enjoyment of religious profession and worship, without discrimination, shall forever be free to all persons in this state; provided, that the right hereby declared and established shall not be so construed as to excuse acts of  licentiousness, or to justify practices inconsistent with the peace and safety of the state.

Sec. 4.   No preference shall be given by law to any christian sect or mode of worship.

Sec. 5.   Every citizen may freely speak, write and publish his sentiments on all subjects, being responsible for the abuse of that liberty.

Sec. 6.   No law shall ever be passed to curtail or restrain the liberty of speech or of the press.

**Sec. 7.    In all prosecutions or indictments for libels, the truth may be given in evidence, and the jury shall have the right to determine the law and the facts, under the direction of the court.**

**Sec. 8.    The people shall be secure in their persons, houses, papers and possessions from unreasonable searches or seizures; and no warrant to search any place, or to seize any person or things, shall issue without describing them as nearly as may be, nor without probable cause supported by oath or affirmation.**

**Sec. 9.    In all criminal prosecutions, the accused shall have a right to be heard by himself and by counsel; to demand the nature and cause of the accusation; to be confronted by the witnesses against him; to have compulsory process to obtain   witnesses in his favour; and in all prosecutions by indictment or information, a speedy public trial by an impartial jury. He shall not be compelled to give evidence against himself, nor be deprived of life, liberty or property, but by due course of law.  And no person shall be holden to answer for any crime, the punishment of which may be death or imprisonment for life, unless on a presentment or an indictment of a grand jury; except in the land or naval forces, or in the militia when in actual service in time of war, or public danger.**

Sec. 10.   No person shall be arrested, detained or punished, except in cases clearly warranted by law.

**Sec. 11.    The property of no person shall be taken for public use, without just compensation therefor.**

**Sec. 12.    All courts shall be open, and every person, for an injury done him in his person, property or reputation, shall have remedy by due course of law, and right and justice administered without sale, denial or delay.**

Sec. 13.   Excessive bail shall not be required, nor excessive fines imposed.

Sec. 14.   All prisoners shall, before conviction, be bailable by sufficient sureties, except for capital offences, where the proof is evident, or the presumption great; and the privileges of the writ of Habeas Corpus shall not be suspended, unless, when in case of rebellion or invasion, the public safety may require it; nor in any case, but by legislature.

Sec. 15.   No person shall be attained of treason or felony, by the legislature.

Sec. 16.   The citizens have a right, in a peaceable manner, to assemble for their common good, and to apply to those invested with the powers of government, for redress of grievances, or other proper purposes, by petition, address or remonstrance.

Sec. 17.   Every citizen has a right to bear arms in defence of himself and the state.

Sec. 18.   The military shall, in all cases, and at all times, be in strict subordination to the civil power.

Sec. 19.   No soldier shall, in time of peace, be quartered in any house, without the consent of the owner; nor in time of war, but in a manner to be prescribed by law.

Sec. 20.   No hereditary emoluments, privileges or honors, shall ever be granted, or conferred

18

in this state.

**Sec. 21.    The right of trial by jury shall remain inviolate.**

**Yet, with all the above the weaponized courts still execute the foreclosure. No wonder not one state complies with the "Savings Family Homes Act" of 2009 and settlement.**

This is not just about our homes. It impacts our food supply.

Subject: Case: 2:25-cv-12408-JKS-AME Misty Brook Meadow Farm, property of Shya Beth.

The "Racketeering-Conspiracy" to steal by "Fraud and Swindle" the Farmer's non- agricultural development rights and credits using "Land Preservation" non-profits, State Agencies, State Programs and State Agricultural Committees is grotesque injustice that irreparably harms all the State of New Jersey and America.

This scheme of taking control of farmland development rights, hiding their ability and plan (down to the percentage of the profits) to resell the development rights when the time suits them flies in the face of all of what the New Jersey Farmland Preservation Program publicly stands for: *Preserving New Jersey farmland, and supporting the next generation of farmers.*

The "Deceptive Business Practices", "Fraud & Swindle", and "Racketeering-Conspiracy" executed and disguised as a noble cause of saving our farmland and open space is Diabolical.

Is it happening elsewhere in America?

The "ENEMY" seizure of our farmland ends here.

The Battle for America in our courts is a serious matter.

The Judicial War Machine sends orders of execution and termination to highly militarized sheriff and police departments. (See Attachment of Related Cases)

They are called to arms over civil matters with a "smash and grab" method to silence anyone that challenges their orders, excessive force (See Exhibit C). Some examples:

*Norwalk PD's Raid is Bigger & Badder than Trump's Mar Lago Ambush!! (Humble on Rumble) https://rumble.com/v2jhsuw-norwalk-pds-raid-is-bigger-and-badder-than-trumps-mar-lago-ambush.html*

*TREASON...Grand Total Damages $236,969,000*
*§2381. Treason*
*Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason*

*and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.*

**"Jed's Dead!"...by Weaponized Fraud Foreclosure. (Humble on Rumble)**
*https://rumble.com/v73i2o2-jeds-dead...by-weaponized-fraud-foreclosure..html*

*Void ab initio – Void from the beginning – "War Crimes"*
*Owner: Jed Parkington (Deceased)*
*263 Oaklawn Avenue, Stamford, CT 06905*
*FST-CV18-6038644-S WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE F v. PARKINGTON, JED Et Al*

**Home Raided by Enemy!** (Humble on Rumble) *https://rumble.com/v77vzjk-home-raided-by-enemy.html*

*"Why do you have your weapons drawn?" asked the owner.  Missouri Case 25AE-AC02096 -TRIM FINANCIAL SERVIC V ROSE DISTRIBUTING LLC ET AL (READ BELOW)*

*Affidavit:*
*Larry Eugene Mael II*
*6807 Cedar Bend*
*Parkville. Mo. 64152*

**How convenient, Tulare County Sheriff & Coroner Mike "Bearcat" Boudreaux** (Humble on Rumble) *https://rumble.com/v78llty-how-convenient-tulare-county-sheriff-and-coroner-mike-bearcat-boudreaux.html*

*Matthew 10:16 KJV - Behold, I send you forth as sheep in the midst of wolves: be ye therefore wise as serpents, and harmless as doves.*
*Keep it simple Sheriffs, if a Civil Matter and No "Trial by Jury"; then, do not start the BearCat".*
*Coroner too?*

The horrors executed by the "ENEMY" in Probate Court, Child Protective Services, Guardianship, and anywhere justice is required is beyond comprehension!

The "ENEMY" claims they are "Ultimate Sovereigns" with the power of "Ultimate Sanctions" and "Final Sanction" and operate as follows:

Slogan: "Money Wins"

Fact: Truth and Justice do not exist.

Racketeers: Lawyers, Judges, and the "ENEMY".

Duties: Lawyers proffer the spin for the Judges to issue "Opinions" to win.

Requirements: Avoid all without an Oath to the Bar; Grand Juries, and Trial by Jury.

Marketing: Feed the Media spin from Expert Lawyer Racketeers and Corporate money.

Mission Statement: Confuse, divide, hide and delay as they will pay, no transparency.

20

Law and Justice are the lynchpin for a prosperous and balanced society.

This mutiny empowers the limitless plunder of America in total.

The crimes against humanity are staggering and Global in reach.

## AUTHORITY

The Word of the Lord.

God given authority, as it is written.

Luke 2:14 KJV –

*Glory to God in the highest, and on earth peace, good will toward men.*

Romans 13:1 KJV -

*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Luke 10:19 KJV

*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

Romans 13:4

*For he is the minister of God to thee for good. But if thou do that which is evil, be afraid; for he beareth not the sword in vain: for he is the minister of God, a revenger to execute wrath upon him that doeth evil.*

Galatians 6:7-8 KJV

*Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap. For he that soweth to his flesh shall of the flesh reap corruption; but he that soweth to the Spirit shall of the Spirit reap life everlasting.*

*So Be It.*

A Common Law Grand Jury is taken from the Magna Carta of 1215 AD, was part of our judicial system prior to the Civil War and has a higher authority than the US Supreme Court.

It is based on the Laws of Nature and Nature's GOD.

In the Supreme Court case of United States v. Williams, 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352 (1992),

21

Justice Antonin Scalia, writing for the majority, confirmed that the American grand jury is neither part of the judicial, executive nor legislative branches of government, but instead belongs to the people. It is in effect a fourth branch of government "governed" and administered to directly by and on behalf of the American people, and its authority emanates from the Bill of Rights, the acts of the Grand Jury is the consent of the people. "The grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It " 'is a constitutional fixture in its own right. In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people". — Justice Antonin Scalia

Bond vs. UNITED STATES, 529 US 334 (2000)

The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.

### JURISDICTION AND VENUE

By the grace of God almighty, and through the supremacy clause of the Constitution (Article VI Clause 2 & 3) and the below-listed treaties of supreme law, it is I alone, who shall determine my status, standing, honor and jurisdiction.

I hereby invoke and stand upon all my natural rights, given by my God, which are written in the documents listed below. These, and all others, are universally known as supreme law of the land:

- The Holy Bible, KJV 1611 GOD's Laws are Superior Law

- 1215 Magna Charta

- 1354 Statute of Westminster

- 1606 The First Charter of Virginia

- 1620 Mayflower Compact

- 1628 Petition of Rights

- 1639 Fundamental Orders of 1639

- 1641 Grand Remonstrance

- 1689 English bill of rights

- 1765 The Declaration of rights in congress at New York

- 1774 The Declaration of rights in congress at Philadelphia

- 1775 The Declaration of Arms

- 1776 The Virginia Declaration of rights

- 1777 the Articles of Confederation

- 1783 Treaty of Peace

- 1787 Northwest Ordinance

- 1789 The Constitution for the United States of America

- 1791 The Bill of Rights

- 1864, 1929 and 1949 The Geneva Conventions

- 1948 The Universal Declaration of Human Rights

- 23 March 1976 The International Covenant of Civil and Political Rights, Articles 1-27

I, Andrew Hamilton Pritchard, hereby and forever stand firm upon these natural rights listed above, giving the free man of God, one of "We the People".

U.S. v. Cruikshank, 92 U.S. 542, 2 Otto 542, 23 L. Ed. 588.

The Supreme Court said that the "rights of life and personal liberty are the natural rights of man. To secure these rights ... governments are instituted among men"

Houston v. Moore, 18 US 1, 5 L.Ed 19 (1840)

"Every State law must conform in the first place to the Constitution of the United States, and then to the subordinate constitutions of the particular state; and if it infringes upon the provisions of either, it is so far void."

Miranda v. Arizona, 384 U.S. 436, (1966)

"Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them."

Marbury v. Madison, 5 US 137, (1803)

"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."

"An officer of the court may be held liable in damages to any person injured in consequence of a breach of any of the duties connected with his office...The liability for nonfeasance, misfeasance, and for malfeasance in office is in his 'Individual Capacity' , not his official capacity..." see 70 Am. Jur. 2nd Sec. 50, VII Civil Liability "When lawsuits are brought against federal officials, they must be brought against them in their "individual" capacity not their official capacity. When federal officials perpetrate constitutional torts, they do so ultra vires (beyond the powers) and

lose the shield of immunity." Williamson v. U.S. Department of Agriculture, 815 F.2d. 369, ACLU Foundation v. Barr, 952 F.2d. 457,293 U.S. App. DC 101, (CA DC 1991). The same rule applies to state officials.

Due to adverse interests by all parties, the United States District Court for the District of Connecticut, and the Supreme Court of the United States; I, Andrew Hamilton Pritchard, a living free man of God, American, demand a Common Law Grand Jury be assembled to hear, audit and enforce all Government Authorities lawfully served with Affidavit stating Jurisdiction is that of the Constitution for the united states of America, the Supreme Law of the land, and multiple documents of crimes, high crimes, Public Notices – Judicial Notices, and Bills of Complaints which are abandoned and in Default.

Nothing is contested or rebutted; thus, tacit acquiescence.

*Maxim of Law: "He who does not deny, admits."*

A Common Law Grand Jury obtains its authority from the 1st Amendment of the US Constitution, "…. the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."

For a crime to be committed under Common Law there must be an injured party.

The purposes of a Common Law Grand Jury are:

1.  Protect the innocent from government abuse.

2.  Ensure the bad actors are accused and brought to justice.

3.  Audit every facet of government.

A Common Law Grand Jury is run strictly by the people. No public servants, no attorneys or government employees are involved. {Source: The Wisconsin General Jural Assembly is a group of WE THE PEOPLE https://wisconsin-dejure.org/}

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

## ADDITIONAL PARTIES

Defendant Ned Lamont is the Governor of Connecticut and is being sued in his individual capacity, Defendant William Tong is the Attorney General of Connecticut and is being sued in his individual capacity, American Bar Association Members in their individual capacity, Connecticut Bar Association Members in their individual capacity, and all other complicit participants in their individual capacity (See Attachment of Complicit Parties).

24

## CONSTITUTIONAL AND STATUTORY BACKGROUND

Due to President Trump and the Executive Branch's dereliction of Oath and Duty, "he shall take Care that the Laws be faithfully executed" (Article II, Section 3), President Trump has violated Title 10 U.S. Code § 892 - Art. 92. Failure to obey order or regulation, and his powers are a nullity.

Constitution Article II, Section 3:
*He shall from time to time give to the Congress Information of the State of the Union, and recommend to their Consideration such Measures as he shall judge necessary and expedient; he may, on extraordinary Occasions, convene both Houses, or either of them, and in Case of Disagreement between them, with Respect to the Time of Adjournment, he may adjourn them to such Time as he shall think proper; he shall receive Ambassadors and other public Ministers; he shall take Care that the Laws be faithfully executed, and shall Commission all the Officers of the United States.*

Title 10 U.S. Code § 892 - Art. 92. Failure to obey order or regulation:
*Any person subject to this chapter who:*
*(1) violates or fails to obey any lawful general order or regulation;*
*(2) having knowledge of any other lawful order issued by a member of the armed forces, which it is his duty to obey, fails to obey the order; or*
*(3) is derelict in the performance of his duties; shall be punished as a court-martial may direct.*
*(Aug. 10, 1956, ch. 1041, 70A Stat. 68.)*

Attorney General, Pamela Bondi, Solicitor General Dean John Sauer, and Secretary of Commerce, Howard Lutnick, have been served multiple documents of crimes, high crimes, Public Notices – Judicial Notices, and Bills of Complaints that are in Default. There has been zero responses; thus, tacit acquiescence. (See Attachment of Related Cases)

*Maxim of Law: "He who does not deny, admits."*

The Legislative Branch has done nothing to protect and defend patent holders, inventors, scientists and authors of their creation.

Constitution Article 1, Section 8
*Clause 8: To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries.*

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

The Supreme Court is in Judicial Default for willfully violating their Oath and Duty by willfully ignoring multiple lawful Writs of Habeas Corpus filed with the court.

*Fay v. NOIA 372 US 391 (1963)*

*Concluded the great writ of habeas corpus now indeed extends to ALL constitutional challenges.*

25

*Meyer v. Nebraska, 262 US 390 - Supreme Court 1923*

*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus--may be invoked if the petitioner is free from bodily restraint and thereby <u>the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.</u>*
**As to LIBERTY,** *"While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."*

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

In 1982 Connecticut's Legislative, Executive and Judicial Branch committed "War against the Constitution" by eliminating the use of a GRAND JURY made up of the people, an inalienable right.

The new "Trojan Horse" creation was called an INVESTIGATORY GRAND JURY defined by statute as a judge, constitutional state referee, or three-judge panel appointed "to conduct an investigation into the commission of a crime or crimes" (see CGS § 54-47b).

Also, complicit participants willful disregard that State Referees and Judge Trial Referees meet the requirements of CGS 51-44a [*Judicial Selection Commission. Members. Duties. Nomination of judges by Governor*] and CGS 51-47(C) [*Salaries of judges. Practice of law prohibited. Membership on board of directors of bank prohibited. Longevity payments.*] enable "Racketeering" and the "Weaponization" of the Judicial Branch. (see CGS § 52-434, CGS 51-44a, and CGS 51-47(C); plus, Exhibit B).

"The grand jury is an institution separate from the courts, over whose functioning the courts do not preside, we think it clear that, as a general matter at least, no such "supervisory" judicial authority exists. The "common law" of the Fifth Amendment demands a traditional functioning grand jury." — Justice Antonin Scalia

Constitutional violations require adjudication with "Strict Scrutiny", a fundamental right.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm to so many.

Restraint of liberty is unacceptable.

26

## RELEVANT STATUTES

Title 18 U.S. Code 2441 War Crimes; Title 18 U.S. Code § 2384 - Seditious conspiracy; Title 18 U.S. Code § 2331 – Definitions "Domestic Terrorism"; Title 18 U.S. Code § 2332b - Acts of terrorism transcending national boundaries; Title 18 U.S. Code § 175 - Prohibitions with respect to biological weapons; Title 18 U.S. Code § 1091 – Genocide; Title 18 U.S. Code § 2382 - Misprision of treason; and Title 18 U.S. Code § 2381 – Treason by a weaponized the US Judicial Branch from top to bottom executing upon "We the People" of America through pirated power affirmed by "ENEMY" Courts. Plus, violation of the Justice for Victims of War Crimes Act & Geneva Conventions as affirmed by October 8, 2025, DECLARATION AND ORDER OF THE ALLIANCE OF INDIGENOUS NATIONS (AIN) INTERNATIONAL TRIBUNAL which states, "This Tribunal finds and hereby declares that the 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injections meet the criteria of biological weapons and weapons of mass destruction, according to the Biological Weapons Anti-Terrorism Act, of 1989, 18 USC § 175; Weapons and Firearms § 790.166 Fla. Stat. (2023), Canada's Biological and Toxin Weapons Convention Implementation Act, 2004, and the International Biological Weapons Convention. This Tribunal finds and hereby declares that the COVID-19 injections, mRNA injections, or mRNA nanoparticle injections, are in fact biological and technological weapons of mass destruction." Climate Engineering systems affirmed by Geoengineeringwatch.org.

CGS § 52-434, CGS 51-44a, CGS 51-47(C), CGS 54-170 *Arrest without warrant* and CGS 52-467 *Punishment for refusal to obey writ or accept copy.*

## ADDITIONAL SUPREMACY POINTS

1. NO JURISDICTION
2. NO JURISDICTION FOR REMOTE HEARINGS
3. NO TRIAL BY JURY
4. GROTESQUE JUDICIAL MISCONDUCT
5. FRAUD
6. FRAUD UPON THE COURT
7. UN-CONSTITUTIONAL CONNECTICUT PRACTICE BOOK, NO DUE PROCESS AND VIOLATES THE ADMINISTRATIVE PROCEDURES ACT
8. UN-CONSTITUTIONAL STATE OF CONNECTICUT JUDICIAL BRANCH, NO GRAND JURIES VIOLATES FIFTH AMENDMENT
9. WILLFUL VIOLATIONS OF OATH AND DUTY
10. WILLFUL VIOLATIONS OF FIDUCIARY DUTY
11. SEIZURE OF PRIVATE PROPERTY
12. FALSE ARREST, KIDNAPPING AND ASSAULT
13. USE OF POLICE IN MILITARY ASSAULT IN CIVIL MATTER
14. USE OF MILITARY GRADE WEAPONS AGAINST AMERICAN PRIVATE INDIVIDUALS
15. MISPRISION OF FELONY
16. MISPRISION OF TREASON

17. IRREPARABLE HARM
18. RACKETEERING
19. ENEMY (DOMESTIC)
20. ACTS OF DOMESTIC TERRORISM

*Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)*

*Note: **Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution** and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of **treason**. The U.S. Supreme Court has stated that **"no state legislator or executive or judicial officer can war against the Constitution** without violating his undertaking to support it". See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).*

*Rotella v. Wood et al., 528 U.S. 549 (2000)*

*"The object of civil RICO is thus not merely to compensate victims but to turn them into prosecutors, "private attorneys general," dedicated to eliminating racketeering activity. 3  Id., at 187 (citing Malley-Duff, 483 U.S., at 151 ) (civil RICO specifically has a "further purpose [of] encouraging potential private plaintiffs diligently to investigate").  The provision for treble damages is accordingly justified by the expected benefit of suppressing racketeering activity, an object pursued the sooner the better."*

*Axon Enterprise, Inc. v. FTC, 143 S. Ct. 890 (2023) Nos. 21-86 and 21-1239 (April 14, 2023),*

*"Cases involving ... deprivations or transfers of life, liberty, or property constitute a core of cases that ... MUST be resolved by Article III courts—not executive adjudicators dressed up as courts".*

*U.S. v. Tweel, 550 F.2d 297, 299 (1977); U.S. v. Prudden, 424 F.2d 1021, 1032 (1970); Carmine v. Bowen, 64 A. 932 (1906)*

*"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior... This sort of deception will not be tolerated and if this is routine it should be corrected immediately."*

*Salinas v. United States, 522 U.S. 52,*

*Conspiracy "A conspiracy may exist even if a conspirator does not agree to commit or facilitate each and every part of the substantive offense." Salinas v. United States, 522 U.S. 52, 63 (1997). It is "the common-law principle that, so long as they share a common purpose, conspirators are liable for the acts of their co-conspirators." Salinas v. United States, 522 U.S. 52, 64 (1997). "A conspirator must intend to further an endeavor which, if completed, would satisfy all of the*

28

*elements of a substantive criminal offense, but it suffices that he adopt the goal of furthering or facilitating the criminal endeavor."*

<u>*Levine v. United States, 362 U.S. 610, 80 S.Ct. 1038 (1960), citing Offutt v. United States, 348 U.S. 11, 14, 75 S.Ct. 11, 13 (1954).*</u>

*The Supreme Court has ruled and has reaffirmed the principle that **"justice must satisfy the appearance of justice"**.*

<u>*Boyd v. United, 116 U.S. 616 at 635 (1885)*</u>

Justice Bradley, *"It may be that it is the obnoxious thing in its mildest form; but illegitimate and unconstitutional practices get their first footing in that way; namely, by silent approaches and slight deviations from legal modes of procedure. This can only be obviated by adhering to the rule that constitutional provisions for the security of persons and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. **It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and against any stealthy encroachments thereon. Their motto should be Obsta Principiis**."*

<u>*Downs v. Bidwell, 182 U.S. 244 (1901)*</u>

**"It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgment in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution."**

<u>*Marbury v. Madison, 5 U.S. (2 Cranch) 137, 180 (1803)*</u>

*"... the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." "In declaring what shall be the supreme law of the land, the Constitution itself is first mentioned; and not the laws of the United States generally, but those only which shall be made in pursuance of the Constitution, have that rank". "All law (rules and practices) which are repugnant to the Constitution are VOID".* Since the 14th Amendment to the Constitution states "NO State (Jurisdiction) shall make or enforce any law which shall abridge the rights, privileges, or immunities of citizens of the United States nor deprive any citizens of life, liberty, or property, without due process of law, ... or equal protection under the law", this renders judicial immunity unconstitutional.

<u>*Miranda v. Arizona, 384 U.S. 436, (1966)*</u>

*"Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them."*

29

*SECURITIES AND EXCHANGE COMMISSION v. JARKESY, JR., 603 U.S. (June 27, 2024)*

*"I write separately to highlight that other constitutional provisions reinforce the correctness of the Court's course. The Seventh Amendment's jury-trial right does not work alone. It operates together with Article III and the Due Process Clause of the Fifth Amendment to limit how the government may go about depriving an individual of life, liberty, or property. The Seventh Amendment guarantees the right to trial by jury. Article III entitles individuals to an independent judge who will preside over that trial. And due process promises any trial will be held in accord with time-honored principles. Taken together, all three provisions vindicate the Constitution's promise of a "fair trial in a fair tribunal." In re Murchison, 349 U. S. 133, 136 (1955)."*

*That is why the Constitution built "high walls and clear distinctions" to safeguard individual liberty. Plaut v. Spendthrift Farm, Inc., 514 U. S. 211, 239 (1995). Ones that ensure even the least popular among us has an independent judge and a jury of his peers resolve his case under procedures designed to ensure a fair trial in a fair forum. In reaffirming all this today, the Court hardly leaves the SEC without ample powers and recourse. The agency is free to pursue all of its charges against Mr. Jarkesy. And it is free to pursue them exactly as it had always done until 2010: In a court, before a judge, and with a jury. With these observations, I am pleased to concur.*

*In Brown v. Vasquez, 952 F.2d 1164, 1166 (9th Cir. 1991), cert. denied, 112 S.Ct. 1778 (1992),*

*The court observed that the Supreme Court has **"recognized the fact that '[t]he writ of habeas corpus is the fundamental instrument for safeguarding individual freedom against arbitrary and lawless state action.'"***

*Picking v. Pennsylvania Railway, 151 F.2d. 240, Third Circuit Court of Appeal.*

*"The plaintiff's civil rights pleading was 150 pages and described by a federal judge as **"inept"**. Nevertheless, it was held **"Where a plaintiff pleads pro se in a suit for protection of civil rights, the Court should endeavor to construe Plaintiff's Pleadings without regard to technicalities."***

*Meyer v. Nebraska, 262 US 390 - Supreme Court 1923*

*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus-- may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*

***As to LIBERTY,** "While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."*

30

*Wild v. Fregein Construction, 68 P.3rd 855 (2003).*

*To falsify information is indisputably fraud. "If it looks like a duck, walks like a duck and quacks like a duck, it must be a duck.., even if it is holding a piece of paper that says it is a chicken"*

*Hazel-Atlas Glass Co. v. Hartford- Empire Co., 322 US 238 (1944).*

*"[T]ampering with the administration of justice as indisputably shown here involves far more than injury to a single litigant. It is a wrong against the institutions set up to protect and safeguard the public, institutions In which fraud cannot complacently be tolerated consistent with the good order of society"*

*American Communications Assn. v. Douds, 339 U.S. 382 (U.S. Supreme Court - 1950)*

*It is not the function of our Government to keep the citizen from falling into error; it is the function of the citizen to keep the Government from falling into error. Rights are a subset of property. property. Government exists to secure and protect rights, NOT to conspire against and trample them. The primary fiduciary duties of oath taker public servants are to protect and secure such rights.*

*United States v. Sandford, Fed. Case No.16, 221 (C.Ct.D.C. 1806).*

*In the early days of our Republic, "prosecutor" was simply anyone who voluntarily went before the grand Jury with a complaint.*

*United States v. Lee (1882)*

*"Under our system the people, who are there called subjects, are the sovereign. Their rights, whether collective or individual, are not bound to give way to a sentiment of loyalty to the person of the monarch. The citizen here knows no person, however near to those in power, or however powerful himself, to whom he need yield the rights which the law secures to him when it is well administered. When he, in one of the courts of competent jurisdiction, has established his right to property, [106 U.S. 196, 209]  there is no reason why deference to any person, natural or artificial, not even the United States, should prevent him from using the means which the law gives him for the protection and enforcement of that right."*

*"courts cannot give remedy when the citizen has been deprived of his property by force, his estate seized and converted to the use of the government without any lawful authority, without any process of law, and without any compensation, because the president has ordered it and his officers are in possession? If such be the law of this country, it sanctions a tyranny which has no existence in the monarchies of Europe, nor in any other government which has a just claim to well-regulated liberty and the protection of personal rights."*

*"While by the constitution the judicial department is recognized as one of the three great branches among which all the powers and functions of the government are distributed, it is inherently the weakest of them all. Dependent as its courts are for the enforcement of their*

*judgments upon officers appointed by the executive, and removable at his pleasure, with no patronage and no control of purse or sword, their power and influence rests solely upon the public sense of the necessity for the existence of a tribunal to which all may appeal for the assertion and protection of rights guarantied by the constitution and by the laws of the land, and on the confidence reposed in the soundness of their decisions and the purity of their motives."*

In the Supreme Court case of United States v. Williams, 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352 (1992),

*Justice Antonin Scalia, writing for the majority, confirmed that the American grand jury is neither part of the judicial, executive nor legislative branches of government, but instead belongs to the people. It is in effect a fourth branch of government "governed" and administered to directly by and on behalf of the American people, and its authority emanates from the Bill of Rights, the acts of the Grand Jury is the consent of the people. "The grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It " 'is a constitutional fixture in its own right. In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people". — Justice Antonin Scalia*

## FACTUAL BACKGROUND

All Affidavits are unrebutted-uncontested; thus, they are lawful fact.

Legal Maxim: "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God."

Legal Maxim: "A claim not contested, stands true."

Legal Maxim: "He who does not deny, admits."

Legal Maxim: "Failure to enforce the law does not change it."

Legal Maxim: "A claim bought in law that is not contested or rebutted, then stands true. Hence silence to a controversy is considered consent to any judgment."

Legal Maxim: "An Unrebutted Affidavit is Truth."

Legal Maxim: "Judicial notice is a form of evidence."

Legal Maxim: "The government is to be subject to the law, for the law makes the government."

*Lawful Fact: $ 40,892,218,682,018 - War Crimes & Restitution for "We the People". (Humble on Rumble)  https://rumble.com/v75o4co-lawful-fact-40892218682018-war-crimes-and-restitution-for-we-the-people..html*

Date: December 28, 2025

To whom it may concern,

### AFFIDAVIT: STATEMENT OF TRUTH

*Subject: Andy's Lawful War Crime Claims and Restitution for "We the People". Abandonment and Judicial Default - Restitution Total: $ 40,892,218,682,018.03*

I, Andrew Hamilton Pritchard, Sui Juris, Living American, Beneficiary in Equity-Executor of 9 Sylvester Court, Norwalk, Connecticut delivers my testimony, so help me God.

All Government Authorities have been served with Affidavit stating Jurisdiction is that of the Constitution for the united states of America, the Supreme Law of the land, and multiple documents of crimes, high crimes, Public Notices – Judicial Notices, and Bills of Complaints that are abandoned and in Default.

There have been zero responses; thus, tacit acquiescence.

*Maxim of Law: "He who does not deny, admits."*

### WAR CRIMES - Title 18 U.S. Code § 2441

### PUBLIC NOTICE & JUDICIAL NOTICE (11/25/2025):

All Officers, Agents, Clerks, Judges, Administrators, and Actors of the Corporations and Associations Doing Business as the STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF NEW JERSEY, and the GOVERNMENT OF THE UNITED STATES; plus, PALANTIR TECHNOLOGIES INC., CONNECTICUT BAR ASSOCIATION, and AMERICAN BAR ASSOCIATION have No Authority to Adjudicate, Govern or Legislate as they are "AT WAR WITH THE U.S. CONSTITUTION" and "ENGAGE IN ACTS OF TREASON". They are the "ENEMY" of the American People executing "DOMESTIC TERRORISM" and "GENOCIDE" by

33

"SEDITIOUS CONSPIRACY" in weaponized courts, and the use of "BIOLOGICAL WEAPONS" by delivery systems from injection to Climate Engineering.

## CHARGES & CLAIMS:

Title 18 U.S. Code 2441 War Crimes; Title 18 U.S. Code § 2384 - Seditious conspiracy; Title 18 U.S. Code § 2331 – Definitions "Domestic Terrorism"; Title 18 U.S. Code § 2332b - Acts of terrorism transcending national boundaries; Title 18 U.S. Code § 175 - Prohibitions with respect to biological weapons; Title 18 U.S. Code § 1091 – Genocide; Title 18 U.S. Code § 2382 - Misprision of treason; and Title 18 U.S. Code § 2381 – Treason by a weaponized the US Judicial Branch from top to bottom executing upon "We the People" of America through pirated power affirmed by "ENEMY" Courts. Plus, violation of the Justice for Victims of War Crimes Act & Geneva Conventions as affirmed by October 8, 2025, DECLARATION AND ORDER OF THE ALLIANCE OF INDIGENOUS NATIONS (AIN) INTERNATIONAL TRIBUNAL which states, "This Tribunal finds and hereby declares that the 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injections meet the criteria of biological weapons and weapons of mass destruction, according to the Biological Weapons Anti-Terrorism Act, of 1989, 18 USC § 175; Weapons and Firearms § 790.166 Fla. Stat. (2023), Canada's Biological and Toxin Weapons Convention Implementation Act, 2004, and the International Biological Weapons Convention. This Tribunal finds and hereby declares that the COVID-19 injections, mRNA injections, or mRNA nanoparticle injections, are in fact biological and technological weapons of mass destruction." Climate Engineering systems affirmed by Geoengineeringwatch.org.

## LEGAL MAXIM:

The government is to be subject to the law, for the law makes the government.

## AUTHORITY:

As a living-breathing American Man, one of "We the People", the Owners of Our Government, I, Andrew Hamilton Pritchard, Sui Juris, have the authority to address any felony that I witness firsthand (CGS 54-170 Arrest without Warrant). (King James Version) Galatians 6:7-8, *Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap.  For he that soweth to his flesh*

*shall of the flesh reap corruption; but he that soweth to the Spirit shall of the Spirit reap life everlasting. Amen.*

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

The Supreme Law of the United States of America states unambiguously, "The United States shall guarantee to every State in this Union a Republican Form of Government and shall protect each of them against Invasion." Art 4, Sec 4, U S Constitution.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm and death to so many Americans and people of the world.

Personally, my home of twenty-nine years was seized by a planned Police Military raid by over 50+ Complicit Officers without claim (Void ab initio, Federal Reserve Act Sec.13-13) or compensation; and fraudulent charges for trespassing with twenty-five years of jail time (Default past due).


**Dates of the Supreme Court Habeas Corpus Petitions in Default (Restitution):**

*September 13, 2024 – RE: Samuel A. Magliari, Jr., [Bill of Complaint - $1,767,881,784.00] State of Connecticut*

*September 13, 2024 – RE: Andrew Hamilton Pritchard & "We the People of Connecticut". [Bill of Complaint - $725,781,907,128.00] State of Connecticut*

*November 13, 2024 – RE: Joseph B. Elad & "We the People of America" [Bill of Complaint - $140,000,000,000.00] State of Delaware*

*December 16, 2024 – RE: "We the People of America" and Andrew Hamilton Pritchard. [Bill of Complaint - $33,755,862,000,000.00] United States Government*

*July 31, 2025 – RE: "The 658 Cantor Fitzgerald Employees Killed in 9/11" and Partner, Andrew Hamilton Pritchard. [Bill of Complaint - $673,888,633.00] Howard Lutnick and Cantor Fitzgerald*

*September 5, 2025 – RE: "We the People of America" and Andrew Hamilton Pritchard. [Bill of Complaint - $1,712,164,760.00] United States Government.*

*December 4, 2025 – RE: "2890 Farmers of New Jersey Farmland Preservation Program" and Shya Beth of Misty Brook Meadows Farm. [Bill of Complaint - $1,910,839,713.03] State of New Jersey*

*December 10, 2025 – RE: "We the People of America" and Andrew Hamilton Pritchard. [Bill of Complaint - $6,264,510,000,000.00] American Bar Association*

*Abandonment and Judicial Default Restitution <u>Total</u>: $ 40,892,218,682,018.03*


**<u>Public Notice and Judicial Notice:</u>**

*June 12, 2024: Connecticut Government - Loss of Authority*

*August 28, 2024: US District Court for Connecticut - Loss of Authority*

*November 12, 2024: US District Court for Delaware - Loss of Authority*

*February 6, 2025: US Court of Appeals Third Circuit - Loss of Authority*

*February 18, 2025: US Supreme Court - Loss of Authority*

*March 18, 2025: US Supreme Court and Congress - Loss of Authority*

*October 14, 2025: US Government and Palantir Technologies – War Crimes*

*November 14, 2025: Writ of Mandamus (Notice) US Supreme Court – War Crimes*

*November 25, 2025: American Bar Association (ABA) – War Crimes*


**<u>Writs of Capias – Demand for Arrest to the US Supreme Court and/or Solicitor General:</u>**

*August 22, 2025: Arrest of the nine Justices of the US Supreme Court.*

*September 8, 2025: Arrest of Chief Clerk of the US Supreme Court, Scott S. Harris.*

*September 18, 2025: Writ of Mandamus - Arrest of the Justices of the US Supreme Court.*

*October 3, 2025: Letter to Attorney General & Solicitor General of Arrest of Justices.*

*October 7, 2025:    Letter to Attorney General & Solicitor General of Arrest of Sec. of Commerce, Howard Lutnick.*

*October 10, 2025:  Arrest of US District Court of Delaware & Third Circuit Appellate Judges.*

*November 15, 2025: Arrest Letter to the President, Attorney General & Solicitor General for Loss of Power and Authority due to dereliction of Oath & Duty (Art II, Sec. 3) and violating Title 10 U.S. Code § 892 - Art. 92. Failure to obey order or regulation, and his powers are a nullity.*

*December 5, 2025: Arrest of US District Court of New Jersey Judges.*

*December 10, 2025: Arrest Letter and Affidavit of the American Bar Association (ABA) and the Connecticut Bar Association (CBA) sent to the Attorney General & Solicitor General.*

Case Law:

Rotella v. Wood et al., 528 U.S. 549 (2000)
*"The object of civil RICO is thus not merely to compensate victims but to turn them into prosecutors, "private attorneys general," dedicated to eliminating racketeering activity. 3 Id., at 187 (citing Malley-Duff, 483 U.S., at 151) (civil RICO specifically has a "further purpose [of] encouraging potential private plaintiffs diligently to investigate").  The provision for treble damages is accordingly justified by the expected benefit of suppressing racketeering activity, an object pursued the sooner the better."*

Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)
*Note: **Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution** and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of **treason.** The U.S. Supreme Court has stated that **"no state legislator or executive or judicial officer can war against the Constitution** without violating his undertaking to support it".* *See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).*

<u>Meyer v. Nebraska, 262 US 390 - Supreme Court 1923</u>

*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus--may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*

**As to LIBERTY,** *"While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."*

I do this all out of love of my family, friends, "We the People"; and my duty to freedom now and the future.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.

Respectfully,

Andrew Hamilton Pritchard, Sui Juris
Living American
Beneficiary in Equity-Executor
9 Sylvester Court
Norwalk, Connecticut
Phone: (203)858-7949
Email: apritchard1963@gmail.com

38



**Patents of Carbon Credits, Crypto Currencies, Stablecoin, Large Language Models and Artificial Intelligence (AI) stolen.**

Constitution Article 1, Section 8
*Clause 8: To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries.*

US20020046154A1    Systems and methods for developing and administering investment trusts
Inventor: Andrew Pritchard

US20080162372A1    Methods and systems for generating an investment trust comprising neutralized securities
Inventor: Josh Margolis, Lawrence Trevor Gage, Scott Hartzell, Andrew Pritchard

US7480640B1    Automated method and system for generating models from data (aka "Knowledge Extraction Engine (KEE)"
Inventor: Joseph B. Elad, Apperson H. Johnson, Julia E. Cowart, David S. Cleaver

## CLAIMS FOR RELIEF

**COUNT ONE – VIOLATION OF THE SUPREMACY CLAUSE** {***From Case 3:26-cv-00568 Document 1 Filed 04/13/26 Page 24 of 33}

***73. Plaintiff hereby incorporates the foregoing paragraphs of the Complaint as if fully stated herein.

***74. The Supremacy Clause of the United States Constitution provides that "[t]his Constitution, and the Laws of the United States which shall be made in Pursuance thereof … shall be the supreme Law of the Land … any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." U.S. Const. art. VI, cl. 2.

**TO BE DETERMINED COUNTS – VIOLATION OF THE SUPREMACY CLAUSE**

LOSS OF AUTHORITY FOR JUDGES, STATE REFEREES, AND JUDGE TRIAL REFEREES due to WILLFUL VIOLATIONS of the Connecticut Practice Book Section 11-18; WILLFUL VIOLATIONS of the Administrative Procedures Act; WILLFUL VIOLATIONS of Title 18 U.S.C Section 241 Conspiracy Against Rights; WILLFUL VIOLATIONS of Title 18 U.S.C Section 242 Deprivation of Rights Under the Color of Law; FRAUD UPON THE COURT by FALSE REPRESENTATION of court record by signing ORDER as JUDGE when you are not a Judge; WILLFUL VIOLATION of Civil Procedure as to establishing a Trial by Jury due to the many obvious legal issues raised; WILLFUL VIOLATIONS of CGS 51-47 Salaries of judges. Practice of law prohibited. Membership on board of directors of bank prohibited. Longevity payments, and CGS 52-434 State Referee which requires "Written Consent" by both parties; FRAUD UPON THE COURT by False Representation with the statement "JUDGE" on ORDERS throughout Court Records which on the face of it is a FALSE STATEMENT; Complicit Judge Trial Referee without "Written consent" is a Complicit Participant in the massive Racketeering network to enable the "Fraud & Swindle", "Railroading", "Racketeering", "Seizure" and "Treason" by "War against the Constitution" and by obvious violations of the Administrative Procedures Act of 1946.

NO STANDING AND NO SUBJECT MATTER JURISDICTION with obvious NO DUE PROCESS as confirmed by the following violations TO THE U.S. CONSTITUTION; THE

CONSTITUTION OF THE STATE OF CONNECTICUT; CONNECTICUT GENERAL STATUTES CHAPTER 952 Section 53a-119 Larceny; CGA SEC. 53a-121 Value of Property; CGA SEC. 42a-9-109(a)(3); CGA SEC. 42a-9-203(b);CGA SEC. 42a-9-607(b) 12 CFR 1026 Truth in Lending Act (TILA) Regulation Z, 12 USC 2605 Real Estate Settlement Procedures Act (RESPA) Section 6; CGS Sec. 53- 379(a) Residential Mortgage Fraud; CGS 47-30 Ejectment. Set-Off of Defendant's Improvements; CGS Sec. 52-434 State Referees; CGS 52-467 Punishment for refusal to obey writ or accept copy; CGS Sec. 53a-138 Forgery in the First Degree; CGS Sec. 53a-139 Forgery in the Second degree; CGS Sec. 53a-142a Filing a False Record; CGS Sec. 8- 265ee Notice to Mortgagee of Foreclosure; CGS Sec. 49-8a Penalty for Recording False Information; CGS Sec. 49-10 Assignment of Mortgage Debt-Requirements-Sufficient Notice of Assignment; CGS Sec. 47-36aa Validations re Conveyancing Defects of Instruments Recorded after January 1, 1997, Insubstantial Defects-Defects re Power of Attorney-Defects re Conveyance by Fiduciary; CGS Sec. 47-5 Requirements re Conveyance of Land-Conveyance pursuant to Power of Attorney; CGS Sec. 53a-129a. Identity theft defined; CGS Sec. 53a-129b. Identity theft in the first degree: Class B felony; CGS Sec. 53a-129c. Identity theft in the second degree: Class C felony; CGS Sec. 53a-129d. Identity theft in the third degree: Class D felony; CGS Sec. 53a-129e. Trafficking in personal identifying information: Class D felony; CGS Sec. 52-571h. Action for damages resulting from identity theft; CGS 53a-130 Criminal Impersonation; CGS Sec. 53a-157b. (Formerly Sec. 53a-157). False statement: Class A misdemeanor; CGS Sec. 54-64a. Release by judicial authority; CGS Sec. 53a-180. Falsely reporting an incident in the first degree: Class D or C felony; CGS Sec. 53a-180b. Falsely reporting an incident concerning serious physical injury or death: Class D or C felony; CGS Sec. 53a-183. Harassment in the second degree: Class C misdemeanor; CGS 54-82m Speedy Trial; CGS Sec. 7-254. Delinquent assessments. Liens. Assignment of liens; CGS Sec. 52-215. Dockets. Jury cases. Court cases; CGS Sec. 52-218 Jury May Try Facts in Equitable Action; the Connecticut Corrupt Organizations and Racketeering Activity Act (CORA) CGS 53-393 et seq.; no DUE PROCESS as per the Constitution of Connecticut, the 5th Amendment, the 7th Amendment and 14th Amendment of the US Constitution; plus, The Right to Privacy' addressed in the 1st Amendment, 3rd Amendment, 4th Amendment, 5th Amendment and the "Liberty" Guarantee of the 14th Amendment of the US Constitution; 18 US Code 4 Misprision of felony; 18 U.S. Code § 3 - Accessory after the fact; Title 18 US Code 153 Embezzlement Against Estate;

41

Title 18 U.S.C Section 241 Conspiracy Against Rights; Title 18 U.S.C Section 242 Deprivation of Rights Under the Color of Law; Title 42 US Code 122203 Prohibition Against Retaliation and Coercion; Title 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees; Title 9 18 U.S.C 1951 Hobbs Act; Title 5 Administrative Procedure Act 1946; Executive Order 13818 Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption; Executive Order 13848 Imposing Certain Sanctions in the Event of Foreign Interference in a United States Election; Title 50 U.S. Code 2204 Definitions "ENEMY", "SPOILS OF WAR", etc.; Title 5 U.S. Code § 3331 - Oath of office; Title 18 U.S. Code § 1918 - Disloyalty and asserting the right to strike against the Government; Title 18 U.S. Code § 1346 - Definition of "scheme or artifice to defraud"; Title 8 U.S. Code § 1481 - Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions; Title 22 U.S. Code § 611 – Definitions; Title 28 U.S. Code Chapter 176 - FEDERAL DEBT COLLECTION PROCEDURE; Title 22 U.S. Code § 286 - Acceptance of membership by United States in International Monetary Fund; Title 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof; Title 42 U.S. Code § 12202 - State immunity; Title 42 U.S. Code § 2000d–7 - Civil rights remedies equalization; Title 5 U.S. Code § 558 - Imposition of sanctions; determination of applications for licenses; suspension, revocation, and expiration of licenses; Title 18 U.S. Code § 2331 – Definitions "Domestic Terrorism"; Title 18 U.S. Code § 2332b - Acts of terrorism transcending national boundaries; Title 18 U.S. Code § 175 - Prohibitions with respect to biological weapons; Title 18 U.S. Code § 1091 – Genocide; Title 18 U.S. Code 2441 War Crimes; Title 18 U.S. Code § 2382 - Misprision of treason; Title 18 U.S. Code § 2381 – Treason; and CGS 54-170 Arrest without warrant.

IMMEDIATE ACTIONS REQUIRED

1) ARREST COMPLICIT PERSONS.

   Sec. 54-170. Arrest without warrant. The arrest of a person may be lawfully made also by any peace officer or a private person, without a warrant, upon reasonable information that the accused stands charged in the courts of a state with a crime punishable by death or imprisonment for a term exceeding one year, but when so arrested the accused shall be taken before such a judge with all practicable speed and complaint shall be made against

him under oath setting forth the ground for the arrest as in section 54-169; and thereafter his answer shall be heard as if he had been arrested on a warrant.

2) Complicit participants must be brought before an unbiased Grand Jury of the People (not an Investigatory Grand Jury made up of one or three biased Judges) to determine that a Trial by Jury and/or a Common Law Grand Jury must commence for <u>crimes and Treason</u>.

3) Pay December 28, 2025, Andy's Lawful War Crime Claims and Restitution for "We the People" - Abandonment and Judicial Default - <u>Restitution Total: $ 40,892,218,682,018.03</u>

(See page 33 "Andy's Lawful War Crime Claims and Restitution for "We the People"")

## PRAYER FOR RELIEF

I, Andrew Hamilton Pritchard, Petitioner, Sui Juris, Living Free Man of God, humbly pray for the following relief:

Luke 2:14 KJV
*Glory to God in the highest, and on earth peace, good will toward men.*

That violations of the "Supremacy Clause", and complicit participants violations to their Oath & Duty to the Constitution for the United States of America are addressed with a fair and impartial jury for the purpose of:

1. Protect the innocent from government abuse.

2. Ensure the bad actors are accused and brought to justice.

3. Audit every facet of government.

4. Recognize that under Common Law there must be an injured party, harm.

Those violations of the Supremacy Clause violate federal law and are therefore invalid.

That any other relief deemed just and proper is rewarded.

Romans 13:1 KJV

*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

*So be it.*

43

## SUMMARY

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

The Battle for America is not complicated.

Complicit Judges and Attorneys ("Ultimate Sovereigns") are traitors maintaining rogue power through "Seditious Conspiracy" and "Domestic Terrorism".

The ENEMY, complicit Judges and Attorneys ("Ultimate Sovereigns"), are in control of our legal system; and thus, control our country. Control was seized by Big Money and blackmail.

TRUTH 1: Constitutional Oath and Duty mean nothing to the ENEMY Judges ("Ultimate Sovereigns").

Canon 3228

Public Service
2.The Presumption of Public Service is that all the members of the Private Bar Guild who have all sworn a solemn secret absolute oath to their Guild then act as public agents of the Government, or public officials by making additional oaths of public office that openly and deliberately contradict their private superior oaths to their own Guild.

TRUTH 2: The Complicit Attorneys ("Ultimate Sovereigns") Oath and Duty is to the ENEMY court, not the Client.

Corpus Juris Secundum (C.J.S.) legal encyclopedia, volume 7, section 4:

§ 4 ATTORNEY & CLIENT 7 C.J.S.
"His first duty is to the courts and the public, not to the clients, and wherever the duties to his client conflict with those he owes as an officer of the court in the administration of justice, the former must yield to the latter.

TRUTH 3: The Violations.

NO AUTHORITY (POWER):

Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)

Note: By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law, when a judge does not follow the law, the Judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect.

TRUTH 4: The Solution.

DUTY OF THE "COMMON LAW" GRAND JURY - If anyone's unalienable rights have been violated, or removed, without a legal sentence of their peers, from their lands, home, liberties or lawful right, we [the twenty-five] shall straightway restore them. And if a dispute shall arise concerning this matter it shall be settled according to the judgment of the twenty-five Grand Jurors, the sureties of the peace. -- MAGNA CARTA, JUNE 15, A.D. 1215, 52.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm to so many.

To put it simply, a Trial by Jury verdict is law.

The "ENEMY" knows this and assaults us with "Opinions" from "Ultimate Sovereigns".

The Judges, Clerks and Government Officials of the United States have willfully violated their Oath and Duty.

Just look at the Judiciary Act of 1925 delivered by Congress after being sponsored by the Supreme Court. This American Bar Association By-Law X execution was a direct attack of our Constitution and Liberty that haunts us today.

Restraint of liberty is unacceptable.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.


Respectfully submitted,

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut