# Attachment of Complicit Parties

1

## DEFENDANTS ATTACHMENT:

*SUI JURIS - ARREST WITHOUT WARRANT CGS 54-170:*

*United States v. Sandford, Fed. Case No.16, 221 (C.Ct.D.C. 1806).*

*In the early days of our Republic, "prosecutor" was simply anyone who voluntarily went before the grand Jury with a complaint.*

Affirmation by the Third Circuit Appellate Court of the use of a Writ of Capias

**On April 4, 2025, the United States Court of Appeals for the Third Circuit Document Case No. 24-2242 filed by Appellant titled "Writ of Capias-Demand for Arrest":**

*"Any further review must be sought in the United States Supreme Court"*

Legal Maxim: "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God."

Legal Maxim: "A claim not contested, stands true."

Legal Maxim: "He who does not deny, admits."

Legal Maxim: "Failure to enforce the law does not change it."

Legal Maxim: "A claim bought in law that is not contested or rebutted, then stands true. Hence silence to a controversy is considered consent to any judgment."

Legal Maxim: "An Unrebutted Affidavit is Truth."

Legal Maxim: "No one is judge in their own case."

Legal Maxim: "Judicial notice is a form of evidence."

2

Defendants below are named in their individual capacity.

## *SUPREME COURT OF THE UNITED STATES*

John G. Roberts, Jr.
Clarence Thomas
Samuel A. Alito, Jr.
Sonia Sotomayor
Elena Kagan
Neil M. Gorsuch
Brett M. Kavanaugh
Amy Coney Barrett, Associate Justice
Ketanji Brown Jackson

Clerk of the Court

Scott S. Harris

## *CONNECTICUT:*

United States District Court for the District of Connecticut Judge

Victor Bolden

Omar A. Williams

Sarala V. Nagala

Chief Justice of the Supreme Court

Chase Theodora Rogers (RET. 2018)
Richard A. Robinson

Superior Court Judges

Robert L. Genuario
Kevin M. Tierney
Kevin A. Randolph
John F. Blawie
Charles T. Lee

3

A. William Mottolese
John F. Kavanewsky, Jr.
Ronald E. Kowalski, II
Douglas C. Mintz
David R. Tobin
Kenneth B. Povodator
Walter Michael Spader, Jr.
Bruce P. Hudock
Vikki Cooper
Robert G. Golger
Alex V. Hernandez
Sheila Ann Ozalis
Taggart D. Adams
Yamini Menon
Thomas Colin
Eric Tindil
William Clark
Gary White
Donna Heller
Margarita Moore
Mary Elizabeth Reid
Peter McShane
Maria Gonzales
Scott M. Jones

Chief Court Administrator, Judge

Patrick L. Carroll, III

Appellate Court Judges

Joseph P. Flynn
Bethany Jean Alvord
Alexandra Davis Dipentima

Connecticut Governor

Ned Lamont
Dannel P. Malloy

4

Connecticut Attorney General

William Tong and other Complicit Participants

Deputy Assistant State's Attorney

Laurence Tamaccio

## DELAWARE

United States Court of Appeals for the Third Circuit Judge

Tamika R. Montgomery-Reeves
Patty Shwartz
Anthony J. Scirica

United States District Court for the District of Delaware Judge

Colm Felix Connolly
Richard G. Andrews
Jennifer L. Hall
Maryellen Noreika
Gregory B. Williams

United States District Court of Delaware Clerk of Court

Randall C. Lohan

Delaware Supreme Court Justice

Abigail M. Legrow
Karen L. Valihura
Gary F. Traynor
N. Christopher Griffiths

5

Superior Court Judge

Eric M. Davis
Dannielle J. Brennan

Delaware Governor

John Carney and other Complicit Participants


## *NEW JERSEY*

United States District Court for the District of New Jersey Judge

Renee Marie Bumb
Jamel K. Semper
Christine P. O'Hearn

Superior Court Judge

Frank J. DeAngelis
James M. DeMarzo


## *MISSOURI*

Superior Court Judge/Commissioner

Amy R. Ashelford


**Sui Juris** • *Featuring Black's Law Dictionary, 2nd Ed.*

**Definition and Citations:**
Lat. Of his own right; possessing full social and civil rights; not under any legal disability, or the power of another, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self. Story, Ag.

6

*Meyer v. Nebraska, 262 US 390 - Supreme Court 1923*
*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus--may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*
**As to LIBERTY,** *"While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."*

*Bond vs. UNITED STATES, 529 US 334 (2000)*
*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

Affirmation by the Third Circuit Appellate Court of the use of a Writ of Capias directed the Petitioner to submit it to the Supreme Court of the United States.

On April 4, 2025, the United States Court of Appeals for the Third Circuit Document Case No. 24-2242 filed by Appellant titled "Writ of Capias-Demand for Arrest":

*"Any further review must be sought in the United States Supreme Court"*

See next page

7

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2242

Elad v. Truist Bank

To:    Clerk

1)    Document filed by Appellant titled "Writ of Capias-Demand for Arrest"

No action will be taken on the foregoing submission.  The Court issued an opinion and judgment in this case on February 3, 2025, affirming the District Court's judgment. The mandate was then issued on March 25, 2025.

With the issuance of this Court's mandate, the Court's decision became final and the Court lost any authority to alter or change its decision.  Any legal or factual arguments that could have been made to the Court as to why this Court's decision was legally erroneous must have been made prior to the conclusion of the appeal.  No further submissions will be considered in this case.  Any further review must be sought in the United States Supreme Court in accordance with that Court's rules and procedures.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated:  April 4, 2025
JK/cc: Joseph B. Elad
        All Counsel of Record

8

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT



| | |
|---|---|
| JOSEPH B. ELAD, | ) |
| PLAINTIFF-APPELLANT | ) |
| | ) |
| V. | )    **Case: 24-2242** |
| | ) |
| TRUIST BANK ET AL | ) |
| DEFENDANT-APPELLEE, | ) |

**WRIT OF CAPIAS-DEMAND FOR ARREST:** United States Court of Appeals for the Third Circuit Judge Patty Shwartz, United States Court of Appeals for the Third Circuit Judge Tamika R. Montgomery-Reeves, United States Court of Appeals for the Third Circuit Judge Anthony J. Scirica; and the other Complicit Participants in the Petition named above pursuant to Delaware Code Title 11 § 2514. Arrest without warrant.

The Complicit Judges and Clerks engage in "SEDITIOUS CONSPIRACY" (Title 18 US Code 2384) as an "ENEMY" (Title 50 U.S. Code 2204) executing "DOMESTIC TERRORISM" (Title 18 U.S. Code 2331) and TREASON (Title 18 U.S. Code 2381) against "the People" of America by weaponizing judicial authority for any objective and/or target.

Misprision of Treason by Judges to hide the Treason of Judges is blatant.

A Trial by Jury is demanded and required for even the "appearance of justice" to exist when Judges are charged.

"A Fox can't judge other Foxes for the Hen House Massacre."

<u>Maxim of Law</u>: "Judicial notice is a form of evidence."

9

# Attachment of Related Cases

## State of California

### SUPERIOR COURT OF TULARE COUNTY

PCL330454          SBE, LP vs. MORALES, DAVID et al

T.S. NO. 25-75440   ZBS, LLP vs. MORALES, DAVID et al

VCM472832          THE PEOPLE OF THE STATE OF CALIFORNIA vs. RONALD OSBURN DOB: 05/12/1978 AKA: RON OSBORN DOB: 05/12/1978 AKA: RONALD LOU OSBURN DOB: 05/12/1978

## State of Connecticut

### United States District Court for the District of Connecticut

22-cv-1305-VAB      MAGLIAR JR., SAMUEL v. JUDGE GARY WHITE (in his individual capacity) and ASSISTANT STATE ATTORNEY MICHAEL NEMEC (in his individual capacity)

3:25-cv-00121-OAW  MAGLIAR JR., SAMUEL v. STATE OF CONNECTICUT

3:24-cv-01103-SVN  [Sui Juris Petitioner, Andrew Hamilton Pritchard] vs. [In their individual capacity, United States District of Connecticut Judge Sarala V. Nagala, Connecticut Superior Court Judge Scott M. Jones, Judge Gary White, Judge Peter McShane, Judge Mary Elizabeth Reid, Judge Maria Gonzalez, Judge John F. Blawie, Judge Kevin Randolph, Judge Bruce Hudock, Judge Kenneth Provodator, and Judge Kevin Hernandez]

3:24-CV-01278-SVN  [Sui Juris PETITIONER, Andrew Hamilton Pritchard, living-breathing man] vs. [THE STATE OF CONNECTICUT AND GOVERNMENT OFFICERS, OFFICIALS, JUDGES, CLERKS, STATE MARSHALS, JUDICIAL MARSHALS, POLICE OFFICERS AND ANY PERSONNEL REQUIRED TO TAKE AN OATH TO THE U.S. CONSTITUTION TO ADMINISTER THEIR DUTY; in their individual capacity et al]

### SUPERIOR COURTS OF CONNECTICUT - Civil

FST-CV15-6026844-S      CITIMORTGAGE INC. v. PRITCHARD, ANDREW H Et Al

FST-CV23-5029576-S      LUTHY, THOMAS v. PRITCHARD, ANDREW

FST-CV23-5028567-S      LUTHY, THOMAS, E v. PRITCHARD, ANDREW H

2

| | |
|---|---|
| FST-CV11-6007749-S | RESIDENTIAL CREDIT SOLUTIONS, INC. v. BEGETIS, ASIMINA Et Al |
| FST-CV21-6053956-S | CASCADE FUNDING MORTGAGE TRUST HB2 v. TRIGAS, MARIA, AKA MARIA TRIGA Et Al |
| FST-CV13-6019128-S | WELLS FARGO BANK, N.A. v. WHITE, CRYSTAL Et Al |
| HHB-CV26-5040009-S | ROCKET MORTGAGE,LLC, S/B/M NATIONSTAR MORTGAGE LLC v. DECORMIER, JOYCE, A,A/K/A DECORMIER, JOYCE Et Al |
| KNL-CV09-6001681-S | AURORA LOAN SERVICES. LLC v. DECORMIER, JOYCE, AKA |
| FST-CV14-6021995-S | BANK OF NEW YORK MELLON FKA BANK OF NEW YORK AS TR v. OCAMPO, JUAN C Et Al |
| FST-CV18-6038644-S | WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE F v. PARKINGTON, JED Et Al |

Criminal

| | |
|---|---|
| STATE OF CONNECTICUT v. PRITCHARD, ANDREW H. | S01S-CR22-0169490-T |
| STATE OF CONNECTICUT v. PRITCHARD, ANDREW H. | S01S-CR23-0250191-S |
| STATE OF CONNECTICUT v. PRITCHARD, ANDREW H. | S01S-CR23-0251706-S |
| STATE OF CONNECTICUT v. PRITCHARD, ANDREW H. | S01S-CR23-0251708-S |
| STATE OF CONNECTICUT v. PRITCHARD, ANDREW H. | S01S-CR23-0251790-S |
| STATE OF CONNECTICUT v. MAGLIARI JR., SAMUEL | S01S-CR24-0254894-S |
| STATE OF CONNECTICUT v. MAGLIARI JR., SAMUEL | S01S-CR24-0254895-S |
| STATE OF CONNECTICUT v. MAGLIARI JR., SAMUEL | S01S-CR24-0254896-S |
| STATE OF CONNECTICUT v. MAGLIARI JR., SAMUEL | S01S-CR24-0254897-S |
| STATE OF CONNECTICUT v. MAGLIARI JR., SAMUEL | F02B-CR19-0197097-T |

**State of Delaware**

United State Court of Appeals for the Third Circuit

Case; 24-2242          Joseph B. Elad, Sui Juris, Plaintiff -Appellant v. Truist Bank et al, Defendant – Appellee

United States District Court for the District of Delaware

1:23-cv-01360-GBW    Joseph B. Elad, Sui Juris, Plaintiff v. Truist Bank et al, Defendants

1:24-cv-00792-JLH    [Sui Juris Petitioner, Andrew Hamilton Pritchard] Vs. [In their individual capacity, Judge, Gregory B. Williams, et al], Defendants

1:25-CV-00149-CFC    [Sui Juris PETITIONER, Andrew Hamilton Pritchard] vs. [United States Court of Appeals for the Third Circuit Judge Tamika R. Montgomery-Reeves. United States Court of Appeals for the Third Circuit Judge Patty Shwartz, United States Court of Appeals for the Third Circuit Judge Anthony J. Scirica, United States District Court of Delaware Judge Jennifer L. Hall, United States District Court of Delaware Judge Maryellen Noreika, United States District Court of Delaware Judge Gregory B. Williams, United States District Court of Delaware Clerk of Court Randall C. Lohan; Delaware Supreme Court Justice Abigail M. LeGrow, Justice Karen L. Valihura, Justice Gary F. Traynor, Justice N. Christopher Griffiths, Superior Court Judge Eric M. Davis, Judge Danielle J. Brennan, Delaware Governor John Carney and other Complicit Participants]

1:25-cv-01079-RGA    [Sui Juris PETITIONER, Andrew Hamilton Pritchard] vs. [Chief Judge of the United States District Court for the District of Delaware Colm Felix Connolly, United States Court of Appeals for the Third Circuit Judge Tamika R. Montgomery-Reeves. United States Court of Appeals for the Third Circuit Judge Patty Shwartz, United States Court of Appeals for the Third Circuit Judge Anthony J. Scirica, United States District Court of Delaware Judge Jennifer L. Hall, United States District Court of Delaware Judge Maryellen Noreika, United States District Court of Delaware Judge Gregory B. Williams, United States District Court of Delaware Clerk of Court Randall C. Lohan; Delaware Supreme Court Justice Abigail M. LeGrow, Justice Karen L. Valihura, Justice Gary F. Traynor, Justice N. Christopher Griffiths, Superior Court Judge Eric M. Davis, Judge Danielle J. Brennan, Delaware Governor John Carney and other Complicit Participants]

4

THE SUPREME COURT OF DELAWARE

Case 417, 2023        TRUIST BANK, PLAINTIFF, V. ELAD, JOSEPH B., DEFENDANT,

THE SUPERIOR COURT FOR THE STATE OF DELAWARE FOR NEW CASTLE COUNTY

C.A.NO. N17L-06-100        BRANCH BANKING & TRUST COMPANY, PLAINTIFF, V. ELAD, JOSEPH B., DEFENDANT,

C.A.NO. N23C-02-243        TRUIST BANK, PLAINTIFF, V. ELAD, JOSEPH B., DEFENDANT,

THE COURT OF CHANCERY OF THE STATE OF DELAWARE

Consol. C.A. No. 9436-VCZ   BRAD AINSLIE, JASON BOYER, CHRISTOPHE CORNAIRE, JOHN KIRLEY, ANGELINA KWAN AND RÉMY SERVANT, Plaintiffs, v. CANTOR FITZGERALD, L.P., a Delaware Limited Partnership, Defendant.

**State of Missouri**

CIRCUIT COURT

Case: 25AE-AC02096        TRIM FINANCIAL SERVICES, INC. vs. ROSE DISTRIBUTING LLC ET AL

5

**State of New Jersey**

United States District Court for the District of Delaware

2:25-cv-12408-JKS-AME     [Sui Juris Petitioner, Shya Beth, American] vs. [Judge Frank J. DeAngelis (in his individual capacity); Judge James M. DeMarzo (in his individual capacity); THE COUNTY OF SUSSEX and SUSSEX COUNTY AGRICULTURE DEVELOPMENT BOARD; SUSSEX COUNTY AGRICULTURE DEVELOPMENT BOARD Chairman, Peter Southway (in his individual capacity); SUSSEX COUNTY AGRICULTURE DEVELOPMENT BOARD Vice Chairman, Brian Hautau (in his individual capacity); Joseph D. Greer, Esq. (433302023) of Lavery Selvaggi & Cohen, a Professional Corporation; James F. Moscagiuri, Esq. (029222001) of Lavery Selvaggi & Cohen, a Professional Corporation; Dennis R. McConnell, Attorney at Law; Senior Planning Aide of the Sussex Country Division of Planning and Farmland Preservation Program, Rudy Dragan; and the other Complicit Participants]

SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: SUSSEX COUNTY

DOCKET NO. SSX-C-12-24     THE COUNTY OF SUSSEX and SUSSEX COUNTY AGRICULTURE DEVELOPMENT BOARD, Plaintiff, v. SHYA BETH, MISTY BROOK MEADOWS, ABC CORPS. (1-10) and JOHN DOES (1-10), Defendant(s).

**State of New York**

THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT

Cantor Fitzgerald & Co. v Pritchard 2013 NY Slip Op 04294 [107 AD3d 476]

6