# EXHIBIT A

Subject: American Bar Association (ABA) and Connecticut Bar Association (CBA) weaponized the US Judicial Branch from top to bottom executing upon "We the People" of America through pirated power affirmed by "ENEMY" Courts [Title 50 U.S. Code § 2204 – Definitions "ENEMY", Title 18 U.S. Code 2441 War Crimes].

American Bar Association
c/o President Michelle A. Behnke
1050 Connecticut Ave. N.W., Suite 400
Washington, D.C. 20036

Date: December 11, 2025

Dear President Michelle A. Behnke,

### AFFIDAVIT: STATEMENT OF TRUTH

Subject: American Bar Association (ABA) and Connecticut Bar Association (CBA) weaponized the US Judicial Branch from top to bottom executing upon "We the People" of America through pirated power affirmed by "ENEMY" Courts [Title 50 U.S. Code § 2204 – Definitions "ENEMY", Title 18 U.S. Code 2441 War Crimes].

I, Andrew Hamilton Pritchard, Sui Juris, Living American, Beneficiary in Equity-Executor of 9 Sylvester Court, Norwalk, Connecticut delivers my testimony, so help me God.

To validate my claims, I will use "Foreclosure" which requires a "Trial by Jury" to demonstrate the weaponized attack on our property, freedom, and America.

1) **The American Bar Association (ABA) and Connecticut Bar Association (CBA), the "ENEMY" of complicit Judges and Attorneys, are in control of our legal system; and thus, control our country.**

CONGRESS HAS NEVER GIVEN RIGHTS TO THE AMERICAN BAR ASSOCIATION, NEVER (source aanl.net).

*"It's just a club with restricted membership. The only legal rights it has have been stolen from the other 325 million of us.*

*The United States Department of Education recognizes the Council of the ABA Section on Legal Education and Admissions to the Bar as a professional*

1

*accrediting agency for law schools in the U.S. American law schools that are accredited by the council are termed "approved" by the ABA. That's it for their authority."*

THE AMERICAN BAR ASSOCIATION IS NOTHING MORE THAN A CLUB WITH MEMBERSHIP RESTRICTED TO LAWYERS (source aanl.net)

*"The ABA was founded on August 21, 1878 (89 years after self-representation rights were established by Congress. It was founded by 75 lawyers from 20 states and the District of Columbia.*

*According to the ABA website: The American Bar Association (ABA) is a voluntary bar association of lawyers and law students; it is not specific to any jurisdiction in the United States. The ABA's stated activities are:*

> *1. the setting of academic standards for law schools, and*
> *2. the formulation of model ethical codes related to the legal profession."*

*VIRGINIA LAW REVIEW (11 Va. L. Rev. 264 1924-1925)*

THE LAWYER AS AN OFFICER OF THE COURT

Again, it is to be borne in mind that the judges are selected from the ranks of lawyers. The purity of the Bench depends upon the purity of the Bar.

*"The very fact, then, that one of the co-ordinate departments, of the government is administered by men selected only from one profession gives to that profession a certain preeminence which calls for a high standard of morals as well as intellectual attainments. **The integrity of the judiciary is the safeguard of the nation,** but the character of the judges is practically but the character of the lawyers. Like begets like. A degraded Bar will inevitably produce a degraded Bench, and just as certainly may we expect to find the highest excellence in a judiciary drawn from the ranks of an enlightened, learned and moral Bar." ["WARVELLE, LEGAL ETHICS"]*

CONNECTICUT "RACKETEERING" IN THE OPEN BY CHIEF JUSTICE.

Chief Justice of the Connecticut Supreme Court, Chase Rogers (Ret. 2018), established the Bench Bar Foreclosure Committee in October 2007 which enabled "Racketeering" and "Railroading" with no restraints, rogue power.

Here is the issued press release that she was creating a Foreclosure Bench Bar Committee. http://www.jud.ct.gov/external/news/press250.htm

Here is the handpicked first Foreclosure Bench Bar Committee members list that includes judges, attorneys and Judicial Branch employees. Other members include: Judge Salvatore C. Agati; Attorney Ronald M. Bender; Attorney Adam L. Bendett; Attorney Jessica L. Braus; Attorney Denis R. Caron; Attorney Robert F. Frankel; Judge Samuel Freed; Attorney Peggy George; Judge Robert G. Gilligan; Judge Arthur A. Hiller, who is chief administrative judge of civil matters; Ms. Catherine Lapolla; Attorney Leanne M. Larson; Attorney Richard M. Leibert; Attorney Geoffrey Kent Milne; Judge Patty Jenkins Pittman; Judge Richard A. Robinson; Danbury Chief Clerk Therese Servas; Judge Theodore R. Tyma; Attorney Thomas W. Witherspoon; and Attorney Louis C. Zowine.

On the list of handpicked attorneys were the owners and partners of the two largest foreclosure mill law firms at that time Hunt Leibert Jacobson PC and Reiner Reiner and Bendett.

PC1: Attorney Richard Leibert, Attorney Geoffrey Milne and Attorney Adam Bendett.

At the time Justice Rogers chose these attorneys and during their continued tenure on the Foreclosure Bench Bar Committee, the attorney firms have been charged, investigated and settled for running illegal kickback schemes, inducement schemes, double billing schemes and other fraudulent activities.

For instance, at the time Adam Bendett was chosen to sit amongst the Judges armed with the Constitutional Power of deciding foreclosure cases in this State, Reiner, Reiner and Bendett PC was charged, investigated and would eventually settled on December 10, 2007 with the Office of the Attorney General, the Insurance Commissioner and the Department of Consumer Protection of the State of Connecticut for running "Illegal kickback and Inducement Schemes." See link: http://www.ct.gov/cid/lib/cid/Reinerkickbacksettlement.pdf

It should be noted that Foreclosure Bench Bar Committee Member Judge Richard A. Robinson was named Chief Justice upon the retirement of Chief Justice Chase Rogers.

The Judicial Foreclosure Weapon to seize American property is fully operational.

2) **The American Bar Association (ABA) and Connecticut Bar Association (CBA), the "ENEMY" of complicit Judges and Attorneys, operate our legal system by the Bench-Bar acting in unity as the "Ultimate Sovereign" with the power of "Ultimate Sanctions".**

*VIRGINIA LAW REVIEW (11 Va. L. Rev. 264 1924-1925)*

THE LAWYER AS AN OFFICER OF THE COURT

In the field of jurisprudence we find the influence of the legal profession even more strongly felt than in that of legislation, for it is here that the Law receives its practical application to specific cases as they arise in the courts. Speaking of this phase of the subject, Judge Sharswood continues:

*"With jurisprudence lawyers have most, nay, all to do. The opinion of the Bar will make itself heard and respected on the Bench. With sound views, their influence for good in this respect may well be said to be incalculable. It is indeed the noblest faculty of the profession to counsel the ignorant, defend the weak and oppressed, and to stand forth on all occasions as the bulwark of private rights against the assaults of power, even under the guise of law; but it has still other functions. It is its office to diffuse sound principles among the people, that they may intelligently exercise the controlling power placed in their hands, in the choice of their representatives in the legislature and of judges, in deciding, as they are often called upon to do, upon the most important changes in the Constitution, and above all, in the formation of that public opinion which may be said in these times, almost without a figure, to be **the ultimate sovereign." [" SHARSWOOD, LEGAL ETHICS, 54."]*

CHIEF JUSTICE EDWARD D. WHITE AT THE ANNUAL DINNER OF THE ASSOCIATION, September 5, 1919

"I say, Mr. President, our profession, because although it happens that the line of my duty for many years has been judicial, that fact instead of weakening has strengthened the ties which make me one of the profession and has caused me to feel more and more every day of my life the indispensable unity which makes the Bench and Bar one and indivisible in the accomplishment of the great responsibilities which rest upon them.

Undoubtedly our forefathers sought by the government which they created to save us from the misery and anguish which had, as a necessary consequence, ever resulted from the despotism of the one over the many or the tyranny of the many

4

over the few. To this end their purpose was to make human freedom perpetual by guaranteeing the great rights of life, liberty and property to each and every individual and thus secure those precious blessings to all under the free and representative government which they established. To accomplish these objects the constitutional structure which they erected had a duplex character, national on the one hand and state on the other, each designed to move in its respective sphere of action without interfering with the powers of the other, both being restrained by the fundamental guaranties or prohibitions which were ordained to prevent the abuse of the powers which were recognized or granted and to confine their operation in their appropriate area. Simple and resourceful as were the institutions thus provided, it is apparent that standing alone they are wholly inefficacious because they were without **ultimate sanction**, that is, without any regulating power having authority to restrain wrongful or mistaken exertions of the powers given, and thereby to prevent the crash and confusion which would necessarily be the consequence of mistake or error in their exercise.

It is, I submit, further not to be doubted that the Fathers, contemplating this situation, determined to provide a remedy for it. Seeking to accomplish that result and bringing into mind the traditions of our race as to the benefactions which had come to it from the wisdom, the courage, the fidelity, the integrity and the restraint by which **the law of the land had been administered through lawyers and courts, they made that law as construed and applied by the courts in justiciable controversies the final sanction by which the powers conferred were in the ultimate sense to be tested when called into play.** How simple 'and yet how remarkable was the conclusion thus adopted a conclusion which today challenges the admiration of the world and stands virtually as the abiding hope for the protection of individual right and the perpetuation of free government. Yes, my brethren, it must be recognized from what I have said **that the American lawyer, from the public point of view, is especially dedicated to the preservation of human liberty and upon him and the faithful discharge of his duties rests the hope of all the ages for its perpetuation.** Ah! let us recognize this great truth and let us resolve the more and more as we go about the daily affairs of our lives to carry it in our minds and hearts in order more fully to meet the great responsibilities which rest upon us. Let its consciousness admonish us to put aside the fallacious suggestion that the Constitution has outlived its use fulness, that the country has outgrown the restraints which the Constitution creates, that as individual right is inimical to progress and liberty and a free government, such right should be destroyed, to be replaced by some strange combination of the many to the obliteration of all individual freedom."

The American Bar Association (ABA) members are the "Ultimate Sovereigns" with the power of "Ultimate Sanctions" and "Final Sanction" because they say so?!

I ask, "Who died and made ABA members King?"

Please note: Property requires a "Trial by Jury".

The Connecticut Judicial Branch press release below affirms the claims above.

EXTERNAL AFFAIRS DIVISION

231 Capitol Avenue

Hartford, Connecticut 06106

(860) 757-2270, Fax (860) 757-2215

FOR IMMEDIATE RELEASE October 23, 2007

Quick Links

Chief Justice Rogers Appoints Bench-Bar Foreclosure Committee

Chief Justice Chase T. Rogers announced today that she has appointed a Bench-Bar Foreclosure Committee that will review current practices and practices in the courts regarding foreclosure cases, and make recommendations on ways to improve those procedures and practices.

The Honorable Douglas C. Mintz, Administrative Judge for the Danbury Judicial District, will chair the committee. "The purpose of the committee is to promote cooperation between the bench and the bar in this sensitive area," Judge Mintz said.

'The number of foreclosure cases added in court during the 2005-06 fiscal year totaled 11,764. That number increased to 15,773 for the 2006-07 fiscal year," Chief Justice Rogers said. "Whether this is a trend that will continue remains to be seen, but I believe that our state courts must be as well prepared as possible to process these cases."

The first meeting of the committee will be Thursday, Oct. 25, 2007, at 2 p.m. in the Attorney Conference Room, located in the Supreme Court Building, 231 Capitol Ave, Hartford. The meeting is open to the public.

The "ENEMY's" Foreclosure War Machine is seizing our property and thus our Freedom with willful disregard to the law and our rights.

### 3) The Constitution of the American Bar Association (ABA) defines the method of attack on our Constitution for the united states of America, Treason.

American Bar Association (ABA) willfully disregards the Constitution for the united states of America. Fact: The U.S. Constitution is NOT included anywhere in the CONSTITUTION AND BY-LAWS OF THE AMERICAN BAR ASSOCIATION, Adopted September 5, 1919.

Effectively, the ABA has Standing Orders to "Procure" Every Law by the Association.

**By-Law X:**

**It shall be the duty of each Vice-President and member of the General Council to endeavor to procure the enactment by the legislature of his state of every law recommended by the Association,** and the Secretary shall furnish them with copies of every recommendation and of every bill recommended and a copy of this by-law; and whenever the Association shall by resolution recommend the enactment of any law, the Secretary shall furnish as soon as possible, a copy of the resolution to the President of each State Bar Association, with the request that such Association cooperate with the local vice-president and member of the General Council of this Association and the National Conference of Commissioners on Uniform State Laws of such state in having a bill introduced in the legislature of its state in conformity with the recommendation of this Association, and use proper means to procure the enactment of the same into law. In every state where there is no State Bar Association, a copy of such resolution, with a similar request, shall be sent to the President of the Bar Association of the principal cities in the state; and in every instance where the form of bill has been recommended, a copy thereof shall also be sent with the resolution.

To put it simply, ABA as ultimate sovereign with ultimate sanction will tell you what laws to make or be sanctioned.

7

Connecticut's complicit Judges and Attorneys are at the front of the line telling the legislature what laws to put in place to enable the Foreclosure War Machine to operate more efficiently and faster.

"Perfection" of chain of title or issues of fraud are willfully disregarded by Judges and Attorneys so they can hit their target/objective of seizing the home.

America is attacked every day in every way by the weaponized judicial system.

A Trial by Jury verdict is law.

The "ENEMY" knows this, avoids this, and assaults us with "Opinions".

The "ENEMY" commits fraud everyday as Attorneys claim to have a law license; claim they are officers of the court; and fraudulently represent "Attorney-Client" privilege that does not exist.

Maxim of Law – "Fraud vitiates everything."

The Supreme Law of the United States of America states unambiguously, "The United States shall guarantee to every State in this Union a Republican Form of Government and shall protect each of them against Invasion." Art 4, Sec 4, U S Constitution.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm and death to so many Americans and people of the world.

Personally, my home of twenty-nine years was seized by a planned Police Military raid by over 50+ Complicit Officers without claim (Federal Reserve Act Sec.13-13), proper appearance of Plaintiff, or compensation; and fraudulent charges for trespassing with twenty-five years of jail time (Default past due).

All above about Foreclosure is just one of the targets of the "ENEMY" Judicial War Machine.

The horrors executed by the "ENEMY" in Probate Court, Child Protective Services, Guardianship, and anywhere justice of the is required is beyond comprehension!

8

It is for this reason that I have focused on remedy and restitution in Foreclosure which is administrative in nature to set a floor as to what comes after.

Obviously, the damage and harm done by the Judicial War Machine to those innocents in Probate Court, Child Protective Services, Guardianship, and more are more significant.

Back to Foreclosure, the 2008-2009 Mortgage Crisis Settlement between State Attorney Generals such as current U.S. Senator Richard Blumenthal and U.S Attorney General Pamela Bondi was finalized in 2012.

Please remember that every expert came to Washington D.C. in 2009 to testify to Congress about all the fraudulent documents, titles, and unlawful financial applications that they said would take decades to clear up if at all.

Yet, since 2012 the very same fraudulently represented Mortgage is placed with Americans and Foreclosures are executed with military precision and even at times Police Force in a civil matter.

I have used all Mortgages issued since July 2012 to April 2025 as the basis of the financial claim of remedy and restitution for all of America's homeowner's.

**Remedy - Charges:**

American Bar Association (ABA) and Connecticut Bar Association (CBA) are violating Title 18 U.S. Code 2441 War Crimes; Title 18 U.S. Code § 2384 - Seditious conspiracy; Title 18 U.S. Code § 2331 – Definitions "Domestic Terrorism"; Title 18 U.S. Code § 2332b - Acts of terrorism transcending national boundaries; Title 18 U.S. Code § 175 - Prohibitions with respect to biological weapons; Title 18 U.S. Code § 1091 – Genocide; Title 18 U.S. Code § 2382 - Misprision of treason; and Title 18 U.S. Code § 2381 – Treason by a weaponized the US Judicial Branch from top to bottom executing upon "We the People" of America through pirated power affirmed by Title 50 U.S. Code § 2204 – Definitions "ENEMY" Courts.

**Restitution - Bill of Complaint December 10, 2025:**

I, Andrew Hamilton Pritchard, demand the charges above be executed by the proper Authority of "We the People", and demand Restitution for "American Homeowners" …                    **Total Damages Due: $6,264,510,000,000.00**

9

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

**CASE LAW & MAXIMS OF LAW:**

Rotella v. Wood et al., 528 U.S. 549 (2000)

*"The object of civil RICO is thus not merely to compensate victims but to turn them into prosecutors, "private attorneys general," dedicated to eliminating racketeering activity. 3 Id., at 187 (citing Malley-Duff, 483 U.S., at 151) (civil RICO specifically has a "further purpose [of] encouraging potential private plaintiffs diligently to investigate"). The provision for treble damages is accordingly justified by the expected benefit of suppressing racketeering activity, an object pursued the sooner the better."*

Salinas v. United States, 522 U.S. 52, 63,64 (1997)

*Conspiracy "A conspiracy may exist even if a conspirator does not agree to commit or facilitate each and every part of the substantive offense."*

*It is "the common-law principle that, so long as they share a common purpose, conspirators are liable for the acts of their co-conspirators."*

Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)

*Note: **Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution** and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of **treason**. The U.S. Supreme Court has stated that **"no state legislator or executive or judicial officer can war against the Constitution** without violating his undertaking to support it". See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).*

Meyer v. Nebraska, 262 US 390 - Supreme Court 1923
*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus--may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*

*As to LIBERTY, "While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."*

Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.

Maxim of Law – "The government is to be subject to the law, for the law makes the government."

**AUTHORITY:** As a living-breathing American Man, one of "We the People", the Owners of Our Government, I, Andrew Hamilton Pritchard, Sui Juris, have the authority to address any felony that I witness firsthand (CGS 54-170 Arrest without Warrant). (King James Version) Galatians 6:7-8, *Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap. For he that soweth to his flesh shall of the flesh reap corruption; but he that soweth to the Spirit shall of the Spirit reap life everlasting. Amen.*

Thank you for your time and consideration in this matter.

Respectfully,

Andrew Hamilton Pritchard, Sui Juris
Living American
Beneficiary in Equity-Executor
9 Sylvester Court
Norwalk, Connecticut
Phone: (203)858-7949
Email: apritchard1963@gmail.com

11

# ATTACHMENTS

# WAR CRIMES - Title 18 U.S. Code § 2441

## PUBLIC NOTICE & JUDICIAL NOTICE (11/25/2025):

All Officers, Agents, Clerks, Judges, Administrators, and Actors of the Corporations and Associations Doing Business as the STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF NEW JERSEY, and the GOVERNMENT OF THE UNITED STATES; plus, PALANTIR TECHNOLOGIES INC., CONNECTICUT BAR ASSOCIATION, and AMERICAN BAR ASSOCIATION have No Authority to Adjudicate, Govern or Legislate as they are "AT WAR WITH THE U.S. CONSTITUTION" and "ENGAGE IN ACTS OF TREASON". They are the "ENEMY" of the American People executing "DOMESTIC TERRORISM" and "GENOCIDE" by "SEDITIOUS CONSPIRACY" in weaponized courts, and the use of "BIOLOGICAL WEAPONS" by delivery systems from injection to Climate Engineering.

## CHARGES & CLAIMS:

Title 18 U.S. Code 2441 War Crimes; Title 18 U.S. Code § 2384 - Seditious conspiracy; Title 18 U.S. Code § 2331 – Definitions "Domestic Terrorism"; Title 18 U.S. Code § 2332b - Acts of terrorism transcending national boundaries; Title 18 U.S. Code § 175 - Prohibitions with respect to biological weapons; Title 18 U.S. Code § 1091 – Genocide; Title 18 U.S. Code § 2382 - Misprision of treason; and Title 18 U.S. Code § 2381 – Treason by a weaponized the US Judicial Branch from top to bottom executing upon "We the People" of America through pirated power affirmed by "ENEMY" Courts. Plus, violation of the Justice for Victims of War Crimes Act & Geneva Conventions as affirmed by October 8, 2025, DECLARATION AND ORDER OF THE ALLIANCE OF INDIGENOUS NATIONS (AIN) INTERNATIONAL TRIBUNAL which states, "This Tribunal finds and hereby declares that the 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injections' meet the criteria of biological weapons and weapons of mass destruction, according to the Biological Weapons Anti-Terrorism Act, of 1989, 18 USC § 175; Weapons and Firearms § 790.166 Fla. Stat. (2023), Canada's Biological and Toxin Weapons Convention Implementation Act, 2004, and the International Biological Weapons Convention. This Tribunal finds and hereby declares that the COVID-19 injections, mRNA injections, or mRNA nanoparticle injections, are in fact biological and technological weapons of mass destruction." Climate Engineering systems affirmed by Geoengineeringwatch.org.

## LEGAL MAXIM:

The government is to be subject to the law, for the law makes the government.

## AUTHORITY:

As a living-breathing American Man, one of "We the People", the Owners of Our Government, I, Andrew Hamilton Pritchard, Sui Juris, have the authority to address any felony that I witness firsthand (CGS 54-170 Arrest without Warrant). (King James Version) Galatians 6:7-8, *Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap. For he that soweth to his flesh shall of the flesh reap corruption; but he that soweth to the Spirit shall of the Spirit reap life everlasting. Amen.*

Respectfully,

Andrew Hamilton Pritchard, American, Free-Man, 9 Sylvester Court, Norwalk, Connecticut




I hereby certify this is a true copy of the original order
**October 8, 2025**
A. Leaping Ram
Alliance of Indigenous Nations International Tribunal

## ALLIANCE OF INDIGENOUS NATIONS (A.I.N.)
### International Tribunal

www.AllianceofIndigenousNations.org
tribunal@allianceofindigenousnations.org

Demand #: AIN 1198 - 25
Turtle Island Record
October 8, 2025

### Declaration of the A.I.N. International Tribunal

WHEREAS the relationship between CANADA and the Un-surrendered Indigenous People is still Nation to Nation per *Calder et al. v. Attorney-General of British Columbia*, [1973] (SCC) SCR 313 CanLII, *R v Sioui*, 1990 CanLII 103 SCC and *R v. Cote* [1996] 3 SCR 139;

AND WHEREAS, on Dec. 13, 2024, the Minister of Indigenous and Northern Affairs recognized the AIN Treaty and the AIN Tribunal on a Nation-to-Nation basis (**See Appendix A**);

AND WHEREAS Indigenous Common Law is presumed to continue for all the Un-conquered Indigenous People of Turtle Island, pursuant to *R v Desautel* 2021 SCC 17 at [30], [68] and [86];

AND WHEREAS the QUEBEC Superior Court in *R v White and Montour* at [1201] entrenched the UNDRIP into S. 35 of the CANADA Act of 1982 as a binding International instrument, via the consent of the Canadian government in 2016, per *Montour* [1185-7], which consent is a LIMIT on CANADA's sovereignty, per *R v Hape* 2007 SCC 26 at [43], and at [40] recognized AIN's Sovereign Equality;

AND WHEREAS S. 52 of the Constitution recognizes S. 35 as the Supreme Law of the Land;

AND WHEREAS the Crown is only the *de facto* controller of our Land and Resources, pursuant to the SCC in *Haida v BC* [2004] at para. [32];

AND WHEREAS the United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP) Articles 1 and 44, and the Organization of American States (OAS) ADRIP Article 1 guarantee the Indigenous People of the World their Rights as Individuals;

AND WHEREAS UNDRIP Article 3, and the OAS ADRIP Articles I and III guarantee the Individual Indigenous People of the World their Right to self-determine;

AND WHEREAS UNDRIP Articles 5, 18, 27, 34 and 40, and the OAS ADRIP Articles XXI and XXII guarantee the Individual Indigenous People of the World their Right to their own judicial and law systems, as protected by the 1960 Bill of Rights at Part II;

AND WHEREAS the SCC in *Attorney General of Nova Scotia v. Attorney General of Canada*, 1950 CanLII 26 (SCC), [1951] SCR 31 clearly stated that: relating to sovereignty, governments do not possess "the unlimited capacity of the Individual";

AND WHEREAS the International Covenant on Civil and Political Rights at Article 1 guarantees the Right of all People to self-determination including the Right to determine their political status, pursue their economic, social and cultural goals, and manage and dispose of their own Resources.

## DECLARATION AND ORDER OF THE ALLIANCE OF INDIGENOUS NATIONS (AIN) INTERNATIONAL TRIBUNAL

This Tribunal finds and hereby declares that the 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injections meet the criteria of biological weapons and weapons of mass destruction, according to the *Biological Weapons Anti-Terrorism Act*, of 1989, 18 USC § 175; Weapons and Firearms § 790.166 Fla. Stat. (2023), Canada's Biological and Toxin Weapons Convention Implementation Act, 2004, and the International Biological Weapons Convention.

This Tribunal finds and hereby declares that the COVID-19 injections, mRNA injections, or mRNA nanoparticle injections, are in fact biological and technological weapons of mass destruction.

## REASONS

Upon review of expert evidence and published peer reviewed articles, it is proved beyond a reasonable doubt that the COVID-19 injections, mRNA injections, or mRNA nanoparticle injections, are in fact biological and technological weapons of mass destruction.

## PART ONE :  EXPERT OPINION OF DR. FRANCIS BOYLE

Dr. Francis Boyle provided his expert opinion that 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injections met the criteria of biological

weapons and weapons of mass destruction according to *Biological* Weapons 18 USC § 175; *Weapons and Firearms* § 790.166 Fla. Stat. (2023).

Francis A. Boyle was a professor of international law at the University of Illinois College of Law, who received an AB (1971) in Political Science from the University of Chicago, then a JD degree *magna cum laude* from Harvard Law School, and PhD degrees in Political Science from Harvard.

In 1985, he drafted the U.S. domestic implementing legislation for the Biological Weapons Convention, known as the *Biological Weapons Anti-Terrorism Act of 1989*, that was unanimously approved by both Houses of the U.S. Congress and signed into law by President George H.W. Bush with the approval of the United States Department of Justice. He additionally wrote the book *Biowarfare and Terrorism* (Clarity Press 2005).

Dr. Francis Boyle labels the 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injection "an offensive biological warfare weapon with gain of function properties to make it more lethal, more infectious, and it also has HIV, the precursor to AIDS DNA genetically engineered into that." He concludes, as we do, that they are biological weapons and weapons of mass destruction.

## PART TWO: EXPERT OPINION OF Dr. ANA MARIA MIHALCEA, MD, PhD

'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injections CONTAIN heavy metal contaminants and SELF-ASSEMBLY NANOTECHNOLOGY HEAVY METALS AND NANOTECHNOLOGY.

Self-assembly nanotechnology has been found in the injections and subsequently in human blood, initially in the vaccinated, and later from shedding on the unvaccinated as well. An international research group of over 60 doctors, pharmacists and other professionals examined COVID-19 injections, mRNA injections, or mRNA nanoparticle injections from six different manufacturers:

- AstraZeneca,
- BioNTech/Pfizer,
- Moderna,
- Johnson & Johnson,
- Lubecavax, and
- Influspit Tera

This group, known as "The Working Group for COVID Vaccine Analysis," used scanning electron microscopy, energy dispersive X-ray spectroscopy, mass spectroscopy,

inductively coupled plasma analysis, bright field microscopy, darkfield microscopy and live blood image diagnostics.

More recently, another international research team examined hundreds of C-19 injection vials from Pfizer, Moderna, and AstraZeneca. They found "countless tiny sharp metal

objects," leading one of the researchers to consider that severe effects from these impurities are "probably misdiagnosed by many pathologists as myocardial infarction." Similarly, stainless steel fragments were found in COVID vaccine vials in Japan.

## SELF-ASSEMBLY NANOTECHNOLOGY

Doctors from Italy published a study of darkfield live blood microscopy of 1006 patients who received the Pfizer and Moderna Covid 19 bioweapon. This showed that 94% of individuals had self-assembly nanotechnology structures in their blood.

## HYDROGEL POLYMERS

The most serious concern about the C-19 injections centers around the use of hydrogel polymers that self-assemble and self-spread. This is a substance created by nanotechnologies known to be in the C-19 injections. These nanotechnologies are what are called lipid nanoparticles, which include polyethylene glycol in the Pfizer vaccines and SM-102 in the Moderna vaccines.

> *"I (Dr. Mihalcea) believe hydrogel is responsible for a silent surge of 2 deaths."*

## BIOSENSORS

Dr. Mihalcea indicated that she and her colleagues have chronicled the growth of nanotechnology hydrogel polymers in the C-19 vaccines[3], vaccinated and unvaccinated blood (exposed through shedding). The growth process often begins with activity from quantum dots, which blink and change color. Quantum dots, nano and micro-robots are nano-scale technology that can transmit information and act as biosensors.

## BLOOD CLOTS OF POLYMER PLASTIC

This activity is often followed by the aggregation of quantum dots into spheres. Her testimony indicates the spheres then break open and create ribbon-like filaments. Using near infrared spectroscopy, she determined that these filaments are hydrogel polymers. She indicates that experiments show these filaments, invade the body by growing continuously, even after death.

Dr. Mihalcea further provides that later the hydrogel transforms the blood into sheets of polymer plastic.  The hydrogel forms clots that can be seen with the naked eye, and they pose a much greater health risk than normal blood clots.

The blood clot of a C-19 vaccinated person shows remnants of blood fused with yellow, rubbery, plastic-like hydrogel substances.

## CLOTS SHOW INDESTRUCTABILITY

Dr. Mihalcea provides that:

> *"Polyethylene, part of the polyethylene glycol in the Pfizer C-19 vaccine,*
> *is a well-known choice for making bioplastics. Unlike normal blood clots,*
> *a polymer bioplastic blood clot is far hardier and much harder to dissolve."*

Dr. Mihalcea and Clifford Carnicom attempted to dissolve it with nine different reagents, including fuel injector cleaner, strong sulfuric acid, alcohol and lye. None of them made any difference, except for a minor reaction with lye.

## TRANSLATES TO HARM IN PATIENTS

Dr. Mihalcea witnessed heart problems in her new patients who come in with significant amounts of hydrogel in their blood. All symptoms that are called long Covid, which include brain fog, fatigue, shortness of breath, heart palpitations and accelerated aging are correlated with these blood findings.

## TRANSHUMANISM

Dr Mihalcea's evidence is that humans are being transformed into trans-humans without their consent. Hydrogel is an extremely versatile substance that can mimic any cell in the body including the brain. But it doesn't just mimic cells - it replaces them.

> *"I've (Dr. Mihalcea) witnessed the growth of hydrogel sheets in human blood,*
> *and how that growth results in a reduction of natural blood cells. This change*
> *in the body is nothing less than transhumanism, and affected people are*
> *unwittingly being transformed without their consent."*

Dr. Mihalcea quotes parallel research including an MIT study that actually lauds the many "hydrogel interfaces towards merging humans and machines." Another study reports success in using hydrogel to achieve a "36.3 % enhancement in neurite extension," which means achieving a growth of synthetic cells in the brain. This is literally growing a parallel brain.

The Tribunal hereby concludes that these heavy metal, polyethylene, poisons, toxins, nanotechnology, biosensors, are deliberate experiments on mankind, and an attempt to fuse synthetic control mechanisms into humans that in effect are simultaneously done without our consent and which have killed countless and maimed others.

In its purest form, the mass application of 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injections' to attempt to fuse mankind with technology is an experiment of pure evil on mankind. At its logical end point it is the end of mankind and a genocide.

Dr. Mihalcea arrives at firm conclusions about the C-19 injections: she concludes that they are an aggregation of poisons and nanotechnologies that cause a broad range of diseases, DNA devastations and deaths. Dr. Mihalcea indicates that governments have deliberately foisted a bioweapon upon its own citizens.

This Tribunal finds for these additional reasons that the 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injections' are biological and technological weapons of mass destruction. Mankind has yet to achieve justice in the broad application of these technologies on the population. It is evident that those promulgating this experimentation on mankind are motivated by a view of man that does not involve man himself as author of his destiny, but a mere lab animal whose biological harm, destruction or death is a waste product in a social demonic engineering of the highest order.

## PART THREE: BROAD SYSTEMIC DISEASES (DR. ANDREW ZYWIEC, MD AND TRIBAL PRACTITIONER)

Additional testimony and peer reviewed articles support the finding that Covid 19 injections, and all mRNA injections, are biological and technological weapons designed to harm, not to protect or to cure. They have been the cause of and/or a major contributing factor to, a wide range of diseases, including, but not limited to:

> neurocognitive issues such as MECFS, dementia, psychosis, brain fog, cardiovascular concerns such as arrhythmia, stroke, myocardial infarction, obstetrical and gynecological concerns like uteroplacental insufficiency, spontaneous abortion (miscarriage), irregular menses, heavy bleeding, systemic problems like multisystem inflammatory syndrome, chronic fatigue and pain, hematological and oncological concerns such as coagulopathy and increased/advanced cancer development; and much more.

## PART FOUR: RISKS TO HUMAN GENOME AND SHEDDING (DR. PAUL ALEXANDER)

mRNA injections, or mRNA nanoparticle injections, pose no benefit, yet are harmful and cause a wide range of diseases, including death. The mRNA nanoparticle injections pose a risk to the human genome and thus to future generations. The bio-distribution of the lipid nanoparticles throughout the human body wreaks havoc on multiple organs and bodily systems. The shedding associated with these injections poses a significant health hazard, even to those that have not received the injection. This appears especially true regarding close or intimate contact. At this point in time, based on the scientific data, the refusal to discontinue and to remove the mRNA injections from the market, and the deceptive attempts to conceal the dangers, it is my professional opinion that COVID-19

injections, mRNA injections, or mRNA nanoparticle injections, are in fact biological and technological weapons of mass destruction.

## PART FIVE: GENE ALTERING AGENTS ARE BIOWEAPONS

The Tribunal accepts the evidence and concludes that 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injection' are gene-altering agents that fit the definition of a biological and technological weapon of mass destruction. The mass application and shedding is evidence of the methodology of mass destruction. The sheer number of destructive means is sinister and horrific on a plane and scale that mankind has yet to grapple with - for it implies an evil intent of disproportionate ability for this Tribunal to quantify in one declaration.

This Tribunal has difficulty fully articulating the level of evil that has taken place in the application of 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injection' as biological and technological weapons onto humanity. The tragedy has historic proportions, due to the injection's capacity for intergenerational harm.

Multiple studies have detected contamination of these shots with bacterial DNA (plasmids) which can integrate into the human genome and cause harm. In addition, studies have shown the presence of the SV-40 promoter-enhancer nuclear localization sequences that can alter the genome and cells to make cells cancerous. These shots have caused massive amounts of harm and deaths.

We accept that any "system – reporting" the number of deaths will not reflect the maiming and culling of mankind that is presently underway. One doctor showed an estimate by one global study to be some 17 million deaths. We do not need to decide how many have perished to declare that the 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injections' are biological and technological weapons of mass destruction.

We find and confirm that these are not only gene-altering agents, but also produce the harmful Spike protein throughout the body, resulting in immune reactions against the recipients' own cells resulting in cell-death, and accompanying diseases or conditions to include:

- autoimmune diseases,
- cardiovascular diseases such as myocarditis,
- heart attacks and strokes,
- cancers, particularly in younger populations,
- Infertility, and
- fetal loss

The publication of studies and the repeated cry for these injections to be discontinued and removed from the marketplace is noted.

## PART SIX:   DNA FRAGMENTS AND DR. SPEICHER AND OTHER PUBLISHED ARTICLES

Synthetic plasmid DNA fragments are in their shots. The makers of the vaccines must be presumed to control the ingredients and quality of the contents.

A peer-reviewed study published in Autoimmunity has confirmed that both Pfizer-BioNTech and Moderna's mRNA COVID-19 injections are contaminated with enormous quantities of DNA fragments—billions to hundreds of billions per dose—with Pfizer's product uniquely containing the SV40 promoter-enhancer, a viral genetic element long associated with changing the cells genomic DNA and cancer concerns.

The study was authored by Dr. David J. Speicher, Dr. Jessica Rose, and Dr. Kevin McKernan.

Citation:  https://www.tandfonline.com/doi/full/10.1080/08916934.2025.2551517

The limit on DNA contaminants is due to the fact that we are genetic beings. "Exceeding the levels" means there are exceptionally serious concerns that these human DNA fragments are integrating into patients' genomes and driving the injuries.

By definition, plasmids are integration-competent DNA molecules—they are the very tools used in gene engineering to insert sequences into genomes. They are tools to insert DNA into our human DNA.  The presence of these three human genetic sequences is confirmed in an October 2023 Nature NPJ Vaccines publication.

Citation: https://pmc.ncbi.nlm.nih.gov/articles/PMC10567765/

The Tribunal finds that the deliberate silence by regulatory agencies and governments in response to published articles showing the risk of genomic integration necessitates an implication of knowledge, collusion and intent to continuing the mass application of biological and technological weapons of mass destruction on the world population. The international governments' wide disinterest is an appalling fact  that we take note of.

The evidence of the post-marketing adverse events by various vaccine manufacturers (publicly published by Aaron Sirii) establishes a devastating amount of knowledge of adverse events including fetal harm.


## PART SEVEN:   FETAL HARM AND PURPOSEFUL ABORTIFICANT

Studies we examined have shown severe harms from COVID-19 injections during pregnancy. Thorp et al found unacceptably high breaches in safety signals for 37 adverse events after COVID-19 injections in pregnant women and called for an immediate global moratorium on COVID-19 injections during pregnancy.

Some of the adverse events include:
- miscarriage,
- fetal chromosomal abnormality,
- fetal malformation,
- cervical insufficiency,
- premature rupture of membranes,
- premature labor, premature delivery,
- fetal cardiac arrest, and
- fetal death (stillbirth)

Citation: https://publichealthpolicyjournal.com/are-covid-19-vaccines-in-pregnancy-as-safe-and-effective-as-the-medical-industrial-complex-claim-part-i/

## PART EIGHT: DEPOPULATION

Dr. Rima Laibow notes that the application of the 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injections' are "consistent', in fact, with the official United States doctrine of depopulation, as articulated by Henry Kissinger in his December 10, 1974 National Security Study Memorandum as adopted by the United States in collaboration with the United Nations."

## PART NINE: CENSORSHIP

We note that this state-sanctioned murder has been possible with the culling of speech, speakers and whistleblowers who dare speak against the governing corporate oligarchy.

The sustained actions with the coordination and complicity of professional bodies that cut off at the knees many who speak against the biological and technological weapons and the routine *de facto* judicial notice by courts of these structures that is imposed has created a structure to perform genocide under lawful pretense.

We take note of Lisa Miron's extensive work on this topic in *World on Mute* to supplement the total system-wide mechanism of censorship and silence that enforces and coordinates speakers in professions, unions, school boards etc. Such system-wide censorship and transnational coordination to use professional corporate bodies as a mechanism of silence is a long and well-planned and non-accidental coordination that assisted the mass application of weapons of mass destruction upon humanity.

## CONCLUSION

The AIN Tribunal finds that the application of biological and technological weapons of mass destruction with gene-editing and nanotechnology and transhumanist additions will result and has resulted in a genocide. (For clarity this panel does not minimize the holocaust).

9 of 11

Mankind has been living in the most powerful of delusions - that murder by government, or NGOs, or international corporate oligarchy could ever rest on any moral principle. The fundamental purpose of law is to seek the truth and provide for justice.

The Tribunal finds that these bioweapons; COVID-19 injections, mRNA injections, or mRNA nanoparticle injections were constructed by colonial powers to be deployed universally on mankind and on our original peoples as a priority group.

As such colonial systems have only served to perpetuate the injustice of what can only be seen as a planned and executed murder and depopulation of mankind around the world. The lack of justice in colonial systems must be seen as by design and to further the application and deployment of bioweapons on the public.

We ask the original peoples and rest of mankind to stand together to give this decision and declaration the force of morality and justice- which is the basis of any system of law. There can be no architecture of law that is a permissive grant to deploy bioweapons on mankind.

We find there is a consequential degeneracy in the intrinsic value of mankind by those who have and continue to promulgate the application of weapons of mass destruction on humanity. The COVID-19 injections, mRNA injections, or mRNA nanoparticle injections, are weapons. Biological weapons. Cellular weapons. Poisonous weapons. Genetic weapons. Nanotechnology. Intergenerational weapons. Technological weapons.

This Tribunal finds and hereby declares that the COVID-19 injections, mRNA injections, or mRNA nanoparticle injections, are in fact biological and technological weapons of mass destruction.

This Tribunal finds and hereby declares that the 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injections' meet the criteria of biological weapons and weapons of mass destruction according to the *Biological Weapons Anti-Terrorism Act*, of 1989 18 USC § 175; Weapons and Firearms § 790.166 Fla. Stat. (2023), Canada's Biological and Toxin Weapons Convention Implementation Act, 2004, and the International Biological Weapons Convention. This Order and Declaration is intended to have immediate worldwide effect.

Issued on the 8 day of October, 2025

A. Leaping Ram
For the A.I.N. Tribunal



**APPENDIX A**

------ Original Message ------
From: minister@rcaanc-cirnac.gc.ca
To: info@allianceofindigenousnations.org
Sent: Friday, December 13th 2024, 14:18
Subject: Correspondence from the Minister of Crown-Indigenous Relations



Ministre des
Relations Couronne-Autochtones

Minister of
Crown-Indigenous Relations

Ottawa. Canada K1A 0H4

December 13, 2024

Eagle Eyes aka Geoffrey
Grand Council Representative
Alliance of Indigenous Nations

Dear Eagle Eyes aka Geoffrey:

Thank you for your letter of September 3, 2024, providing an update on the activities of
the Alliance of Indigenous Nations of Turtle Island, including the establishment of the
Alliance of Indigenous Nations International Peace Treaty, the International Indigenous
Governing Body, and the Alliance of Indigenous Nations International Tribunal.

It is wonderful to hear of this expansion, and to hear that the Tribunal was further
strengthened by its restructuring earlier this year. I trust that this expansion and
restructuring will benefit Indigenous Peoples all around the world, including future
generations. I also commend you for having a panel of judges from every continent to
advance this important work and uphold the rights of Indigenous Peoples all over the
world.

I look forward to continuing our nation-to-nation relationship and to learning more about
your important work.

Sincerely,

The Honourable Gary Anandasangaree, PC, MP

Canada

11 of 11



*State of Tennessee*

## PUBLIC CHAPTER NO. 709

### SENATE BILL NO. 2691

**By Southerland, Crowe, Bowling, Haile, Pody, Walley**

Substituted for: House Bill No. 2063

By Fritts, Alexander, Butler, Hurt, Tim Hicks, Richey, Lynn, Moody, Sherrell, Rudder, Carringer, Davis, Hulsey, Littleton, Vital

AN ACT to amend Tennessee Code Annotated, Title 4; Title 5; Title 6; Title 7; Title 8; Title 39; Title 42; Title 43; Title 44; Title 55; Title 58; Title 59; Title 60; Title 65; Title 68 and Title 69, relative to environmental protection.

WHEREAS, it is documented that the federal government or other entities acting on the federal government's behalf or at the federal government's request may conduct geoengineering experiments by intentionally dispersing chemicals into the atmosphere, and those activities may occur within the State of Tennessee; and

WHEREAS, the risk to human health and environmental welfare from broad scale geoengineering is currently not well understood; and

WHEREAS, the Tennessee Department of Environment and Conservation is responsible for monitoring air, soil, and water quality, and regulating industrial and agricultural emissions into the air, soil, and water within the State of Tennessee to ensure the safety of the public, while not impeding agriculture or commerce within the state; and

WHEREAS, it is the intent of this General Assembly to protect the public health and welfare of Tennesseans while allowing all authorized activities permitted under state law; now, therefore,

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF TENNESSEE:

SECTION 1. Tennessee Code Annotated, Title 68, Chapter 201, Part 1, is amended by adding the following as a new section:

The intentional injection, release, or dispersion, by any means, of chemicals, chemical compounds, substances, or apparatus within the borders of this state into the atmosphere with the express purpose of affecting temperature, weather, or the intensity of the sunlight is prohibited.

SECTION 2. This act takes effect July 1, 2024, the public welfare requiring it.

SENATE BILL NO.    **2691**

PASSED:    **April 1, 2024**

RANDY McNALLY
*SPEAKER OF THE SENATE*

CAMERON SEXTON, *SPEAKER*
*HOUSE OF REPRESENTATIVES*

APPROVED this __11ᵗʰ__ day of __April__ 2024

BILL LEE, *GOVERNOR*



≡  ▶ YouTube                    Search

Dane Wigington ☑         Subscribe        👍 2.7K    👎      ↱ Share      ↓ Download      •••
254K subscribers

15,163 views  Nov 6, 2025
https://www.GeoengineeringWatch.org
To support Geoengineering Watch: http://www.geoengineeringwatch.org/su...
Contact us: Dane Wigington, P.O. Box 9, Bella Vista, CA, 96008
Please LIKE, SUBSCRIBE and CLICK THE BELL to ensure you are notified of our new videos.   ▶ / @danewigington

To read or post comments on this video, please go directly to the article: https://geoengineeringwatch.org/geoen...
Our hope and goal is for this video to be forwarded far and wide. DO NOT re-upload any part of this copyrighted video.

Geoengineering Watch lead researcher Dane Wigington testifies as an expert witness for the Wyoming bill to ban
geoengineering. Wyoming is the latest state to move forward with legislation to ban climate engineering operations over
their air space. State legislation efforts are now more important than ever as the US government and it's various agencies
continue to deny the ongoing and expanding climate engineering / weather warfare operations, falsely claiming we are
only seeing "condensation" or "jet exhaust" (   ▶ • Climate Engineering Nanoparticles In Our A...  ). Passing anti-
geoengineering legislation isn't about enforceability, it's about reaching a critical mass of awareness.
All are needed in the critical battle to wake populations to what is coming, we must make every day count. Share credible
data from a credible source, make your voice heard.
Dane Wigington

To support Geoengineering Watch: http://www.geoengineeringwatch.org/su...
Contact us: Dane Wigington, P.O. Box 9, Bella Vista, CA, 96008

Transcript on following page.

1



# AMERICAN**BAR**ASSOCIATION

CONSTITUTION AND BY-LAWS OF THE AMERICAN BAR ASSOCIATION, Adopted September 5, 1919

Source: *American Bar Association Journal*, Vol. 5, No. 4 (October, 1919), pp. 510–520

Published by: American Bar Association

Stable URL: https://www.jstor.org/stable/25700616

Accessed: 26–11–2025 14:04 UTC

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



*American Bar Association* is collaborating with JSTOR to digitize, preserve and extend access to *American Bar Association Journal*

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:04:44 UTC
All use subject to https://about.jstor.org/terms

510 *The American Bar Association Journal*

## V.

## CONSTITUTION AND BY-LAWS

### OF

## THE AMERICAN BAR ASSOCIATION

**Adopted September 5, 1919**

### CONSTITUTION.

#### ARTICLE I.

##### NAME AND OBJECT.

This Association shall be known as "THE AMERICAN BAR ASSOCIATION." Its object shall be to advance the science of jurisprudence, promote the administration of justice and uniformity of legislation and of judicial decision throughout the Nation, uphold the honor of the profession of the law, and encourage cordial intercourse among the members of the American Bar.

#### ARTICLE II.

##### QUALIFICATIONS FOR MEMBERSHIP.

Any person, on nomination in accordance with the provisions of Article III, shall be eligible to membership in this Association who shall be, and shall have been for three years next preceding nomination, a member in good standing of the Bar of any state.

#### ARTICLE III.

##### ELECTION OF MEMBERS.

(a) Nominations for membership shall be made by a majority of the Local Council of the state to the Bar of which the persons nominated belong, and must be transmitted in writing to the Chairman of the General Council, and approved by the Council on vote by ballot, except as provided in sub-division (d) hereof.

(b) The General Council may also nominate members from states having no Local Council, and at the annual meeting of the Association may nominate members from any state of which

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:04:44 UTC
All use subject to https://about.jstor.org/terms

a majority of the members of the Local Council are not then in attendance; but no such nomination shall be made or considered by the General Council, unless supported by a statement in writing of at least three members of the Association from the same state with the person nominated, or in the absence of three such members, then by three members from a neighboring state or states, to the effect that the person nominated has the qualifications required by the Constitution and desires to become a member of the Association, and that his admission as a member is recommended by the signers of the statement.

(c) All nominations thus made shall be reported by the Council to the Association for its action. The vote shall be taken *viva voce,* unless any member demand a vote by ballot upon any name thus reported, in which case the Association shall vote thereon by ballot. Five negative votes shall prevent an election.

(d) During the period between annual meetings, members may be elected by the Executive Committee upon the written nomination of a majority of the Local Council of any state. One negative vote in the Executive Committee shall prevent an election.

(e) Persons of distinction who are members of the Bar of another country but not members of the Bar of any state of the United States, may, without formal nomination or certification, be elected by the Executive Committee to be honorary members of the Association. Honorary members shall be entitled to the privileges of the floor during meetings, but shall not be entitled to vote, and they shall pay no dues.

## ARTICLE IV.

### OFFICERS, COMMITTEES AND SECTIONS.

The following officers shall be elected at each annual meeting for the year ensuing:

A President;

A Vice-President from each state;

A Secretary;

A Treasurer;

A General Council, consisting of one member from each state.

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:04:44 UTC
All use subject to https://about.jstor.org/terms

512 *The American Bar Association Journal*

The same person shall not be elected President in two successive years.

The General Council shall be a Committee on Nominations for office and shall elect its Chairman annually, but the same person shall not be elected Chairman more than three successive years.

There shall be an Executive Committee, which shall consist of the President, the last retiring President, the Chairman of the General Council, the Secretary and the Treasurer, all of whom shall be members ex-officio, together with eight other members to be elected by the Association upon nomination by the General Council, but no member shall be elected more than three years in succession. The President, and in his absence the former President, shall be Chairman of the committee.

The Executive Committee shall have full power and authority, in the interval between meetings of the Association, to do all acts and perform all functions which the Association itself might do or perform, except that it shall have no power to amend the Constitution or By-Laws.

There shall be one or more Assistant Secretaries, who shall be elected by the Executive Committee, and shall hold office at the pleasure of that committee.

The following committees shall be appointed annually by the President for the year ensuing, each to consist of five members, unless otherwise specifically indicated herein:

On Commerce, Trade and Commercial Law;

On International Law;

On Insurance Law;

On Jurisprudence and Law Reform, to consist of 15 members;

On Professional Ethics and Grievances;

On Admiralty and Maritime Law;

On Publicity;

On Publications;

On Noteworthy Changes in Statute Law;

On Membership, to consist of such number as the President may appoint; and

On Memorials, of which the Secretary shall be the Chairman.

The Chairman of each Section of the Association, and the President of the National Conference of Commissioners on Uniform

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:04:44 UTC
All use subject to https://about.jstor.org/terms

State Laws, shall each be deemed a committee of one, and each shall report the work of his Section or Conference and present its recommendations for action by the Association.

A majority of the members of any committee, including the General Council, present at any meeting shall constitute a quorum.

The Vice-President for each state and four other members from such state to be annually elected, shall constitute a Local Council for such state. The Vice-President shall be ex-officio Chairman thereof. It shall be the duty of the Vice-President from each state to report the deaths of members within the same to the Committee on Memorials.

The members of the General Council and the members of the Local Council in each state shall constitute a committee for their state to further the interests and opinions of the American Bar Association in such manner and in such ways as shall be suggested by the Executive Committee.

There shall be the following Sections of the Association:

Section of Legal Education and Admissions to the Bar;

Section of Patent, Trade-Mark and Copyright Law;

Judicial Section;

Section of Comparative Law;

Section of Public Utility Law;

Section of Criminal Law and Criminology; and such other Sections as may from time to time be authorized by the Association upon the recommendation of the Executive Committee thereof.

Each Section shall have a Chairman, Vice-Chairman, Secretary, Treasurer, and a Council which shall consist of eight members elected by the Section. Each Section shall have power to adopt By-Laws for the regulation of its functions, not inconsistent with the Constitution and By-Laws of the Association, and subject to the approval of the Executive Committee of the Association. The Council of each Section shall be known and designated as " The Council of the American Bar Association " on the particular subject which characterizes the work of the Section, as, for example, the Council of the Section of Legal Education and Admissions to the Bar shall be known as " The Council of the American Bar Association on Legal Education and Admissions to the Bar." Qualifications for membership in any

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:04:44 UTC
All use subject to https://about.jstor.org/terms

514 *The American Bar Association Journal*

Section may be determined by the Section itself and shall be defined in its own By-Laws, provided that action taken by a Section must be approved by the Association before the same shall become effective.

### ARTICLE V.

#### BY-LAWS.

By-laws may be adopted, amended, or rescinded at any meeting of the Association by a vote of three-fourths of the members present at any session of such annual meeting, provided there be not less than two hundred members present at such annual meeting, and provided further that notice shall have been given by the Secretary to the members of the Association either by mail or by publication in the JOURNAL at least thirty days before the meeting at which action is taken.

### ARTICLE VI.

#### DUES.

Each member shall pay $6.00 to the Treasurer annually, which sum shall include dues and the cost of subscription to the AMERICAN BAR ASSOCIATION JOURNAL, which to members is $1.50 per year. All other publications of the Association shall be free of charge to the members. No person shall be in good standing or qualified to exercise any privilege of membership who is in default. The Executive Committee, in its discretion, may remit the dues of any member under special circumstances.

### ARTICLE VII.

#### PRESIDENT'S ADDRESS.

At each annual meeting of the Association, the President shall deliver an address upon such topics as he may select with the approval of the Executive Committee.

### ARTICLE VIII.

#### ANNUAL MEETINGS.

The Association shall meet annually at such time and place as the Executive Committee may select, and those present at any session of any meeting shall constitute a quorum, except as provided in Articles V and X.

The American flag shall be displayed at all meetings of the Association.

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:04:44 UTC
All use subject to https://about.jstor.org/terms

## ARTICLE IX.

### REFERENDUM.

The Executive Committee may submit from time to time by referendum to the individual members of the Association questions affecting the substance or the administration of the law which in the opinion of the Committee are of immediate practical importance to the whole country.

## ARTICLE X.

### AMENDMENTS.

This Constitution may be altered or amended only by a vote of three-fourths of the members present at any session of an annual meeting, but no such change shall be made unless at least two hundred members shall be present, nor unless notice of the proposed alteration or amendment shall have been given by the Secretary to the members of the Association either by mail or by publication in the JOURNAL at least thirty days before the meeting at which the amendment is offered.

## ARTICLE XI.

### CONSTRUCTION.

The word " state," whenever used in this Constitution, shall be deemed to comprise state, territory, the District of Columbia or any insular or other possession of the United States and places over which the United States exercises extra-territorial jurisdiction.

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:04:44 UTC
All use subject to https://about.jstor.org/terms

516 *The American Bar Association Journal*

## BY-LAWS.

### MEETING OF THE ASSOCIATION.

I. The program and order of exercises at the annual meeting of the Association shall be those prescribed by the Executive Committee and notified to the members at least thirty days before the meeting.

### REPORTS OF COMMITTEES.

II. Where the report of a committee has been printed, it shall not be read at a meeting of the Association, but if the report recommends action by the Association, the recommendations shall be set forth at the beginning of the report, and the chairman of the committee may state briefly to the meeting their substance and the reasons for them.

### RESOLUTIONS—PROCEDURE.

III. No person shall speak more than ten minutes at a time or more than twice on one subject, except as indicated on the formal program prepared by the Executive Committee.

Every resolution shall be in writing and unless of a formal character or presented by a committee, shall be referred by the Chair on presentation, without debate, to an appropriate committee for consideration and report. No resolution which is neither favorably reported by a committee nor adopted by the Association, shall be published in the proceedings of the meetings.

No legislation shall be recommended or approved by the Association unless there has been a report of a committee thereon, and unless such legislation be approved by a two-thirds vote of the members of the Association present.

No resolution complimentary to an officer or member for any service performed, paper read or address delivered shall be considered by the Association.

### NON-MEMBERS: PRIVILEGES OF FLOOR.

IV. Members of the Bar of any foreign country or of any state who are not members of the Association may be admitted to the privileges of the floor at any meeting of the Association.

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:04:44 UTC
All use subject to https://about.jstor.org/terms

### BOOKS AND PAPERS OF THE ASSOCIATION.

V. All papers, addresses and reports read before the Association or submitted to it, shall be lodged with the Secretary and become the property of the Association, and shall not be published unless by the express direction of the Executive Committee. Committee reports which have been printed in full in the JOURNAL shall not be printed again in the annual volume of the Association, but there may be printed therein a brief epitome or condensed summary of such a report which may be prepared by the chairman of the committee making the report.

Extra copies, not exceeding one hundred in number, of any report, address or paper read before the Association may be printed by the direction of the Executive Committee for the use of the author.

The Executive Committee shall arrange through the Smithsonian Institution, or otherwise, a system of exchanges by which the Transactions can be exchanged annually for those of Associations in foreign countries interested in jurisprudence or governmental affairs; and the Secretary shall exchange the Transactions for those of the State and Local Bar Associations. All books thus acquired shall be bound and, provided the New York City Bar Association consents thereto, shall be deposited in the charge of that Association, subject to the call of this Association, if it ever desires to withdraw or consult them.

The Secretary shall send one copy of the Annual Report to the President of the United States, to the Chief Justice of the United States, to each of the Associate Justices of the Supreme Court of the United States, to the Library of the State Department, and of the Department of Justice thereof, to the Governor, to the Chief Judge or the Chief Justice of the court of last resort of each state, to the State Librarian thereof, to all public law libraries, to college libraries, to other principal libraries in the United States, and to such other persons or bodies as the Executive Committee may direct.

### OFFICERS AND COMMITTEES.

VI. The terms of office of all officers elected at any annual meeting shall commence at the adjournment of such meeting, except the members of the General Council, whose term of office

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:04:44 UTC
All use subject to https://about.jstor.org/terms

shall commence immediately upon their election. Vacancies in any office, except the General Council, occurring between the annual meetings shall be filled by the Executive Committee; and such interim vacancies in the General Council shall be filled by the Local Council of the state.

VII. The President shall appoint all committees, including special committees, and shall announce the appointments to the Secretary, who shall give notice to the persons appointed.

There shall be appointed annually by the President a committee to be known as the Reception Committee, whose duty it shall be to attend immediately before and at the opening of the first day's session of the meeting to receive members and delegates and introduce them to each other.

The Committee on Professional Ethics and Grievances shall communicate to the Association such information as it may collect concerning the activities of State and Local Bar Associations in respect to the ethics of the profession and grievances against members of the Bar, and it may from time to time make recommendations on the subject to the Association.

VIII. The Treasurer's report shall be examined and audited annually before its presentation to the Association, by a licensed public accountant designated by the President.

IX. The General Council and all standing committees shall meet at the time and place of the annual meeting at such hours as their respective chairmen shall appoint.

The Secretary of the Association shall be the Secretary of the General Council.

X. Special meetings of any committee shall be held at such times and places as the Chairman thereof may appoint. Reasonable notice shall be mailed by him to each member.

The traveling and other necessary expenses incurred by any committee, standing or special, for meetings of such committee or otherwise, during the interval between the annual meetings of the Association, shall be paid by the Treasurer out of such appropriation as the Executive Committee shall have made on application in each case in advance of its expenditure. Such application shall be made in writing by the chairman of each committee thirty days before the mid-winter meeting of the Executive Committee and upon a specific budget.

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:04:44 UTC
All use subject to https://about.jstor.org/terms

All committees may have their reports printed by the Secretary, upon order duly made by the Executive Committee, before the annual meeting of the Association; and any such report containing any recommendation for action by the Association, shall be printed, together with a draft of a bill embodying the views of the Committee, whenever legislation shall be proposed. Such reports shall be distributed by mail by the Secretary to all members of the Association at least thirty days before the annual meeting at which such report is proposed to be submitted.

It shall be the duty of each Vice-President and member of the General Council to endeavor to procure the enactment by the legislature of his state of every law recommended by the Association, and the Secretary shall furnish them with copies of every recommendation and of every bill recommended and a copy of this by-law; and whenever the Association shall by resolution recommend the enactment of any law, the Secretary shall furnish as soon as possible, a copy of the resolution to the President of each State Bar Association, with the request that such Association cooperate with the local vice-president and member of the General Council of this Association and the National Conference of Commissioners on Uniform State Laws of such state in having a bill introduced in the legislature of its state in conformity with the recommendation of this Association, and use proper means to procure the enactment of the same into law. In every state where there is no State Bar Association, a copy of such resolution, with a similar request, shall be sent to the President of the Bar Association of the principal cities in the state; and in every instance where the form of bill has been recommended, a copy thereof shall also be sent with the resolution.

### ANNUAL DUES.

XI. The annual dues shall be payable at the annual meeting in advance. If any member neglects to pay his dues on or before June 1st following the annual meeting it shall be the duty of the Treasurer to serve upon him, by mail, a copy of this by-law and notice that unless the dues are paid within one month thereafter, the default will be reported to the Executive Committee, which may, without further notice, cause his name to be stricken from the roll for non-payment of dues, and his membership and all rights in respect thereto will thereupon cease.

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:04:44 UTC
All use subject to https://about.jstor.org/terms

520 *The American Bar Association Journal*

### SECTIONS.—GENERAL REGULATIONS.

XII. Each Section shall meet at least once a year in connection with the meeting of the Association, but not during such hours as the Association is in session.

2. The proceedings of any or all of the Sections may be published from time to time, in the discretion of the Executive Committee.

3. Any member of the Association may enroll himself as a member of any Section provided he meets the requirements in other respects of the by-laws of such Section.

4. Matters arising in the meetings of the Association which relate to a subject with which a Section is primarily concerned, may be referred to such Section.

5. Appropriations may be made from time to time by the Executive Committee of the Association to any Section and to the National Conference of Commissioners on Uniform State Laws; but the financial liability of the Association to the Sections or any of them or to the National Conference of Commissioners on Uniform State Laws, shall be limited to such appropriations as may be made for them and shall cease upon payment to the treasurers of the Sections or of the Conference of the amounts so appropriated.

6. The chairman or other officer of each Section shall present to the Association at its annual meeting a report in detail of its work and finances up to the preceding June 1st.

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:04:44 UTC
All use subject to https://about.jstor.org/terms



ADDRESS OF CHIEF JUSTICE EDWARD D. WHITE AT THE ANNUAL DINNER OF THE ASSOCIATION, September 5, 1919

Source: *American Bar Association Journal,* Vol. 5, No. 4 (October, 1919), pp. 521–526

Published by: American Bar Association

Stable URL: https://www.jstor.org/stable/25700617

Accessed: 26–11–2025 14:05 UTC

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



American Bar Association is collaborating with JSTOR to digitize, preserve and extend access to *American Bar Association Journal*

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:05:09 UTC
All use subject to https://about.jstor.org/terms

## VI.

## ADDRESS

OF

### CHIEF JUSTICE EDWARD D. WHITE

AT THE

### ANNUAL DINNER OF THE ASSOCIATION,

SEPTEMBER 5, 1919.

An elevated nature throws upon the characters which it esti-
mates the light of its own unselfish generosity. I know of no
better illustration of this than that afforded by the words of
extreme praise a moment ago uttered by my esteemed friend the
distinguished Chief Justice of Massachusetts. By the light of this
truth you must scrutinize the white lies which out of the fullness
of his heart he has spoken to you. I hope you observed that as
soon as I appreciated what was coming, at least as a tribute due to
the virtue of modesty, I turned my back upon the Chief Justice
in order not to be responsible for things going on behind me.

Mr. President: It is a privilege to be with you tonight a
participant in this annual banquet, but it is a pleasure not with-
out its pang, for as I look upon those who are here assembled,
ah, me! I cannot but be conscious of how many who participated
in the last annual meeting and banquet which I attended, and to
whom I was bound by ties of respect and affection, are not visible
tonight because they have passed from time to eternity. The
pulling at the heart strings which the consciousness of this fact
brings is, however, assuaged by the conviction that they have
gone to their reward and that although they may not be visible
in the material sense they are not absent in the true sense, since
the duty which they owed to their fellow-countrymen as lawyers
has devolved upon and is being carried out by their brethren who
are physically here.

The thought is aptly illustrated by the maxim of the ancient
French law, "*Le mort saisit le vif*," which, as applied to our
profession and to its public responsibilities, teaches the eternity
of duty and the ever-living endurance of the obligations of our

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:05:09 UTC
All use subject to https://about.jstor.org/terms

## 522 *The American Bar Association Journal*

profession to preserve human liberty and perpetuate free and representative government. I say, Mr. President, our profession, because although it happens that the line of my duty for many years has been judicial, that fact instead of weakening has strengthened the ties which make me one of the profession and has caused me to feel more and more every day of my life the indispensable unity which makes the Bench and Bar one and indivisible in the accomplishment of the great responsibilities which rest upon them. What are the public duties which rest upon the members of our profession and how may those duties, in a general sense, best be performed, are the subjects to which I intend to refer in the most cursory way.

Undoubtedly our forefathers sought by the government which they created to save us from the misery and anguish which had, as a necessary consequence, ever resulted from the despotism of the one over the many or the tyranny of the many over the few. To this end their purpose was to make human freedom perpetual by guaranteeing the great rights of life, liberty and property to each and every individual and thus secure those precious blessings to all under the free and representative government which they established.

To accomplish these objects the constitutional structure which they erected had a duplex character, national on the one hand and state on the other, each designed to move in its respective sphere of action without interfering with the powers of the other, both being restrained by the fundamental guaranties or prohibitions which were ordained to prevent the abuse of the powers which were recognized or granted and to confine their operation in their appropriate area.

Simple and resourceful as were the institutions thus provided, it is apparent that standing alone they are wholly inefficacious because they were without ultimate sanction, that is, without any regulating power having authority to restrain wrongful or mistaken exertions of the powers given, and thereby to prevent the crash and confusion which would necessarily be the consequence of mistake or error in their exercise.

It is, I submit, further not to be doubted that the Fathers, contemplating this situation, determined to provide a remedy for it. Seeking to accomplish that result and bringing into mind

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:05:09 UTC
All use subject to https://about.jstor.org/terms

*Address of Chief Justice Edward D. White* 523

the traditions of our race as to the benefactions which had come to it from the wisdom, the courage, the fidelity, the integrity and the restraint by which the law of the land had been administered through lawyers and courts, they made that law as construed and applied by the courts in justiciable controversies the final sanction by which the powers conferred were in the ultimate sense to be tested when called into play. How simple 'and yet how remarkable was the conclusion thus adopted! a conclusion which today challenges the admiration of the world and stands virtually as the abiding hope for the protection of individual right and the perpetuation of free government.

Who can say that the Fathers were mistaken in the fact of this mighty nation which has developed under the institutions which they thus created? Who can say that the transcendent result of their work thus demonstrated was not in a vast measure secured by the sanction of judicial power which the Fathers adopted when what may be truly called that remarkable and comprehensive code of international law is taken into view by which, as the result of justiciable controversies culminating in judicial decisions, the principles of the Constitution have been defined to the end that the governments, both national and state, have been able to discharge their great duties each secured from unwarrantable interference the one with the other?

While it is true that the causes which antedated the Constitution and which served to provoke the awful struggle of the Civil War proved uncontrollable by the legal sanctions which the Constitution contemplated, the potentiality which those sanctions embodied and their wonderful efficiency and power stand demonstrated, not only by what I have previously said, but by the power which their application produced on the results of that war and the complete obliteration which their exercise served to bring about of all the evil consequences to the state and nation which otherwise would have arisen and in all human probability have detrimentally operated upon our national life at least for a long period of time. It is not only the marvel of the result thus stated which challenges our attention but the simplicity of the means by which it was accomplished, that is, the announcements of one judicial decision after another concerning individual rights by which the difference between peace and war was

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:05:09 UTC
All use subject to https://about.jstor.org/terms

### 524 *The American Bar Association Journal*

demarked and the country was led again into the home of the Fathers sheltered by the rights and limitations which the Constitution provided. Indeed, so completely was this accomplished that, not only were the wounds occasioned by the Civil War fully healed, but the minds of all were turned away from the bitterness and conflicts of the past to the great and perfect rights which were enjoyed.

How better can the complete bringing about of these conditions be shown than by considering those mighty forces which on land and sea, for the protection of the individual right of the American citizens and for the punishment of foul and dastardly wrongs committed upon them and for the protection and extension of democracy through the instrumentality of representative and free government, have by their valor and their heroism just brought the war to so triumphant a conclusion? Yes, how more particularly can the oblivion of every rancor dependent on the Civil War be demonstrated than by observing that on every field from the plains of Flanders to the far-off hills, in those plains, in the valley of the Meuse, in the Champagne, in the Argonne, with a valor and heroism never exceeded, the sons of New England and of all the Atlantic Seaboard states, those stretching from there to the Pacific and of all the Southern states, in short, of every state, stood shoulder to shoulder in line of battle, and that those who so gloriously gave up their lives lie side by side where they fell.

Why should it, when these things are considered, be far-fetched to say that if we had power this night to raise to life the lines of conflicting forces where they fell along the fateful heights of Gettysburg or anywhere else in the combats of the Civil War they would not be enemies one to the other but brethren rejoicing in the glory and honor and strength of the nation which the Fathers created.

Yes, my brethren, it must be recognized from what I have said that the American lawyer, from the public point of view, is especially dedicated to the preservation of human liberty and upon him and the faithful discharge of his duties rests the hope of all the ages for its perpetuation. Ah! let us recognize this great truth and let us resolve the more and more as we go about the daily affairs of our lives to carry it in our minds and hearts in

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:05:09 UTC
All use subject to https://about.jstor.org/terms

order more fully to meet the great responsibilities which rest upon us. Let its consciousness admonish us to put aside the fallacious suggestion that the Constitution has outlived its usefulness, that the country has outgrown the restraints which the Constitution creates, that as individual right is inimical to progress and liberty and a free government, such right should be destroyed, to be replaced by some strange combination of the many to the obliteration of all individual freedom.

I know that at this particular juncture the dislocations produced by the great war through which we have passed, the cost of high living, the diminution of production and other interferences with the law of supply and demand necessarily consequent on the war have brought about an ephemeral condition as to the high cost of living which affords a fertile field for all sorts of chimerical suggestions which substantially assume the impotency of free government and the necessity for overthrowing it. Yes, I know further it is true to say that if the bountiful crop of demagoguery and of absolutely frivolous suggestions which this situation has stimulated be too seriously considered, fear for our free institutions may be engendered. But such fear can only be momentary if the great body of American freemen be brought into account. How can it be otherwise when we recall the millions of our fellow citizens who love their country, who appreciate the blessings which the individual liberty and representative government give, and are fixed in their purpose to perpetuate them? How can it be possible to feel the slightest doubt on this subject if additionally we bring before our minds, by way of illustration, some of the subjects which are embraced in the general considerations I have just referred to, that is, of the homes of all our land, of the churches in which the prayers of such a multitude of our people go up for blessings on our country, and of the great body of men who by land and sea have so recently made it glorious by their splendid courage and self-sacrificing discharge of duty.

While these considerations of the present situation afford instant certainty, I must confess that sometimes as my thoughts turn to the future and the vast probable increase in our population, to the infinite opportunity which liberty affords to those who misguidedly or with intentional wrong preach the

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:05:09 UTC
All use subject to https://about.jstor.org/terms

**526** *The American Bar Association Journal*

destruction of our institutions under the guise of preserving freedom, a great dread comes to me that possibly some day in the future the forces of evil, of anarchy and of wrong may gather such momentum as to enable them to overthrow directly or indirectly the constitutional institutions which the Fathers gave us and thus deprive us of those blessings which have come from their possession. But this pessimism is also only momentary for, lo! as I strain my vision to the dawn of the generations which are to come my heart rises with exaltation and gratitude because it is given to me to see an advancing force full of love for individual liberty and free government and fixed in the purpose to perpetuate them. Ah! as I look at its noble array, confidence in the future becomes assured and I cannot but exclaim: All hail, the American lawyer of the generations which are to follow! Come! come! in your allotted time so that individual liberty may endure, representative government be perpetuated and the only safe and peaceful highway for the advance of democracy in its true sense be made certain.

This content downloaded from 69.126.241.3 on Wed, 26 Nov 2025 14:05:09 UTC
All use subject to https://about.jstor.org/terms

## Fraudulent Claim That the United States Is Not Operating as a Corporate Entity or Under Commercial Administration

### Failure To Distinguish De Jure from De Facto Government

The argument presented conflates the de jure constitutional republic with the de facto corporate governance overlay that emerged post-1871. While United States v. Maurice, 26 F. Cas. 1211 (1823), and United States v. Perkins, 163 U.S. 625 (1896), affirm that the constitutional United States is a sovereign body politic, they do not rebut the claim that a parallel system was constructed to operate under commercial principles.
De Facto Incorporation: District Of Columbia Act Of 1871
The Act of 1871, 16 Stat. 419, created a municipal corporate entity under the name "Government of the District of Columbia." This was the legal gateway for reorganizing federal operations under corporate governance. No case cited above addresses the 1871 Act or its consequence: the overlay of municipal corporate structure upon federal administration.

### Commercial Registration as Evidence of Function

D-U-N-S Numbers, CAGE Codes, and SAM registrations are not legal nullities. They are commercial identifiers assigned to entities capable of entering contracts under the Uniform Commercial Code. A sovereign government has no requirement to register as a vendor for profit. Yet the following entities are registered with D-U-N-S Numbers:
• UNITED STATES GOVERNMENT — 052714196
• WHITE HOUSE — 037404123
• DEPARTMENT OF JUSTICE — 040535809
• FEDERAL BUREAU OF INVESTIGATION — 039256165
• UNIFIED JUDICIAL SYSTEM, SOUTH DAKOTA — 627496318
These entries are prima facie evidence of corporate function.

### Judicial Precedent: Clearfield Trust Doctrine
Clearfield Trust Co. v. United States, 318 U.S. 363 (1943) establishes:
"When the United States enters into commercial business, it abandons its sovereign capacity and takes on the character of a private corporation."
This controlling precedent affirms that when the United States issues negotiable instruments (e.g., Federal Reserve Notes, court bonds, tax obligations), it acts not as a sovereign but as a private party under commercial law. Sovereigns do not issue negotiable instruments subject to UCC claims.

### The Erie Doctrine and Destruction of General Common Law
Erie Railroad Co. v. Tompkins, 304 U.S. 64 (1938) abolished the recognition of federal general common law. This ruling created a procedural vacuum that was filled by administrative codes and commercial rules. The Federal Rules of Civil Procedure (1938), the Uniform Commercial Code (1952), and the Model Penal Code (1962) replaced common law remedies with statutory presumptions.

**Court Securitization: CRIS And CUSIP Mechanisms**

Court dockets are monetized through the Court Registry Investment System (CRIS). Bonds are assigned CUSIP numbers and sold on the secondary market. This is not speculative; it is documented in Annual Comprehensive Financial Reports (ACFRs). Such mechanisms do not exist in a common law judiciary. They exist only in commercial enforcement systems.

**False Distinction Between "United States" And "Federal Corporation"**

28 U.S.C. § 3002(15)(A) defines "United States" as a "federal corporation" for purposes of debt collection. This is a narrow admission of the true nature of its financial character. Courts claiming that this is "limited in scope" fail to reconcile the government's commercial enforcement of civil penalties, tax collection, and performance bonds under the same structure.

**Bar Members as Foreign Agents**

Under 22 U.S.C. § 611, agents of foreign principals must register. BAR associations derive their lineage from the Inns of Court under the British Crown. The use of "Esquire" is a prohibited title of nobility under Article I, Section 9, Clause 8. *Every judge, prosecutor, and defense attorney holding a BAR card operates under a private guild not recognized in the Constitution.*

**Administrative Procedure vs. Constitutional Law**

The federal judiciary no longer operates under Article III principles. Modern courts are Article I legislative tribunals applying administrative law. The use of summary judgment, docket bonding, and statute-only enforcement shows departure from judicial due process and entry into commercial enforcement.

**Bankruptcy Claims — Misstated**

No case number is needed to affirm national insolvency. The Emergency Banking Act of March 9, 1933, amended §5(b) of the Trading with the Enemy Act and granted extraordinary powers to the Executive. Proclamation 2039 and 2040 declared a banking emergency and suspended gold redemption. Congress enacted House Joint Resolution 192 (June 5, 1933), abrogating the gold clause. These actions constitute acts in bankruptcy in equity, not through Title 11.

All attempts to rebut these claims by invoking outdated dicta or mischaracterizing them as "sovereign citizen" arguments are intellectually dishonest. The current system does not resemble the organic Constitution. It functions as a commercial trust administration governed by international and corporate standards. The existence of foreign influence, commercial registration, administrative law, and judicial monetization are beyond dispute.

To deny these facts is to either operate in ignorance, willful blindness, or complicity. One cannot serve two masters: the Constitution and the Corporation.

**Fraud vitiates everything.**

See United States v. Throckmorton, 98 U.S. 61 (1878).

**Exposing the Corporate Veil: Operational Evidence of Foreign Administrative Overlay Disguised as Government**

It is a principle of law that one cannot serve two masters, and no lawful government may operate in duality—claiming both sovereign immunity and foreign commercial registration. Yet the present regime that purports to act as the United States Government functions not as a de jure constitutional body politic, but as a registered commercial enterprise operating under international commercial law, banking treaties, and foreign-controlled bonding systems.

The record shows that every major federal agency, including the White House, DOJ, IRS, DOD, and Judicial Branches, are registered in the DUNS® system, identified by Commercial and Government Entity (CAGE) Codes, and subject to the financial oversight of foreign-controlled interests such as the International Monetary Fund, the World Bank, and the Bank for International Settlements. These registrations are not symbolic—they are instruments of contractual jurisdiction, whereby presumed commercial entities consent to binding foreign administrative rules for the purposes of procurement, indemnity, and financial operation.

Through the Court Registry Investment System (CRIS), court cases are securitized, assigned CUSIP numbers, and traded as bonded instruments. Every appearance in court initiates a presumption that the man or woman has consented to being treated as a legal person (trust res), and is subject to performance bonds, bid bonds, and payment bonds—with proceeds deposited into pooled revenue streams recorded in Annual Comprehensive Financial Reports (ACFRs). These are not hypothetical or theoretical constructs—they are present in the internal ledgers of federal, state, and municipal entities.

Furthermore, the BAR Association monopoly is a foreign guild structure, with lineage tied to the Inns of Court under ecclesiastical Crown authority. No member of the BAR has proven lawful delegation of constitutional power to interpret or enforce the organic Constitution. Under 22 U.S.C. § 611, any person acting on behalf of a foreign principal is a foreign agent and must be registered. No BAR member adjudicating matters in court presents proof of such registration or rebuttal to the presumption of foreign allegiance.

The merger of law and equity in 1938, via the Supreme Court's ruling in Erie Railroad Co. v. Tompkins, and the implementation of the Federal Rules of Civil Procedure, destroyed the separation of common law and chancery. Courts ceased operating under

constitutional authority and began applying commercial codes and statutory equity, converting tribunals of law into administrative enforcement venues. This administrative switch created a presumption that all parties appearing are either decedents, wards, or incompetent sureties—as in the construct of the Cestui Que Vie trust, historically derived from Roman Civil Law and Canon Law under the Vatican system.

*When a court, judge, or attorney engages in this framework without full disclosure, they commit constructive fraud. When they conceal the existence of fiduciary bonds, commercial trading of case instruments, and the use of foreign commercial law in place of constitutional due process, they participate in misprision of treason under 18 U.S.C. § 2382.*

This entire system operates on presumptions—that the man or woman voluntarily consented to be treated as a commercial entity, that the NAME in all caps signifies the living being, and that jurisdiction is proper. None of these presumptions have been proven, and their enforcement without disclosure constitutes fraud, ultra vires action, and violation of the organic Constitution.

## Judicial Denial, Willful Ignorance, and the Fraud of Legal Excuses

A pattern emerges wherein agents of the current legal-industrial complex rely upon outdated judicial opinions, disjointed statutory interpretations, and categorical dismissals of lawful inquiry under the rhetorical branding of "frivolous," "sovereign citizen," or "baseless conspiracy." This tactic serves not only to discredit lawful investigation into structural fraud, but also to insulate a privatized administrative apparatus from legitimate challenge.

## The judicial cita

tions commonly relied upon—United States v. Maurice (1823), United States v. Perkins (1896), Tingey (1831), and others—predate the Commercial and Financial Reconstruction of the federal government following the Act of 1871, the Federal Reserve Act of 1913, the Emergency Banking Relief Act of 1933, and the United Nations Charter of 1945. These transformative events implemented wholesale structural overlays and cannot be rebutted by case law that precedes their legislative enactment.

Further, the disingenuous invocation of 28 U.S.C. § 3002(15), while simultaneously denying its relevance, is itself a legal contradiction. The statute clearly defines "United States" as including a "federal corporation"—a statutory definition crafted within the context of commercial debt enforcement. To suggest that this classification has no bearing on the operational nature of federal agencies—many of which operate as bonded corporations for procurement under UCC Titles—is to willfully ignore the construct of functional jurisprudence, where conduct outweighs label.

*The claim that "there are no articles of incorporation" is both misleading and misdirected. Sovereign governments do not require articles of incorporation under private corporate law*; however, incorporated municipal entities, such as the "UNITED STATES" as defined post-1871, do operate as legal persons under corporate charters passed through congressional acts. The government of the District of Columbia, which now serves as the federal seat, is a corporate entity per statute. The U.S. Government Printing Office (GPO), the Department of Treasury, and other departments publish registration identifiers and DUNS® information clearly affirming corporate capacity to contract.

The claim that "no bankruptcy court or trustee exists" ignores the construct of reorganization via emergency powers, wherein the President of the United States, through the Treasury and Federal Reserve, assumed commercial trusteeship over all citizens and assets via the Trading with the Enemy Act (1917) and the Emergency Banking Relief Act (1933). No formal Chapter 11-style bankruptcy is required when reorganization occurs by proclamation, executive order, and statutory debt instruments. Ignorance of these facts—intentional or negligent—is not an excuse. To cite modern court opinions that mock, dismiss, or label such analysis as "frivolous" is not legal refutation, but circular logic and judicial gaslighting. Courts, as commercial venues monetizing securitized proceedings, hold a vested interest in denying the existence of the construct that sustains them.

*To serve this system while denying its existence is to commit fraud by silence.*

The BAR-controlled judiciary, the bonded fiduciary officers, and foreign-aligned agencies are not immunized by habit or legacy. They are subject to the rule of law, and that law includes the maxim that fraud vitiates everything it touches.

To say that a government which bonds its officers, securitizes its cases, contracts via foreign identifiers, operates under international treaties, trains its enforcers through guild-based associations, and treats its people as trust property is "sovereign" — is a mockery of language, law, and logic.

**Fundamental Breach of Constitutional Trust and the Return to Principle**

*A lawful government derives its just powers from the consent of the governed, not from secret financial instruments, foreign registration schemes, or adhesion contracts buried within administrative codes. The transition from de jure constitutional governance to de facto commercial administration has never been lawfully ratified by the people, nor publicly disclosed. It is thus null, void, and ultra vires.*

The Constitution's Article I, Section 9, Clause 8 forbids any "title of nobility", yet all judges, attorneys, and officers bearing the title "Esquire" operate under a Crown-derived guild that was never authorized by the people. The 10th Amendment preserves all

powers not delegated to the federal government to the states and the people, yet the administrative overlays imposed by the Uniform Commercial Code, International Monetary Fund, United Nations, and Federal Reserve System have supplanted constitutional delegation with foreign-derived contract law.

*Article VI states that treaties are "the supreme Law of the Land," but this clause does not authorize treaties that contradict or override the Constitution's protections.* Treaties cannot create foreign fiduciary obligations or debt pledges that strip the people of unalienable rights, nor can they place public offices under control of non-republican, supranational entities. The International Organization Immunities Act (1945) unlawfully extended privileges, immunities, and foreign status to organizations never ratified as sovereign authorities over the American people.

The Vatican-based trust model, through Roman Civil Law, Canon Law, and the Cestui Que Vie construct, treats all individuals as missing, presumed dead, or legally incompetent, thereby enabling the seizure and management of their estates via commercial instruments and administrative courts. This juridical conversion, combined with the post-Erie merger of equity and law, enables a silent transfer of sovereignty from the people to the corporate state.

These facts are not theories—they are operational realities, confirmed through audit trails, public financial reports, agency registrations, and statutory code. That the courts ignore, judges conceal, and BAR associations profit from these mechanisms does not change their legal character.

*The maxim remains: "You cannot serve two masters." One cannot swear allegiance to a constitutional republic while simultaneously administering foreign commercial law for private gain. Officers who do so breach fiduciary duty, violate their oaths, and operate as de facto agents of a corporate cartel.*

The man or woman who rebuts the presumption of being a decedent, debtor, or trust res reclaims their lawful status as a living principal, entitled to the protections of natural law, common law, and the organic Constitution. This rebuttal must be honored, not mocked. It must be heard, not dismissed.

*To remain silent in the face of this structure is to become complicit in treason.*
*To deny it without investigation is to live in fraud.*
*To defend it is to serve a foreign power.*
Joseph Anthony Lodato III