# EXHIBIT B

## WRIT OF CAPIAS FOR VIOLATION OF CHAPTER 872 JUDGES CGS 51-47(C)

### Affidavit, a statement of truth:

The following list of names, in their individual capacity, are the "ENEMY" impersonating a judge in violation of CGS 51-47 (C) *Each such judge shall be an elector and a resident of this state, shall be a member of the bar of the state of Connecticut.*

*All their Orders and Judgments are Void, a Nullity. This is an act of Treason.*

Superior Court Judges (in their individual capacity)

Robert L. Genuario
Kevin M. Tierney
Kevin A. Randolph
John F. Blawie
Charles T. Lee
A. William Mottolese
John F. Kavanewsky, Jr.
Ronald E. Kowalski, II
Douglas C. Mintz
David R. Tobin
Kenneth B. Povodator
Walter Michael Spader, Jr.
Bruce P. Hudock
Vikki Cooper
Robert G. Golger
Alex V. Hernandez
Sheila Ann Ozalis
Taggart D. Adams
Yamini Menon
Thomas Colin
Eric Tindil
William Clark
Gary White
Donna Heller
Margarita Moore
Mary Elizabeth Reid
Peter McShane
Maria Gonzales
Scott M. Jones

They are not a member of the bar of the state of Connecticut; thus, they cannot be a judge.

FROM THE DESK OF Andrew-Hamilton:Pritchard, Beneficiary in Equity-Executor

DOCKET NO. FST-CV15-6026844-S  :  SUPERIOR COURT

DOCKET NO. NWH-CV22-6006923-S

DOCKET NO. FST-CV23-5028567-S;

DOCKET NO. FST-CV23-5029576-S;

CITIMORTGAGE, INC.  :  J.D. STAMFORD/NORWALK

LD PROPERTIES LLC; LUTHY, THOMAS E.

STATE OF CONNECTICUT

S01S-CR22-0169490-T; S01S-CR23-0250191-S;

S01S-CR23-0251706-S; S01S-CR23-0251708-S;

S01S-CR23-0251790-S

V.  :  AT STAMFORD

PRITCHARD, ANDREW H., ET AL  :  APRIL 22, 2026

PRITCHARD, BRIDGET R., ET AL

## WRIT OF CAPIAS FOR VIOLATION OF CHAPTER 872 JUDGES CGS 51-47(C)

### Affidavit, a statement of truth:

The following list of names, in their individual capacity, are the "ENEMY" impersonating a judge in violation of CGS 51-47 (C) *Each such judge shall be an elector and a resident of this state, shall be a member of the bar of the state of Connecticut.*

*All their Orders and Judgments are Void, a Nullity. This is an act of Treason.*

Superior Court Judges (in their individual capacity)

Robert L. Genuario
Kevin M. Tierney
Kevin A. Randolph
John F. Blawie
Charles T. Lee
A. William Mottolese

1

John F. Kavanewsky, Jr.
Ronald E. Kowalski, II
Douglas C. Mintz
David R. Tobin
Kenneth B. Povodator
Walter Michael Spader, Jr.
Bruce P. Hudock
Vikki Cooper
Robert G. Golger
Alex V. Hernandez
Sheila Ann Ozalis
Taggart D. Adams
Yamini Menon
Thomas Colin
Eric Tindil
William Clark
Gary White
Donna Heller
Margarita Moore
Mary Elizabeth Reid
Peter McShane
Maria Gonzales
Scott M. Jones

They are not a member of the bar of the state of Connecticut; thus, they cannot be a judge.

On April 21, 2026, Judicial Branch Legal Services responded to my Freedom of Information Act request, sent to Human Resources on April 15, 2026, in which I sought, "the juris number for membership of the bar for the state of Connecticut of the following individuals…"

None of the juris numbers delivered are valid, willful fraud.

The entire Judicial Branch of Connecticut is infiltrated by the "ENEMY".

The "ENEMY" (Title 50 US Code 2204) wars against the Constitution for the United States of America and engages in acts of treason.

Their certification of Oath to the Constitution is fraudulent.

The diabolical railroad job being conducted by Traitors is Domestic Terrorism and Seditious Conspiracy going off the rails. (See Attachments)

<u>Legal Maxim:</u>

The government is to be subject to the law, for the law makes the government.

**CLAIMS, CHARGES:**

LOSS OF AUTHORITY FOR JUDGES, STATE REFEREES, AND JUDGE TRIAL REFEREES due to WILLFUL VIOLATIONS of the Connecticut Practice Book Section 11-18; WILLFUL VIOLATIONS of the Administrative Procedures Act; WILLFUL VIOLATIONS of Title 18 U.S.C Section 241 Conspiracy Against Rights; WILLFUL VIOLATIONS of Title 18 U.S.C Section 242 Deprivation of Rights Under the Color of Law; FRAUD UPON THE COURT by FALSE REPRESENTATION of court record by signing ORDER as JUDGE when you are not a Judge; WILLFUL VIOLATION of Civil Procedure as to establishing a Trial by Jury due to the many obvious legal issues raised; WILLFUL VIOLATIONS of CGS 51-47 Salaries of judges. Practice of law prohibited. Membership on board of directors of bank prohibited. Longevity payments, and CGS 52-434 State Referee which requires "Written Consent" by both parties; FRAUD UPON THE COURT by False Representation with the statement "JUDGE" on ORDERS throughout Court Records which on the face of it is a FALSE STATEMENT; Complicit Judge Trial Referee without "Written consent" is a Complicit Participant in the massive Racketeering network to enable the "Fraud & Swindle", "Railroading", "Racketeering", "Seizure" and "Treason" by "War against the Constitution" and by obvious violations of the Administrative Procedures Act of 1946.

NO STANDING AND NO SUBJECT MATTER JURISDICTION with obvious NO DUE PROCESS as confirmed by the following violations TO THE U.S. CONSTITUTION; THE CONSTITUTION OF THE STATE OF CONNECTICUT; CONNECTICUT GENERAL STATUTES CHAPTER 952 Section 53a-119 Larceny; CGA SEC. 53a-121 Value of Property; CGA SEC. 42a-9-109(a)(3); CGA SEC. 42a-9-203(b);CGA SEC. 42a-9-607(b) 12 CFR 1026 Truth in Lending Act (TILA) Regulation Z, 12 USC 2605 Real Estate Settlement Procedures Act (RESPA) Section 6; CGS Sec. 53- 379(a) Residential Mortgage Fraud; CGS 47-30 Ejectment. Set-Off of Defendant's Improvements; CGS Sec. 52-434 State Referees; CGS Sec. 53a-138 Forgery in the First Degree; CGS Sec. 53a-139 Forgery in the Second degree; CGS Sec. 53a-142a Filing a False Record; CGS Sec. 8- 265ee Notice to Mortgagee of Foreclosure; CGS Sec. 49-8a Penalty for Recording False Information; CGS Sec. 49-10 Assignment of Mortgage Debt-Requirements- Sufficient Notice of Assignment; CGS Sec. 47-36aa Validations re Conveyancing Defects of Instruments Recorded after January 1, 1997. Insubstantial Defects-Defects re Power of Attorney-Defects re Conveyance by Fiduciary; CGS Sec. 47-5 Requirements re Conveyance

3

of Land-Conveyance pursuant to Power of Attorney; CGS Sec. 53a-129a. Identity theft defined; CGS Sec. 53a-129b. Identity theft in the first degree: Class B felony; CGS Sec. 53a-129c. Identity theft in the second degree: Class C felony; CGS Sec. 53a-129d. Identity theft in the third degree: Class D felony; CGS Sec. 53a-129e. Trafficking in personal identifying information: Class D felony; CGS Sec. 52-571h. Action for damages resulting from identity theft; CGS 53a-130 Criminal Impersonation; CGS Sec. 53a-157b. (Formerly Sec. 53a-157). False statement: Class A misdemeanor; CGS Sec. 54-64a. Release by judicial authority; CGS Sec. 53a-180. Falsely reporting an incident in the first degree: Class D or C felony; CGS Sec. 53a-180b. Falsely reporting an incident concerning serious physical injury or death: Class D or C felony; CGS Sec. 53a-183. Harassment in the second degree: Class C misdemeanor; CGS 54-82m Speedy Trial; CGS Sec. 7-254. Delinquent assessments. Liens. Assignment of liens; CGS Sec. 52-215. Dockets. Jury cases. Court cases; CGS Sec. 52-218 Jury May Try Facts in Equitable Action; the Connecticut Corrupt Organizations and Racketeering Activity Act (CORA) CGS 53-393 et seq.; no DUE PROCESS as per the Constitution of Connecticut, the 5th Amendment, the 7th Amendment and 14th Amendment of the US Constitution; plus, The Right to Privacy' addressed in the 1st Amendment, 3rd Amendment, 4th Amendment, 5th Amendment and the "Liberty" Guarantee of the 14th Amendment of the US Constitution; 18 US Code 4 Misprision of felony; 18 U.S. Code § 3 - Accessory after the fact; Title 18 US Code 153 Embezzlement Against Estate; Title 18 U.S.C Section 241 Conspiracy Against Rights; Title 18 U.S.C Section 242 Deprivation of Rights Under the Color of Law; Title 42 US Code 122203 Prohibition Against Retaliation and Coercion; Title 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees; Title 9 18 U.S.C 1951 Hobbs Act; Title 5 Administrative Procedure Act 1946; Executive Order 13818 Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption; Executive Order 13848 Imposing Certain Sanctions in the Event of Foreign Interference in a United States Election; Title 50 U.S. Code 2204 Definitions "ENEMY", "SPOILS OF WAR", etc.; Title 5 U.S. Code § 3331 - Oath of office; Title 18 U.S. Code § 1918 - Disloyalty and asserting the right to strike against the Government; Title 18 U.S. Code § 1346 - Definition of "scheme or artifice to defraud"; Title 8 U.S. Code § 1481 - Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions; Title 22 U.S. Code § 611 – Definitions; Title 28 U.S. Code Chapter 176 - FEDERAL DEBT COLLECTION PROCEDURE; Title 22 U.S. Code § 286 - Acceptance of

4

membership by United States in International Monetary Fund; Title 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof; Title 42 U.S. Code § 12202 - State immunity; Title 42 U.S. Code § 2000d–7 - Civil rights remedies equalization; Title 5 U.S. Code § 558 - Imposition of sanctions; determination of applications for licenses; suspension, revocation, and expiration of licenses; Title 18 U.S. Code § 2331 – Definitions "Domestic Terrorism"; Title 18 U.S. Code § 2332b - Acts of terrorism transcending national boundaries; Title 18 U.S. Code § 175 - Prohibitions with respect to biological weapons; Title 18 U.S. Code § 1091 – Genocide; Title 18 U.S. Code 2441 War Crimes; Title 18 U.S. Code § 2382 - Misprision of treason; Title 18 U.S. Code § 2381 – Treason; and CGS 54-170 Arrest without warrant.

OBVIOUS CONSTITUTIONAL VIOLATIONS

1. NO JURISDICTION

2. NO JURISDICTION FOR REMOTE HEARINGS

3. NO TRIAL BY JURY

4. GROTESQUE JUDICIAL MISCONDUCT

5. FRAUD

6. FRAUD UPON THE COURT

7. UN-CONSTITUTIONAL CONNECTICUT PRACTICE BOOK, NO DUE PROCESS AND VIOLATES THE ADMINISTRATIVE PROCEDURES ACT

8. UN-CONSTITUTIONAL STATE OF CONNECTICUT JUDICIAL BRANCH, NO GRAND JURIES VIOLATES FIFTH AMENDMENT

9. WILLFUL VIOLATIONS OF OATH AND DUTY

10. WILLFUL VIOLATIONS OF FIDUCIARY DUTY

11. SEIZURE OF PRIVATE PROPERTY

12. FALSE ARREST, KIDNAPPING AND ASSAULT

13. USE OF POLICE IN MILITARY ASSAULT IN CIVIL MATTER

14. USE OF MILITARY GRADE WEAPONS AGAINST AMERICAN PRIVATE INDIVIDUALS

15. MISPRISION OF FELONY

16. MISPRISION OF TREASON

17. <u>IRREPARABLE HARM</u>

18. <u>RACKETEERING</u>

19. <u>ENEMY (DOMESTIC)</u>

20. <u>ACTS OF DOMESTIC TERRORISM</u>


## <u>IMMEDIATE ACTIONS REQUIRED</u>

1) **ARREST COMPLICIT PERSONS.**

**Sec. 54-170. Arrest without warrant. The arrest of a person may be lawfully made also by any peace officer or a private person, without a warrant, upon reasonable information that the accused stands charged in the courts of a state with a crime punishable by death or imprisonment for a term exceeding one year, but when so arrested the accused shall be taken before such a judge with all practicable speed and complaint shall be made against him under oath setting forth the ground for the arrest as in section 54-169; and thereafter his answer shall be heard as if he had been arrested on a warrant.**

2) **Complicit participants must be brought before a unbiased Grand Jury of the People (not an Investigatory Grand Jury made up of one or three biased Judges) to determine that a Trial by Jury must commence for <u>crimes and Treason</u>.**

3) **Pay Restitution September 13, 2024 – RE: Andrew Hamilton Pritchard & "We the People of Connecticut". [Bill of Complaint - $725,781,907,128]**


Luke 2:14 KJV - *Glory to God in the highest, and on earth peace, good will toward men.*

**Case Law:**

<u>*Rotella v. Wood et al., 528 U.S. 549 (2000)*</u>

*"The object of civil RICO is thus not merely to compensate victims but to turn them into prosecutors, "private attorneys general," dedicated to eliminating racketeering activity. 3 Id., at 187 (citing Malley-Duff, 483 U.S., at 151) (civil RICO specifically has a "further purpose [of] encouraging potential private plaintiffs diligently to investigate"). The provision for treble damages is accordingly justified by the expected benefit of suppressing racketeering activity, an object pursued the sooner the better."*

<u>*Marbury v. Madison, 5 US 137. (1803)*</u>

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

6

<u>SECURITIES AND EXCHANGE COMMISSION v. JARKESY, JR., 603 U. S. (June 27, 2024)</u>

"I write separately to highlight that other constitutional provisions reinforce the correctness of the Court's course. The Seventh Amendment's jury-trial right does not work alone. It operates together with Article III and the Due Process Clause of the Fifth Amendment to limit how the government may go about depriving an individual of life, liberty, or property. The Seventh Amendment guarantees the right to trial by jury. Article III entitles individuals to an independent judge who will preside over that trial. And due process promises any trial will be held in accord with time-honored principles. Taken together, all three provisions vindicate the Constitution's promise of a "fair trial in a fair tribunal." In re Murchison, 349 U. S. 133, 136 (1955)."

That is why the Constitution built "high walls and clear distinctions" to safeguard individual liberty. Plaut v. Spendthrift Farm, Inc., 514 U. S. 211, 239 (1995). Ones that ensure even the least popular among us has an independent judge and a jury of his peers resolve his case under procedures designed to ensure a fair trial in a fair forum. In reaffirming all this today, the Court hardly leaves the SEC without ample powers and recourse. The agency is free to pursue all of its charges against Mr. Jarkesy. And it is free to pursue them exactly as it had always done until 2010: In a court, before a judge, and with a jury. With these observations, I am pleased to concur.

<u>Axon Enterprise, Inc. v. FTC, 143 S. Ct. 890 (2023) Nos. 21-86 and 21-1239 (April 14, 2023),</u>

"Cases involving ... deprivations or transfers of life, liberty, or property constitute a core of cases that ... MUST be resolved by Article III courts—not executive adjudicators dressed up as courts".

<u>Bulloch v. United States. 763 F.2d 1115, 1121 (10th Cir. 1985).</u>

the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function        thus where the impartial functions of the court have been directly corrupted."

<u>Kenner v. C.I.R., 387 F.3d 689 (1968); 7 Moore's Federal Practice, 2d ed., p. 512, Â¶ 60.23.</u>

"Fraud upon the court" has been defined by the 7th Circuit Court of Appeals to "embrace that species of fraud which does, or attempts to, defile the court itself, or is a fraud perpetrated by officers of the court so that the judicial machinery can not perform in the usual manner its impartial task of adjudging cases that are presented for adjudication."

The 7th Circuit further stated "a decision produced by fraud upon the court is not in essence a decision at all, and never becomes final."

7

*Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)*

*Note: Any judge who does not comply with his oath to the Constitution of the United States **wars against that Constitution** and engages in acts in violation of the supreme law of the land. **The judge is engaged in acts of treason.** The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).*

*Salinas v. United States, 522 U.S. 52, 63 (1997).*

*Conspiracy "A conspiracy may exist even if a conspirator does not agree to commit or facilitate each and every part of the substantive offense."*

*It is "the common-law principle that, so long as they share a common purpose, conspirators are liable for the acts of their co-conspirators."*

*"A conspirator must intend to further an endeavor which, if completed, would satisfy all of the elements of a substantive criminal offense, but it suffices that he adopt the goal of furthering or facilitating the criminal endeavor."*

*Meyer v. Nebraska, 262 US 390 - Supreme Court 1923*

*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus-- may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*

*As to LIBERTY, "While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."*

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

8

Jurisdiction:

By the grace of God almighty, and through the supremacy clause of the Constitution (Article VI Clause 2 & 3) and the below-listed treaties of supreme law, it is I alone, who shall determine my status, standing, honor and jurisdiction.

I hereby invoke and stand upon all my natural rights, given by my God, which are written in the documents listed below. These, and all others, are universally known as the supreme law of the land:

- The Holy Bible, KJV 1611 GOD's Laws are Superior Law
- 1215 Magna Charta
- 1606 The First Charter of Virginia
- 1620 Mayflower Compact
- 1628 Petition of Rights
- 1639 Fundamental Orders of 1639
- 1641 Grand Remonstrance
- 1689 English bill of rights
- 1765 The Declaration of rights in congress at New York
- 1774 The Declaration of rights in congress at Philadelphia
- 1775 The Declaration of Arms
- 1776 The Virginia Declaration of rights
- 1777 the Articles of Confederation
- 1783 Treaty of Peace
- 1787 Northwest Ordinance
- 1789 The Constitution for the United States of America
- 1791 The Bill of Rights
- 1864, 1929 and 1949 The Geneva Conventions
- 1948 The Universal Declaration of Human Rights
- 23 March 1976 The International Covenant of Civil and Political Rights, Articles 1-27

I, Andrew Hamilton Pritchard, hereby and forever stand firm upon these natural rights listed above, giving the free man of God, one of "We the People".

The Supreme Court said that the "rights of life and personal liberty are the natural rights of man. To secure these rights ... governments are instituted among men" U.S. v. Cruikshank, 92 U.S. 542, 2 Otto 542, 23 L. Ed. 588.

"Every State law must conform in the first place to the Constitution of the United States, and then to the subordinate constitutions of the particular state; and if it infringes upon the provisions of either, it is so far void." Houston v. Moore, 18 US 1, 5 L.Ed 19 (1840)

The constitution is the law of the land and there can be no statutes or rule making that would abrogate the constitution. The general principal is: anything that is repugnant to or abrogates the constitution is null and void of law.

Miranda v. Arizona, 384 U.S. 436, (1966) "Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them."

Marbury v. Madison, 5 US 137, (1803) "The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."

"An officer of the court may be held liable in damages to any person injured in consequence of a breach of any of the duties connected with his office...The liability for nonfeasance, misfeasance, and for malfeasance in office is in his 'Individual Capacity' , not his official capacity..." see 70 Am. Jur. 2nd Sec. 50, VII Civil Liability "When lawsuits are brought against federal officials, they must be brought against them in their "individual" capacity not their official capacity. When federal officials perpetrate constitutional torts, they do so ultra vires (beyond the powers) and lose the shield of immunity." Williamson v. U.S. Department of Agriculture, 815 F.2d. 369, ACLU Foundation v. Barr, 952 F.2d. 457,293 U.S. App. DC 101, (CA DC 1991). The same rule applies to state officials.

<u>Summary:</u>

*Article 3, Section 1*

*The judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.*

*Maxim of Law –*

*"The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

*Legal Maxim: "An unrebutted affidavit becomes the judgment in law."*

10

If the government or any party fails to respond to an affidavit; then, the Affidavit is considered the binding truth between the parties involved.

Armed seizure of liberty is unacceptable and unlawful.

Currently, our seized home of 30+ years is unlawfully listed for sale at $4,495,000.

Please note: the fraudulent claim was for $200,000 approx.; the seizure happened on August 29, 2022; the fictious note had matured in 2018; and we have received nothing. Thus, one family was destroyed and at a minimum $4,295,000 was seized by traitors.

In the year 2000, Sheriffs were eliminated from the Connecticut Constitution, and their power was abdicated, relinquished, returned to us, the people.

My authority as a living-breathing American Man, one of "We the People", the Owners of Our Government, I, Andrew Hamilton Pritchard, Sui Juris, have the authority to address any felony that I witness firsthand (CGS 54-170 Arrest without Warrant).

Freedom requires justice.

Unlimited Power always corrupts.

Sui Juris Defendant, Andrew Hamilton Pritchard, has filed multiple Writs of Habeas Corpus to arrest and charge complicit Judges, the Governor, the Attorney General and many complicit participants of the Government and the Public. All have been served. All have been abandoned. All are in Default and guilty of Contempt of Court.

I pray the State of Connecticut can find its way back to the foundation set by Reverand Hooker with the Fundamental Orders of 1639 which many historians believe to be a key component of the U.S. Constitution, "the Supreme Law of the Land".

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.

Respectfully,

Andrew Hamilton Pritchard, Sui Juris
Living American
Beneficiary in Equity-Executor
9 Sylvester Court
Norwalk, Connecticut
Phone: (203)858-7949
Email: apritchard1963@gmail.com

11

CERTIFICATE OF SERVICE

I certify that a copy of this objection was sent to all appearing pro se parties and counsel of record by mailing a copy via US Postal service to:

MCCALLA RAYMER LEIBERT
PIERCE LLC (101589) 50 WESTON
STREET
HARTFORD, CT 06120

AAG GARY G
WILLIAMS
(403967) ATTY
GEN-
COLLECTIONS
PO BOX 120
Hartford, CT 06141

UNITED STATES
ATTORNEY (065028)
DISTRICT OF
CONNECTICUT
157
CHURCH
ST 25TH FL
NEW
HAVEN, CT
06510

STEPHEN J. CONOVER
707 SUMMER STREET,
3RD FLOOR STAMFORD,
CT 06901-1026

LOVEJOY &
RIMER PC
(034606) 65
EAST AVENUE
PO BOX 390
NORWALK, CT 06852

U.S.
MARSHALS
SERVICE
C/O MATT
PARKER
141 CHURCH
STREET, SUITE 214
NEW HAVEN, CT
06510

NORWALK
POLICE
DEPARTMENT
C/O CHIEF,
THOMAS
KULHAWIK 1
MONROE
STREET
NORWALK, CT 06854

NORWALK HEALTH DEPARTMENT
C/O ADRIAN LEAHY
137 EAST AVE.
NORWALK, CT 06851

STATE MARSHAL
WILLIAM KEMP
ONE BANK STREET, SUITE 230
STAMFORD, CT 06901

STATE FARM INSURANCE
CORPORATE HEADQUARTERS
ONE STATE FARM PLAZA
BLOOMINGTON, IL 61710

TURN KEY REALTY GROUP
ANTHONY SARACO JR.
419 WHITE PLAINS ROAD
EASTCHESTER, NY 10709

CSC HOLDINGS, LLC
MATTHEW GROVER
1111 STEWART AVE.
BETHPAGE, NY 11714-3533

13

STATE MARSHAL
ALLAN FREEDMAN
2 CHELENE ROAD
NORWALK, CT 06851

THIRD TAXING DISTRICT ELECTRIC
C/O RONALD SCOFIELD
2 SECOND STREET
NORWALK, CT 06855

MAYOR HARRY RILLING
CITY HALL
125 EAST AVE.
NORWALK, CT 06851-5702

TOWN CLERK RICHARD MCQUAID
CITY HALL
125 EAST AVE.
NORWALK, CT 06851-5702

TED SIBILIA
RAVEIS REALTORS
4 ELM STREET
NEW CANAAN, CT 06840

MICHAEL L. GOLDMAN
GOLDMAN, GRUBER, & WOOD
200 CONNECETICUT AVE.
NORWALK, CT 06854

THOMAS LUTHY
LUTHY EQUITIES, LLC
15 SOUTH STREET, SUITE 4A
NORWALK, CT 06854-2662

MICHAEL L. WITHERSPOON, LLC
MICHAEL L. WITHERSPOON
50 WASHINGTON STREET, SUITE 741
NORWALK, CT 06854

14

US BANK MORTGAGE
RAYMOND R. LAFLAMME
79 EAST PUTNAM AVE., SUITE 5
GREENWICH, CT 06830

Andrew H. Pritchard

# ATTACHMENTS

16

# CHAPTER 872*
# JUDGES

**Sec. 51-47. Salaries of judges. Practice of law prohibited. Membership on board of directors of bank prohibited. Longevity payments.** (a) The judges of the Superior Court, judges of the Appellate Court and judges of the Supreme Court shall receive annually salaries as follows:

(1) On and after July 1, 2022, (A) the Chief Justice of the Supreme Court, two hundred twenty-six thousand seven hundred eleven dollars; (B) the Chief Court Administrator if a judge of the Supreme Court, Appellate Court or Superior Court, two hundred seventeen thousand eight hundred fifty-four dollars; (C) each associate judge of the Supreme Court, two hundred nine thousand seven hundred seventy dollars; (D) the Chief Judge of the Appellate Court, two hundred seven thousand four hundred fifty dollars; (E) each judge of the Appellate Court, one hundred ninety-seven thousand forty-six dollars; (F) the Deputy Chief Court Administrator if a judge of the Superior Court, one hundred ninety-three thousand four hundred twenty dollars; and (G) each judge of the Superior Court, one hundred eighty-nine thousand four hundred eighty-three dollars.

(2) On and after July 1, 2023, (A) the Chief Justice of the Supreme Court, two hundred thirty-three thousand five hundred twelve dollars; (B) the Chief Court Administrator if a judge of the Supreme Court, Appellate Court or Superior Court, two hundred twenty-four thousand three hundred ninety dollars; (C) each associate judge of the Supreme Court, two hundred sixteen thousand sixty-three dollars; (D) the Chief Judge of the Appellate Court, two hundred thirteen thousand six hundred seventy-four dollars; (E) each judge of the Appellate Court, two hundred two thousand nine hundred fifty-seven dollars; (F) the Deputy Chief Court Administrator if a judge of the Superior Court, one hundred ninety-nine thousand two hundred twenty-three dollars; and (G) each judge of the Superior Court, one hundred ninety-five thousand one hundred sixty-seven dollars.

(3) On and after July 1, 2024, (A) the Chief Justice of the Supreme Court, two hundred forty thousand five hundred eighteen dollars; (B) the Chief Court Administrator if a judge of the Supreme Court, Appellate Court or Superior Court, two hundred thirty-one thousand one hundred twenty-one dollars; (C) each associate judge of the Supreme Court, two hundred twenty-two thousand five hundred forty-five dollars; (D) the Chief Judge of the Appellate Court, two hundred twenty thousand eighty-four dollars; (E) each judge of the Appellate Court, two hundred nine thousand forty-six dollars; (F) the Deputy Chief Court Administrator if a judge of the Superior

Court, two hundred five thousand one hundred ninety-nine dollars; and (G) each judge of the Superior Court, two hundred one thousand twenty-three dollars.

(b) (1) In addition to the salary such judge is entitled to receive under subsection (a) of this section, on and after July 1, 2022, a judge designated as the administrative judge of the appellate system shall receive one thousand two hundred ninety-two dollars in additional compensation, each Superior Court judge designated as the administrative judge of a judicial district shall receive one thousand two hundred ninety-two dollars in additional compensation and each Superior Court judge designated as the chief administrative judge for facilities, administrative appeals, judicial marshal service or judge trial referees or for the Family, Juvenile, Criminal or Civil Division of the Superior Court shall receive one thousand two hundred ninety-two dollars in additional compensation.

(2) In addition to the salary such judge is entitled to receive under subsection (a) of this section, on and after July 1, 2023, a judge designated as the administrative judge of the appellate system shall receive one thousand three hundred thirty-one dollars in additional compensation, each Superior Court judge designated as the administrative judge of a judicial district shall receive one thousand three hundred thirty-one dollars in additional compensation and each Superior Court judge designated as the chief administrative judge for facilities, administrative appeals, judicial marshal service or judge trial referees or for the Family, Juvenile, Criminal or Civil Division of the Superior Court shall receive one thousand three hundred thirty-one dollars in additional compensation.

(3) In addition to the salary such judge is entitled to receive under subsection (a) of this section, on and after July 1, 2024, a judge designated as the administrative judge of the appellate system shall receive one thousand three hundred seventy-one dollars in additional compensation, each Superior Court judge designated as the administrative judge of a judicial district shall receive one thousand three hundred seventy-one dollars in additional compensation and each Superior Court judge designated as the chief administrative judge for facilities, administrative appeals, judicial marshal service or judge trial referees or for the Family, Juvenile, Criminal or Civil Division of the Superior Court shall receive one thousand three hundred seventy-one dollars in additional compensation.

(c) **Each such judge shall be an elector and a resident of this state, shall be a member of the bar of the state of Connecticut** and shall not engage in private practice, nor on or after July 1, 1985, be a member of any board of directors or of any advisory board of any state bank and trust company, state bank or savings and loan association, national banking association or federal savings bank or savings and loan association.

Nothing in this subsection shall preclude a senior judge from participating in any alternative dispute resolution program approved by STA-FED ADR, Inc.

(d) Each such judge, excluding any senior judge, who has completed not less than ten years of service as a judge of either the Supreme Court, the Appellate Court, or the Superior Court, or of any combination of such courts, or of the Court of Common Pleas, the Juvenile Court or the Circuit Court, or other state service or service as an elected officer of the state, or any combination of such service, shall receive semiannual longevity payments based on service as a judge of any or all of such six courts, or other state service or service as an elected officer of the state, or any combination of such service, completed as of the first day of July and the first day of January of each year, as follows:

(1) A judge who has completed ten or more years but less than fifteen years of service shall receive one-quarter of three per cent of the annual salary payable under subsection (a) of this section.

(2) A judge who has completed fifteen or more years but less than twenty years of service shall receive one-half of three per cent of the annual salary payable under subsection (a) of this section.

(3) A judge who has completed twenty or more years but less than twenty-five years of service shall receive three-quarters of three per cent of the annual salary payable under subsection (a) of this section.

(4) A judge who has completed twenty-five or more years of service shall receive three per cent of the annual salary payable under subsection (a) of this section.

(1949 Rev., S. 3597; 1955, S. 1965d; March, 1958, P.A. 27, S. 15; 1959, P.A. 531, S. 19; 670, S. 1; February, 1965, P.A. 331, S. 12; 1967, P.A. 656, S. 26; 795; 1969, P.A. 601, S. 1; 1972, P.A. 281, S. 19; P.A. 74-183, S. 28, 291; P.A. 76-436, S. 10a, 35, 681; P.A. 77-452, S. 13, 72; 77-576, S. 30, 45, 65; P.A. 78-377, S. 1, 4; P.A. 79-608, S. 1, 10; P.A. 80-337, S. 1, 13; 80-483, S. 132, 186; P.A. 82-248, S. 22; June Sp. Sess. P.A. 83-35, S. 1, 9; P.A. 84-399, S. 1, 17; 84-435, S. 1, 6; P.A. 85-517, S. 1, 5; P.A. 86-328, S. 2, 3; P.A. 87-198, S. 1, 6; 87-476; 87-508, S. 5, 10; P.A. 88-364, S. 65, 123; P.A. 90-328, S. 1, 2; P.A. 92-226, S. 27, 28; P.A. 93-108, S. 1, 6; 93-379, S. 3, 8; P.A. 95-191, S. 2, 4; July 21 Sp. Sess. P.A. 97-1, S. 4, 8; P.A. 98-197, S. 2, 8; June Sp. Sess. P.A. 99-1, S. 37, 51; P.A. 00-231, S. 8, 10; P.A. 01-186, S. 14; May Sp. Sess. P.A. 04-2, S. 12; P.A. 13-247, S. 240; June Sp. Sess. P.A. 15-5, S. 460; May Sp. Sess. P.A. 16-3, S. 89; June Sp. Sess. P.A. 17-2, S. 254; June Sp. Sess. P.A. 21-2, S. 11; P.A. 22-118, S. 131; P.A. 23-204, S. 81.)

# The Connecticut General Assembly

## OFFICE OF LEGISLATIVE RESEARCH

(860) 240-8400 Room 5300
FAX (860) 240-8881 Legislative Office Building
olr@po.state.ct.us Hartford, CT 06106-1591



April 8, 1996                                    96-R-0627 To:

From:      Lawrence K. Furbish, Assistant Director
           Pamela Lucas, Research Attorney
           George Coppolo, Chief Attorney
           Sandra Norman-Eady, Senior Attorney

You asked us to respond to 36 specific questions concerning judges and their qualifications for office, the application and nomination process, the Judicial Selection Commission, employment and retirement, and ethical considerations. Responses are provided following each question.

**1.   What are the minimum statutory qualifications for being considered for appointment to the bench?**

CGS § 51-47(c) requires judges to be state voters and residents and members of the state bar. It prohibits them from engaging in private practice and from being members of a board of directors or an advisory board of any state bank and trust company, state bank or savings and loan association, national banking association, or federal savings bank or savings and loan association. Presumably judgeship applicants must agree to comply with this prohibition once they are appointed.

Pursuant to CGS § 51-44(f), applicants also must possess the qualifications required by the Judicial Selection Commission's (JSC) regulations. Specifically, this statute requires the JSC to seek qualified candidates for consideration by the governor for nomination and to adopt regulations concerning the criteria for evaluating candidates. (It also requires the JSC to investigate and interview the candidates and compile a list of qualified ones.)

**2.   Are there other qualifications required by the Judicial Selection Commission through formal policies or through actual practice?**

*Application Process*

 **Gmail**

## RE: Request for juris numbers for judges listed...
1 message

**Human Resources** <Human.Resources@jud.ct.gov>                    Tue, Apr 21, 2026 at 2:42 PM
To: "apritchard1963@gmail.com" <apritchard1963@gmail.com>

Good afternoon,

Pursuant with your request of April 15, 2026 please see attached.

Thank you,

Human Resource Management

State of Connecticut Judicial Branch | Administrative Services Division

90 Washington Street, 4th Floor, Hartford, CT 06106

(p)  (860) 706-5280   | (f) (860) 706-5092

Human.Resources@jud.ct.gov

---

**From:** Andrew H. Pritchard <apritchard1963@gmail.com>
**Sent:** Wednesday, April 15, 2026 9:27 AM
**To:** Human Resources <Human.Resources@jud.ct.gov>
**Subject:** Request for juris numbers for judges listed...

Please deliver the juris number for membership of the bar for the state of Connecticut of the following individuals:

Robert L. Genuario

Kevin M. Tierney

Kevin A. Randolph

John F. Blawie

Charles T. Lee

A. William Mottolese

John F. Kavanewsky, Jr.

Ronald E. Kowalski, II

Douglas C. Mintz

David R. Tobin

Kenneth B. Povodator

Walter Michael Spader, Jr.

Bruce P. Hudock

Vikki Cooper

Robert G. Golger

Alex V. Hernandez

Sheila Ann Ozalis

Taggart D. Adams

Yamini Menon

Thomas Colin

Eric Tindil

William Clark

Gary White

Donna Heller

Margarita Moore

Mary Elizabeth Reid

Peter McShane

Maria Gonzales

Scott M. Jones


Thank you for your time and consideration in this matter.


Sincerely,


Andrew Hamilton Pritchard

Beneficiary in Equity/Executor/Owner

9 Sylvester Court

Norwalk, Connecticut


--

Andrew H. Pritchard

apritchard1963@gmail.com

mobile:(203)858-7949


"All Rights reserved without prejudice"; or with "extreme prejudice"

---

 **Pritchard Response Letter 4-21-26.pdf**
349K



**LEGAL SERVICES**

**STATE OF CONNECTICUT
JUDICIAL BRANCH
*COURT OPERATIONS DIVISION***

*P.O. Box 150474
Hartford, Connecticut 06115-0474
Judicial Branch Website: www.jud.ct.gov*

April 21, 2026

Andrew H. Pritchard
9 Sylvester Court
Norwalk, CT 06855

Sent via email to apritchard1963@gmail.com on April 21, 2026.

RE: FOIA Request dated April 15, 2026

Dear Andrew H. Pritchard:

This office is in receipt of your Freedom of Information Act request, sent to Human Resources on April 15, 2026, in which you sought, "the juris number for membership of the bar for the state of Connecticut of the following individuals…"

In response to your request, the juris numbers requested are as follows (please note that "J type" juris numbers indicate Judges, "K type" juris numbers indicate Senior Judges, and "R type" juris numbers indicate Referees):

Robert L. Genuario – R type 431197

Kevin M. Tierney – R type 409106 (inactive, retired)

Kevin A. Randolph – K type 425586 (inactive, retired)

John F. Blawie – J type 422685

Charles T. Lee – R type 434443

A. William Mottolese – R type 080812 (inactive, retired)

John F. Kavanewsky, Jr. – R type 409664

Ronald E. Kowalski, II – J type 439605

Douglas C. Mintz – K type 407901 (inactive, retired)

David R. Tobin – R type 420175 (inactive, retired)

Kenneth B. Povodator – R type 433230

Walter Michael Spader, Jr. – J type 438579

Bruce P. Hudock – R type 419019

Vikki Cooper – J type 444499

Robert G. Golger – J type 443502

Alex V. Hernandez – J type 436423

Sheila Ann Ozalis – J type 429710

Taggart D. Adams – R type 416590

Yamini Menon – J type 444509

Thomas Colin – J type 434437

Eric Tindil – (presumably Erika M. Tindill) – J type 435711

William Clark – J type 442319

Gary White – R type 413577

Donna Heller – R type 433233

Margarita Moore – J type 439602

Mary Elizabeth Reid – J type 443518

Peter McShane – J type 439609

Maria Gonzales – J type 443528

Scott M. Jones – J type 443508

Sincerely,
Judicial Branch Legal Services



## State of Connecticut
# Judicial Branch

**Back to Attorney Firm Look-up**

| About Juris Numbers |
| --- |

Juris numbers are identification numbers assigned to attorneys in Connecticut. There are several types of juris numbers, which are explained below. Each attorney is assigned a personal juris number (type "A") when he or she passes the Connecticut Bar exam. The attorney may be assigned additional juris numbers during his or her career, such as a "J" juris number if he or she is named a judge, but the attorney will always keep his or her personal juris number in addition to any others assigned.

**Juris Types**

A    Attorney

### JUDICIAL/QUASI-JUDICIAL OFFICERS

J    Judge – Chief Justice or Justice of the Supreme Court, Judge of the Appellate Court or Judge of the Superior Court.

K    Senior Judge – Chief Justice or Justice of the Supreme Court, Judge of the Appellate Court or Judge of the Superior Court who has elected to take senior status pursuant to Section 51-50a of the General Statutes.

R    Referee – Chief Justice or Justice of the Supreme Court, Judge of the Appellate Court or Judge of the Superior Court who has retired at age 70 and acts as a State Trial Referee pursuant to Section 52-434 of the General Statutes.

Q    Family Support Magistrate or Family Support Referee.

M    Motor Vehicle/Small Claims Magistrate appointed pursuant to Section 51-193l of the General Statutes.

T    Attorney Trial Referee appointed pursuant to Section 52-434(a)(4) of the General Statutes.

U    ADR Attorney Adjunct (Arbitrator/Fact finder)appointed pursuant to Sections 52-549p and 52-549w of the General Statutes.

O    Federal Judicial Officers

### STATE OFFICERS

D    Public Defender
G    Attorney Generals
H    Tax Attorney
S    State's Attorney

### SPECIAL OFFICERS

P    Commission on Child Protection-CCPA
V    Fact finder
X    Non-Attorney (Offices of the Support Enforcement Division of the Judicial Branch and offices of the Bureau of Child Support Enforcement of the Department of Social Services)

| Z | Private Alternative Dispute Resolution Providers |
|---|---|

### NON-GOVERNMENTAL ORGANIZATIONS, PRO HAC VICE AND AUTHORIZED HOUSE COUNSEL

| F | Law Firms, Professional Corporations, Legal Service Organizations, Attorneys permitted to appear pro hac vice |
|---|---|
| C | Authorized House Counsel |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# Robert L. Genuario – R type 431197



**Attorney Firm Look-up**

**No Records Found for Juris Number: 431197**            New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



## Attorney Firm Look-up

**2 Records Found for Attorney\*/Firm Name: Genuario**            New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 408540 | F | GENUARIO & CONOVER (Admitted: N/A) Current Status: Active | 94 EAST AVENUE PO BOX 2044 NORWALK, CT 06852-2044 | Select |
| 022130 | F | GENUARIO SARACCO & MOORE (Admitted: N/A) Current Status: Active | PO BOX 667 FAIRFIELD, CT 06430 | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# Kevin M. Tierney – R type 409106 (inactive, retired)



**Attorney Firm Look-up**

**No Records Found for Juris Number: 409106**                    New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



State of Connecticut
**Judicial Branch**

**Attorney Firm Look-up**

**15 Records Found for Attorney*/Firm Name: Tierney**

New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 445695 | A | DANIEL TIERNEY<br>(Admitted:06/07/2024)<br>Current Status: Active | THE LAW OFFICES OF DANIEL TIERNEY, LLC<br>PO BOX 487<br>MANCHESTER, CT 06045 | Select |
| 371355 | A | EUGENE FRANCIS TIERNEY<br>(Admitted:07/31/1956)<br>Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | Address Not Available | Select |
| 419888 | A | JAMES E TIERNEY<br>(Admitted:11/06/2001)<br>Current Status: Active | LAWRENCE & WALSH, P.C.<br>215 HILTON AVENUE<br>HEMPSTEAD, NY 11550-2079 | Select |
| 302080 | A | KATHLEEN BERNADETTE TIERNEY<br>(Admitted:11/08/1983)<br>Current Status: Active | Address Not Available | Select |
| 063611 | A | KEVIN TIERNEY<br>(Admitted:08/13/1963)<br>Current Status: Permanent Retirement (03/30/2026) | FFLD/STMFD/NWLK HOUSING<br>172 GOLDEN HILL ST<br>BRIDGEPORT, CT 06320<br>* Last known address on file | Select |
| 418282 | A | KEVIN M TIERNEY<br>(Admitted:05/18/2000)<br>Current Status: Retirement (06/09/2022) | Address Not Available | Select |
| 306820 | A | MICHAEL L TIERNEY<br>(Admitted:11/25/1987)<br>Current Status: Deceased (03/13/2017) | MICHAEL L. TIERNEY<br>3930<br>SOUTH ROOSEVELT BLVD 102<br>KEY WEST, FL 33040<br>* Last known address on file | Select |
| 302635 | A | SHEILA MARIE TIERNEY<br>(Admitted:11/01/1984)<br>Current Status: Permanent Retirement (01/27/2022) | D/B/A/ TIERNEY LAW<br>115 ORCHARD STREET REAR<br>NEW BEDFORD, MA 02740<br>* Last known address on file | Select |
| 413153 | A | SUZANNE B TIERNEY<br>(Admitted:11/22/1996)<br>Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | 178 LEE RD<br>GREENFIELD, PA 18407<br>* Last known address on file | Select |
| 406460 | A | THOMAS J TIERNEY<br>(Admitted:06/12/1992)<br>Current Status: Active | OFFICE OF THE PRINCIPAL LEGAL ADVISOR<br>450 MAIN STREET<br>ROOM 483<br>HARTFORD, CT 06103 | Select |
| 063644 | A | THOMAS TIERNEY<br>(Admitted:07/31/1956)<br>Current Status: Deceased (08/09/2002) | 134 EAST AVENUE<br>PO BOX 2028<br>NORWALK, CT 06852<br>* Last known address on file | Select |
| 400390 | A | HON WILLIAM TIERNEY JR<br>(Admitted:01/26/1932)<br>Current Status: Deceased (01/06/1989) | Address Not Available | Select |
| 422326 | A | WILLIAM MICHAEL TIERNEY<br>(Admitted:11/03/2003)<br>Current Status: Administrative Suspension for failure to pay the Client Security Fund fee in accordance with Practice Book Section 2-70 (04/29/2025) | SILVESTER & DALY<br>118 OAK STREET<br>HARTFORD, CT 06106<br>* Last known address on file | Select |
| 063579 | F | TIERNEY & WHELAN<br>(Admitted: N/A)<br>Current Status: Active | PO BOX 541<br>GREENWICH, CT 06836 | Select |
| 063622 | F | TIERNEY ZULLO FLAHERTY & MURPHY PC<br>(Admitted: N/A)<br>Current Status: Active | 134 EAST AVENUE<br>PO BOX 2028<br>NORWALK, CT 06852 | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# Kevin A. Randolph – K type 425586 (inactive, retired)



**State of Connecticut**
# Judicial Branch

**Attorney Firm Look-up**

**No Records Found for Juris Number: 425586**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**State of Connecticut**
# Judicial Branch

**Attorney Firm Look-up**

**2 Records Found for Attorney\*/Firm Name: Randolph**          New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 400861 | A | KEVIN ALBERT RANDOLPH (Admitted:12/08/1989) Current Status: Active | RANDOLPH TRIAL LAW CENTER 6 LANDMARK SQUARE STAMFORD, CT 06901 | Select |
| 435563 | A | TED RANDOLPH (Admitted:01/30/2014) Current Status: Active | LOWENSTEIN SANDLER LLP 1251 SIXTH AVE NEW YORK, NY 10020 | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

John F. Blawie – J type 422685



### State of Connecticut
### Judicial Branch

**Attorney Firm Look-up**

**No Records Found for Juris Number: 422685**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



### State of Connecticut
### Judicial Branch

**Attorney Firm Look-up**

**3 Records Found for Attorney*/Firm Name: Blawie**          New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 301405 | A | JAMES LOUIS BLAWIE (Admitted:04/05/1956) Current Status: Deceased (11/29/2004) | Address Not Available | Select |
| 301406 | A | MARILYN JUNE BLAWIE (Admitted:04/05/1956) Current Status: Active | Address Not Available | Select |
| 004887 | A | PAUL L BLAWIE (Admitted:07/31/1951) Current Status: Deceased (05/15/2009) | Address Not Available | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

Charles T. Lee – R type 434443



**Attorney Firm Look-up**

**No Records Found for Juris Number: 434443**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



## State of Connecticut
# Judicial Branch

**Attorney Firm Look-up**

### 104 Records Found for Attorney*/Firm Name: Lee

New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 428128 | A | ALEXANDRIA VICTORIA LEE (Admitted:11/05/2007) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (12/09/2025) | ALEXANDRIA HARRIS LLC 298A MARION STREET BROOKLYN, NY 11233 * Last known address on file | Select |
| 432893 | A | AMANDA MILDRED LEE (Admitted:11/07/2011) Current Status: Active | US COAST GUARD 1 MUNRO AVE COMMAND SUITE CAPE MAY, NJ 08204 | Select |
| 420055 | A | ANTHONY J LEE (Admitted:01/30/2002) Current Status: Active | WHITE MOUNTAIN APACHE HOUSING AUTHORITY P.O. BOX 1270 WHITERIVER, AZ 85941 | Select |
| 372421 | A | BARBARA ANNE LEE (Admitted:08/14/1962) Current Status: Active | Address Not Available | Select |
| 422121 | A | BENITA DARLENE LEE (Admitted:11/03/2003) Current Status: Active | BENITA D. LEE 486 DERBY AVE. WEST HAVEN, CT 06516 | Select |
| 307501 | A | CHANWOO LEE (Admitted:12/11/1987) Current Status: Retirement (02/28/2019) | CHANWOO LEE 35-24 78 TH STREET JACKSON HEIGHTS, NY 11372 * Last known address on file | Select |
| 307906 | A | CLARA JANE LEE (Admitted:06/02/1988) Current Status: Active | LAW OFFICES OF CLARA (CHARLIE) JANE LEE 66 FIELDSTONE ROAD 79 HIGH RIDGE ROAD STAMFORD, CT 06902-5000 | Select |
| 435324 | A | CLARISSA CHANEL LEE (Admitted:11/08/2013) Current Status: Active | CLARISSA LEE LAW GROUP, LLC 20 CHURCH ST., FL M HARTFORD, CT 06103 | Select |
| 435864 | A | COURTNEY LAUREN LEE (Admitted:06/09/2014) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | Address Not Available | Select |
| 417849 | A | DANA BRINKER LEE (Admitted:11/05/1999) Current Status: Active | CITY OF STAMFORD LAW DEPARTMENT 888 WASHINGTON BOULEVARD STAMFORD, CT 06901 | Select |
| 902340 | C | DANNY LEE (Admitted:09/10/2024) Current Status: Active | KAMAN CORP. 1332 BLUE HILLS AVENUE BLOOMFIELD, CT 06002 | Select |
| 420316 | A | DAVID A LEE (Admitted:06/07/2002) Current Status: Administrative Suspension for failure to pay the Client Security Fund fee in accordance with Practice Book Section 2-70 (04/29/2025) | Address Not Available | Select |

# A. William Mottolese – R type 080812 (inactive, retired)



**Attorney Firm Look-up**

**No Records Found for Juris Number: 080812**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**Back to Attorney Firm Look-up**

| Registered Juris Information For: | **A WILLIAM MOTTOLESE** |
|---|---|

| | | Office Address: | JUDGE SUPERIOR COURT |
|---|---|---|---|
| Juris Number: | 039484 | | 123 HOYT STREET |
| Current Status: | Permanent Retirement | | |
| Juris Type: | A | | STAMFORD, CT 06905 |
| Admission Date: | 2/14/1961 | | ( ) - |

**Court History**

| Action | Start Date | Reinstated Date | Action Comments |
|---|---|---|---|
| Permanent Retirement | 8/1/2022 | | |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# John F. Kavanewsky, Jr. – R type 409664



## Attorney Firm Look-up

**No Records Found for Juris Number: 409664**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch




## Attorney Firm Look-up

**No Records Found for Attorney*/Firm Name: Kavanewsky**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# Ronald E. Kowalski, II – J type 439605



**State of Connecticut**
**Judicial Branch**

**Attorney Firm Look-up**

**No Records Found for Juris Number: 439605**

New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**State of Connecticut**
**Judicial Branch**

**Attorney Firm Look-up**

**7 Records Found for Attorney*/Firm Name: Kowalski**    New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 303693 | A | BILL KOWALSKI (Admitted:12/12/1985) Current Status: Active | Address Not Available | Select |
| 402919 | A | EDWARD KOWALSKI (Admitted:12/07/1990) Current Status: Retirement (12/10/2004) | Address Not Available | Select |
| 443949 | A | ELIZABETH MCKENNA KOWALSKI (Admitted:10/13/2022) Current Status: Active | INTERNAL REVENUE SERVICE 333 E. RIVER DRIVE SUITE 200 EAST HARTFORD, CT 06108 | Select |
| 411990 | A | JAN EDWARD KOWALSKI (Admitted:11/17/1995) Current Status: Administrative Suspension for failure to pay the Client Security Fund fee in accordance with Practice Book Section 2-70 (04/29/2025) | FRANK J LAINE PC 449 SOUTH OYSTER BAY RD PLAINVIEW, NY 11803 * Last known address on file | Select |
| 032320 | A | JOHN S KOWALSKI (Admitted:09/11/1973) Current Status: Active | Address Not Available | Select |
| 443951 | A | JORDAN JOHN KOWALSKI (Admitted:10/13/2022) Current Status: Active | CLENDENEN & ASSOCIATES, LLC 555 LONG WHARF DRIVE 9TH FLOOR, SUITE E NEW HAVEN, CT 06511 | Select |
| 100057 | F | KOWALSKI & WOOD PC (Admitted: N/A) Current Status: Active | 225 SPRING STREET WETHERSFIELD, CT 06109 | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# Douglas C. Mintz – K type 407901 (inactive, retired)



**State of Connecticut**
## Judicial Branch

**Attorney Firm Look-up**

**No Records Found for Juris Number: 407901**                    New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**State of Connecticut**
## Judicial Branch

**Attorney Firm Look-up**

**7 Records Found for Attorney*/Firm Name: Mintz**                    New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 373006 | A | ALAN LEE MINTZ (Admitted:10/08/1974) Current Status: Retirement (01/30/2017) | VAN NESS FELDMAN 2000 PENNSYLVANIA AVENUE SUITE 600 WASHINGTON, DC 20006 * Last known address on file | Select |
| 100188 | A | DOUGLAS C MINTZ (Admitted:10/04/1978) Current Status: Active | CARMODY TORRANCE SANDAK & HENNESSEY LLP 1055 WASHINGTON BLVD 4TH FLOOR STAMFORD, CT 06901 | Select |
| 038226 | A | RICHARD L MINTZ (Admitted:09/21/1971) Current Status: Active | MINTZ & COLANGELO 16 RIVER ST. P.O. BOX 856 NORWALK, CT 06850 | Select |
| 308728 | A | STACEY MEYRL MINTZ (Admitted:12/05/1988) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | Address Not Available | Select |
| 434100 | A | ZACHARY RICHARD MINTZ (Admitted:02/13/2013) Current Status: Retirement (01/21/2022) | IBM 1101 KITCHAWAN ROAD YORKTOWN HEIGHTS, NY 10598 * Last known address on file | Select |
| 038224 | F | MINTZ & COLANGELO (Admitted: N/A) Current Status: Active | 16 RIVER STREET PO BOX 856 NORWALK, CT 06852 | Select |
| 418891 | F | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO (Admitted: N/A) Current Status: Active | 707 SUMMER STREET STAMFORD, CT 06901-1026 | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

David R. Tobin – R type 420175 (inactive, retired)



**Attorney Firm Look-up**

**No Records Found for Juris Number: 420175**                    New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



State of Connecticut
# Judicial Branch

**Attorney Firm Look-up**

**18 Records Found for Attorney\*/Firm Name: Tobin**         New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 408236 | A | ALAN S TOBIN (Admitted:05/21/1993) Current Status: Active | LAW OFFICE OF NANCY MEEHAN 35 THORPE AVENUE, SUITE 202 WALLINGFORD, CT 06492 | Select |
| 429515 | A | BRADFORD ALLEN TOBIN (Admitted:11/21/2008) Current Status: Active | BRADFORD TOBIN 233 PACIFIC ST. APT. 5A BROOKLYN, NY 11201 | Select |
| 428680 | A | BRADLEY CARL TOBIN (Admitted:12/05/2008) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (12/09/2025) | 126 BRIARCLIFF ROAD HAMDEN, CT 06518 * Last known address on file | Select |
| 403018 | A | DAVID M TOBIN (Admitted:12/07/1990) Current Status: Retirement (08/10/2023) | TOBIN INVESTMENT PLANNING LLC 1051 S HOUSTON RD YARDLEY, PA 19067-4001 * Last known address on file | Select |
| 063783 | A | DAVID R TOBIN (Admitted:08/08/1967) Current Status: Active | Address Not Available | Select |
| 063785 | A | FREDERICK M TOBIN (Admitted:08/11/1964) Current Status: Permanent Retirement (01/25/2022) | Address Not Available | Select |
| 063798 | A | J GERARD TOBIN (Admitted:07/07/1931) Current Status: Deceased (01/30/1990) | Address Not Available | Select |
| 373862 | A | JOHN E TOBIN (Admitted:12/20/1921) Current Status: Deceased (06/02/1958) | Address Not Available | Select |
| 063805 | A | JOSEPH M TOBIN (Admitted:09/23/1969) Current Status: Deceased (12/19/2014) | TOBIN MELIEN & MAROHN 45 COURT STREET NEW HAVEN, CT 06511 * Last known address on file | Select |
| 403051 | A | RHONDA JOY TOBIN (Admitted:12/07/1990) Current Status: Active | ROBINSON & COLE LLP ONE STATE STREET HARTFORD, CT 06103-3102 | Select |
| 063820 | A | RICHARD J TOBIN (Admitted:02/14/1967) Current Status: Deceased (09/01/2006) | CUMMINGS & LOCKWOOD TEN STAMFORD FORUM PO BOX 120 STAMFORD, CT 06904 * Last known address on file | Select |
| 063842 | A | ROBERT D TOBIN (Admitted:08/27/1968) Current Status: Active | TCORS 43 BROAD STREET PO BOX 58 NEW LONDON, CT 06320-5901 | Select |
| 370906 | A | THOMAS F TOBIN (Admitted:11/21/1969) Current Status: Active | Address Not Available | Select |
| 063884 | A | WILLIAM L TOBIN (Admitted:07/26/1949) Current Status: Deceased (07/15/2012) | 77 BANK STREET WATERBURY, CT 06702 * Last known address on file | Select |
| 411069 | F | TOBIN & MAROHN (Admitted: N/A) Current Status: Active | 538 PRESTON AVENUE SUITE 270 MERIDEN, CT 06450 | Select |
| 411068 | F | TOBIN & MELIEN (Admitted: N/A) Current Status: Active | 670 BOSTON POST ROAD SUITE 1D MADISON, CT 06443 | Select |
| 017447 | F | TOBIN CARBERRY OMALLEY RILEY & SELINGER (Admitted: N/A) Current Status: Active | 43 BROAD STREET PO BOX 58 NEW LONDON, CT 06320-0058 | Select |
| 063800 | F | TOBIN LEVINE & GLYNN (Admitted: N/A) Current Status: Active | 45 COURT STREET PO BOX 1970 NEW HAVEN, CT 06509-1970 | Select |

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

## Kenneth B. Povodator – R type 433230



**Attorney Firm Look-up**

**No Records Found for Juris Number: 433230**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**Attorney Firm Look-up**

**No Records Found for Attorney*/Firm Name: Povodator**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# Walter Michael Spader, Jr. – J type 438579



**Attorney Firm Look-up**

**No Records Found for Juris Number: 438579**        New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**Attorney Firm Look-up**

**No Records Found for Attorney\*/Firm Name: Spader**        New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# Bruce P. Hudock – R type 419019



### State of Connecticut
## Judicial Branch

**Attorney Firm Look-up**

**No Records Found for Juris Number: 419019**

New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



### State of Connecticut
## Judicial Branch

**Back to Attorney Firm Look-up**

Registered Juris Information For:    **JOHN MITCHELL HUDOCK JR**

| Juris Number: | 406079 | Office Address: | |
| --- | --- | --- | --- |
| Current Status: | Deceased | | 4916 SW LAKE GROVE CIRCL |
| Juris Type: | A | | PALM CITY, FL 34990 |
| Admission Date: | 6/12/1992 | | ( ) - |

Court History

| Action | Start Date | Reinstated Date | Action Comments |
| --- | --- | --- | --- |
| Deceased | 12/15/2019 | | |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# Vikki Cooper – J type 444499



**Attorney Firm Look-up**

**No Records Found for Juris Number: 444499**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

 

### State of Connecticut
# Judicial Branch

## Attorney Firm Look-up

### 63 Records Found for Attorney*/Firm Name: Cooper

New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 427155 | A | A BLAKE COOPER (Admitted:06/11/2007) Current Status: Permanent Retirement (10/06/2016) | BARNES & THORNBURG LLP 11 S. MERIDIAN STREET INDIANAPOLIS, IN 46204-3535 * Last known address on file | Select |
| 408043 | A | ADRIENNE S COOPER (Admitted:05/21/1993) Current Status: Permanent Retirement (01/17/2017) | ADRIENNE S.COOPER PC 1385 YORK AVENUE #25C NEW YORK, NY 10021 * Last known address on file | Select |
| 419330 | A | AIMEE MICHELLE COOPER (Admitted:06/29/2001) Current Status: Permanent Retirement (11/09/2020) | DEPARTMENT OF JUSTICE 101 E PARK BLVD., SUITE PLANO, TX 75074 * Last known address on file | Select |
| 432380 | A | AMY KATHERINE COOPER (Admitted:06/27/2011) Current Status: Active | PEREZ & MORRIS LLC 445 HUTCHINSON AVENUE, SUITE 600 COLUMBUS, OH 43235 | Select |
| 404568 | A | ANDREW CRAIG COOPER (Admitted:12/06/1991) Current Status: Active | DLA PIPER (US) LLP 500 8TH STREET NW WASHINGTON, DC 20004 | Select |
| | | BERTRAM COOPER | | |

| | | | | |
|---|---|---|---|---|
| 425705 | A | STEPHEN E COOPER (Admitted:06/16/2006) Current Status: Active | ROBINSON & COLE LLP 1055 WASHINGTON BLVD. STAMFORD, CT 06901-2249 | Select |
| 303364 | A | STEVEN D COOPER (Admitted:08/29/1985) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | STEVEN D. COOPER, PC 12938 WEST YELLOW BIRD L PEORIA, AZ 85383 * Last known address on file | Select |
| 431741 | A | STEVEN THOMAS COOPER (Admitted:11/01/2010) Current Status: Active | FALCON RAPPAPORT & BERKMAN LLP 243 TRESSER BLVD. STAMFORD, CT 06901 | Select |
| 401388 | A | SUSAN LAURA COOPER (Admitted:01/26/1990) Current Status: Retirement (02/26/2024) | FIERST BLOOMBERG OHM LLP 64 GOTHIC STREET SUITE 4 NORTHAMPTON, MA 01060-3042 * Last known address on file | Select |
| 010997 | A | WAYNE P COOPER (Admitted:10/07/1975) Current Status: Permanent Retirement (01/30/2026) | EQUITABLE ADVISORS, LLC 9130 S. DADELAND BLVD. SUITE 1400 MIAMI, FL 33156 * Last known address on file | Select |
| 401669 | F | COOPER & MCCANN LLP (Admitted: N/A) Current Status: Active | HARBOUR SQUARE 700 CANAL STREET STAMFORD, CT 06902 | Select |
| 443830 | F | COOPER LAW GROUP (Admitted: N/A) Current Status: Active | 76 LYON TERRACE BRIDGEPORT, CT 06604 | Select |
| 433348 | F | COOPER SEVILLANO LLC (Admitted: N/A) Current Status: Active | 1087 BROAD STREET FOURTH FLOOR BRIDGEPORT, CT 06604 | Select |
| 101520 | F | COOPER STILES & FENTNER (Admitted: N/A) Current Status: Active | 124 HEBRON AVENUE GLASTONBURY, CT 06033 | Select |
| 060145 | F | COOPER WHITNEY & FRANCOIS (Admitted: N/A) Current Status: Active | 51 ELM STREET SUITE 201 NEW HAVEN, CT 06510-2049 | Select |
| 101822 | A | PAMELA A COOPER-VINCE (Admitted:10/04/1978) Current Status: Active | Address Not Available | Select |
| 431258 | A | KERRY TYLER COOPERMAN (Admitted:06/25/2010) Current Status: Active | COZEN O'CONNOR 3 WORLD TRADE CENTER 175 GREENWICH ST. NEW YORK, NY 10007 | Select |
| 431651 | F | PHV COOPER CHARLES H 11/3/10 (Admitted: N/A) Current Status: Active | FRANKE SHULTZ & MULLEN 8900 WARD PARKWAY KANSAS CITY, MO 64114 | Select |
| 447164 | F | PHV COOPER EMILIE 8/7/25 (Admitted: N/A) Current Status: Active | FRIED FRANK HARRIS ET AL 1 NEW YORK PLAZA NEW YORK, NY 10004 | Select |
| 442808 | F | PHV COOPER KARA E 9/20/21 (Admitted: N/A) Current Status: Active | WINSTON & STRAWN LLP 35 WEST WACKER DRIVE CHICAGO, IL 60601 | Select |
| 446759 | F | PHV COOPER PHILIP M 4/1/25 (Admitted: N/A) Current Status: Active | KIRKLAND & ELLIS LLP 333 W WOLF POINT PLAZA CHICAGO, IL 60654 | Select |
| 448053 | F | PHV COOPER WILLIAM J 4/20/26 (Admitted: N/A) Current Status: Active | CONRAD METLITZKY KANE 217 LELDESDORFF ST SAN FRANCISCO, CA 94111 | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

## Robert G. Golger – J type 443502



### Attorney Firm Look-up

**No Records Found for Juris Number: 443502**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



### Back to Attorney Firm Look-up

| Registered Juris Information For: | **J KEVIN GOLGER** |
|---|---|

| | | Office Address: | MCNAMARA AND KENNEY 1087 BROAD STREET 3RD FL |
|---|---|---|---|
| Juris Number: | 304341 | | |
| Current Status: | ACTIVE | | BRIDGEPORT, CT 06604 |
| Juris Type: | A | | (203) 333-6800 |
| Admission Date: | 8/3/1983 | | |

**There is no public record of discipline.**

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

## Alex V. Hernandez – J type 436423



**State of Connecticut**
**Judicial Branch**

---

**Attorney Firm Look-up**

---

**No Records Found for Juris Number: 436423**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**State of Connecticut**
# Judicial Branch

### Attorney Firm Look-up

**12 Records Found for Attorney\*/Firm Name: Hernandez**                    New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 446062 | A | ADRIAN HERNANDEZ (Admitted:10/02/2024) Current Status: Active | Address Not Available | Select |
| 419691 | A | ALEJANDRO MODESTO HERNANDEZ (Admitted:11/05/2001) Current Status: Active | 268 OXFORD STREET 2ND FLOOR HARTFORD, CT 06105 | Select |
| 405839 | A | ANTHONY HERNANDEZ (Admitted:03/23/1992) Current Status: Retirement (06/15/2010) | Address Not Available | Select |
| 446366 | A | CHRISTOPHER DANIEL HERNANDEZ (Admitted:10/21/2024) Current Status: Active | BUCKLEY WYNNE & PARESE 685 STATE STREET NEW HAVEN, CT 06511 | Select |
| 902381 | C | GIOVANNI ANTONIO HERNANDEZ III (Admitted:05/27/2025) Current Status: Active | BEIERSDORF INC. 301 TRESSER BLVD 15TH FLOOR STAMFORD, CT 06901 | Select |
| 410897 | A | IRIS G HERNANDEZ (Admitted:06/09/1995) Current Status: Retirement (01/03/2025) | PARADISE AWNINGS CORP. 4310 NW 36TH AVE. MIAMI, FL 33142 \* Last known address on file | Select |
| 421407 | A | LUCAS HERNANDEZ (Admitted:06/10/2003) Current Status: Active | LAW OFFICES OF LUCAS HERNANDEZ 1555 POST ROAD EAST SUITE 203 WESTPORT, CT 06880 | Select |
| 435493 | A | MARK HERNANDEZ (Admitted:12/11/2013) Current Status: Active | CHARTER COMMUNICATIONS 400 ATLANTIC STREET STAMFORD, CT 06901 | Select |
| 309699 | A | MYRIAM ELIZABETH HERNANDEZ (Admitted:06/05/1989) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | LAW OFFICES OF MYRIA 51 CANFIELD RD MORRISTOWN, NJ 06037 \* Last known address on file | Select |
| 432857 | A | STEVEN HERNANDEZ (Admitted:02/06/2012) Current Status: Active | CONNCAN 80 STATE HOUSE SQUARE #230152 HARTFORD, CT 06103 | Select |
| 403359 | A | TANYA KATERI HERNANDEZ (Admitted:04/15/1991) Current Status: Active | FORDHAM UNIVERSITY SCHOOL OF LAW 150 WEST 62ND STREET NEW YORK, NY 10023 | Select |
| 444057 | A | HEIDE HERNANDEZ-JIMENEZ (Admitted:10/28/2022) Current Status: Active | Address Not Available | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

## Sheila Ann Ozalis – J type 429710



**Attorney Firm Look-up**

**No Records Found for Juris Number: 429710**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**Attorney Firm Look-up**

**No Records Found for Attorney*/Firm Name: Ozalis**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

Taggart D. Adams – R type 416590



**Attorney Firm Look-up**

**No Records Found for Juris Number: 416590**                    New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

 

## State of Connecticut Judicial Branch

### Attorney Firm Look-up

**53 Records Found for Attorney\*/Firm Name: Adams**          New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 400650 | A | ALLISAN LEE ADAMS (Admitted:12/08/1989) Current Status: Active | Address Not Available | Select |
| 424669 | A | BENJAMIN B ADAMS (Admitted:10/31/2005) Current Status: Active | TRAVELERS ONE TOWER SQUARE HARTFORD, CT 06183 | Select |
| 446976 | A | BREA KYLIE ADAMS (Admitted:05/23/2025) Current Status: Active | HAMEL MARCIN DUNN REARDON AND SHEA PC 350 LINCOLN STREET SUITE HINGHAM, MA 02043 | Select |
| 438598 | A | BRITNEY KATHERYN ADAMS (Admitted:12/01/2017) Current Status: Active | OFFICE OF THE ATTORNEY GENERAL 165 CAPITOL AVE HARTFORD, CT 06106 | Select |
| 440679 | G | BRITNEY KATHERYN ADAMS (Admitted: N/A) Current Status: Active | AG-CHILD PROTECTION UNIT 165 CAPITOL AVE 4TH FLR HARTFORD, CT 06106 | Select |
| 426485 | A | BRUCE HOWLETT ADAMS (Admitted:10/30/2006) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (12/09/2025) | CREDIT UNION LEAGUE OF CONNECTICUT 1064 E. MAIN STREET SUITE 201 MERIDEN, CT 06450-4898 \* Last known address on file | Select |

| ID | | Name | Address | |
|---|---|---|---|---|
| 308939 | A | SUSAN MARGARET ADAMS (Admitted:12/08/1988) Current Status: Active | Address Not Available | Select |
| 411557 | A | THEODORE MONAHAN ADAMS (Admitted:11/17/1995) Current Status: Active | NONE 16 WEST NARRAGANSETT AVE NEWPORT, RI 02840 | Select |
| 000083 | A | THOMAS T ADAMS (Admitted:05/14/1965) Current Status: Deceased (12/16/2015) | GREGORY AND ADAMS PC 190 OLD RIDGEFIELD ROAD WILTON, CT 06897 * Last known address on file | Select |
| 303835 | A | WILLIAM M ADAMS (Admitted:12/11/1985) Current Status: Active | Address Not Available | Select |
| 000058 | F | ADAMS & ELIASON (Admitted:08/11/1959) Current Status: Active | P.O. BOX 841 ENFIELD, CT 06083-0841 | Select |
| 000045 | F | ADAMS & TOMC (Admitted: N/A) Current Status: Active | 163 COLLEGE STREET MIDDLETOWN, CT 06457 | Select |
| 105067 | F | ADAMS RICHARD G & ASSOCIATES (Admitted: N/A) Current Status: Active | 163 COLLEGE STREET MIDDLETOWN, CT 06457 | Select |
| 415272 | A | HEATHER JOY ADAMS-BEMAN (Admitted:05/14/1998) Current Status: Active | CONWAY STOUGHTON LLC 641 FARMINGTON AVENUE HARTFORD, CT 06105 | Select |
| 405050 | A | NANCEE E ADAMS-TAYLOR (Admitted:12/06/1991) Current Status: Retirement (06/13/2001) | Address Not Available | Select |
| 421813 | A | DANIEL JEFFREY ADAMSON (Admitted:11/03/2003) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | BARCLAYS CAPITAL 745 7TH AVE, 6TH FL NEW YORK, NY 10019 * Last known address on file | Select |
| 306842 | A | LINDA LARSON ADAMSON (Admitted:11/20/1987) Current Status: Administrative Suspension for failure to pay the Client Security Fund fee in accordance with Practice Book Section 2-70 (04/29/2025) | Address Not Available | Select |
| 419089 | F | ADAMSON & ASSOCIATES LLC (Admitted: N/A) Current Status: Active | 39 SHERMAN HILL RD SUITE C101 WOODBURY, CT 06798 | Select |
| 442869 | F | PHV ADAMS BENJAMIN H 10/20/21 (Admitted: N/A) Current Status: Active | DEAN OMAR BRANHAM ET AL 302 N MARKEY ST #300 DALLAS, TX 75202 | Select |
| 443360 | F | PHV ADAMS BERT 2/28/22 (Admitted: N/A) Current Status: Active | EVERSHEDS SUTHERLAND 1114 AVE OF THE AMERICAS NEW YORK, NY 10036 | Select |
| 445508 | F | PHV ADAMS NATHAN A IV 3/21/24 (Admitted: N/A) Current Status: Active | HOLLAND & KNIGHT LLP 315 S CALHOUN ST STE 600 TALLAHASSEE, FL 32301 | Select |
| 447926 | F | PHV ADAMS SARAH K 2/26/26 (Admitted: N/A) Current Status: Active | CIPRIANI & WERNER PC 512 E TOWNSHIP LINE #305 BLUE BELL, PA 19422 | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# Yamini Menon – J type 444509



**State of Connecticut**
**Judicial Branch**

**Attorney Firm Look-up**

**No Records Found for Juris Number: 444509**        New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**State of Connecticut**
**Judicial Branch**

**Attorney Firm Look-up**

**3 Records Found for Attorney\*/Firm Name: Menon**        New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 432440 | A | AKSHARA NARAYAN MENON (Admitted:06/27/2011) Current Status: Active | CDC DIVISION OF VIOLENCE PREVENTION 4770 BUFORD HIGHWAY NE MAIL STOP S106-10 ATLANTA, GA 30341 | Select |
| 413108 | A | JODY WEISBERG MENON (Admitted:11/22/1996) Current Status: Retirement (02/13/2001) | Address Not Available | Select |
| 432918 | A | YAMUNA MENON (Admitted:11/07/2011) Current Status: Active | OFFICE OF THE STATE COMPTROLLER 165 CAPITOL AVE HARTFORD, CT 06106 | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# Thomas Colin – J type 434437



**Attorney Firm Look-up**

**No Records Found for Juris Number: 434437**         New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**Attorney Firm Look-up**

**6 Records Found for Attorney\*/Firm Name: Colin**         New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 402305 | A | LISA F COLIN (Admitted:06/29/1990) Current Status: Active | MARTIN + COLIN, P.C. 44 CHURCH STREET WHITE PLAINS, NY 10601 | Select |
| 441205 | A | PETER GROEGE COLIN (Admitted:12/20/2019) Current Status: Active | ESSENCE COMMUNICATIONS, INC. 34 35TH ST 5TH FLOOR BROOKLYN, NY 11232 | Select |
| 416713 | A | ROBERT COLIN (Admitted:05/14/1999) Current Status: Active | LAW OFFICES OF LEON R. KOWALSKI & ASSOC 350 FIFTH AVENUE, 7TH FL NEW YORK, NY 10118 | Select |
| 407402 | A | THOMAS DALE COLIN (Admitted:12/10/1992) Current Status: Active | SIEGEL, COLIN & KAUFMAN, P.C. 1266 EAST MAIN STREET 6TH FLOOR STAMFORD, CT 06902 | Select |
| 440020 | A | JESSICA COLIN-GREENE (Admitted:11/02/2018) Current Status: Active | FIND THE RIGHT LAWYER REFERRAL SERVICE 11 FAIRVIEW DRIVE WESTPORT, CT 06880 | Select |
| 402578 | A | ROBIN COLIN-GREENE (Admitted:10/01/1990) Current Status: Active | 11 FAIRVIEW DRIVE WESTPORT, CT 06880 | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# Eric Tindil – (presumably Erika M. Tindill) – J type 435711



**Attorney Firm Look-up**

**No Records Found for Juris Number: 435711**                    New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**Attorney Firm Look-up**

**No Records Found for Attorney*/Firm Name: Tindill**              New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**Attorney Firm Look-up**

**No Records Found for Attorney*/Firm Name: Tindil**              New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# William Clark – J type 442319



**Attorney Firm Look-up**

**No Records Found for Juris Number: 442319**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**Attorney Firm Look-up**

**113 Records Found for Attorney\*/Firm Name: Clark**          New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 421904 | A | ALISON KAPLAN CLARK (Admitted:11/03/2003) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | Address Not Available | Select |
| 438086 | A | ANDREA JEAN CLARK (Admitted:01/09/2017) Current Status: Retirement (12/17/2018) | Address Not Available | Select |
| 418600 | A | ARNOLD SCOTT CLARK (Admitted:10/13/2000) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (12/09/2025) | Address Not Available | Select |
| 406048 | A | BROOKS SANDEMAN CLARK (Admitted:06/12/1992) Current Status: Retirement (12/01/2017) | POLSINELLI PC 600 THIRD AVENUE 42ND FL NEW YORK, NY 10016 * Last known address on file | Select |
| | | CANDACE ANNE CLARK | | |

| | | | |
|---|---|---|---|
| 305869 | A | STEPHANIE LEE CLARKE<br>(Admitted:11/20/1986)<br>Current Status: Retirement<br>(07/29/2024) | CONTRA COSTA COUNTY<br>SUPERIOR COURT<br>725 COURT STREET<br>DEPT 21<br>MARTINEZ, CA 94553<br>* Last known address on file | Select |
| 430414 | A | WENDY ALICIA CLARKE<br>(Admitted:07/23/2010)<br>Current Status: Active | KELLEY DRYE & WARREN LLP<br>300 ATLANTIC STREET<br>7TH FLOOR<br>STAMFORD, CT 06901 | Select |
| 009715 | A | WILLIAM J CLARKE<br>(Admitted:07/26/1949)<br>Current Status: Deceased<br>(09/15/1993) | 73 DEEPWOOD DR.<br>EAST HARTFORD, CT 06118<br>* Last known address on file | Select |
| 431738 | A | IAN THOMAS CLARKE-FISHER<br>(Admitted:11/01/2010)<br>Current Status: Active | ROBINSON & COLE LLP<br>666 THIRD AVE, 20TH FL<br>NEW YORK, NY 10017 | Select |
| 426688 | A | CHRISTOPHER CHARLES<br>CLARKIN<br>(Admitted:12/18/2009)<br>Current Status: Active | BERNSTEIN LITOWITZ BERGER<br>& GROSSMANN<br>1251 6TH AVENUE<br>FLOOR 41<br>NEW YORK, NY 10020 | Select |
| 409924 | A | RANI CLARKIN<br>(Admitted:12/09/1994)<br>Current Status: Active | Address Not Available | Select |
| 101565 | A | JOHN P CLARKSON<br>(Admitted:10/09/1979)<br>Current Status: Retirement<br>(01/12/2024) | Address Not Available | Select |
| 439035 | A | MARIELY LETONA CLARKSON<br>(Admitted:11/03/2017)<br>Current Status: Active | GREENWORKS LENDING LLC<br>19 OLD KINGS HIGHWAY S<br>SUITE 210<br>DARIEN, CT 06820 | Select |
| 420625 | A | THERESA COLLEEN CLARKSON<br>(Admitted:02/03/2003)<br>Current Status: Retirement<br>(03/03/2025) | Address Not Available | Select |
| 444853 | F | PHV CLARKE KEITH J 9/13/23<br>(Admitted: N/A)<br>Current Status: Active | MEAGHER & MEAGHER<br>111 CHURCH STREET<br>WHITE PLAINS, NY 10601 | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

Gary White – R type 413577



## Attorney Firm Look-up

**No Records Found for Juris Number: 413577**                    New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



### State of Connecticut Judicial Branch

**Attorney Firm Look-up**

**105 Records Found for Attorney's/Firm Name: White**          New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 445962 | F | PHV WHITELAW DEBORAH 9/4/24 (Admitted: N/A) Current Status: Active | CANON USA INC 1 CANON PARK MELVILLE, NY 11747 | Select |
| 007450 | A | A THOMAS WHITE JR (Admitted:08/09/1966) Current Status: Permanent Retirement (04/15/2025) | Address Not Available | Select |
| 410215 | A | ALISON TOLEDO WHITE (Admitted:12/09/1994) Current Status: Permanent Retirement (01/03/2017) | SEC 100 F STREET, NE WASHINGTON, DC 20549 * Last known address on file | Select |
| 445877 | A | ALISON D WHITE (Admitted:07/12/2024) Current Status: Active | COWDERY, MURPHY & HEALY LLC 280 TRUMBULL STREET FLOOR 22 HARTFORD, CT 06103 | Select |
| 419386 | A | ANDREW CARTER WHITE (Admitted:06/04/2001) Current Status: Active | JOHNSON & JOHNSON ONE JOHNSON & JOHNSON PL WH3151 NEW BRUNSWICK, NJ 08933 | Select |
| 400921 | A | ANDREW STEVEN WHITE (Admitted:12/08/1989) Current Status: Active | ANDREW S WHITE,LLC PO BOX 185872 HAMDEN, CT 06518 | Select |
| 304064 | A | ANDREW CLAYTON WHITE (Admitted:12/19/1985) Current Status: Permanent Retirement (06/21/2022) | STSW 201 NORTH CHARLES STREET SUITE 2600 BALTIMORE, MD 21201 * Last known address on file | Select |
| 308619 | A | ANN CAMPBELL WHITE (Admitted:11/28/1986) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | 8805 DEER LAKE COURT SARASOTA, FL 34240 * Last known address on file | Select |
| 404998 | A | ANNE PURCELL WHITE (Admitted:12/06/1991) Current Status: Deceased (04/13/2016) | US DEPT. OF JUSTICE ANTITRUST DIV. ROOM 3215 950 PENNSYLVANIA AVE NW WASHINGTON, DC 20530 * Last known address on file | Select |
| 426341 | A | BENJAMIN CHARLES WHITE (Admitted:10/30/2006) Current Status: Active | BARCLAY DAMON LLP 545 LONG WHARF DRIVE NINTH FLOOR NEW HAVEN, CT 06511 | Select |
| 308590 | A | BETTY-LYNN WHITE (Admitted:11/21/1988) Current Status: Retirement (05/10/2021) | 16 ST. JOHN PLACE WESTPORT, CT 06880 * Last known address on file | Select |
| 438335 | A | BRIAN ALAN WHITE (Admitted:12/08/2017) Current Status: Active | WAKE FOREST UNIVERSITY PO BOX 7656 209 REY HALL WINSTON SALEM, NC 27109 | Select |
| 370807 | A | CARTER HIXSON WHITE (Admitted:01/27/1942) Current Status: Active | Address Not Available | Select |
| 414382 | A | CHRISTINA M WHITE (Admitted:10/31/1997) Current Status: Active | NYC LAW DEPT. 100 CHURCH STREET NEW YORK, NY 10007 | Select |
| 416262 | A | CORTEZ G WHITE (Admitted:11/26/1999) Current Status: Active | LAW OFFICES OF CORTE 8000 SOUTH JEFFERY BOULE CHICAGO, IL 60617 | Select |
| 067465 | A | CRAIG F WHITE (Admitted:09/21/1971) Current Status: Active | ATTORNEY CRAIG F WHITE 26332 GLEN EAGLE DRIVE LEESBURG, FL 34748-0689 | Select |
| 418401 | A | DALE WHITE (Admitted:09/11/2000) Current Status: Permanent Retirement (12/19/2016) | SAINT REGIS MOHAWK TRIBE 412 STATE ROUTE 37 HOGANSBURG, NY 13655 * Last known address on file | Select |
| 306445 | A | DAVID M WHITE (Admitted:05/28/1987) Current Status: Administrative Suspension for failure to pay the Client Security Fund fee in accordance with Practice Book Section 2-70 (05/22/2007) | WORMSER,K,G,J 399 KNOLLWOOD ROAD P.O. BOX 307 WHITE PLAINS, NY 10603-0307 * Last known address on file | Select |
| 303820 | A | DERRICK WILLIAM WHITE (Admitted:12/12/1985) Current Status: Disbarred (08/24/1994) | Address Not Available | Select |
| 305802 | A | EDWARD S WHITE (Admitted:11/19/1986) Current Status: Retirement (10/19/2020) | Address Not Available | Select |
| 373910 | A | EDWARD JOSEPH WHITE (Admitted:01/31/1958) Current Status: Deceased (03/08/1999) | Address Not Available | Select |
| 414686 | A | EDWARD CHRISTIAN WHITE (Admitted:11/09/1997) Current Status: Retirement (05/05/2009) | FRESENIUS MEDICAL CARE 32 HARTWELL AVENUE LEXINGTON, MA 02421 * Last known address on file | Select |
| 306558 | A | ELAINE BOYLE WHITE (Admitted:06/05/1987) Current Status: Retirement (01/02/2025) | ELAINE B. WHITE 12 BOKUM ROAD ESSEX, CT 06426 * Last known address on file | Select |
| 373911 | A | EMERSON EDWARD WHITE (Admitted:07/23/1941) Current Status: Deceased (05/07/2000) | Address Not Available | Select |
| 403798 | A | FRANK CHARLES WHITE (Admitted:12/03/1990) Current Status: Active | MCELROY DEUTSCH ONE STATE STREET 18TH FLOOR HARTFORD, CT 06103-3102 | Select |
| 070808 | A | FRANK A WHITE (Admitted:09/21/1971) Current Status: Active | Address Not Available | Select |
| 404765 | A | FRANKLIN ELGIN WHITE JR (Admitted:12/05/1991) Current Status: Active | UNITED STATES DEPARTMENT OF JUSTICE 1100 L STREET, N.W. WASHINGTON, DC 20044 | Select |
| 100813 | A | FRED H WHITE JR (Admitted:10/29/1979) Current Status: Resigned (08/24/1996) | 630 MIX AVENUE #4E HAMDEN, CT 06514 * Last known address on file | Select |
| 020482 | A | JAMES P WHITE JR (Admitted:06/08/1987) Current Status: Deceased (05/08/2015) | PULLMAN & COMLEY LLC 850 MAIN STREET BRIDGEPORT, CT 06601-7006 * Last known address on file | Select |
| 370809 | A | JAMES KRANTZ WHITE (Admitted:09/25/1985) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | Address Not Available | Select |
| 415169 | A | JAMES C WHITE (Admitted:05/15/1998) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | Address Not Available | Select |

| | | | | |
|---|---|---|---|---|
| 404765 | A | FRANKLIN ELGIN WHITE JR (Admitted:12/05/1991) Current Status: Active | UNITED STATES DEPARTMENT OF JUSTICE 1100 L STREET, N.W. WASHINGTON, DC 20044 | Select |
| 100813 | A | FRED H WHITE JR (Admitted:10/09/1979) Current Status: Resigned (09/24/1996) | 630 MIX AVENUE #4E HAMDEN, CT 06514 * Last known address on file | Select |
| 020462 | A | JAMES P WHITE JR (Admitted:08/08/1967) Current Status: Deceased (05/06/2015) | PULLMAN & COMLEY LLC 850 MAIN STREET BRIDGEPORT, CT 06601-7006 * Last known address on file | Select |
| 370809 | A | JAMES KRANTZ WHITE (Admitted:08/25/1965) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | Address Not Available | Select |
| 415169 | A | JAMES C WHITE (Admitted:05/15/1998) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | Address Not Available | Select |

| 426604 | A | KATHARINE DOUGHAN WHITESIDE (Admitted:10/30/2006) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | Address Not Available | Select |
|---|---|---|---|---|

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

Donna Heller – R type 433233



### Attorney Firm Look-up

**No Records Found for Juris Number: 433233**                    New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



### State of Connecticut
## Judicial Branch

**Attorney Firm Look-up**

**20 Records Found for Attorney/Firm Name: Heller**     New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 371410 | A | ALAN CHARLES HELLER (Admitted:08/09/1966) Current Status: Deceased (12/30/1982) | Address Not Available | Select |
| 422413 | A | CHRISTOPHER M HELLER (Admitted:11/05/2003) Current Status: Active | APPELLATE COURT 75 ELM STREET HARTFORD, CT 06106 | Select |
| 308484 | A | DAVID MICHAEL HELLER JR (Admitted:11/21/1988) Current Status: Active | LAW OFFICE OF KEVIN WESTERMAN 565 TAXTER ROAD SUITE 110 ELMSFORD, NY 10523 | Select |
| 303570 | A | GAIL A HELLER (Admitted:12/06/1985) Current Status: Retirement (09/28/2020) | Address Not Available | Select |
| 027140 | A | HARRY B HELLER (Admitted:10/07/1975) Current Status: Active | HELLER, HELLER AND MCCOY 736 NORWICH-NEW LONDON T UNCASVILLE, CT 06382 | Select |
| 412436 | A | HOWARD P HELLER (Admitted:06/07/1996) Current Status: Active | T. ROWE PRICE 4515 PAINTERS MILL ROAD MAIL CODE OM-1400 OWINGS MILLS, MD 21117-4903 | Select |
| 409823 | A | JAMIE GALE HELLER (Admitted:11/18/1994) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | DOW JONES, WSJ 1211 AVE. OF THE AMERICA 5TH FLOOR NEW YORK, NY 10036 * Last known address on file | Select |
| 403357 | A | MARK SAMUEL HELLER (Admitted:12/06/1990) Current Status: Active | ACADEMY AT THE LAKES 2331 COLLIER PARKWAY LAND O LAKES, FL 34639 | Select |
| 420772 | A | MELANIE DIAMANT HELLER (Admitted:11/04/2002) Current Status: Administrative Suspension for failure to pay the Client Security Fund fee in accordance with Practice Book Section 2-70 (04/29/2025) | Address Not Available | Select |
| 411847 | A | MELCHIOR BOB HELLER (Admitted:02/05/1996) Current Status: Retirement (05/20/2024) | RETIRED 4301 UNIVERSITY DRIVE 4301 UNIVERSITY DRIVE CORAL GABLES, FL 33146 * Last known address on file | Select |
| 408852 | A | NANCY ROSE HELLER (Admitted:12/10/1993) Current Status: Retirement (05/27/2003) | Address Not Available | Select |
| 408884 | A | NORMAN SCOTT HELLER (Admitted:12/10/1993) Current Status: Active | BLANK ROME LLP 1271 AVE OF THE AMERICAS NEW YORK, NY 10020 | Select |
| 429189 | A | PAMELA A HELLER (Admitted:10/27/2008) Current Status: Active | CONNECTICUT FAIR HOUSING CENTER 60 POPIELUSZKO COURT HARTFORD, CT 06106 | Select |
| 027143 | A | PAUL A HELLER (Admitted:02/14/1967) Current Status: Deceased (01/17/2018) | PAUL A. HELLER, ESQ. 366 PLEASANT STREET WILLIMANTIC, CT 06226 * Last known address on file | Select |
| 027160 | A | SIDNEY F HELLER (Admitted:07/12/1932) Current Status: Deceased (01/01/1990) | Address Not Available | Select |
| 411305 | A | WAYNE EVAN HELLER (Admitted:11/17/1995) Current Status: Active | NATIONAL REALTY & DEVELOPMENT CORP. 745 5TH AVENUE 14TH FLOOR NEW YORK, NY 10151 | Select |
| 423434 | A | ZOE JAYE HELLER (Admitted:11/01/2004) Current Status: Retirement (05/27/2008) | UNITED STATES DEPT. OF JUSTICE PO BOX 878, BEN FRANKLIN WASHINGTON, DC 20044 * Last known address on file | Select |
| 027155 | F | HELLER HELLER & MCCOY (Admitted: N/A) Current Status: Active | 736 NRWCH-NW LONDON TPKE UNCASVILLE, CT 06382 | Select |
| 303674 | A | SUSAN ILENE HELLERMAN (Admitted:12/12/1985) Current Status: Retirement (06/17/1999) | SUSAN HELLERMAN 1062 GREENHILLS DR XX ANN ARBOR, MI 48105 * Last known address on file | Select |
| 424622 | F | PHV HELLER BARRY M. 10/11/05 (Admitted: N/A) Current Status: Active | DLA PIPER 11911 FREEDOM DRIVE SUITE 300 RESTON, VA 20190 | Select |

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# Margarita Moore – J type 439602



**Attorney Firm Look-up**

**No Records Found for Juris Number: 439602**         New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**Attorney Firm Look-up**

**80 Records Found for Attorney\*/Firm Name: Moore**         New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 428533 | A | AMANDA LEANNE MOORE (Admitted:05/16/2008) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (12/09/2025) | 5210 BEVERLY DR NE OLYMPIA, WA 98516 * Last known address on file | Select |
| 418675 | A | ANDREW DAVIS MOORE (Admitted:10/12/2000) Current Status: Active | COLLINS AEROSPACE 10 FARM SPRINGS ROAD FARMINGTON, CT 06032 | Select |
| 429002 | A | ANITRA NICOLE MOORE (Admitted:10/27/2008) Current Status: Active | Address Not Available | Select |

| | | | | |
|---|---|---|---|---|
| 426469 | A | LESA KAY MOORE<br>(Admitted:10/30/2006)<br>Current Status: Active | NYPD LEGAL BUREAU<br>ONE POLICE PLAZA<br>ROOM 1406<br>NEW YORK, NY 10038 | Select |
| 423579 | A | MARK ROSS MOORE<br>(Admitted:11/01/2004)<br>Current Status: Administrative<br>Suspension for failure to register in<br>accordance with Practice Book<br>Section 2-27(d) (11/21/2023) | CT LEGAL SERVICES<br>CT LEGAL SERVICES<br>211 STATE STREET<br>BRIDGEPORT, CT 06604<br>* Last known address on file | Select |
| 373033 | A | MARVIN SOUTHER MOORE<br>(Admitted:07/31/1945)<br>Current Status: Active | Address Not Available | Select |
| 038760 | A | MICHAEL G MOORE<br>(Admitted:04/16/1974)<br>Current Status: Resigned<br>(10/14/1976) | Address Not Available | Select |
| 305685 | A | MICHAEL JAY MOORE<br>(Admitted:11/19/1986)<br>Current Status: Retirement<br>(08/23/2004) | Address Not Available | Select |
| 443488 | A | MITCHELL ELLIOTT MOORE<br>(Admitted:04/19/2022)<br>Current Status: Active | Address Not Available | Select |
| 419356 | A | PAMELA J MOORE<br>(Admitted:05/17/2001)<br>Current Status: Active | MCCARTER & ENGLISH,<br>LLP<br>CITY PLACE I 185 ASYLUM<br>HARTFORD, CT 06103 | Select |
| 307542 | A | PATRICIA MCTIERNAN MOORE<br>(Admitted:12/11/1987)<br>Current Status: Retirement<br>(03/09/2026) | Address Not Available | Select |

| 445455 | A | TALIA SAVINE MOOREY (Admitted:02/08/2024) Current Status: Active | LAW OFFICES OF WYATT & ASSOCIATES PLLC 17 ELM STREET, SUITE C 2 SUITE C 211 KEENE, NH 03431 | Select |
|---|---|---|---|---|
| 445736 | F | PHV MOORE ARIEL 5/23/24 (Admitted: N/A) Current Status: Active | AMINI LLC 131 W 35TH ST 12TH FLR NEW YORK, NY 10001 | Select |
| 440232 | F | PHV MOORE CHRISTINE N 12/17/18 (Admitted: N/A) Current Status: Deceased (04/09/2021) | LANDYE BENNETT ET AL 1300 SW 5TH AVE STE 3600 PORTLAND, OR 97201 * Last known address on file | Select |
| 447877 | F | PHV MOORE EMORY DARNELL JR 2/2/26 (Admitted: N/A) Current Status: Active | THOMPSON COBURN LLP 55 E MONROE ST 37TH FLR CHICAGO, IL 60603-6029 | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

Mary Elizabeth Reid – J type 443518



**Attorney Firm Look-up**

**No Records Found for Juris Number: 443518**        New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**28 Records Found for Attorney*/Firm Name: Reid**     New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 902050 | C | DANIEL T REID (Admitted: N/A) Current Status: Active | CATTERTON MANAGEMENT COMPANY, LLC 599 WEST PUTNAM AVENUE GREENWICH, CT 06840 | Select |
| 049345 | A | DONALD F REID (Admitted: 08/27/1968) Current Status: Deceased (04/18/2009) | DONALD F. REID, LLC 191 EAST AVENUE NORWALK, CT 06855 * Last known address on file | Select |
| 419387 | A | DWAYNE EUNEIL REID (Admitted: 08/05/2002) Current Status: Active | DWAYNE REID, JADE ASSOCIATES SUITE 701 990 BISCAYNE BOULEVARD MIAMI, FL 33132 | Select |
| 372334 | A | JOHN HARRISON REID (Admitted: 07/27/1948) Current Status: Deceased (09/02/1991) | Address Not Available | Select |
| 372335 | A | JOHN JACKSON REID (Admitted: 08/27/1968) Current Status: Retirement (12/09/2013) | Address Not Available | Select |
| 406077 | A | JOHN H REID III (Admitted: 07/20/1992) Current Status: Retirement (08/19/2014) | Address Not Available | Select |
| 438214 | A | KELCIE BURNS REID (Admitted: 11/04/2016) Current Status: Active | GORDON REES SCULLY MANSUKHANI LLP 755 MAIN STREET SUITE 1700 HARTFORD, CT 06103 | Select |
| 421859 | A | KEVIN B REID SR (Admitted: 07/08/2003) Current Status: Active | STURM RUGER & CO INC 1 LACEY PLACE SOUTHPORT, CT 06890 | Select |
| 416334 | A | LORI ANN REID (Admitted: 11/06/1996) Current Status: Active | Address Not Available | Select |
| 302048 | A | LYNNE MARGUERITE REID (Admitted: 11/08/1983) Current Status: Active | LYNNE REID-MCQUEEN, ESQ. 11 BROADWAY SUITE 615 NEW YORK, NY 10004 | Select |
| 416121 | A | MARC DANIEL REID (Admitted: 10/09/1998) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (11/21/2023) | Address Not Available | Select |
| 430786 | A | MEG R REID (Admitted: 11/27/2009) Current Status: Active | Address Not Available | Select |
| 408895 | A | RICHARD JOSEPH REID (Admitted: 12/10/1993) Current Status: Retirement (07/14/2025) | Address Not Available | Select |
| 427301 | A | SEAN F REID (Admitted: 02/04/2008) Current Status: Active | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP 30 ROCKEFELLER PLAZA NEW YORK, NY 10112-0015 | Select |
| 309783 | A | STEVEN RICHARDSON REID (Admitted: 06/09/1989) Current Status: Deceased (01/18/2002) | Address Not Available | Select |
| 410157 | A | SYLVIA DENISE REID (Admitted: 12/09/1994) Current Status: Active | THE NEW GENERATION LAW CENTER, LLC 207 MAIN STREET. HARTFORD, CT 06106 | Select |
| 304984 | A | TANIS REID (Admitted: 06/21/1982) Current Status: Active | REID & MANISCALCO 1124 S HAYWORTH AVE LOS ANGELES, CA 90035 | Select |
| 428916 | A | TIANA MARIE REID (Admitted: 10/30/2008) Current Status: Active | SSA-ODAR 135 HIGH STREET ROOM 331 HARTFORD, CT 06103 | Select |
| 049362 | F | REID & RIEGE PC (Admitted: N/A) Current Status: Active | ONE FINANCIAL PLAZA HARTFORD, CT 06103 | Select |
| 401799 | F | REID AND MANISCALCO (Admitted: N/A) Current Status: Active | 425 KINGS HIGHWAY EAST FAIRFIELD, CT 06432 | Select |
| 004539 | F | REID DONALD F LLC (Admitted: N/A) Current Status: Active | 191 EAST AVENUE NORWALK, CT 06855 | Select |
| 439918 | F | REID RODRIGUEZ & ROUSE LLP (Admitted: N/A) Current Status: Active | 90 GROVE STREET SUITE 208 RIDGEFIELD, CT 06877 | Select |
| 425181 | A | ERIN M REID-ERIKSEN (Admitted: 10/31/2005) Current Status: Active | LITTLER MENDELSON, PC ONE INTERNATIONAL PLACE SUITE 2700 BOSTON, MA 02110 | Select |
| 405896 | A | FERN S REIDMAN (Admitted: 12/16/1991) Current Status: Permanent Retirement (11/23/2022) | FERN REIDMAN, PLLC 148 WEST 57 STREET NY NY, NY 10019 * Last known address on file | Select |
| 422236 | A | GERALD GRIFFIN REIDY (Admitted: 11/03/2003) Current Status: Active | FAIRFIELD PREP 1073 N. BENSON RD. FAIRFIELD, CT 06824 | Select |
| 407971 | A | GRACE ELIZABETH REIDY (Admitted: 04/19/1993) Current Status: Administrative Suspension for failure to pay the Client Security Fund fee in accordance with Practice Book Section 2-70 (04/29/2025) | OFFICE OF ADMINISTRATION FED HGWY ADMIN, U.S. DOT 1200 NEW JERSEY AVE, SE WASHINGTON, DC 20590 * Last known address on file | Select |
| 307575 | A | PATRICK G REIDY (Admitted: 12/11/1987) Current Status: Retirement (12/23/2022) | NEW YORK STATE ATTORNEY GENERAL'S OFFICE 28 LIBERTY STREET NEW YORK, NY 10005 * Last known address on file | Select |
| 426648 | A | SEAN BRENDAN REIDY (Admitted: 05/21/2007) Current Status: Active | JUDICIAL BRANCH 90 WASHINGTON STREET 3RD FLOOR HARTFORD, CT 06106 | Select |

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2025 State of Connecticut Judicial Branch

## Peter McShane – J type 439609



### Attorney Firm Look-up

**No Records Found for Juris Number: 439609**                    New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



### Attorney Firm Look-up

**2 Records Found for Attorney\*/Firm Name: McShane**          New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 444681 | A | GRIFFIN JOSEPH MCSHANE (Admitted:06/23/2023) Current Status: Active | Address Not Available | Select |
| 414373 | A | KARIN BONNER MCSHANE (Admitted:10/31/1997) Current Status: Active | LAW OFFICE OF KARIN B. MCSHANE 48 LOCKWOOD AVENUE OLD GREENWICH, CT 06870 | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

# Maria Gonzales – J type 443528



**Attorney Firm Look-up**

---

**No Records Found for Juris Number: 443528**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



**Attorney Firm Look-up**

**2 Records Found for Attorney*/Firm Name: Gonzales**          New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 425856 | A | ROSELLEN GONZALES (Admitted:06/16/2006) Current Status: Administrative Suspension for failure to register in accordance with Practice Book Section 2-27(d) (12/09/2025) | LAW OFFICE OF JOHN TROP 120 WHITE PLAINS ROAD SUITE 200 TARRYTOWN, NY 10591 * Last known address on file | Select |
| 304342 | A | MARCELLA GONZALES-PHILLIPS (Admitted:07/07/1983) Current Status: Administrative Suspension for failure to pay the Client Security Fund fee in accordance with Practice Book Section 2-70 (04/29/2025) | Address Not Available | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

Scott M. Jones – J type 443508



### Attorney Firm Look-up

**No Records Found for Juris Number: 443508**          New Search

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch



### Attorney Firm Look-up

**117 Records Found for Attorney\*/Firm Name: Jones**          New Search

| Juris No. | Juris Type | Name | Firm name and address | Check Attorney License |
|---|---|---|---|---|
| 439669 | A | AMANDA CATHLENE JONES (Admitted:05/18/2018) Current Status: Active | SEYFARTH SHAW LLP 620 EIGHTH AVENUE 32ND FLOOR NEW YORK, NY 10018-1405 | Select |
| 408011 | A | ANN JONES (Admitted:05/19/1993) Current Status: Retirement (01/18/2022) | Address Not Available | Select |
| 435280 | A | ANTHONY BLEIKER JONES (Admitted:11/08/2013) Current Status: Active | RUSSELL TOBIN 20 LEXINGTON AVE 30TH FLOOR NEW YORK, NY 10170 | Select |
| 443605 | A | ASHLEY M JONES (Admitted:10/02/2022) Current Status: Active | Address Not Available | Select |
| 435281 | A | BRADFORD D JONES (Admitted:05/05/2014) Current Status: Active | CONNECTICUT JUDICIAL BRANCH 235 CHURCH ST NEW HAVEN, CT 06510 | Select |
| 429216 | A | BRENDAN IVAN JONES (Admitted:11/07/2008) Current Status: Active | KEARNEY, MCWILLIAMS & DAVIS 55 WAUGH STE 150 HOUSTON, TX 77007 | Select |

| 407376 | A | ROSEMARY B JONES (Admitted:12/10/1992) Current Status: Retirement (10/24/2022) | Address Not Available | Select |
|---|---|---|---|---|
| 440862 | S | SARAH ELIZABETH JONES (Admitted: N/A) Current Status: Active | OCSA CIVIL LITIGATION 300 CORPORATE PLACE ROCKY HILL, CT 06067 | Select |
| 438137 | A | SARAH ELIZABETH JONES (Admitted:11/04/2016) Current Status: Active | STATE OF CT DIVISION OF CRIMINAL JUSTICE 300 CORPORATE PLACE ROCKY HILL, CT 06067 | Select |
| 403659 | A | SHARON MARIE JONES (Admitted:12/07/1990) Current Status: Active | JONES WASHBURN-GONZALEZ, LLP 1853 POST ROAD EAST WESTPORT, CT 06880 | Select |
| 309211 | A | SHAUN KENNETH MURPHY JONES (Admitted:12/08/1988) Current Status: Active | Address Not Available | Select |
| 902199 | C | SHELLEY ALYSE JONES (Admitted:03/07/2023) Current Status: Active | BOEHRINGER INGELHEIM USA CORP. 900 RIDGEBURY ROAD RIDGEFIELD, CT 06877 | Select |
| 419715 | A | SHERI MARIE JONES (Admitted:11/05/2001) Current Status: Active | Address Not Available | Select |
| 420493 | D | SONIA MARIE JONES (Admitted:10/13/2000) Current Status: Active | PUBLIC DEFENDER'S OFFICE 1 COURT STREET MIDDLETOWN, CT 06457 | Select |

| 434860 | F | PHV JONES PHYLLIS 7/5/13 <br> (Admitted: N/A) <br> Current Status: Active | COVINGTON & BURLING LLP <br> ONE CITYCENTER <br> 850 TENTH STREET NW <br> WASHINGTON, DC 20001-4956 | Select |
|---|---|---|---|---|
| 446021 | F | PHV JONES ROBONETTA B 9/23/24 <br> (Admitted: N/A) <br> Current Status: Active | ROBEONETTA JONES LAW OFC <br> 4208 SIX FORKS RD #1000 <br> RALEIGH, NC 27609 | Select |

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch


Connecticut
Bar Association ®
(https://www.ctbar.org/)

# MEMBER SEARCH RESULTS

Your search results include those... who match <u>ANY</u> of the Member Types 'Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)', having a Name containing 'Genuario',

- matching the following 'Appear in the CBA's online membership directory?' criteria:
  - Yes

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types 'Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)', having a Name containing 'Tierney',

  - matching the following 'Appear in the CBA's online membership directory?' criteria:
    - Yes

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing '**Kevin Randolph**',

- matching the following '**Appear in the CBA's online membership directory?**' criteria:
  - **Yes**

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types 'Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)', having a Name containing 'John Blawie',

- matching the following 'Appear in the CBA's online membership directory?' criteria:
  - Yes

.

Start New Search

No records matched your search criteria.

Your search results include those... who match <u>ANY</u> of the Member Types 'Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)', having a Name containing 'Charles Lee',

- matching the following 'Appear in the CBA's online membership directory?' criteria:
  - Yes

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing '**Mottolese**',

- matching the following '**Appear in the CBA's online membership directory?**' criteria:
    - **Yes**

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing 'Kavanewsky',

- matching the following '**Appear in the CBA's online membership directory?**' criteria:
  - Yes

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types 'Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)', having a Name containing 'Kowalski',

- matching the following **'Appear in the CBA's online membership directory?'** criteria:
  - **Yes**

.

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types 'Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)', having a Name containing 'Mintz',

- matching the following 'Appear in the CBA's online membership directory?' criteria:
  - Yes

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types 'Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)', having a Name containing 'David Tobin',

- matching the following **'Appear in the CBA's online membership directory?'** criteria:
    - Yes

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing 'Povodator',

- matching the following '**Appear in the CBA's online membership directory?**' criteria:
  - Yes

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing 'Spader',

- matching the following '**Appear in the CBA's online membership directory?**' criteria:
  - **Yes**

Start New Search

No records matched your search criteria.

Your search results include those... who match <u>ANY</u> of the Member Types 'Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)', having a Name containing 'Bruce Hudock',

- matching the following 'Appear in the CBA's online membership directory?' criteria:
  - Yes

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types **'Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)',** having a Name containing 'Vikki Cooper',

- matching the following **'Appear in the CBA's online membership directory?'** criteria:
  - **Yes**

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing 'Robert Golger',

- matching the following '**Appear in the CBA's online membership directory?**' criteria:
  - **Yes**

Start New Search

**No records matched your search criteria.**

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing '**Alex Hernandez**',

  - matching the following '**Appear in the CBA's online membership directory?**' criteria:
    - **Yes**

Start New Search

No records matched your search criteria.

Your search results include those... who match <u>ANY</u> of the Member Types **'Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)'**, having a Name containing 'Ozalis',

- matching the following **'Appear in the CBA's online membership directory?'** criteria:
    - Yes

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing 'Taggart Adams',

- matching the following '**Appear in the CBA's online membership directory?**' criteria:
  - **Yes**

Start New Search

**No records matched your search criteria.**

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing '**Yamini Menon**',

- matching the following '**Appear in the CBA's online membership directory?**' criteria:
    - **Yes**

›

Start New Search

**No records matched your search criteria.**

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)',** having a Name containing '**Thomas Colin**',

- matching the following '**Appear in the CBA's online membership directory?**' criteria:
  - **Yes**

.

Start New Search

**No records matched your search criteria.**

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing 'Eric Tindil',

   ■ matching the following '**Appear in the CBA's online membership directory?**' criteria:
       ○ **Yes**

'

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing '**William Clark**',

- matching the following '**Appear in the CBA's online membership directory?**' criteria:
  - **Yes**

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing '**Gary White**',

- matching the following '**Appear in the CBA's online membership directory?**' criteria:
  - **Yes**

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing '**Donna Heller**',

- matching the following '**Appear in the CBA's online membership directory?**' criteria:
  - Yes

Start New Search

No records matched your search criteria.

Your search results include those... who match <u>ANY</u> of the Member Types 'Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)', having a Name containing 'Margarita Moore',

- matching the following 'Appear in the CBA's online membership directory?' criteria:
  - Yes

Start New Search

No records matched your search criteria.

Your search results include those... who match <u>ANY</u> of the Member Types **'Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)',** having a Name containing **'Mary Elizabeth Reid',**

- matching the following **'Appear in the CBA's online membership directory?'** criteria:
  - Yes

Start New Search

**No records matched your search criteria.**

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing '**Peter McShane**',

- matching the following '**Appear in the CBA's online membership directory?**' criteria:
  - **Yes**

Start New Search

**No records matched your search criteria.**

Your search results include those... who match __ANY__ of the Member Types 'Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)', having a Name containing 'Maria Gonzales',

- matching the following 'Appear in the CBA's online membership directory?' criteria:
  - Yes

Start New Search

No records matched your search criteria.

Your search results include those... who match **ANY** of the Member Types '**Member - CLE, Member Associate - MW, Member Associate (Consultant), Member Associate (Non-Attorney), Member Attorney, Member Attorney - H, Member Attorney - MW, Member Attorney - P, Member Attorney (Faculty), Member Attorney (Out-of-State), Member Attorney (Retired), Member Government Associate (Non-Attorney), Member Government Attorney, Member Judge, Member Non-Attorney (Faculty), Member Student (JD), Member Student (Paralegal)**', having a Name containing 'Scott M. Jones',

- matching the following '**Appear in the CBA's online membership directory?**' criteria:
  - **Yes**

.

Start New Search

**No records matched your search criteria.**

**Contact Us (/general/?type=CONTACT)    Privacy Policy (/privacy.aspx)**

Follow us:    [f] (https://www.facebook.com/ConnecticutBarAssociation?v=wall)

[twitter] (https://twitter.com/CTBar)    [youtube] (https://www.youtube.com/user/CTBarAssoc)

[instagram] (https://www.instagram.com/ctbarassociation/)

[in] (https://www.linkedin.com/company/connecticut-bar-association)

---

# Connecticut Bar Association    538 Preston Avenue, 3rd Floor, Meriden, CT 06450

## Member Service Center    Phone: (860) 223-4400 | Fax: (860) 223-4488

E-mail: msc@ctbar.org (mailto:msc@ctbar.org)

---

MEMBERSHIP MANAGEMENT SOFTWARE POWERED BY YOURMEMBERSHIP (HTTP://WWW.YOURMEMBERSHIP.COM/)  ::  LEGAL (/AMS/LEGAL-PRIVACY.HTM)



**STATE OF CONNECTICUT
JUDICIAL BRANCH**

**COURT OPERATIONS DIVISION**

**LEGAL SERVICES**

*P.O. Box 150474
Hartford, Connecticut 06115-0474
Judicial Branch Website: www.jud.ct.gov*

October 27, 2023

Mr. Andrew Hamilton Pritchard
Via e-mail: apritchard1963@gmail.com
RE: Freedom of Information Request

Dear Mr. Pritchard:

Your request dated October 24, 2023, to Judicial Branch HRM, pursuant to the Freedom of Information Act was forwarded to our office for a reply.

Enclosed please find a copy of the requested oaths of office for:

Former Chief Justice of the Supreme Court
Chase Theodora Rogers

Superior Court Judges
Robert L. Genuario
Kevin M Tierney
Kevin A. Randolph
John F. Blawie
Charles T. Lee
A. William Mottolese
John F. Kavanewsky, Jr.
Ronald E. Kowalski II
Douglas C. Mintz
David R. Tobin
Kenneth B. Povodator
Walter Michael Spader, Jr.
Bruce P. Hudock
Vikki Cooper
Robert G. Golger
Peter McShane
Mary Elizabeth Reid
Gary White

Former Chief Court Administrator, Judge
Patrick L. Carroll III

Appellate Court Judges
Joseph P. Flynn
Bethany Jean Alvord
Alexandra Davis DiPentima

Please be advised that the Judges' towns of residence have been redacted from the enclosed copies pursuant to General Statutes § 1-217 (a) (1).


Legal Services

Enclosures



**STATE OF CONNECTICUT JUDICIAL BRANCH**

90 Washington Street
Hartford, CT 06106
Telephone: (860) 706-5220
Facsimile: (860) 706-5118

**ADMINISTRATIVE SERVICES DIVISION**

October 26, 2023

To whom it may concern:

I hereby certify, as custodian of the record, that the attached oath(s) is a true and exact copy of the oath(s) on file in the Office of the Chief Court Administrator, Judicial Branch, State of Connecticut for the following Judge(s) of the Superior Court:

Hon. Bethany J. Alvord
Hon. John F. Blawie
Hon. Patrick L. Carroll III
Hon. Vikki Cooper
Hon. Alexandra D. DiPentima
Hon. Joseph P. Flynn
Hon. Robert L. Genuario
Hon. Robert Golger
Hon. Bruce P. Hudock
Hon John F. Kavanewsky, Jr.
Hon. Ronald E. Kowalski, II
Hon. Charles T. Lee

Hon. Peter A. McShane
Hon. Douglas C. Mintz
Hon. A. William Mottolese
Hon. Kenneth B. Povodator
Hon. Kevin A. Randolph
Hon. Mary Elizabeth Reid
Hon. Chase T. Rogers
Hon. Walter M. Spader, Jr.
Hon. Kevin Tierney
Hon. David R. Tobin
Hon. Gary J. White

The copy has been redacted to exclude town of residence.

Mark A. Messenger, Personnel Officer for Judges
Human Resource Management
90 Washington Street
Hartford, CT  06106

STATE OF CONNECTICUT)

:        Hartford                    October 26, 2023

COUNTY OF HARTFORD  )

Subscribed and sworn to before me by Mark A. Messenger this 26th day of October 2023.

Susana M. Vieira
Notary Public  3|31|2024

State of Connecticut

County of   Hartford   } ss   Hartford, CT   March 13,   20 17

Personally appeared   Bethany J. Alvord

of ▓▓▓▓▓▓▓▓ , duly appointed to the office of

**Judge of the Appellate Court**

and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

Seal

My commission expires:

**Chief Judge, Appellate Court**
*Official Capacity*

State of Connecticut
County of   Fairfield _____  } ss   _____  Stamford _____  February 26, _____ 20 20 ___

Personally appeared _____  John F. Blawie _____

of _____  ▆▆▆▆▆▆▆▆▆▆▆▆ _____ , duly appointed to the office of

_____  Superior Court Judge _____

_____  and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

Seal

_Gary White_

My commission expires: _____   Hon. Gary White, Superior Court Judge _____
                                                                                        *Official Capacity*

State of Connecticut
County of  Fairfield                    } ss  Fairfield                         April 23  20 23.

Personally appeared  __Patrick L. Carroll III_____

of _____, duly appointed to the office of

State Referee

_____ and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

Seal

Patrick L. Carroll

Notary  Public
Official Capacity

My commission expires:  __2-28-2026__

State of Connecticut

County of _____ Middlesex _____ } ss _____ Middletown _____ _____ May 4, _____ 20 23 _____

Personally appeared _____ Vikki Cooper _____

of _____ ▓▓▓▓▓▓▓▓▓▓▓ _____, duly appointed to the office of

_____ Superior Court Judge _____

_____ and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

Seal

My commission expires: _____

_____ Judge of the Superior Court _____
Official Capacity

State of Connecticut
County of _Hartford_ } ss _Hartford_ _April 12_ 20 _23_

Personally appeared ____ Alexandra D. DiPentima _____

of _____ , duly appointed to the office of

State Referee

_____ and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

Seal

My commission expires: _____

_Chief Judge of the Appellate Court_

Official Capacity

State of Connecticut
County of   NEW HAVEN                                          } ss   DERBY                                                              JANUARY 20        20 17

Personally appeared   JOSEPH P. FLYNN

of ▮▮▮▮▮▮▮                                                                     , duly appointed to the office of

STATE REFEREE

and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

Seal

My commission expires:

JUDGE OF THE SUPERIOR COURT
Official Capacity

State of Connecticut
County of _Fairfield_ } ss _Stamford_ _March 8_ 20 _22_

Personally appeared _Robert L. Genuario_

of ▓▓▓▓▓▓▓▓▓▓▓▓ _____, duly appointed to the office of

State Referee

_____ and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

_Seal_

My commission expires: _____

_____
Hon. John F. Blawie
Official Capacity

State of Connecticut
County of _____ Middlesex _____ } ss _____ Middletown _____ _____ May 2 _____ 20 22

Personally appeared _____ Robert Golger _____ _____ , duly appointed to the office of

of _____ _____

Superior Court Judge

_____ and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

Seal

My commission expires: _____ _____

_____ Judge of the Superior Court _____
Official Capacity

State of Connecticut
County of _Fairfield_____ } ss _Stamford_____ _March 17_ 20 _22_

Personally appeared __Bruce P. Hudock_____
of _____ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ _____, duly appointed to the office of

_____State Referee_____

_____ and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

Seal

_____ McLaughlin, J
CT Superior Court Judge_____
                    Official Capacity

My commission expires: _____

State of Connecticut
County of _Fairfield_ } ss _STAMFORD_, _CT_ _FeBL_ 20 22

Personally appeared ___John F. Kavanewsky, Jr.___

of _____ ▓▓▓▓▓▓▓▓▓ _____, duly appointed to the office of

State Referee

_____ and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

Seal

_Robert L. Genuario_
_STATE REFEREE_
Official Capacity

My commission expires: _____

*State of Connecticut*

*County of* ........ Hartford ........ } ss ........ East Hartford ........ May ☑ 20 18

Personally appeared ........ Ronald E. Kowalski, II ........

of ........ ████████████ ........, duly appointed to the office of

Superior Court Judge

........ and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

*Seal*

My commission expires: ........

_____
Judge of the Superior Court
*Official Capacity*

State of Connecticut  } Stamford
County of FAIRFIELD  } ss March 2,                                    20 21

Personally appeared    Charles T. Lee

of ███████████████                                    , duly appointed to the office of

State Referee

and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

Seal

My commission expires:

SUPERIOR COURT JUDGE
_Official Capacity_

*State of Connecticut*  
*County of* .......... Hartford .............. } *ss* .......... East Hartford .......................... .......... May .......... 20 18 ....

Personally appeared .......... Peter A. McShane .......................................................................

of .......... ▓▓▓▓▓▓▓▓▓▓▓ .........................., duly appointed to the office of

.......... Superior Court Judge ..........................................................................

.......... and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

*Seal*                                                _____

My commission expires: .......... ........................                    .......... Judge of the Superior Court ..........
                                                                    *Official Capacity*

State of Connecticut
County of _____Fairfield_____ } ss    _____Stamford_____    January 18 20 17

Personally appeared _____Douglas C. Mintz_____
of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , duly appointed to the office of

_____Judge of the Superior Court_____

and took the oath provided by Section 1 of Article Eleventh of the Constitution to be administered to all executive and judicial officers, before me.

Seal

My commission expires: _____

Robert L. Genuario
Judge of the Superior Court
Official Capacity

State of Connecticut
County of  FAIRFIELD        } ss    STAMFORD                        JANUARY 19 20 21

Personally appeared        A. William Mottolese
of _____ ████████████ _____, duly appointed to the office of

                  State Referee

_____ and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

    Seal

My commission expires:        4/30/2021

                                NOTARY PUBLIC
                                Official Capacity

State of Connecticut
County of _FAIRFIELD_ } ss _STAMFORD_ _Feb 28_ 20 _20_

Personally appeared _Kenneth B. Povodator_

of ▮▮▮▮▮▮▮▮▮▮ , duly appointed to the office of

State Referee

_____ and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

Seal

My commission expires: _____

_Richard J. Comerford_
RICHARD J. Comerford JR.
TITLE OF _Superior Court_
Official Capacity

State of Connecticut
County of _Fairfield_ } ss _Stamford_ _March 3,_ 20 _22_

Personally appeared    Kevin A. Randolph

of _____ ██████████████ _____, duly appointed to the office of

Judge of the Superior Court

_____ and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

Seal                    _Deon McCoy_

                         _Notary Public_
                              Official Capacity

My commission expires: _09/30/26_

*State of Connecticut* } ss    Middletown     May 2    20 22

*County of*    **Middlesex**

Personally appeared    **Mary Reid**

of                                , duly appointed to the office of

**Superior Court Judge**

and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

*Seal*

My commission expires:                                  **Judge of the Superior Court**
                                                                 *Official Capacity*

*State of Connecticut*

*County of*   HARTFORD                               } *ss*   HARTFORD _____   APRIL 22 _____ 20 15 ___

Personally appeared   CHASE T. ROGERS _____

of _____ , duly appointed to the office of

CHIEF JUSTICE OF THE SUPREME COURT and JUDGE OF THE SUPERIOR COURT _____

_____ and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

Seal

My commission expires: _____

_____
JUDGE OF THE SUPERIOR COURT
*Official Capacity*

State of Connecticut
County of NEW HAVEN                    } ss    NORTH BRANFORD                    MAY 30 20 17

Personally appeared    WALTER M SPADER, JR

of ████████████████                                                    , duly appointed to the office of

JUDGE OF THE SUPERIOR COURT

and took the oath provided by Section 1 of Article Eleventh of
the Constitution to be administered to all executive and judicial officers, before me.

Seal

My commission expires:

COMMISSIONER OF THE SUPERIOR COURT
Official Capacity Edward L Marcus

*State of Connecticut*

*County of* ..........FAIRFIELD............ } ss ..........STAMFORD........................................... .....MARCH..28..... 20 18.....

Personally appeared ....................Kevin Tierney........................................................................................................................................

of ..........................████████████████............................, duly appointed to the office of

.................................................State Referee...........................................................................................................................

.................................................................. and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

*Seal*

My commission expires: ...................................................

_____

Hon. Stanley Novack - State Referee

.................................................*Official Capacity*...........................................

State of Connecticut

County of   FAIRFIELD ......................... } ss   STAMFORD ........................................................ APRIL _19_ 20 _18_


Personally appeared ........................ DAVID R. TOBIN ...............................................................................

of ........................................................................................................................., duly appointed to the office of


STATE REFEREE .........................................................................................................


........................................................................ and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.


Seal


My commission expires:   ...................................

_____
Robert L. Genuario
Judge of The Superior Court
Official Capacity

State of Connecticut
County of ___Fairfield___ } ss ___Stamford___        ___August,___ 20 23

Personally appeared ___Gary J. White___ ████████████████ _____, duly appointed to the office of

of _____  State Referee_____

_____ and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me,

Seal

Superior Court Judge
Official Capacity

My commission expires: _____

 Gmail

Andrew Pritchard <apritchard1963@gmail.com>

## April 5, 2026 Oath Request

1 message

**Human Resources** <Human.Resources@jud.ct.gov>                Tue, Apr 14, 2026 at 2:19 PM
To: "apritchard1963@gmail.com" <apritchard1963@gmail.com>

Good afternoon:

Pursuant to your request from April 5th, attached please find the requested oath form.

Thank you,

Human Resource Management

State of Connecticut Judicial Branch | Administrative Services Division

90 Washington Street, 4th Floor, Hartford, CT 06106

(p)  (860) 706-5280  | (f) (860) 706-5092

Human.Resources@jud.ct.gov



**April 6, 2026 Oath Request - Y. Menon.pdf**
1216K



**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**
*COURT OPERATIONS DIVISION*

**LEGAL SERVICES**

*P.O. Box 150474*
*Hartford, Connecticut 06115-0474*
*Judicial Branch Website: www.jud.ct.gov*

April 14, 2026

Andrew H. Pritchard
9 Sylvester Court
Norwalk, CT 06855

Sent via email to apritchard1963@gmail.com on April 14, 2026.

RE: FOIA Request dated April 5, 2026

Dear Andrew H. Pritchard:

This office is in receipt of your Freedom of Information Act request, sent to Human Resources on April 5, 2026. Please see below for a response to each of your requests.

- "[A] copy of Certification of Oath of Yamini Menon".

Please see enclosed with this letter, the oath for Hon. Yamini Menon. Please note, a redaction has been made to the residential address as this information is exempt from FOIA pursuant to General Statutes § 1-217(a)(1).

- "[T]he Official Entity Name that pays the Judge's salary."

The State of Connecticut.

Sincerely,
Judicial Branch Legal Services



# STATE OF CONNECTICUT JUDICIAL BRANCH

90 Washington Street
Hartford, CT 06106
Telephone: (860) 706-5220
Facsimile: (860) 706-5118

**ADMINISTRATIVE SERVICES DIVISION**

April 7, 2026

To whom it may concern:

I hereby certify, as custodian of the record, that the attached oath(s) is a true and exact copy of the oath(s) on file in the Office of the Chief Court Administrator, Judicial Branch, State of Connecticut for the following Judge(s) of the Superior Court:

Hon. Yamini Menon

The copy has been redacted to exclude town of residence.

Mark A. Messenger, Personnel Officer for Judges
Human Resource Management
90 Washington Street
Hartford, CT  06106

STATE OF CONNECTICUT)

         :    Hartford        April 7, 2026

COUNTY OF HARTFORD  )

Subscribed and sworn to before me by Mark A. Messenger this 7th day of April 2026.

Susana M. Vieira
Notary Public
My Comm Exp. 3|31|2029

*State of Connecticut*

*County of* ......Middlesex................ } *ss* ..............Middletown.................. ......May 4,......... 20 23...

Personally appeared ...........Yamini Menon..................................................................................................

of ...........................................█████████████................................., duly appointed to the office of

..............................................Superior Court Judge..................................................................................

.................................................. and took the oath provided by Section 1 of Article Eleventh of

the Constitution to be administered to all executive and judicial officers, before me.

*Seal* _____

My commission expires: ..............................     ......................Judge of the Superior Court...........
                                                                                    *Official Capacity*