# EXHIBIT C

Affidavits of use of Weapons at the Execution of an Unlawful Civil Matter

FILED

JAN 0 8 2026

Elysia A. Collins
Clerk of the Circuit Court Platte County, MO

Case: 25AE-AC02096                     :    **CIRCUIT COURT**

**TRIM FINANCIAL SERVICES, INC.**      :    **PLATTE COUNTY**

                                       :    **MISSOURI**
          V.

**ROSE DISTRIBUTING LLC**              :    **JANUARY 8, 2026**


# AFFIDAVIT: Statement of Truth


Page 1 of 5

Affidavit:
Larry Eugene Mael II
6807 Cedar Bend
Parkville. Mo. 64152

To whom it may concern:
On December 10, 2025, after harassment of several notices of eviction placed on myself and my wife's front door, Deputies Adam Raybuck,Sage Osborn, and Deputy Mathes illegally entered my home with no warrant, making it illegal trespassing! I heard the basement door break open loudly! I immediately looked out my front window seeing the Platte County police vehicles,making me aware it was them as the eviction read to be out by 8:00 am on December 10, 2025. As I go to open my basement door,unlock it and let them come upstairs… they immediately started screaming "PLATTE COUNTY SHERIFFS DEPARTMENT!" They all had their weapons drawn coming up the stairs! I said, "Why the do you have your weapons drawn?" and told them all to put them away or holster them and come on up!
We entered my kitchen, Deputy Raybuck was very sharp and unprofessional saying,"I have an eviction notice to get you out of here today." I told them the case is ongoing and I had proved in court that the original refinance was a scam and an illegal loan based on the fact my LLC was not zoned commercial , it was zoned residential making all of the events after the loan VOID! This was per the state of Missouri words , not mine! I asked "why would you come into my home on an eviction with your guns drawn?"Deputy Raybuck even had what appeared to be a shotgun, which I have on video. Raybuck replied, "we didn't know what we were walking into!" I told the deputies they have been manipulated and they are all criminals now!
Raybuck said ON CAMERA..he doesn't know the law..all he knows is he is here to evict me! I said "You're a deputy sheriff and you don't know the law?"
I stated "You guys come into my house with your weapons drawn, in swat fashion, to evict me,on a civil case, that's ongoing and possible criminal charges will be filed,and Judge Amy Ashelford had given me until the 12/10/2025 to file the appropriate documents to continue the case, still proving all of this was criminal and not civil.
I did, in fact, file WRIT FOR EMERGENCY INJUNCTION TO SCHEDULED EVICTION on December 9, 2025!
After I informed Deputy Raybuck that I did file this injunction and showed it to him while videoing…he said, " No, I was not aware that you filed this" He momentarily stopped the eviction after reading it and left the area, I felt like he was making sure I did not hear the conversation between him and his supervisor.
He came back in and waited for the supervisor to call back. His phone rang and he walked out again. I wondered why he would have to leave my house during an eviction if everything was legal about said eviction?!
He eventually came back in and said his supervisor said to evict me anyway. Ignoring

the judges orders that I had complied with. I inquired if this was the route they wanted to and he said,"I have to because that's my orders! " After the supervisor ignored the legal documents of a case still ongoing and NOT DISPOSED, which I explained as well, the deputies were very polite,and in fact…even held the door. as they kept asking me if there was anything else I needed. I replied I,"No, I'm too old for this shit and I was starting to wear down,breathing heavy, which is a direct result of dying twice with my heart going into cardiogenic shock in 08/23. This was such a serious situation…they let my wife and daughter come into the sterile room to say goodbye,as they knew I would not make it, Through the Grace of God!! I did.

Towards the end of the eviction, deputy Raybuck stated, "I hate this part of the job!" I replied, "I'm sure you do!" He then said, "Mr. Mael please don't take this personal." And I replied, "I'm going to turn that around on you as long as you, don't take personal what I'm going to do to you legally." He said "I'm I just following orders from my superior/supervisor." Finally on camera, I asked deputy Raybuck if he took an oath to uphold the constitution when he became a deputy and he answered, yes I did!

In conclusion we are now homeless and my wife is sick from her severe Crohn's disease!

In fact, as I'm writing this document she is in severe pain. She has lost 10 pounds and for the record,this beautiful lady survived her colon rupturing of which again 99% of ppl die from; Amongst countless stays in the hospital over our last 29 years of marriage. My daughter and grandchildren have been uprooted .

Trim financial,along with FMC,of which I closed a loan on that would have paid Trim financial and stop this financial crime… did NOT pay the loan (funds) after the close in a WET state! (Same day funding)

Even the broker (Greg Conte) which was paid by Trim wrote an affidavit that it was a scam.In his own words and quit the business after the theft of my home! He actually told me on the phone, " It had to be a scam because there is absolutely no reason for FMC not to fund!"

I believe now they had such ludricous terms at closing that I would not sign Trim financial and FMC were both involved in the scam together. About 800,000 thousand in equity. Plenty to go around. This is why Susan Bratcher(an attourney I hired) asked. what the house was worth to our own realtor. (Bratcher also charged me 1,500.00 cash up front and put a 4000.00.dollar lean on my house and cut me loose to ensure her payment when my house sold! No conflict there is there?!

she also asked what it's worth in a fire sale. Still leaving plenty of room to justify the theft!

Also I would like to note that Sheriff Eric Holland and detective Morrow were fully aware of these crimes and we proved it was a crime in writing beyond a shadow of a doubt! Even with that said… once again the state of Missouri said the loan was VOID because my home was zoned residential and it had to be zoned as such to be a legal loan. Trim Financial can only loan on commercially zoned businesses! ( also Trim is not licensed in

Page 3 of 5

Missouri) Amy Hatch and Abigail Williams knowing all of this on top of me signing a document if Rose Distributing LLC should fail for some reason… the loan automatically fell to myself. Larry E.Mael  II and it did default in early December 2025! RoseDISTRIBUTING LLC  no longer existed! I immediately filled bankruptcy as to stay the sale/foreclosure in my name because the debt did in fact fall to myself per Trim financial documents that I signed at original closing! I had Neil Sader call Amy Hatch after I spoke to her because Mr. Sader said I was fine and it would "stay"the sale. Amy Hatch said to me and I quote, " I interpret the law differently than Mr. Sader! I called Sader back and he called on my behalf to tell her I was under the protection of bankruptcy. He called back five minutes later and said, "Here's what your gonna do… your gonna fill out these docs I'm emailing you and be at my office at 8:00 am the the next morning with 3,000 dollars cash… that's what your going to do!"
Then he told me he had known Amy Hatch for years. I knew instantly at that moment I was pulled into their scam and they all work together! AMY HATCH STILL SOLD MY HOUSE WHILE UNDER THE PROTECTION OF BANKRUPTCY!
In conclusion,I'm physically sick as my memory is even worse than right after dying and my wife has been more sick and stressed out in the last year than ever! They did an equity grab/steal and full stop on my business of which fits perfectly into Make America Healthy Again by our president Trump!
You have physically taken years off of our life's and even had my wife and I fighting over the daily relentless pounding that Trim financial, Posinelli, Abigail Williams, Amy Hatch, and even Susan Bratcher (my attorney)I hired to handle all of this but the judge dismissed the case because the bankruptcy docs weren't turned in on time. I gave the docs to Bratcher on the 7th of that month and they dismissed it on the 18th after Judge Cynthia Norton in Jackson county actually praised her for getting in there and really trying! Again Susan Bratcher said the clerk lost the documents in Jackson county and then backed up from that saying they got lost! She is part of the scam and walked me into the lions den in Jackson county! After that being financially devastated and they completely stopped the good roll out of our product for planting season with no way to come up with funds I took the case on myself and have uncovered a massive scam with everyone that's supposed to protect us doing the opposite of which more truth is coming forward. For now, I'm homeless for a group of criminal ppl and they all know it! I have discovered all of this is unconstitutional and corrupt!
Trim Financial has successfully scammed me and many others out of housing..devastating myself and family with the help of Abigail Williams and Amy Hatch in Jackson county. Then drawing my county of Platte into the crime and got them to finish me off under the protection of our own sherif Eric Holland and Judge Amy Ashelford. Finally, I called for the body cam footage at Platte County sheriff's office and the deputies said they do not have body cam footage on a civil matter. they entered my home with guns drawn and no body cam footage,but in fact, said they were recording while I was recording on camera! Deputy Raybuck said,"good! record! because the

PAGE 4 of 5

other 2 deputies are recording as well!" I replied good... "Then all 3 of us can record!"
Trim Financial, Abigail Williams, Amy Hatch (Posinelli)
Never had any standing in any court!
THEY HAVE NO CLAIM!
There is no valid contract!
ONLY ONE PERSON SIGNED IT!

Sincerely,
Larry Eugene Mael II
6807 Cedar Bend
Parkville, Mo. 64152
816-405-6539

*Larry Eugene Mael II*

KELLEY STUMPH
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 23, 2028
CLAY COUNTY
COMMISSION #09788190

*Kelley Stumph*

Page 5 of 5