**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:26-CV-00568-AWT |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, ET AL. | : | |
| *Defendants.* | : | JUNE 2, 2026 |

**DEFENDANTS' MOTION TO POSTPONE FILING OF RULE 26(f) REPORT AND
TO SET A BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**

Pursuant to Fed. R. Civ. P. 26(f)(1) and with the consent of the Plaintiff, the Defendants move to postpone the filing of the Rule 26(f) report until 30 days following the Court's adjudication of all motions to dismiss.

On April 13, 2026, the Plaintiff commenced this action. On April 27, 2026, the Court ordered the parties to submit their Rule 26(f) report by June 10, 2026. On April 30, 2026, the Court ordered the Defendants to answer the Complaint by no later than July 6, 2026.

The parties have conferred. The Defendants will file motions to dismiss that they anticipate may be dispositive. *See* ECF No. 18, 24. The parties agree no discovery will be conducted prior to the adjudication of those motions. To allow for the orderly and efficient disposition of this matter, the Defendants, with the consent of the Plaintiff, move the Court to postpone the current Rule 26(f) report deadline until 30 days following the Court's adjudication of all motions to dismiss.

Additionally, the parties respectfully request that the Court set the following briefing schedule concerning the expected motions to dismiss:

1. Motions to dismiss due no later than July 6, 2026;

2. Plaintiff's memoranda in opposition due 21 days after the filing of any motion to dismiss; and

3.  Reply memoranda due 14 days after the filing of any opposition.

Respectfully submitted,

DEFENDANTS

CITY OF NEW HAVEN
JUSTIN ELICKER

By:  */s/ Christopher M. Mattei*
Christopher M. Mattei (ct27500)
Margaret M. Donovan (ct31787)
Colin S. Antaya (ct31355)
KOSKOFF KOSKOFF & BIEDER
350 FAIRFIELD AVE.
BRIDGEPORT, CT 06604
TEL: 203-336-4421
FAX: 203-368-3244
cmattei@koskoff.com
mdonovan@koskoff.com
cantaya@koskoff.com

By:  */s/ Allison R. Jacobs*
Allison Jacobs (ct31207)
Corporation Counsel for the City of
New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
475-331-3244
ajacobs@newhavenct.gov

STATE OF CONNETICUT
GOVERNOR NED LAMONT
ATTORNEY GENERAL WILLIAM TONG

By:  */s/ Janelle Medeiros*
Janelle Medeiros (ct30514)
Michael Rondon (ct31022)
Edward Rowley (ct30701)
Assistant Attorneys General
Attorney General's Office
165 Capitol Avenue, Suite 5000

2

Hartford, CT 06106
Tel: (860) 808-5020
Fax: (860) 808-5347
Janelle.Medeiros@ct.gov
Michael.Rondon@ct.gov
Edward.Rowley@ct.gov

**<u>CERTIFICATION</u>**

I hereby certify that on June 2, 2026, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

U.S. DOJ-Civil Rights Dept.
Jackson Story
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Jackson.m.story@usdoj.gov

*/s/ Christopher M. Mattei*
Christopher M. Mattei (ct27500)