**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | : | 3:26-CV-00568-AWT |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, ET AL.<br>*Defendants.* | : | JULY 6, 2026 |

**DEFENDANTS CITY OF NEW HAVEN'S AND MAYOR JUSTIN ELICKER'S**
**MOTION TO DISMISS**

On April 13, 2026, the Plaintiff United States of America commenced the above-captioned action by filing its Complaint. *See* ECF No. 1. Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendants City of New Haven and Mayor Justin Elicker ("Defendants") respectfully move to dismiss the Complaint in its entirety with prejudice. In support of this motion, the Defendants file herewith an accompanying Memorandum of Law setting forth the reasons dismissal is required.

Respectfully submitted,

DEFENDANTS

CITY OF NEW HAVEN
JUSTIN ELICKER

By: */s/ Christopher M. Mattei*
Christopher M. Mattei (ct27500)
Margaret M. Donovan (ct31787)
Colin S. Antaya (ct31355)
KOSKOFF KOSKOFF & BIEDER
350 FAIRFIELD AVE.
BRIDGEPORT, CT 06604
TEL: 203-336-4421
FAX: 203-368-3244
cmattei@koskoff.com
mdonovan@koskoff.com
cantaya@koskoff.com

ORAL ARGUMENT REQUESTED

By: */s/ Allison R. Jacobs*
Allison Jacobs (ct31207)
Corporation Counsel for the City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
475-331-3244
ajacobs@newhavenct.gov

By: */s/ Harold Hongju Koh*
Harold Hongju Koh (ct01347)
Bruce C. Swartz* (DC Bar # 358928)
Peter Gruber Rule of Law Clinic
Yale Law School
127 Wall Street, P.O. Box 208215
203-432-4932
harold.koh@ylsclinics.org
mary.hahn@ylsclinics.org
bruce.swartz@yale.edu

* *Application for Admission Pro Hac Vice Forthcoming.*

By: */s/ Toby Merrill*
Toby Merrill** (MA Bar # 601071)
Erin Monju** (DC Bar # 90036952)
Kayla Svihovec** (DC Bar # 1735588)
Patrick Archer** (NY Bar # 6194757)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
toby.merrill@publicrightsproject.org
erin.monju@publicrightsproject.org
kayla.svihovec@publicrightsproject.org
patrick.archer@publicrightsproject.org

** *Application for Admission Pro Hac Vice Forthcoming. Not licensed to practice law in California.*

ORAL ARGUMENT REQUESTED