### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:26-CV-00568-AWT |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, ET AL. | : | |
| *Defendants.* | : | JULY 6, 2026 |

### STATE DEFENDANTS' MOTION TO DISMISS

Defendants, the State of Connecticut ("Connecticut") along with the Governor of Connecticut, Ned Lamont, and the Attorney General of Connecticut, William Tong (collectively, "Defendants" or "State Defendants"), file this motion to dismiss in full the action brought by Plaintiff, United States. Through this suit, the United States seeks to facially invalidate Connecticut's Trust Act, Conn. Gen. Stat. § 54-192h, and a Guidance document issued by the Office of the Attorney General as unconstitutional pursuant to the Supremacy Clause. In doing so, it seeks to conscript State resources to carry out federal immigration enforcement in violation of the Tenth Amendment. Though the United States argues federal law both expressly preempts the Trust Act and that the Act poses an obstacle to immigration enforcement, these arguments are without merit, and have been soundly rejected by courts considering similar statutes nationwide. Finally, the United States' lacks standing to challenge the Guidance. For these reasons, set forth more fully in the accompanying memorandum of law, the Court should grant the State Defendants' Motion to Dismiss.

Respectfully submitted,
DEFENDANTS

WILLIAM TONG
ATTORNEY GENERAL

By: /s/ *Janelle Medeiros*
    Janelle Medeiros (ct30514)
    Special Counsel for Civil Rights
    Michael Rondon (ct31022)
    Edward Rowely (ct30701)
    Assistant Attorneys General
    Office of the Attorney General
    165 Capitol Avenue, Suite 5000
    Hartford, CT 06106
    Tel:  (860) 808-5020
    Fax: (860) 808-5347
    E-mail: Janelle.Medeiros@ct.gov
    Michael.rondon@ct.gov
    Edward.Rowley@ct.gov

## **CERTIFICATION**

I hereby certify that on July 6, 2026, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

U.S. DOJ-Civil Rights Dept.
Jackson Story
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Jackson.m.story@usdoj.gov

/s/ *Janelle Medeiros*
Janelle Medeiros (ct30514)
Assistant Attorney General