JUL 15 2026 PM2:35
FILED - USDC - BPT - CT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT                Date: July 15, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official
Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY
OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official
Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

## WRIT OF MANDAMUS OF ABANDONMENT, DEFAULT, & TACIT ACQUIESCENCE

Maxim of Law: *"The government is to be subject to the law, for the law makes the government."*

### AFFIDAVIT: STATEMENT OF TRUTH

To the Clerk of the Court,

It is your administrative duty as per Fed. R. Civ. P. 55 to execute in your official capacity the
default of the uncontested claims/charges and total restitution of $40,892,218,682,018.03 as
stated on June 11, 2026, Public Notice and Judicial Notice of Adverse Interests – Affidavit (Doc.
# 28) due to abandonment, default and tacit acquiescence. (see attached).

The court has abandoned all pleadings and all claims are uncontested; thus, tacit acquiescence.
The entry of default and restitution is required to be lawfully executed.

All Affidavits delivered by Petitioner, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of
God, are uncontested. No responses were entered; abandonment and tacit acquiescence.

All parties are to be recognized as "in their Individual Capacity" as stated in the Petitioner's
Motion to Intervene – Affidavit (uncontested).

If the government or any party fails to respond to an affidavit; then, the Affidavit is considered
the binding truth between the parties involved.

Maxim of Law: *"An unrebutted affidavit becomes the judgment in law."*

Maxim of Law: *"He who does not deny, admits."*

Maxim of Law: *"A claim not contested, stands true."*

Maxim of Law: *"A claim bought in law that is not contested or rebutted, then stands true. Hence silence to a controversy is considered consent to any judgment."*

Maxim of Law: *"An Unrebutted Affidavit is Truth."*

Maxim of Law: *"Judicial notice is a form of evidence."*

Maxim of Law: *"The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

Maxim of Law: *"The government is to be subject to the law, for the law makes the government."*

Sampson v. Channell, 110 F.2d 754, 762 (1st Cir. 1940):

*This case reiterates that an affidavit stands as truth unless specifically rebutted. The government, like any other party, is bound to respond to an affidavit in a timely and substantive manner. Ignoring it does not extinguish its validity; instead, it acknowledges the claims as true.*

## Authority, as it is written.

Roman 13:1 (KJV)  *Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Luke 10:19 (KJV)  *Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

Bond vs. UNITED STATES, 529 US 334 (2000)

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

2

_Marbury v. Madison, 5 US 137, (1803)_

_"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."_

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm to so many.

Restraint of liberty is unacceptable.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.


Respectfully submitted,

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

# ATTACHMENT

JUN 11 2026 AM11:36
FILED - USDC - BPT - CT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT                    Date: June 11, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

### Public Notice and Judicial Notice of Adverse Interests

### Affidavit

I, Andrew Hamilton Pritchard, Petitioner, Sui Juris, Living Free Man of God, file a Public Notice and Judicial Notice of Adverse Interests with the United States District Court for the District of Connecticut; the United States Department of Justice; the State of Connecticut Governor Ned Lamont (in his individual capacity); the State of Connecticut Attorney General William Tong (in his individual capacity); the Government of the State of Connecticut and the United States of America.

"We the People" and Andrew Hamilton Pritchard demand our secured liberty, our interest.

Law and Justice are the lynchpin for a prosperous and balanced society.

The United States District Court for the District of Connecticut; the United States Department of Justice; the State of Connecticut Governor Ned Lamont (in his individual capacity); the State of Connecticut Attorney General William Tong (in his individual capacity); the Government of the State of Connecticut and the United States of America's interest are controlling the narrative, tyrannical power, personal financial gain, and protecting the Federal Reserve Bank and systems.

1

Please note: The Federal Reserve Act of 1913 created a national currency and a monetary system operating through a Federal Reserve Bank privately owned by bank shareholders hidden by various corporate entities.

"We the People" and Andrew Hamilton Pritchard have no claim or ownership to this private Federal Reserve Bank. Our interests and goals are not the same.

Every major federal agency, including the White House, DOJ, IRS, DOD, and Judicial Branches, are registered in the DUNS® system, identified by Commercial and Government Entity (CAGE) Codes, and subject to the financial oversight of foreign-controlled interests such as the International Monetary Fund, the World Bank, and the Bank for International Settlements. These registrations are not symbolic—they are instruments of contractual jurisdiction, whereby presumed commercial entities consent to binding foreign administrative rules for the purposes of procurement, indemnity, and financial operation. The same instruments of contractual jurisdiction apply to all 50 States as well.

Through the Court Registry Investment System (CRIS), court cases are securitized, assigned CUSIP numbers, and traded as bonded instruments. Funds are transferred via the Federal Reserve District Banks. Every appearance in court initiates a presumption that the man or woman has consented to being treated as a legal person (trust res), and is subject to performance bonds, bid bonds, and payment bonds—with proceeds deposited into pooled revenue streams recorded in Annual Comprehensive Financial Reports (ACFRs). These are not hypothetical or theoretical constructs; they are present in the internal ledgers of federal, state, and municipal entities.

Any court connected to an investment system has bias, a conflict of interest and an adverse interest because the objective is financial gain, not justice.

Furthermore, the BAR Association monopoly is a foreign guild structure, with lineage tied to the Inns of Court under ecclesiastical Crown authority. No member of the BAR has proven lawful delegation of constitutional power to interpret or enforce the organic Constitution. Under 22 U.S.C. § 611, any person acting on behalf of a foreign principal is a foreign agent and must be registered. No BAR member adjudicating matters in court presents proof of such registration or rebuttal to the presumption of foreign allegiance.

When a court, judge, or attorney engages in this framework without full disclosure, they commit constructive fraud. When they conceal the existence of fiduciary bonds, commercial trading of case instruments, and the use of foreign commercial law in place of constitutional due process, they participate in misprision of treason under 18 U.S.C. § 2382.

The weaponized courts seize our property, destroy lives and family without thinking of who is harmed.

It is diabolical.

This empowers the limitless plunder of America in total.

2

All below by Notice are abandoned and uncontested:

**Dates of the Supreme Court Habeas Corpus Petitions in Default (Restitution):**

*September 13, 2024 – RE: Samuel A. Magliari, Jr., [Bill of Complaint -$1,767,881,784.00] State of Connecticut*

*September 13, 2024 – RE: Andrew Hamilton Pritchard & "We the People of Connecticut". [Bill of Complaint - $725,781,907,128.00] State of Connecticut*

*November 13, 2024 – RE: Joseph B. Elad & "We the People of America" [Bill of Complaint - $140,000,000,000.00] State of Delaware*

*December 16, 2024 – RE: "We the People of America" and Andrew Hamilton Pritchard. [Bill of Complaint - $33,755,862,000,000.00] United States Government*

*July 31, 2025 – RE: "The 658 Cantor Fitzgerald Employees Killed in 9/11" and Partner, Andrew Hamilton Pritchard. [Bill of Complaint - $673,888,633.00] Howard Lutnick and Cantor Fitzgerald*

*September 5, 2025 – RE: "We the People of America" and Andrew Hamilton Pritchard. [Bill of Complaint - $1,712,164,760.00] United States Government.*

*December 4, 2025 – RE: "2890 Farmers of New Jersey Farmland Preservation Program" and Shya Beth of Misty Brook Meadows Farm. [Bill of Complaint - $1,910,839,713.03] State of New Jersey*

*December 10, 2025 – RE: "We the People of America" and Andrew Hamilton Pritchard. [Bill of Complaint - $6,264,510,000,000.00] American Bar Association*

*Abandonment and Judicial Default Restitution Total: $ 40,892,218,682,018.03*


**Public Notice and Judicial Notice:**

*June 12, 2024: Connecticut Government - Loss of Authority*

*August 28, 2024: US District Court for Connecticut - Loss of Authority*

*November 12, 2024: US District Court for Delaware - Loss of Authority*

*February 6, 2025: US Court of Appeals Third Circuit - Loss of Authority*

*February 18, 2025: US Supreme Court - Loss of Authority*

*March 18, 2025: US Supreme Court and Congress - Loss of Authority*

*October 14, 2025:      US Government and Palantir Technologies – War Crimes*

*November 14, 2025: Writ of Mandamus (Notice) US Supreme Court – War Crimes*

*November 25, 2025: American Bar Association (ABA) – War Crimes*

## Writs of Capias – Demand for Arrest to the US Supreme Court and/or Solicitor General:

*August 22, 2025: Arrest of the nine Justices of the US Supreme Court.*

*September 8, 2025: Arrest of Chief Clerk of the US Supreme Court, Scott S. Harris.*

*September 18, 2025: Writ of Mandamus - Arrest of the Justices of the US Supreme Court.*

*October 3, 2025: Letter to Attorney General & Solicitor General of Arrest of Justices.*

*October 7, 2025:    Letter to Attorney General & Solicitor General of Arrest of Sec. of Commerce, Howard Lutnick.*

*October 10, 2025:    Arrest of US District Court of Delaware & Third Circuit Appellate Judges.*

*November 15, 2025: Arrest Letter to the President, Attorney General & Solicitor General for Loss of Power and Authority due to dereliction of Oath & Duty (Art II, Sec. 3) and violating Title 10 U.S. Code § 892 - Art. 92. Failure to obey order or regulation, and his powers are a nullity.*

*December 5, 2025: Arrest of US District Court of New Jersey Judges.*

*December 10, 2025: Arrest Letter and Affidavit of the American Bar Association (ABA) and the Connecticut Bar Association (CBA) sent to the Attorney General & Solicitor General.*

## CLAIMS FOR RELIEF

**COUNT ONE – VIOLATION OF THE SUPREMACY CLAUSE** {***From Case 3:26-cv-00568 Document 1 Filed 04/13/26 Page 24 of 33}

***73. Plaintiff hereby incorporates the foregoing paragraphs of the Complaint as if fully stated herein.

***74. The Supremacy Clause of the United States Constitution provides that "[t]his Constitution, and the Laws of the United States which shall be made in Pursuance thereof … shall be the supreme Law of the Land … any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." U.S. Const. art. VI, cl. 2.

4

**TO BE DETERMINED COUNTS – VIOLATION OF THE SUPREMACY CLAUSE**

LOSS OF AUTHORITY FOR JUDGES, STATE REFEREES, AND JUDGE TRIAL REFEREES due to WILLFUL VIOLATIONS of the Connecticut Practice Book Section 11-18; WILLFUL VIOLATIONS of the Administrative Procedures Act; WILLFUL VIOLATIONS of Title 18 U.S.C Section 241 Conspiracy Against Rights; WILLFUL VIOLATIONS of Title 18 U.S.C Section 242 Deprivation of Rights Under the Color of Law; FRAUD UPON THE COURT by FALSE REPRESENTATION of court record by signing ORDER as JUDGE when you are not a Judge; WILLFUL VIOLATION of Civil Procedure as to establishing a Trial by Jury due to the many obvious legal issues raised; WILLFUL VIOLATIONS of CGS 51-47 Salaries of judges. Practice of law prohibited. Membership on board of directors of bank prohibited. Longevity payments, and CGS 52-434 State Referee which requires "Written Consent" by both parties; FRAUD UPON THE COURT by False Representation with the statement "JUDGE" on ORDERS throughout Court Records which on the face of it is a FALSE STATEMENT; Complicit Judge Trial Referee without "Written consent" is a Complicit Participant in the massive Racketeering network to enable the "Fraud & Swindle", "Railroading", "Racketeering", "Seizure" and "Treason" by "War against the Constitution" and by obvious violations of the Administrative Procedures Act of 1946.

NO STANDING AND NO SUBJECT MATTER JURISDICTION with obvious NO DUE PROCESS as confirmed by the following violations TO THE U.S. CONSTITUTION; THE CONSTITUTION OF THE STATE OF CONNECTICUT; CONNECTICUT GENERAL STATUTES CHAPTER 952 Section 53a-119 Larceny; CGA SEC. 53a-121 Value of Property; CGA SEC. 42a-9-109(a)(3); CGA SEC. 42a-9-203(b);CGA SEC. 42a-9-607(b) 12 CFR 1026 Truth in Lending Act (TILA) Regulation Z, 12 USC 2605 Real Estate Settlement Procedures Act (RESPA) Section 6; CGS Sec. 53- 379(a) Residential Mortgage Fraud; CGS 47-30 Ejectment. Set-Off of Defendant's Improvements; CGS Sec. 52-434 State Referees; CGS 52-467 Punishment for refusal to obey writ or accept copy; CGS Sec. 53a-138 Forgery in the First Degree; CGS Sec. 53a-139 Forgery in the Second degree; CGS Sec. 53a-142a Filing a False Record; CGS Sec. 8- 265ee Notice to Mortgagee of Foreclosure; CGS Sec. 49-8a Penalty for Recording False Information; CGS Sec. 49-10 Assignment of Mortgage Debt-Requirements-Sufficient Notice of Assignment; CGS Sec. 47-36aa Validations re Conveyancing Defects of

5

Instruments Recorded after January 1, 1997, Insubstantial Defects-Defects re Power of Attorney-Defects re Conveyance by Fiduciary; CGS Sec. 47-5 Requirements re Conveyance of Land-Conveyance pursuant to Power of Attorney; CGS Sec. 53a-129a. Identity theft defined; CGS Sec. 53a-129b. Identity theft in the first degree: Class B felony; CGS Sec. 53a-129c. Identity theft in the second degree: Class C felony; CGS Sec. 53a-129d. Identity theft in the third degree: Class D felony; CGS Sec. 53a-129e. Trafficking in personal identifying information: Class D felony; CGS Sec. 52-571h. Action for damages resulting from identity theft; CGS 53a-130 Criminal Impersonation; CGS Sec. 53a-157b. (Formerly Sec. 53a-157). False statement: Class A misdemeanor; CGS Sec. 54-64a. Release by judicial authority; CGS Sec. 53a-180. Falsely reporting an incident in the first degree: Class D or C felony; CGS Sec. 53a-180b. Falsely reporting an incident concerning serious physical injury or death: Class D or C felony; CGS Sec. 53a-183. Harassment in the second degree: Class C misdemeanor; CGS 54-82m Speedy Trial; CGS Sec. 7-254. Delinquent assessments. Liens. Assignment of liens; CGS Sec. 52-215. Dockets. Jury cases. Court cases; CGS Sec. 52-218 Jury May Try Facts in Equitable Action; the Connecticut Corrupt Organizations and Racketeering Activity Act (CORA) CGS 53-393 et seq.; no DUE PROCESS as per the Constitution of Connecticut, the 5th Amendment, the 7th Amendment and 14th Amendment of the US Constitution; plus, The Right to Privacy' addressed in the 1st Amendment, 3rd Amendment, 4th Amendment, 5th Amendment and the "Liberty" Guarantee of the 14th Amendment of the US Constitution; 18 US Code 4 Misprision of felony; 18 U.S. Code § 3 - Accessory after the fact; Title 18 US Code 153 Embezzlement Against Estate; Title 18 U.S.C Section 241 Conspiracy Against Rights; Title 18 U.S.C Section 242 Deprivation of Rights Under the Color of Law; Title 42 US Code 122203 Prohibition Against Retaliation and Coercion; Title 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees; Title 9 18 U.S.C 1951 Hobbs Act; Title 5 Administrative Procedure Act 1946; Executive Order 13818 Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption; Executive Order 13848 Imposing Certain Sanctions in the Event of Foreign Interference in a United States Election; Title 50 U.S. Code 2204 Definitions "ENEMY", "SPOILS OF WAR", etc.; Title 5 U.S. Code § 3331 - Oath of office; Title 18 U.S. Code § 1918 - Disloyalty and asserting the right to strike against the Government; Title 18 U.S. Code § 1346 - Definition of "scheme or artifice to defraud"; Title 8 U.S. Code § 1481 - Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof;

presumptions; Title 22 U.S. Code § 611 – Definitions; Title 28 U.S. Code Chapter 176 - FEDERAL DEBT COLLECTION PROCEDURE; Title 22 U.S. Code § 286 - Acceptance of membership by United States in International Monetary Fund; Title 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof; Title 42 U.S. Code § 12202 - State immunity; Title 42 U.S. Code § 2000d–7 - Civil rights remedies equalization; Title 5 U.S. Code § 558 - Imposition of sanctions; determination of applications for licenses; suspension, revocation, and expiration of licenses; Title 18 U.S. Code § 2331 – Definitions "Domestic Terrorism"; Title 18 U.S. Code § 2332b - Acts of terrorism transcending national boundaries; Title 18 U.S. Code § 175 - Prohibitions with respect to biological weapons; Title 18 U.S. Code § 1091 – Genocide; Title 18 U.S. Code 2441 War Crimes; Title 18 U.S. Code § 2382 - Misprision of treason; Title 18 U.S. Code § 2381 – Treason; and CGS 54-170 Arrest without warrant.

IMMEDIATE ACTIONS REQUIRED:

1) ARREST COMPLICIT PERSONS.

   Sec. 54-170. Arrest without warrant. The arrest of a person may be lawfully made also by any peace officer or a private person, without a warrant, upon reasonable information that the accused stands charged in the courts of a state with a crime punishable by death or imprisonment for a term exceeding one year, but when so arrested the accused shall be taken before such a judge with all practicable speed and complaint shall be made against him under oath setting forth the ground for the arrest as in section 54-169; and thereafter his answer shall be heard as if he had been arrested on a warrant.

2) Complicit participants must be brought before an unbiased Grand Jury of the People (not an Investigatory Grand Jury made up of one or three biased Judges) to determine that a Trial by Jury and/or a Common Law Grand Jury must commence for crimes and Treason.

3) Pay December 28, 2025, Andy's Lawful War Crime Claims and Restitution for "We the People" - Abandonment and Judicial Default - Restitution Total: $ 40,892,218,682,018.03

## PRAYER FOR RELIEF

I, Andrew Hamilton Pritchard, Petitioner, Sui Juris, Living Free Man of God, humbly pray for the following relief:

Luke 2:14 KJV
*Glory to God in the highest, and on earth peace, good will toward men.*

That violations of the "Supremacy Clause", and complicit participants violations to their Oath & Duty to the Constitution for the United States of America are addressed with a fair and impartial jury for the purpose of:

1.  Protect the innocent from government abuse.

2.  Ensure the bad actors are accused and brought to justice.

3.  Audit every facet of government.

4.  Recognize that under Common Law there must be an injured party, harm.

Those violations of the Supremacy Clause violate federal law and are therefore invalid.

That any other relief deemed just and proper is rewarded.

Romans 13:1 KJV

*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

*So be it.*

## SUMMARY

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

### Bond vs. UNITED STATES, 529 US 334 (2000)

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

The ENEMY, complicit Judges and Attorneys ("Ultimate Sovereigns"), seized control of our legal system; and thus, control our country. The Federal Reserve Bank empowers the reign.

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

The Judges, Clerks and Government Officials of the United States have willfully violated their Oath and Duty.

Just look at the Judiciary Act of 1925 delivered by Congress after being sponsored by the Supreme Court. This was an American Bar Association By-Law X execution and direct attack of our Constitution and Liberty that haunts us today.

Restraint of liberty is unacceptable.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm to so many.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.


Respectfully submitted,


Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut