AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-00568 |
| State of Connecticut et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of New Haven, Mayor Justin Elicker                                                        .

Date:    07/17/2026

/s/ Patrick Archer
*Attorney's signature*

Patrick Archer (NY Bar No. 6194757)
*Printed name and bar number*

Public Rights Project
490 43rd Street, Unit 115
Oakland, CA 94609
(Admitted in New York. Not admitted in California)
*Address*

Patrick.Archer@publicrightsproject.org
*E-mail address*

(510) 739-6788
*Telephone number*

*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|