**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

STATE OF CONNECTICUT, et al.,

    Defendants.

No. 3:26-cv-568-AWT

JULY 27, 2026

**PLAINTIFF UNITED STATES OF AMERICA'S**
**CROSS MOTION FOR SUMMARY JUDGMENT**

Plaintiff the United States of America moves this Court to enter summary judgment in its favor on all of its claims under Federal Rule of Civil Procedure 56 and Local Rule 56 for the reasons explained in the Memorandum of Law filed herewith, which is consolidated with Plaintiff's response in opposition to Defendants' Motions to Dismiss, ECF Nos. 29, 30, 31, in accordance with Local Rule 7(a). In support of this Motion, the United States submits the Local Rule 56(a)1 Statement of Undisputed Material Facts filed herewith.

Dated: July 27, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHARLES E.T. ROBERTS
Senior Counsel to the Assistant Attorney General

JACQUELINE COLEMAN SNEAD
Deputy Director
Enforcement & Affirmative Litigation Branch

Respectfully Submitted,

*/s/ Jackson M. Story*
JACKSON M. STORY
Trial Attorney (FL Bar No. 1032001)
U.S. Department of Justice
Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, D.C. 20044
(202) 451-7304
jackson.m.story@usdoj.gov

*Attorneys for the United States of America*

ORAL ARGUMENT REQUESTED