AUG 3 2026 PM 1:53
FILED - USDC - BPT - CT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

<u>CASE: 3:26-cv-568-AWT</u>                Date: August 3, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

# *Proclamation of Treason.*

On the third day of August, in the year of our Lord two thousand and twenty-six, I, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, *"in fact Sovereign" {Bond vs. UNITED STATES, 529 US 334 (2000)},* in my American dominion issues a Proclamation of Treason with authority as defined and containing the following:

<u>Authority, as it is written.</u>

<u>Roman 13:1 (KJV)</u>
*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

<u>Luke 10:19 (KJV)</u>
*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

<u>Authority, as affirmed by case law of man.</u>

*<u>Bond vs. UNITED STATES, 529 US 334 (2000)</u>*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*<u>Marbury v. Madison, 5 US 137, (1803)</u>*

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

*<u>Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)</u>*

*Note: Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of* **treason.** *The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it".* *See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).*

*<u>Meyer v. Nebraska, 262 US 390 - Supreme Court 1923</u>*

*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus-- may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*

*<u>**As to LIBERTY**</u>**, "While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."**

<u>Decrees.</u>

I declare and affirm for all the American dominion the Constitution for the United States of America;

*"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and*

2

*secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."*

*Article. III.*

*Section. 3.*

*Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.*

*The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.*

I, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, and for "We the People of America" proclaim our secured Liberty and Justice for All; and proclaim the "Proclamation 4311—Granting Pardon to Richard Nixon" granted by President Gerald Ford without authority on September 8, 1974, and all subsequent Pardons without a conviction, impeachment, or formal admission of guilt "Wars against the Constitution" and is an act of Treason.

President Ford's pardon of President Nixon was a treasonous act that violated the Constitution.

 *Article 2, Section 2*

*The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices, and he shall have Power to grant Reprieves and Pardons for Offences against the United States, except in Cases of Impeachment.*

President Richard Nixon was not impeached or formally admitted guilt. President Ford did not have the power to Pardon, and seized power not granted by the Constitution.

This is an act of Treason that "Wars against the Constitution".

**Proclamation 4311—Granting Pardon to Richard Nixon**

*September 08, 1974*

*By the President of the United States of America*
**A Proclamation**

*Richard Nixon became the thirty-seventh President of the United States on January 20, 1969 and was reelected in 1972 for a second term by the electors of forty-nine of the fifty states. His term in office continued until his resignation on August 9, 1974.*

*Pursuant to resolutions of the House of Representatives, its Committee on the Judiciary conducted an inquiry and investigation on the impeachment of the President extending over*

3

*more than eight months. The hearings of the Committee and its deliberations, which received wide national publicity over television, radio, and in printed media, resulted in votes adverse to Richard Nixon on recommended Articles of Impeachment.*

*As a result of certain acts or omissions occurring before his resignation from the Office of President, Richard Nixon has become liable to possible indictment and trial for offenses against the United States. Whether or not he shall be so prosecuted depends on findings of the appropriate grand jury and on the discretion of the authorized prosecutor. Should an indictment ensue, the accused shall then be entitled to a fair trial by an impartial jury, as guaranteed to every individual by the Constitution.*

*It is believed that a trial of Richard Nixon, if it became necessary, could not fairly begin until a year or more has elapsed. In the meantime, the tranquility to which this nation has been restored by the events of recent weeks could be irreparably lost by the prospects of bringing to trial a former President of the United States. The prospects of such trial will cause prolonged and divisive debate over the propriety of exposing to further punishment and degradation a man who has already paid the unprecedented penalty of relinquishing the highest elective office of the United States.*

*Now, Therefore, I, Gerald R. Ford, President of the United States, pursuant to the pardon power conferred upon me by Article II, Section 2, of the Constitution, have granted and by these presents do grant a full, free, and absolute pardon unto Richard Nixon for all offenses against the United States which he, Richard Nixon, has committed or may have committed or taken part in during the period from January 20, 1969 through August 9, 1974.*

*In Witness Whereof, I have hereunto set my hand this eighth day of September, in the year of our Lord nineteen hundred and seventy-four, and of the Independence of the United States of America the one hundred and ninety-ninth.*

*GERALD R. FORD*

*Gerald R. Ford, Proclamation 4311—Granting Pardon to Richard Nixon Online by Gerhard Peters and John T. Woolley, The American Presidency Project https://www.presidency.ucsb.edu/node/256500*

Because of this dictatorial action by President Ford subsequent Presidents have used Pardons as if they are antecedent pardons – Future Pardons. People are pardoned before conviction, impeachment or admission of guilt. This gives dictatorial power to the President and Governors.

The antecedent bears relation to what follows next, unless it destroys the meaning of the sentence *Ad proximum antecedens fiat relatio, nisi impediatur sententia. Law Dictionary, Adapted to the Constitution and Laws of the United States. By John Bouvier. Published 1856.*

*Antecedent: the conditional element in a proposition (such as if A in "if A, then B").*

The legal definition of pardon traces back centuries in common law. Legally, a pardon is described as "an act of grace from the governing power that exempts an individual from the punishment the law inflicts for a crime."

Because of the Gerald R. Ford, Proclamation 4311—Granting Pardon to Richard Nixon many unconstitutional pardons were granted without authority. There are examples of this in multiple administrations.

Currently, Anthony Fauci was pardoned by President Biden without conviction or admission of guilt.

President Trump has declared that he will not bring charges against Anthony Fauci due to his pardon.

Anthony Fauci is not above the law. Government officials are not above the law.

A Pardon is not designed to enable people to do something diabolical in the future.

Evil plans can be set in motion over decades, but at some point, they meet up with justice.

To put it simply, one cannot "Pardon" someone unless they are convicted or formally declare they are guilty.

Antecedent Pardons – Future Pardons (aka "Fardon") are unconstitutional.

*"Fardon"(noun) is when you say, "Pardon me", then "Fart". It is a polite way to be ahead of that socially awkward moment that might occur, for example in an elevator or a long car trip. Please note: There is always admission of guilt. (suggested to Websters Dictionary)*

Enemies of America war against the Constitution by creating a narrative through the purchase of tyrannical power, a "Trojan Horse".

It is diabolical.

## SUMMARY

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

The Judges, Clerks and Government Officials of the United States have willfully violated their Oath and Duty.

Restraint of liberty is unacceptable.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm to so many.

Thus, the Proclamation of Treason decrees that the "Proclamation 4311—Granting Pardon to Richard Nixon" granted by President Gerald Ford without authority on September 8, 1974, and all subsequent Pardons without a conviction, impeachment, or formal admission of guilt "Wars against the Constitution" and is an act of Treason.

*"And upon this act, sincerely believed to be an act of justice, warranted by the Constitution, upon military necessity, I invoke the considerate judgment of mankind, and the gracious favor of Almighty God."- President Abraham Lincoln from the Emancipation Proclamation.*

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Respectfully,

Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

6