AUG 3 2026 PM 1:53
FILED - USDC - RPT - CT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

<u>CASE: 3:26-cv-568-AWT</u>          Date: August 3, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

# Objection to the Motion to Dismiss:

I, Andrew Hamilton Pritchard, Petitioner, Sui Juris, Living Free Man of God, *"in fact Sovereign" {Bond vs. UNITED STATES, 529 US 334 (2000)},* file an Objection to the Motion to Dismiss (Docket #29 & #31).

All Affidavits delivered by Petitioner, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, *"in fact Sovereign" {Bond vs. UNITED STATES, 529 US 334 (2000)},* are uncontested. No responses were entered; thus, tacit acquiescence.

This court and parties have willfully ignored, disregarded, and act as if I, Andrew Hamilton Pritchard, and "We the People" do not exist.

The claim above is validated by zero response or mention in the Motion to Dismiss of Petitioner, Andrew Hamilton Pritchard; and/or the following June 11, 2026, Affidavit of Adverse Interests (Docket #28):

### <u>Public Notice and Judicial Notice of Adverse Interests</u>

### <u>Affidavit</u>

*I, Andrew Hamilton Pritchard, Petitioner, Sui Juris, Living Free Man of God, file a Public Notice and Judicial Notice of Adverse Interests with the United States District Court for the District of Connecticut; the United States Department of Justice; the State of Connecticut*

1

*Governor Ned Lamont (in his individual capacity); the State of Connecticut Attorney General William Tong (in his individual capacity); the Government of the State of Connecticut and the United States of America.*

*"We the People" and Andrew Hamilton Pritchard demand our secured liberty, our interest.*

*Law and Justice are the lynchpin for a prosperous and balanced society.*

Also, the claim above is validated by zero response from the court regarding the following July 15, 2026, Writ of Mandamus (Docket #39, not a motion):

<u>*WRIT OF MANDAMUS OF ABANDONMENT, DEFAULT, & TACIT ACQUIESCENCE*</u>

<u>*Maxim of Law:*</u> *"The government is to be subject to the law, for the law makes the government."*

<u>*AFFIDAVIT: STATEMENT OF TRUTH*</u>

*To the Clerk of the Court,*

*It is your administrative duty as per Fed. R. Civ. P. 55 to execute in your official capacity the default of the uncontested claims/charges and total restitution of $40,892,218,682,018.03 as stated on June 11, 2026, Public Notice and Judicial Notice of Adverse Interests – Affidavit (Doc. # 28) due to abandonment, default and tacit acquiescence. (see attached).*

*The court has abandoned all pleadings and all claims are uncontested; thus, tacit acquiescence. The entry of default and restitution is required to be lawfully executed.*

The Motion to Dismiss must be denied.

Please Note: <u>All records are required to state the following:</u>

Jury Demand: YES, as stated in the Petitioner's Motion to Intervene and Court Form.

Petitioner: Andrew Hamilton Pritchard is "Sui Juris", not "Pro Se".

All parties are to be recognized as "in their Individual Capacity" as stated in the Petitioner's Motion to Intervene – Affidavit (uncontested).

If the government or any party fails to respond to an affidavit; then, the Affidavit is considered the binding truth between the parties involved.

<u>Maxim of Law:</u> *"An unrebutted affidavit becomes the judgment in law."*

<u>Maxim of Law:</u> *"He who does not deny, admits."*

<u>Maxim of Law:</u> *"A claim not contested, stands true."*

2

Maxim of Law: *"A claim bought in law that is not contested or rebutted, then stands true. Hence silence to a controversy is considered consent to any judgment."*

Maxim of Law: *"An Unrebutted Affidavit is Truth."*

Maxim of Law: *"Judicial notice is a form of evidence."*

Maxim of Law: *"The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God."* All aspects of *"government"* at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.

Maxim of Law: *"The government is to be subject to the law, for the law makes the government."*

*Sampson v. Channell, 110 F.2d 754, 762 (1st Cir. 1940):*

*This case reiterates that an affidavit stands as truth unless specifically rebutted. The government, like any other party, is bound to respond to an affidavit in a timely and substantive manner. Ignoring it does not extinguish its validity; instead, it acknowledges the claims as true.*

**Authority, as it is written.**

Roman 13:1 (KJV)
*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Luke 10:19 (KJV)
*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

*Marbury v. Madison, 5 US 137, (1803)*

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*In the Supreme Court case of United States v. Williams, 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352 (1992),*

*Justice Antonin Scalia, writing for the majority, confirmed that the American grand jury is neither part of the judicial, executive nor legislative branches of government, but instead belongs to the people. It is in effect a fourth branch of government "governed" and administered to directly by and on behalf of the American people, and its authority emanates from the Bill of Rights, the acts of the Grand Jury is the consent of the people. "The grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It " 'is a constitutional fixture in its own right. In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people".*

## SUMMARY

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

The Motion to Dismiss must be denied.

The Battle for America is not complicated.

Complicit Judges and Attorneys ("Ultimate Sovereigns") are traitors maintaining rogue power through "Seditious Conspiracy" and "Domestic Terrorism".

The ENEMY, complicit Judges and Attorneys ("Ultimate Sovereigns"), are in control of our legal system; and thus, control our country. Control was seized by Big Money and blackmail.

TRUTH 1: Constitutional Oath and Duty mean nothing to the ENEMY Judges ("Ultimate Sovereigns").

Canon 3228

Public Service
2.The Presumption of Public Service is that all the members of the Private Bar Guild who have all sworn a solemn secret absolute oath to their Guild then act as public agents of the Government, or public officials by making additional oaths of public office that openly and deliberately contradict their private superior oaths to their own Guild.

4

TRUTH 2: The Complicit Attorneys ("Ultimate Sovereigns") Oath and Duty is to the ENEMY court, not the Client.

Corpus Juris Secundum (C.J.S.) legal encyclopedia, volume 7, section 4:

§ 4 ATTORNEY & CLIENT 7 C.J.S.
"His first duty is to the courts and the public, not to the clients, and wherever the duties to his client conflict with those he owes as an officer of the court in the administration of justice, the former must yield to the latter.

TRUTH 3: The Violations.

NO AUTHORITY (POWER):

Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)

Note: By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law, when a judge does not follow the law, the Judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect.

TRUTH 4: The Solution.

DUTY OF THE "COMMON LAW" GRAND JURY - If anyone's unalienable rights have been violated, or removed, without a legal sentence of their peers, from their lands, home, liberties or lawful right, we [the twenty-five] shall straightway restore them. And if a dispute shall arise concerning this matter it shall be settled according to the judgment of the twenty-five Grand Jurors, the sureties of the peace. -- MAGNA CARTA, JUNE 15, A.D. 1215, 52.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm to so many.

To put it simply, a Trial by Jury verdict is law.

The "ENEMY" knows this and assaults us with "Opinions" from "Ultimate Sovereigns".

The Judges, Clerks and Government Officials of the United States have willfully violated their Oath and Duty.

Just look at the Judiciary Act of 1925 delivered by Congress after being sponsored by the Supreme Court. This American Bar Association By-Law X execution was a direct attack of our Constitution and Liberty that haunts us today.

Restraint of liberty is unacceptable.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.

Respectfully submitted,

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut