**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------- x
UNITED STATES OF AMERICA,        :
                                 :
         Plaintiff,              :
                                 :
                                 :
v.                               :
                                 :
STATE OF CONNECTICUT;            :
NED LAMONT, Governor of          :   Civil No. 3:26-CV-568 (AWT)
Connecticut, in his Official     :
Capacity; WILLIAM TONG, Attorney :
General of Connecticut, in his   :
Official Capacity; CITY OF NEW   :
HAVEN; and JUSTIN ELICKER, Mayor :
of New Haven, in his Official    :
Capacity,                        :
                                 :
         Defendants.             :
-------------------------------- X
```

**ORDER RE JOINT MOTION BY THE DEFENDANTS**

Defendants' Joint Motion for Extension of Time and Stay of Summary Judgment (ECF No. 62) is hereby GRANTED. The defendants' deadline to file reply briefs in support of their respective motions to dismiss is extended to September 29, 2026. Briefing on the plaintiff's motion for summary judgment is STAYED until further order of the court.

The defendants have shown there is good cause for

-1-

the requested extension of the deadline for filing their reply briefs. Not only is time required for substitute counsel for the state defendants to become familiar with the relevant facts and law, but the nature of the plaintiff's claims warrants more time to respond, and it is reasonable for the defendants to survey the litigation the plaintiff has brought in other jurisdictions and assess the positions the plaintiff has taken in those cases. In addition, conferring with the new counsel for the state defendants is the most appropriate way to proceed.

As to the briefing on the plaintiff's motion for summary judgment, on June 2, 2026, the defendants filed Defendants' Joint Motion to Postpone Filing of Rule 26(f) Report and to Set a Briefing Schedule for Motions to Dismiss (ECF No. 26), which was granted. The defendants stated:

> The parties have conferred. The Defendants will file motions to dismiss that they anticipate may be dispositive. See ECF No. 18, 24. The parties agree no discovery will be conducted prior to the adjudication of those motions. To allow for the orderly and efficient disposition of this matter,

the Defendants, with the consent of the Plaintiff, move the Court to postpone the current Rule 26(f) report deadline until 30 days following the Court's adjudication of all motions to dismiss.

ECF No. 26 at 1.

The defendants refer to the motion for summary judgment as "Plaintiff's unanticipated cross-motion[.]" ECF No. 62 at 3. The plaintiff may, of course, file a motion for summary judgment at any time.[1] But if the motion for summary judgment was anticipated by the plaintiff, it would have been helpful if the possibility of an early motion or motions for summary judgment had been raised at the time the June 2, 2026 motion was filed. If it had been, what most likely would have resulted was the equivalent of an initial planning conference with the court to have a meaningful discussion about the matter. At this point, after reviewing the parties' submissions the court cannot discern whether there will be a need for discovery if

---

[1] Fed. R. Civ. P. 56(b) advisory committee's note to 2010 Amendment ("Although the [Rule 56 of the Federal Rules of Civil Procedure] allows a motion for summary judgment to be filed at the commencement of an action, in many cases the motion will be premature until the nonmovant has had time to file a responsive pleading or other pretrial proceedings have been had. Scheduling orders or other pretrial orders can regulate timing to fit the needs of the case.").

the pending motions to dismiss are denied, and the court is persuaded that there is a good possibility that the plaintiff's cross-motion is unnecessary and that briefing and adjudicating it at this time would not be an appropriate use of the parties' and court's resources.

It is so ordered.

Dated this 5th day of August 2026, at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge