IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT          Date: August 11, 2026

AUG 11 2026 PM2:54
FILED - USDC - BPT - CT

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

# Judicial Notice Exhibit Anti-Terrorism Act of 1992 (ATA):

I, Andrew Hamilton Pritchard, Petitioner, Sui Juris, Living Free Man of God, *"in fact Sovereign" {Bond vs. UNITED STATES, 529 US 334 (2000)},* file Judicial Notice Exhibit Anti-Terrorism Act of 1992 (ATA).

# US Supreme Court won't halt $840 million judgment against Palestinians over attacks

Sign up now: Get ST's newsletters delivered to your inbox



The Supreme Court in 2025 upheld a federal law that allowed claims like those brought by the plaintiffs in the case. PHOTO: REUTERS

Published Aug 04, 2026, 05:02 AM
Updated Aug 04, 2026, 08:59 AM

WASHINGTON – United States Supreme Court Justice Sonia Sotomayor declined on Aug 3 to halt US$655.5 million (S$840 million) in damages that Palestinian authorities were ordered to pay plaintiffs in a US civil lawsuit concerning attacks that killed and injured Americans in Israel from 2002 to 2004.

Sotomayor denied a request by the Palestinian Authority and the Palestine Liberation Organisation (PLO) to put on hold the judgment while they

appeal a lower court's decision to revive the case years after it had been dismissed. The lawsuit was brought on behalf of Americans killed or injured in those shootings and bombings in the Jerusalem area.

The Supreme Court in 2025 upheld a federal law that allowed claims like those brought by the plaintiffs in the case.

Sotomayor did not explain her decision and did not refer the case to the entire court. Sotomayor handles emergency matters for cases arising from New York and certain other states.

The Manhattan-based 2nd US Circuit Court of Appeals reinstated the judgment in March following the Supreme Court's 9-0 decision in June 2025 to uphold the 2019 law, called the Promoting Security and Justice for Victims of Terrorism Act.

The Palestinian organisations said that enforcing the judgment in the case will cause severe financial harm and destabilise government services in the West Bank, harming people who live there and jeopardising regional security.

They said in a written filing that the plaintiffs intend to seek payment from indirect Palestinian tax revenue collected by Israel, a key source of funding for Palestinian government operations. Security, sanitation and school services in the West Bank "are hanging by a thread", they wrote.

The plaintiffs, in winning the judgment in New York federal court in 2015, alleged that the Palestinian entities were responsible for the incidents from 2002 to 2004.

The 2nd Circuit threw out that verdict in 2016 and ordered that the case be dismissed, concluding that the federal judge in the case did not have jurisdiction over the matter. The Supreme Court declined to hear an appeal of the case in 2018.

Congress then passed the 2019 law to facilitate lawsuits against Palestinian authorities. Under the law, the PLO and Palestinian Authority automatically "consent" to jurisdiction if they conduct certain activities in the US or make payments to people who attack Americans.

The 2nd Circuit subsequently decided that the 2019 law violated the rights of these Palestinian authorities to due process under the US Constitution.

But the Supreme Court overturned that ruling in 2025.

Following that Supreme Court action, the 2nd Circuit resurrected the judgment for the plaintiffs.

The Palestinian authorities urged the Supreme Court to halt the payment for now, saying the judgment had long become void and a "nullity".

"The money judgment at issue became a legal nullity when... appeals were exhausted in 2018," they said. REUTERS

06.20.2025

# SCOTUS Unanimously Upholds Grassley Law to Secure Justice for American Victims of PLO Terrorism

**BUTLER COUNTY, IOWA –** Senate Judiciary Committee Chairman Chuck Grassley (R-Iowa) welcomed the Supreme Court's 9-0 ruling today maintaining the constitutionality of the *Promoting Security and Justice for Victims of Terrorism Act of 2019*, a law Grassley authored alongside U.S. Sen. James Lankford (R-Okla.). The law ensures American victims of international terrorism, including terrorism perpetrated by the Palestinian Authority (PA) and Palestine Liberation Organization (PLO), can seek justice by bringing civil lawsuits in U.S. courts.

"For more than 30 years, I've advocated in Congress for the rights of victims and their families who are seeking to hold terrorist organizations and their financiers accountable for the evil they've inflicted. But along the way, courts have undermined Congress' intent and the laws we've enacted to deter terrorism. At long last, Americans impacted by international terrorism now have a clear path to justice. I hope today's ruling brings some measure of peace to those who've been injured or suffered the loss of a loved one at the hands of Palestinian terrorist organizations," **Grassley said**. "This decision sends a resounding message that foreign terrorists who intend to harm our countrymen can expect to feel the full weight of the U.S. justice system upon them."

**Background:**

Grassley's *Anti-Terrorism Act of 1992* (ATA) established a framework for victims to sue those who were responsible for or assisted in acts of international terrorism that harmed or killed Americans. For decades, American families relied on the ATA to seek damages for attacks perpetrated by the PA and PLO in Israel and elsewhere abroad, until the U.S. Court of Appeals for the Second Circuit in 2016 effectively nullified the jurisdictional authority to hold these Palestinian terrorist groups accountable.

In response to the Second Circuit's ruling, Grassley and Lankford authored the *Promoting Security and Justice for Victims of Terrorism Act* to amend and strengthen the ATA. The PA/PLO challenged the Grassley-Lankford law as an unconstitutional violation of their due process rights. Today, the Supreme Court unanimously rejected that challenge, ruling the *Promoting Security and Justice for Victims of Terrorism Act* is a proper exercise of Congress' authority over matters of serious foreign policy concern.

-30-

**Authority, as it is written.**

Roman 13:1 (KJV)

*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Luke 10:19 (KJV)

*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

Marbury v. Madison, 5 US 137, (1803)

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

5

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*In the Supreme Court case of United States v. Williams, 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352 (1992),*

*Justice Antonin Scalia, writing for the majority, confirmed that the American grand jury is neither part of the judicial, executive nor legislative branches of government, but instead belongs to the people. It is in effect a fourth branch of government "governed" and administered to directly by and on behalf of the American people, and its authority emanates from the Bill of Rights, the acts of the Grand Jury is the consent of the people. "The grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It " 'is a constitutional fixture in its own right. In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people".*

### SUMMARY

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

Restraint of liberty is unacceptable.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.


Respectfully submitted,


Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut