IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT          Date: August 11, 2026

AUG 11 2026 PM2:54
FILED - USDC - BPT - CT

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official
Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY
OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official
Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

# Judicial Notice of Addendum to Related Cases:

I, Andrew Hamilton Pritchard, Petitioner, Sui Juris, Living Free Man of God, *"in fact Sovereign"*
*{Bond vs. UNITED STATES, 529 US 334 (2000)},* file Judicial Notice of Addendum to Related
Cases.

The following Affidavit of Heidi Crane's assault and seizure by "Domestic Terrorists" is in
support of claims.

### ARREST/CONFINEMENT STATEMENT OF FACTS / AFFIDAVIT

**Date:** June 10, 2026

**Subject:** Heidi Bianca Crane
**Incident Date:** April 22, 2026

I, Heidi:Bianca-Crane, the living woman, Free and Independent, Authorized Representative
and Executor for the Estate of HEIDI BIANCA CRANE, declare under penalty of perjury
from without the United States, that the following is true, correct, and complete to the best of
my knowledge:

**BACKGROUND:**

**Heidi:Bianca-Crane:** Gender: Female, Height: 5'5", Weight: Approx. 160 lbs., Age: 59.
**Gregory:Roger-Hyatt:** Gender: Male, Height: 6'0", Weight: Approx. 230 Lbs., Age: 64.

**LOCATION:** 2286 S Legacy Dr., St George, Utah 84770

1

## ARREST/CONFINEMENT STATEMENT OF FACTS / AFFIDAVIT

**Date:** June 10, 2026

**Subject:** Heidi Bianca Crane
**Incident Date:** April 22, 2026

I, Heidi:Bianca-Crane, the living woman, Free and Independent, Authorized Representative and Executor for the Estate of HEIDI BIANCA CRANE, declare under penalty of perjury from without the United States, that the following is true, correct, and complete to the best of my knowledge:

**BACKGROUND:**

**Heidi:Bianca-Crane:** Gender: Female, Height: 5'5", Weight: Approx. 160 lbs., Age: 59.
**Gregory:Roger-Hyatt:** Gender: Male, Height: 6'0", Weight: Approx. 230 Lbs., Age: 64.

**LOCATION:** 2286 S Legacy Dr., St George, Utah 84770

**CASE #230500921** – CIVIL FIGHTING FORECLOSURE – LAWSUIT OPENED 10/10/2023 – CLOSED WITH PREJUDICE – I APPEALED 7/10/24 – **CASE #20240703-SC** – REMITTITURE 4/07/2025 – **ERIC LUDLOW** (RETIRED 10/01/2024)

**CASE #240500851** – CIVIL QUIET TITLE – OPENED 10/02/2026 – CASE DISMISSED BY PAINTIFF 11/06/2024 – HOME SOLD ON 10/03/2024 – SO I GAVE UP – (**JOHN WALTON** RETIRED 7/01/2026)

**CASE #240500887** – CIVIL EVICTION – OPENED 10/09/2024 – ORDER OF RESTITUTION 10/24/2024 – APPEALED – 10/25/2024 – **CASE #20241128-SC** – REMITTITURE 1/2/2025 – **JAY WINWARD** EVICTED ME DESPITE 2 ACTIVE CASES AND RECORDED LIS PENDENS AND AM RECORD OWNER

**CASE #240500523** – CIVIL – WRONGFUL LIEN LAWSUIT – OPENED 06/20/2025 – KEITH C. BARNES (RETIRED 4/16/2026) (**JOHN WALTON** DENIED MY RECUSAL OF BARNES AGAIN CONFLICT OF INTEREST) ASSIGNED JACK BURNS

**CASE #261700931** – CRIMINAL – ALLEGED RESISTING ARREST – OPENED 4/23/2026 – RONALD READ

**CASE #261500781** – CRIMINAL 9 STACKED 3rd DECREE RETAILITORY FELONIES – OPENED 04/21/2026 – (**JOHN WALTON** RETIRED 7/01/2026 CONFLICT OF INTEREST HE PRESIDED OVER QUIET TITLE CASE) ASSIGNED BRYAN PATTISON

### I. Incident Narrative (April 22, 2026)

On April 22, 2026, at approximately 4:30 PM, while I was in the basement bathroom of my home, I heard voices announcing a warrant. Upon exiting the bathroom, I held my phone in

- 1 -

2

my hand and walked up the stairs, said "I'm here, what's going on, that I was a whistleblower and federally protected stating clearly that I was peaceful" I intended no harm. I was confronted by approximately six to eight public servants at the top of the stair landing inside my home. Due to the lack of space, I stopped at the 4th or 5th stair from the top and requested to see a copy of the warrant. Public servant Dan Montgomery informed me that I would receive a copy at the jail. I said "I plead the fifth and requested an attorney."

It seemed in a matter of 30 seconds (guessing) Public servant Montgomery grabbed me by my hair, yanking me with great force and ripping hair from my scalp. I said "oh my God, ok, ok." This unnecessary violent attack caused me to lose my footing and I went face first on the top few stairs and my chest was on the landing, sustaining multiple rug burns on my knees and severe pain in my right big toe. My phone was removed from my hand, I believe by another public servant. I said "hold on because my knee was stuck" as I was attempting to stand up to get all the way on the landing floor as instructed, public servant Montgomery said "you are already down you're going to stay down." I was then shoved to the ground by my shoulder and hair by public servant Montgomery onto the landing while being ordered to the floor. My chest and head were on the floor but I was on my knees, each knee one at a time felt like it was kicked or yanked out from under me until I collapsed. I asked again to see a copy of the warrant. I said "I needed my medicine" and was told I would get them at the jail. I also stated, "I would like to invoked ADA accommodations and that I Do Not Consent."

## II. Transport and Detention

I was escorted through our garage to an SUV parked in front of our driveway. I asked "what did I do and once again I requested to see a copy of the warrant to another public servant (he had a beard and eyeglasses) he said "I'll get it for you." I requested to sit in the front due to severe claustrophobia and car sickness; my request was denied by the same public servant with the beard and eyeglasses. I told public servant Montgomery "My heart is beating out of my chest" he said "you'll be fine, I'll call an ambulance for you" I said "please do, just help me" he closed the door and left me despite my visible distress. My handcuffs were applied with excessive tightness, resulting in nerve damage to my left wrist. We were diverted to a church parking lot on Tonaquint Drive, where public servant Montgomery joined other public servants for an extended duration. During transport to the jail, I was still experiencing significant physical pain and extreme emotional distress.

## III. Booking and Medical Neglect

Upon arrival at the jail, I was informed by public servant Montgomery that I was being charged with seven third-degree felonies (later clarified as nine). During the booking process, I provided the jail nurse with detailed information regarding my long-term prescribed medications (maintained for over two decades) and the pharmacies I utilize. Despite my report that my toe was likely broken, no medical treatment was provided. Throughout my detention, my requests for necessary medications were ignored, I also requested a medical release form and I was informed by a female jail nurse that my doctor had "no authority" over me while incarcerated.

- 2 -

### IV. Confinement Conditions (April 22 – May 6, 2026)

I was held in a cell by myself, then moved to another 2-inmate capacity cell shared with two, and later there were four. I suffered from forced withdrawal, experiencing severe symptoms including sleeplessness, hot and cold flashes, confusion, dry heaving, shakes, rapid heartrate and chronic nausea. Despite informing staff of my hypoglycemia, my blood sugar levels were never monitored. I received no treatment for my acute anxiety or physical pain.

During my 14-day incarceration, I developed a rash causing extreme itching from head to toe that went untreated. I observed bruising across my body, including my legs, thighs, arms and wrists, sustained during the paramilitary style arrest using unjustifiable force. I also discovered three contusions on my head. I was provided with an inadequate, broken-down mattress that exacerbated my physical trauma.

### V. Post-Release Status

I was released on May 6, 2026. As of the date of this statement (June 10, 2026), I continue to suffer from the aftermath of the forced detoxification, including extreme fatigue, memory gaps, brain fog, physiological trauma and neurological agitation. I had refrained from driving for public safety reasons for over a week post release. The physical injuries sustained during the paramilitary unlawful arrest and the lack of medical care during my confinement remain unresolved.

**NOTE: May 14, 2026, I the living woman finally received a copy of the Defective Warrant built on quicksand and Fruit of a Poisonous Tree. I have also been charged with resisting arrest based off the defective warrant and kidnapped without a grand jury indictment.**

**Let the following facts also be known: Gregory Roger Hyatt the living man was in his garage and the U.S. Marshals pointed 2 pistols and a rifle directly in his face then they assaulted him, committed battery upon him, hand cuffed him and walked him off his property.**

**Declaration:** *The above statement is true and accurate to the best of my knowledge and recollection, notwithstanding memory gaps and cognitive impairment resulting from my recent experience.*

Autographed: /s/ Crane, Heidi Bianca
(Surname, Given names)
**28 USC § 1746(1)**

- 3 -

**Authority, as it is written.**

Roman 13:1 (KJV)
*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Luke 10:19 (KJV)
*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

*Marbury v. Madison, 5 US 137, (1803)*

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*In the Supreme Court case of United States v. Williams, 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352 (1992),*

*Justice Antonin Scalia, writing for the majority, confirmed that the American grand jury is neither part of the judicial, executive nor legislative branches of government, but instead belongs to the people. It is in effect a fourth branch of government "governed" and administered to directly by and on behalf of the American people, and its authority emanates from the Bill of Rights, the acts of the Grand Jury is the consent of the people. "The grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It " 'is a constitutional fixture in its own right. In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people".*

**SUMMARY**

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

Restraint of liberty is unacceptable.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.


Respectfully submitted,


Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut