UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>THE STATE OF CONNECTICUT, *et al.*,<br><br>               Defendants. | **CIVIL ACTION**<br>**NO. 3:26-cv-00568-AWT** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Tinesha Zandamela, Esq. on behalf of Amici Curiae 43 Cities, Counties, and Elected Officials in the above-captioned action.

Respectfully submitted,


*/s/ Tinesha Zandamela*
Tinesha Zandamela
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY & PROTECTION
Georgetown Law
600 New Jersey Ave., N.W.
Washington, D.C. 20001
T: (801) 814-8030
tcz7@georgetown.edu


Dated:  August 14, 2026

1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Tinesha Zandamela*
Tinesha Zandamela
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown Law
600 New Jersey Ave., N.W.
Washington, D.C. 20001
T: (801) 814-8030
tcz7@georgetown.edu