IN THE UNITED STATES DISTRICT COURT

AUG 18 2026 PM2:23
FILED - USDC

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT Date: August 18, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

## Judicial Notice and Public Notice:

On August 17, 2026, I, Andrew Hamilton Pritchard, received a copy of the Public Notice written by Richard Duffee as I interrupted a small rally with signs saying “Moral Monday” in front of Stamford Superior Court of Connecticut.

I entered and went to the middle of the circle of people holding hands and singing about caring for one another. When the song stopped, I asked if anyone would be a witness to my second attempt filing an Affidavit at Stamford Superior Court.

Richard Duffee said “I will do it” as others scattered including a man wearing a collar.

The following is Richard Duffee’s Public Notice.

***Trials We Face Now—or any time after December 1, 2026, when the draft can be re-instituted.***

We stand on a precipice of history. Our lives will be difficult, partly in proportion to whatever good we attempt to assist in. We must prepare ourselves because, since 1898, in a bid for world power, the US government has streamlined US institutions to serve richest and most powerful.

We know our collective past through logical and mathematical inference from present observations of reality. Many of those inferences have extraordinary reliability, but before recorded history, we have little direct confirmation of our beliefs about the past except by analogy with later observations, by comparison with other physical and cultural remains, and whatever beliefs we have developed about human nature and human society from whatever sources we regard as authoritative as we attempt to understand ourselves and each other now.

When we deal with recorded history, we must be aware that we are relying on the works of people who were either literate or powerful enough to command scribes, and are largely dependent on their statements to form our ideas of what illiterate and powerless people believed. Recovery of buried and lost documents reveals that some of those people had radically different beliefs. That fact implies that most records of civilizations we have are those of hierarchies of dominant hierarchies controlling ideation, power, and economic resources.

In the face of what we know about "civilized" cultures, what moral meaning can we attribute to our current collective condition? I believe we know this much:

1) Complete loss of hope is fatal to humans, especially to children. To tolerate life, we mold ourselves at least to the people we depend upon the most—for most of us, our families—and absorb and accept fundamental beliefs of theirs because we see no alternative. This acceptance makes us people of our own time, place, and culture. Our national institutions seek to blend us in a "melting pot" into the uniform mass that is the resource base of the hierarchies it supports. Our compliance with our position in society has many dimensions so we rely on absorbing basic patterns by using stereotypes.

2) When we comply, we involve ourselves in systems of violence and oppression. People at a distance from the top and the center are made to bear the costs that enable the power systems profiting from their labor and resources. To the extent to which we comply, we assist in causing injury to those people—and to ourselves, if we have empathy and imagination. That compliance is the ground of moral injury to ourselves also—to "Post Traumatic Stress Disorder," "PTSD."

3) If we do not want to injure others, we must face the effects of our compliance even if we feel we have not injured anyone we personally know. We still have a shadow side we must acknowledge for the sake of moral integrity. We do not believe we have no potential to injure, but do believe humans can choose not to injure.

4) Given these three steps, for what must we hold ourselves morally responsible? We must detach ourselves from felt moral bonds to oppressive systems. Here moral language gets more intricate. An initial goal of progressive discernment is to refine the language of types of oppression. This is helpful in helping to discern whether you feel you must refuse all contact with the military, or can serve as a non-combatant so long as you are not on the front lines, or can risk front-line duties also. It should also help you deal with misleading forms of cross-examination. The ultimate goal is to accurately define your own moral needs, capacities, and limits. Your commitment can change with experience, but it must be cogent and coherent. Otherwise you are more likely to experience some form of PTSD, which will be destructive and troublesome to others as well as to you.

5) The clincher is this: PTSD is, to some extent, transmissible to people, especially to children, who may even adapt themselves before birth to trauma—usually starting in the mother's third trimester of pregnancy.

If you are reading this, you are likely to be 18 to 25 years old soon, if not yet. To demand that you know yourself well enough to discern your position accurately is a far greater demand for maturity than most people in our culture need to be able to satisfy. It is an unreasonable demand, given our social reality. Yet satisfying this demand is rewarding in its own right because it puts you in a better position to make other important decisions in your life, and so to be able to treat others better also.

Please feel free to duplicate and distribute this flyer. If you change the wording for the sake of simplification, please notify the reader that it is your change. [I, Richard Duffee, retired from practice before the New York Bar on Nov. 23, 2005, and resigned in good standing on June 15, 2018. I am affiliated with the Conscientious Objector Project of the Wilton Quaker Meeting, 317 New Canaan Road, Wilton, CT 06897-3322; info@wiltonfriends.org, www.wiltonquakers.org,]

**Authority, as it is written.**

Roman 13:1 (KJV)
*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Luke 10:19 (KJV)
*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

*Marbury v. Madison, 5 US 137, (1803)*

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*In the Supreme Court case of United States v. Williams, 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352 (1992),*

*Justice Antonin Scalia, writing for the majority, confirmed that the American grand jury is neither part of the judicial, executive nor legislative branches of government, but instead belongs to the people. It is in effect a fourth branch of government "governed" and administered to directly by and on behalf of the American people, and its authority emanates from the Bill of Rights, the acts of the Grand Jury is the consent of the people. "The grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It " 'is a constitutional fixture in its own right. In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people".*

## SUMMARY

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

Restraint of liberty is unacceptable.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.

Respectfully submitted,

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut