AUG 18 2026 PM2:23
FILED - USDC - BPT - CT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT Date: August 18, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

# Judicial Notice and Public Notice: *The Court, the Department of Justice of the United States, the Governor and the Attorney General of the State of Connecticut are Ordered to Execute as Required by "Oath and Duty" to the United States Constitution and the Constitution of the State of Connecticut the Writ of Capias – Arrest for "Domestic Terrorism", "Manslaughter", and more, so help me God. (Enforcement of Law)*

Affidavit: I, Andrew Hamilton Pritchard, Petitioner, Sui Juris, Living Free Man of God, "*in fact Sovereign" {Bond vs. UNITED STATES, 529 US 334 (2000)},* file Judicial Notice and Public Notice to the Court, the Department of Justice of the United States, the Governor and the Attorney General of the State of Connecticut are ordered to execute as required by "Oath and Duty" to the United States Constitution and the Constitution of the State of Connecticut the Writ of Capias – Arrest pursuant to Connecticut General Statute (CGS) 54-170 Arrest without Warrant for "Domestic Terrorism", "Manslaughter", and more, so help me God. (Enforcement of Law)

Judge Trial Referee Robert Genuario (in his individual capacity), Judge Trial Referee John Kavanewsky Jr. (in his individual capacity), Judge Trial Referee Kevin Tierney (in his individual capacity), and other Complicit Participants (in their individual capacity) weaponize their government judicial authority to intimidate, coerce, kidnap, seize and terrorize the civilian population. Families, homes, lives and more are harmed and destroyed by these diabolical men.

Please Note: On August 17, 2026, the following "Affidavit: Statement of Truth of Interested Party, Writ of Capias – Arrest" was refused and returned at the Civil Clerk's window at Stamford Superior Court. Complicit Clerk Edmond O'Garro refused it on the first attempt, and Clerk Nadine xxxxxxx (would not give last name) refused it on a second attempt to file which was witnessed by a Mr. Richard Duffee. Mr. Duffee was kind enough to come and witness the refusal of an Affidavit after I had exhausted any assistance by the Judicial Marshals to act as a witness.

Richard Duffee Richard Duffee
203-363-4791
richard.duffee@gmail.com
15 Harbor Street, 2nd floor
Stamford, CT 06902

At 1:45 pm, August 17, Monday, I witnessed Andrew Hamilton Pritchard slip his affidavit under the window to the Stamford Court Clerk who said her name is "Nadine." Nadine said she could not accept the affidavit and that she could not write a note stating that she could not and did not accept the affidavit. She would give no more information.

Witness, Richard Duffee

1:56 pm, August 17, 2026

Andrew Hamilton Pritchard

| | | |
|---|---|---|
| **DOCKET NO. FST-CV21-6053956-S** | **:** | **SUPERIOR COURT** |
| **CASCADE FUNDING MORTGAGE** | | |
| **TRUST HB2** | **:** | **J.D. STAMFORD/NORWALK** |
| **V.** | **:** | **AT STAMFORD** |
| **TRIGAS, MARIA,** | | |
| **AKA MARIA TRIGA Et Al** | **:** | **AUGUST 17, 2026** |

# Affidavit: Statement of Truth of Interested Party

## WRIT OF CAPIAS – ARREST

I, Andrew Hamilton Pritchard, Sui Juris, living free man of God, "*in fact Sovereign" _{Bond vs. UNITED STATES, 529 US 334 (2000)},* American, Beneficiary in Equity-Executor- Owner of 9 Sylvester Court, Norwalk, Connecticut delivers my testimony; and arrest pursuant to Connecticut General Statute (CGS) 54-170 Arrest without Warrant for "domestic terrorism", "manslaughter", and more, so help me God.

Judge Trial Referee Robert Genuario (in his individual capacity), Judge Trial Referee John Kavanewsky Jr. (in his individual capacity), Judge Trial Referee Kevin Tierney (in his individual capacity), and other Complicit Participants (in their individual capacity) weaponize their government judicial authority to intimidate, coerce, kidnap, seize and terrorize the civilian population.

Families, homes, lives and more are irreparably harmed and destroyed by these evil men.

In the "Hospitalized" Maria Trigas Case FST-CV21-6053956-S, Maria's sister, Asimina Begetis, who lives with her and has power of attorney (Docket #137.00) cannot even file an Affidavit. As a matter of fact, the court returns the Affidavits with a Fraudulent Form JD ES 57 (there is NO part 10) and even retitles them to hide them on the docket.

Please see the following forms and Docket changes:

OFFICIAL FORM

**RETURN OF PAPERS**
JD-ES-57 Rev. 1-17
P.B. §§ 7-6, 12-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

To:

| Name of case | Docket number |
|---|---|
| | |

| ☐ Judicial District | ☐ Housing Session | ☐ Geographical Area Number ____ | Address of court *(Number, street, town and zip code)* |
|---|---|---|---|

The enclosed ______________________________ are returned for the following reasons:

- ☐ 1. Lack of signature on document/pleading. (Sections 4-2, 4-4, 7-6 of the Connecticut Practice Book)
- ☐ 2. Lack of certification. (Sections 10-14, 11-1, 7-6 of the Connecticut Practice Book)
- ☐ 3. Lack of case title. (Sections 4-1, 7-6 of the Connecticut Practice Book)
- ☐ 4. Lack of docket number. (Sections 4-1, 7-6 of the Connecticut Practice Book)
- ☐ 5. Lack of nature of document, for example, lack of name of designation of pleading, motion or request. (Sections 4-1, 7-6 and form 101 of the Connecticut Practice Book)
- ☐ 6. Lack of fee.
- ☐ 7. Lack of order page. (Sections 11-1, 7-6 of the Connecticut Practice Book)
- ☐ 8. Returned to wrong court. (Section 12-2 of the Connecticut Practice Book; Section 51-347 of the Connecticut General Statutes)
- ☐ 9. No address or telephone number on Appearance. (Section 3-3 of the Connecticut Practice Book)

By *(Assistant Clerk)*: ______________________________ Date: ______________

**ADA Notice**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*

Print Form Reset Form

2

FRAUDULENT FORM

**RETURN OF PAPERS**
JD-ES-57 Rev. 1-17
P.B. §§ 7-6, 12-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

To:
**Asimina Begetis**
**1447 High Ridge Road**
**Stamford, CT**

| Name of case | Docket number |
|---|---|
| CASCADE FUNDING MORTGAGE TRUST HB2 v. TRIGAS, MARIA, AKA MARIA TRIGA Et Al | FST-CV21-6053956-S |
| ☐ Judicial District ☐ Housing Session ☐ Geographical Area Number ____ | Address of court *(Number, street, town and zip code)* |

The enclosed ______________________ are returned for the following reasons:

☐ 1. Lack of signature on document/pleading. (Sections 4-2, 4-4, 7-6 of the Connecticut Practice Book)
☐ 2. Lack of certification. (Sections 10-14, 11-1, 7-6 of the Connecticut Practice Book)
☐ 3. Lack of case title. (Sections 4-1, 7-6 of the Connecticut Practice Book)
☐ 4. Lack of docket number. (Sections 4-1, 7-6 of the Connecticut Practice Book)
☐ 5. Lack of nature of document, for example, lack of name of designation of pleading, motion or request. (Sections 4-1, 7-6 and form 101 of the Connecticut Practice Book)
☐ 6. Lack of fee.
☐ 7. Lack of order page. (Sections 11-1, 7-6 of the Connecticut Practice Book)
☐ 8. Returned to wrong court. (Section 12-2 of the Connecticut Practice Book; Section 51-347 of the Connecticut General Statutes)
☐ 9. No address or telephone number on Appearance. (Section 3-3 of the Connecticut Practice Book)
☑ **10. The court can't accept this document because you are not a party to this case.**

By *(Assistant Clerk)*: N. Lesperance Admin Clerk    Date: 8-10-26
N.Lesperance Admin Clerk

**ADA Notice**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*

Print Form    Reset Form

3

AFFIDAVIT filed July 9, 2026. Clerk did not enter as "D" Defendant, rather "O" Court.

State of Connecticut Judicial Branch
**Superior Court Case Look-up**

Superior Court Case Look-up
Civil/Family
Housing
Small Claims

Attorney/Firm Juris Number Look-up

Case Look-up
By Party Name
By Docket Number
By Attorney/Firm Juris Number
By Property Address

Short Calendar Look-up
By Court Location
By Attorney/Firm Juris Number
Motion to Seal or Close
Calendar Notices

Court Events Look-up
By Date
By Docket Number
By Attorney/Firm Juris Number

Legal Notices

**FST-CV21-6053956-S CASCADE FUNDING MORTGAGE TRUST HB2 v. TRIGAS, MARIA, AKA MARIA TRIGA Et Al**

**Prefix/Suffix:** [none] **Case Type:** P00 **File Date:** 10/18/2021 **Return Date:** 11/09/2021

**Case Detail** | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help

Pending Foreclosure Sales

To receive an email when there is activity on this case, click here.

**Information Updated as of:** 07/09/2026

**Case Information**

**Case Type:** P00 - Property - Foreclosure
**Court Location:** STAMFORD JD
**Property Address:** 1447 High Ridge Road, Stamford, CT 06903
**List Type:** No List Type
**Trial List Claim:**
**Last Action Date:** 07/09/2026 (The "last action date" is the date the information was entered in the system)

**Disposition Information**

**Disposition Date:**
**Disposition:**
**Judge or Magistrate:**

| | | | | |
|---|---|---|---|---|
| 154.00 | 06/17/2026 | O | MOTION TO INTERVENE<br>& Writ of Capias<br>*RESULT:* Denied 6/29/2026 HON ROBERT GENUARIO | No |
| 154.01 | 06/29/2026 | C | ORDER NEW<br>*RESULT:* Denied 6/29/2026 HON ROBERT GENUARIO | No |
| 155.00 | 06/22/2026 | O | COMMITTEE REPORT | No |
| 156.00 | 07/09/2026 | O | AFFIDAVIT NEW | No |

August 12, 2026, Clerk renames Doc. #156 "Record Correction". Please note: The Writ of Mandamus due to Abandonment, Default, Restitution, and Judicial Notice was delivered August 10, 2026, and returned.

State of Connecticut Judicial Branch
**Superior Court Case Look-up**

Superior Court Case Look-up
Civil/Family
Housing
Small Claims
Attorney/Firm Juris Number Look-up
Case Look-up
By Party Name
By Docket Number
By Attorney/Firm Juris Number
By Property Address
Short Calendar Look-up
By Court Location
By Attorney/Firm Juris Number
Motion to Seal or Close
Calendar Notices
Court Events Look-up
By Date
By Docket Number
By Attorney/Firm Juris Number
Legal Notices
Pending Foreclosure Sales
Understanding

**FST-CV21-6053956-S** **CASCADE FUNDING MORTGAGE TRUST HB2 v. TRIGAS, MARIA, AKA MARIA TRIGA Et Al**

**Prefix/Suffix:** [none] **Case Type:** P00 **File Date:** 10/18/2021 **Return Date:** 11/09/2021

**Case Detail** | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help

Pending Foreclosure Sales | To receive an email when there is activity on this case, click here.

**Information Updated as of:** 08/12/2026

**Case Information**

**Case Type:** P00 - Property - Foreclosure
**Court Location:** STAMFORD JD
**Property Address:** 1447 High Ridge Road, Stamford, CT 06903
**List Type:** No List Type
**Trial List Claim:**
**Last Action Date:** 08/12/2026 (The "last action date" is the date the information was entered in the system)

**Disposition Information**

**Disposition Date:**
**Disposition:**
**Judge or Magistrate:**

| | | | | |
|---|---|---|---|---|
| 154.00 | 06/17/2026 | O | MOTION TO INTERVENE<br>& Writ of Capias<br>*RESULT:* Denied 6/29/2026 HON ROBERT GENUARIO | No |
| 154.01 | 06/29/2026 | C | ORDER<br>*RESULT:* Denied 6/29/2026 HON ROBERT GENUARIO | No |
| 155.00 | 06/22/2026 | O | COMMITTEE REPORT | No |
| 156.00 | 07/09/2026 | C | RECORD CORRECTION<br>**Last Updated:** Document Moved - 08/12/2026 | No |

5





Criminal Acts such as above are not comforting Maria Trigas in her hospital bed as she gets updated on the case by her sister, Asimina Begetis.

In the "Dead" Jed Parkington Case FST-CV18-6038644-S, Jed Parkington and his wife begged for mercy. Instead, Stamford's Police Award Winning SWAT Unit silenced the Civil Matter.

| | |
|---|---|
| Docket No. FST-CV18-6038644-S | Superior Court |
| | J.D. of Stamford |
| WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE | |
| v. | at Stamford |
| PARKINGTON, JED | 2/21/25 |

STAMFORD-NORWALK JUDICIAL DISTRICT 2025 MAY -9 A 10:12

**Notice to Court**

To Whom It May Concern:

My wife and I have lived at 263 OAKLAWN AVENUE, Stamford, Ct since 2005. In 2018, my health began to deteriorate with debilitating headaches which turned out to be a Cancerous tumor in my head. With chemotherapy and radiation treatments which lowered my immune system in the spring of 2021, I came down with Couid-19 with pneumonia. Our disappointing lawyers decided to play it safe and go through the motions and send bills instead of truly fighting for us. The grifting of people especially older homeowners without fear of true punishment, "The too big to fail banks." We are seeking a courtroom date and a fair modification that does not include unrealistic overhead cost of Wells fargo business conduct.

THE defendant

Sinerely,

By: [signature]
(PARKINGTON, JED), Pro se
263 OAKLAWN AVENUE
STAMFORD, CT 06905

Jed and Carmen Parkington

7

2025 MAY -9 AM 11:03
OFFICE OF THE [illegible]
SUPERIOR COURT

| | |
|---|---|
| Docket No. ~~[illegible]~~ NWH-CV25-6012229 | Superior Court<br>J.D. of Stamford |
| WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE<br>v. | at Stamford |
| PARKINGTON; JED | 2/21/25 |

**Notice to Court**

To Whom It May Concern:

My wife and I have lived at 263 Oaklawn Avenue, Stamford, Ct since 2005. In 2018, my health began to deteriorate with debilitating headaches which turned out to be a cancerous tumor in my head. With chemotherapy and radiation treatments which lowered my immune system in the spring of 2021, I came down with Covid-19 with pneumonia. Our disappointing lawyers decided to play it safe and go through the motions and send bills instead of truly fighting for us. The grifiting of people especially older homeowners without fear of true punishment, "The too big to fail banks." We are seeking a courtroom date and a fair modification that does not include unrealistic overhead cost of Wells Fargo business conduct.

THE defendant

Sinerely,

Jed and Carmen Parkington

By: [signature]
(PARKINGTON, JED), Pro se
263 OAKLAWN AVENUE
STAMFORD, CT 06905

8

Monday, December 1st 2025

Dear judge,

My name is Carmen Parkington, currently residing at 263 Oaklawn Ave, Stamford, CT 06905. I write this letter in the hope to be granted an extension for eviction declared against me by Wells Fargo Bank.

I'm a 69 year old lady, who suffers from diabetes, depression, and memory loss. I do not have a place to move. I have applied for housing but the wait list is so long, minimum a year. I also have a little dog, a yorky, who is my companion and emotional support I cannot leave him. My husband fell ill and diagnosed with Cancer and Covid back in 2021. He lost his job back in 2014 and endured hardship throughout these years. We were not able to recover economically and now we are suffering the loss of our home.

I, humbly, ask you to please have mercy on me and allow me, my husband and my dog, to stay in my home until after the holidays, March 2026. Winter is coming and I am afraid I am going to be left on the street in the middle of winter. I have been of good service to my community. I have done charity with my organization, Damas Hispanas, in the past. I am good person with good morals.

Thank you for taking the time to read my letter.

Kind regards,

Carmen Parkington

12/1/25




FOX61.com
NEWS 12 CONNECTICUT
POLICE

In the "Assaulted and Kidnapped" Andrew Hamilton Pritchard Case FST-CV15-6026844-S, Norwalk Police with a military assault of 50+ Officers trespassed, kidnapped and seized Andrew Hamilton Pritchard and family members without claim or authority in a Civil Matter.








*<u>18 U.S. Code § 2331 (5)</u>* ***<u>"domestic terrorism"</u>*** *<u>– Definitions</u>*

*(5) the term "domestic terrorism" means activities that—*

*(A) involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State;*

*(B) appear to be intended—*

*(i) to intimidate or coerce a civilian population;*

*(ii) to influence the policy of a government by intimidation or coercion; or*

*(iii) to affect the conduct of a government by mass destruction, assassination, or kidnapping; and*

*(C) occur primarily within the territorial jurisdiction of the United States.*

*<u>Title 18 U.S. Code § 1112 -</u>* ***<u>Manslaughter</u>***

*(a)Manslaughter is the unlawful killing of a human being without malice. It is of two kinds:*

*Voluntary—Upon a sudden quarrel or heat of passion.*

*Involuntary—In the commission of an unlawful act not amounting to a felony, or in the commission in an unlawful manner, or without due caution and circumspection, of a lawful act which might produce death.*

*(b)Within the special maritime and territorial jurisdiction of the United States,*

*Whoever is guilty of voluntary manslaughter, shall be fined under this title or imprisoned not more than 15 years, or both;*

*Whoever is guilty of involuntary manslaughter, shall be fined under this title or imprisoned not more than 8 years, or both*

**Statement of Truth and Facts:**

Basic Roman Law, a contract not signed by both original legal parties is null and void.

Void ab intio, there is no Attorney of Record (Juris Number) on the complaint.

The Plaintiff has no claim.

The Plaintiff has NEVER proffered an enforceable contract; thus, it is unenforceable.

The Plaintiff has no Contract with the Plaintiff's signature and Defendant's signature.

The Plaintiff has NO proof of claim and harm (No money ever disbursed to Defendant).

The Plaintiff fraudulently represents themselves as a "Lender" based on "Advances".

The Plaintiff has fraudulently represented a chain of title without "PERFECTION".

The Plaintiff has never appeared in court.

The Defendant NEVER had a "TRIAL BY JURY" for claim of property, a right.

The Defendant "For good cause shown" proffers Federal Reserve Act Section 13-13.

Sec. 13 FEDERAL RESERVE ACT

[13. Advances to individuals, partnerships, and corporations on direct obligations of the United States]

Subject to such limitations, restrictions and regulations as the Board of Governors of the Federal Reserve System may prescribe, any Federal reserve bank may make advances to any individual, partnership or corporation on the promissory notes of such individual, partnership or corporation secured by direct obligations of the United States or by any obligation which is a direct obligation of, or fully guaranteed as to principal and interest by, any agency of the United States. Such advances shall be made for periods not exceeding 90 days and shall bear interest at rates fixed from time to time by the Federal reserve bank, subject to the review and determination of the Board of Governors of the Federal Reserve System. [12 U.S.C. 347c]

The Defendant "For good cause shown" proffers the sworn testimony of Walker F. Todd, former legal counsel and assistant general counsel to the Federal Reserve Bank of New York and research officer at the Federal Reserve Bank of Cleveland.

In his affidavit, Todd states:

"Instead of the bank lending its money or other assets to the customer, as the customer reasonably might believe… the bank created funds for the customer's transaction account without the customer's permission, authorization, or knowledge, and delivered the credit on its own books…"

Todd further explains that:

"No lawful money was or probably ever would be disbursed by either side in the covered transactions… At most, the Plaintiff extended its own credit (money of account), but the Defendants were required to repay in money (money of exchange)...creating an inequality of obligations."

— Affidavit of Walker F. Todd, submitted in Oakland County Circuit Court, Michigan, Case No. 03-047448-CZ (2004).

The Defendant "For good cause shown" proffers Uniform Commercial Code (UCC) the four requirements for an enforceable contract.

UNENFORCEABLE CONTRACT

The Statute of Frauds is part of the Uniform Commercial Code, known as the "UCC." The UCC is a model statute that has been adopted by the majority of states in the United States. In most cases, it is used to resolve contract disputes over the sale of goods. The Statute of Frauds statute enacted may vary from state to state, but most are similar to the UCC.

There are certain elements each written contract should contain. These will vary from state to state but generally must include the following elements:

- Identification information of both parties entering into the contract;
- Reasonably identifiable subject matter;
- Clearly stated fundamental terms and conditions; and
- Signatures of all parties to the agreement.

The Defendant "For good cause shown" proffers the Northwest Ordinance of 1787, the Constitution of the United States for America, and the Constitution of the State of California as to his right to a trial by jury as required for "due process".

Northwest Ordinance (1787) An Ordinance for the government of the Territory of the United States northwest of the River Ohio

Sec. 14. It is hereby ordained and declared by the authority aforesaid, That the following articles shall be considered as articles of compact between the original States and the people and States in the said territory and forever remain unalterable, unless by common consent, to wit:

Art. 2. The inhabitants of the said territory shall always be entitled to the benefits of the writ of habeas corpus, and of the trial by jury; of a proportionate representation of the people in the legislature; and of judicial proceedings according to the course of the common law. All persons shall be bailable, unless for capital offenses, where the proof shall be evident or the presumption great. All fines shall be moderate; and no cruel or unusual punishments shall be inflicted. No man shall be deprived of his liberty or property, but by the judgment of his peers or the law of the land; and, should the public exigencies make it necessary, for the common preservation, to take any person's property, or to demand his particular services, full compensation shall be made

for the same. And, in the just preservation of rights and property, it is understood and declared, that no law ought ever to be made, or have force in the said territory, that shall, in any manner whatever, interfere with or affect private contracts or engagements, bona fide, and without fraud, previously formed.

Void ab initio – Void from the beginning – "War Crimes"
All the complaints are void.

There is NO Attorney of Record in the summons and complaint.

The Plaintiff is not a living soul.

There is NO party or appearance; thus, all is null and void.

Every Foreclosure Case with a summons and complaint filed with a Firm Juris number is null and void.

I have filed all the details in my case:
FST-CV15-6026844-S CITIMORTGAGE INC. v. PRITCHARD, ANDREW H Et Al

Doc. #1166.00 12/17/2025 D AFFIDAVIT
Void ab initio - Void from the beginning -War Crimes to Begetis, Decormier, Ocampo & J. Parkington
Doc. #1167.00 12/19/2025 D EXHIBITS
Foreclosure of Jed Parkington Inspector General Report on USE OF DEADLY FORCE
Doc. #1168.00 12/19/2025 D EXHIBITS
Request to disclose who will get proceeds from sale of Jed Parkington's stolen home (redacted)
Doc. #1169.00 12/19/2025 D EXHIBITS
Gunfire Exchanged Between Barricaded Suspect And Police During Investigation -Stamford PD
Doc. #1170.00 12/19/2025 D EXHIBITS
Deadly Exchange report reveals training btw U.S. law enforcement & Israeli police/military/Shin Bet.

Authority, as it is written.

Roman 13:1 KJV

*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Luke 10:19 (KJV)
*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

Maxim of Law: *"The government is to be subject to the law, for the law makes the government."*

Bond vs. UNITED STATES, 529 US 334 (2000)

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

Marbury v. Madison, 5 US 137, (1803)

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

In the Supreme Court case of United States v. Williams, 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352 (1992),

*Justice Antonin Scalia, writing for the majority, confirmed that the American grand jury is neither part of the judicial, executive nor legislative branches of government, but instead belongs to the people. It is in effect a fourth branch of government "governed" and administered to directly by and on behalf of the American people, and its authority emanates from the Bill of Rights, the acts of the Grand Jury is the consent of the people. "The grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It" 'is a constitutional fixture in its own right. In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people".*

IMMEDIATE ACTIONS REQUIRED:

See attached Writ of Mandamus due to Abandonment, Default, Restitution, and Judicial Notice.

| | | |
|---|---|---|
| DOCKET NO. FST-CV21-6053956-S | : | SUPERIOR COURT |
| CASCADE FUNDING MORTGAGE | | |
| TRUST HB2 | : | J.D. STAMFORD/NORWALK |
| V. | : | AT STAMFORD |
| TRIGAS, MARIA, | | |
| AKA MARIA TRIGA Et Al | : | AUGUST 10, 2026 |

2026 AUG 10 A 10: 39

**Affidavit, a statement of truth (CT PB 17-46):**

**WRIT OF MANDAMUS DUE TO ABANDONMENT, DEFAULT, RESTITUTION AND JUDICIAL NOTICE.**

I, Asimina Begetis, "*in fact Sovereign" {Bond vs. UNITED STATES, 529 US 334 (2000)}*, residing at 1447 High Ridge Road, Stamford, Connecticut and sister of hospitalized Maria Trigas deliver lawful documents and affidavits by way of Power of Attorney from Maria Trigas to stop this unlawful act of seizure by "FRAUD & SWINDLE", "RACKETEERING", "RAILROADED", "SEDITIOUS CONSPIRACY", "DOMESTIC TERRORISM", "NO SUBJECT MATTER JURISDICTION"; COMMON LAW RIGHT/REMEDY AS NO PERSON SHALL BE "DEPRIVED OF HIS LIBERTY" WITHOUT A "TRIAL BY JURY" AS REQUIRED BY THE NORTHWEST ORDINANCE OF 1767, THE CONSTITUTION OF THE UNITED STATES, AND THE CONSTITUTION OF THE STATE OF CONNECTICUT.

To the Clerk of the Court,

It is your administrative duty as per Fed. R. Civ. P. 55 duty to execute in your official capacity the default of the uncontested claims/charges and total restitution of $13,925,000 as stated below due to fraud, abandonment and tacit acquiescence.

This Writ of Mandamus due to Abandonment, Default, Restitution, and Judicial Notice orders that the case is VOID AB INITIO - VOID – NULLITY.

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

*Maxim of Law- The government is to be subject to the law, for the law makes the government.*

This is seizure and "Domestic Terrorism".

**This case is Void, a Nullity.**

18

Jurisdiction:

By the grace of God almighty, and through the supremacy clause of the Constitution (Article VI Clause 2 & 3) and the below-listed treaties of supreme law, it is I alone, who shall determine my status, standing, honor and jurisdiction.

I hereby invoke and stand upon all my natural rights, given by my God, which are written in the documents listed below. These, and all others, are universally known as the supreme law of the land:

- The Holy Bible, KJV 1611 GOD's Laws are Superior Law
- 1215 Magna Charta
- 1606 The First Charter of Virginia
- 1620 Mayflower Compact
- 1628 Petition of Rights
- 1639 Fundamental Orders of 1639
- 1641 Grand Remonstrance
- 1689 English bill of rights
- 1765 The Declaration of rights in congress at New York
- 1774 The Declaration of rights in congress at Philadelphia
- 1775 The Declaration of Arms
- 1776 The Virginia Declaration of rights
- 1777 the Articles of Confederation
- 1783 Treaty of Peace
- 1787 Northwest Ordinance
- 1789 The Constitution for the United States of America
- 1791 The Bill of Rights
- 1864, 1929 and 1949 The Geneva Conventions
- 1948 The Universal Declaration of Human Rights
- 23 March 1976 The International Covenant of Civil and Political Rights, Articles 1-27

I, Andrew Hamilton Pritchard, hereby and forever stand firm upon these natural rights listed above, giving the free man of God, one of "We the People".

The Supreme Court said that the "rights of life and personal liberty are the natural rights of man. To secure these rights ... governments are instituted among men" U.S. v. Cruikshank, 92 U.S. 542, 2 Otto 542, 23 L. Ed. 588.

"Every State law must conform in the first place to the Constitution of the United States, and then to the subordinate constitutions of the particular state; and if it infringes upon the provisions of either, it is so far void." Houston v. Moore, 18 US 1, 5 L.Ed 19 (1840)

The constitution is the law of the land and there can be no statutes or rule making that would abrogate the constitution. The general principal is: anything that is repugnant to or abrogates the constitution is null and void of law.

Miranda v. Arizona, 384 U.S. 436, (1966) "Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them."

Marbury v. Madison, 5 US 137, (1803) "The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."

"An officer of the court may be held liable in damages to any person injured in consequence of a breach of any of the duties connected with his office...The liability for nonfeasance, misfeasance, and for malfeasance in office is in his 'Individual Capacity' , not his official capacity..." see 70 Am. Jur. 2nd Sec. 50, VII Civil Liability "When lawsuits are brought against federal officials, they must be brought against them in their "individual" capacity not their official capacity. When federal officials perpetrate constitutional torts, they do so ultra vires (beyond the powers) and lose the shield of immunity." Williamson v. U.S. Department of Agriculture, 815 F.2d. 369, ACLU Foundation v. Barr, 952 F.2d. 457,293 U.S. App. DC 101, (CA DC 1991). The same rule applies to state officials.

<u>Summary:</u>

*<u>Maxim of Law –</u>*

*"The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

<u>Maxim of Law:</u> *"An unrebutted affidavit becomes the judgment in law."*

If the government or any party fails to respond to an affidavit; then, the Affidavit is considered the binding truth between the parties involved.

When a court, judge, or attorney engages in this framework without full disclosure, they commit constructive fraud.

When they use commercial law in place of constitutional due process, they participate in misprision of treason under 18 U.S.C. § 2382.

The weaponized courts seize our property, destroy lives and family without thinking of who is harmed.

It is diabolical.

Freedom requires justice.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.

Respectfully,

Andrew Hamilton Pritchard, Sui Juris
Living free man of God, "*in fact Sovereign*"
*{Bond vs. UNITED STATES, 529 US 334 (2000)}*, American
Beneficiary in Equity-Executor
9 Sylvester Court
Norwalk, Connecticut
Phone: (203)858-7949
Email: apritchard1963@gmail.com

CERTIFICATE OF SERVICE

I certify that a copy of this objection was sent to all appearing pro se parties and counsel of record by mailing a copy via US Postal service to:

MCCALLA RAYMER LEIBERT
PIERCE LLC (101589) 50 WESTON
STREET
HARTFORD, CT 06120

Andrew H. Pritchard

# Attachments

| | | |
|---|---|---|
| **DOCKET NO. FST-CV21-6053956-S** | : | **SUPERIOR COURT** |
| **CASCADE FUNDING MORTGAGE** | | |
| **TRUST HB2** | : | **J.D. STAMFORD/NORWALK** |
| **V.** | : | **AT STAMFORD** |
| **TRIGAS, MARIA,** | | |
| **AKA MARIA TRIGA Et Al** | : | **AUGUST 10, 2026** |

2026 AUG 10 A 10: 39

**Affidavit, a statement of truth (CT PB 17-46):**

**WRIT OF MANDAMUS DUE TO ABANDONMENT, DEFAULT, RESTITUTION AND JUDICIAL NOTICE.**

I, Asimina Begetis, *"in fact Sovereign" {Bond vs. UNITED STATES, 529 US 334 (2000)}*, residing at 1447 High Ridge Road, Stamford, Connecticut and sister of hospitalized Maria Trigas deliver lawful documents and affidavits by way of Power of Attorney from Maria Trigas to stop this unlawful act of seizure by "FRAUD & SWINDLE", "RACKETEERING", "RAILROADED", "SEDITIOUS CONSPIRACY", "DOMESTIC TERRORISM", "NO SUBJECT MATTER JURISDICTION"; COMMON LAW RIGHT/REMEDY AS NO PERSON SHALL BE "DEPRIVED OF HIS LIBERTY" WITHOUT A "TRIAL BY JURY" AS REQUIRED BY THE NORTHWEST ORDINANCE OF 1767, THE CONSTITUTION OF THE UNITED STATES, AND THE CONSTITUTION OF THE STATE OF CONNECTICUT.

To the Clerk of the Court,

It is your administrative duty as per Fed. R. Civ. P. 55 duty to execute in your official capacity the default of the uncontested claims/charges and total restitution of $13,925,000 as stated below due to fraud, abandonment and tacit acquiescence.

This Writ of Mandamus due to Abandonment, Default, Restitution, and Judicial Notice orders that the case is VOID AB INITIO - VOID – NULLITY.

I do not consent any hearings as this Court has no jurisdiction.

The Clerk of the Court is required to execute the Writ of Mandamus.

The court has abandoned pleadings and all claims are uncontested; thus, tacit acquiescence. The entry of default and restitution is required to be lawfully executed.

Legal Maxim: "A claim not contested, stands true."

Legal Maxim: "A claim bought in law that is not contested or rebutted, then stands true. Hence silence to a controversy is considered consent to any judgment."

Legal Maxim: "He who does not deny, admits."

Legal Maxim: "An unrebutted affidavit becomes the judgment in law."

If the government or any party fails to respond to an affidavit; then, the Affidavit is considered the binding truth between the parties involved.

*Sampson v. Channell, 110 F.2d 754, 762 (1st Cir. 1940):*

*This case reiterates that an affidavit stands as truth unless specifically rebutted. The government, like any other party, is bound to respond to an affidavit in a timely and substantive manner. Ignoring it does not extinguish its validity; instead, it acknowledges the claims as true.*

Authority, as it is written.

Roman 13:1 (KJV)
*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Luke 10:19 (KJV)
*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

Authority, as affirmed by case law of man.

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*Marbury v. Madison, 5 US 137, (1803)*

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

<u>Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)</u>

*Note: Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of* ***treason.*** *The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).*

<u>*Meyer v. Nebraska, 262 US 390 - Supreme Court 1923*</u>

*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus-- may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*

*<u>As to LIBERTY.</u> "While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."*

**Case Information:**

I, Asimina Begetis, have the Power of Attorney from my sister, Maria Trigas.

| FST-CV21-6053956-S<br>Prefix/Suffix: [none] | CASCADE FUNDING MORTGAGE TRUST HB2 v. TRIGAS, MARIA, AKA MARIA TRIGA Et Al<br>Case Type: P00 File Date: 10/18/2021 Return Date: 11/09/2021 | | |
|---|---|---|---|
| 137.00 | 03/30/2026 | D | NOTICE<br>Regarding Power of Attorney |
| 138.00 | 03/30/2026 | D | NOTICE<br>Public Notice & Judicial Notice |

The complicit Judges and Clerks have refused to file and Denied documents, Motions, Liens, and Counterclaims in violation of the CONNECTICUT UNIFORM POWER OF ATTORNEY ACT AND CONNECTICUT UNIFORM RECOGNITION OF SUBSTITUTE DECISION-MAKING DOCUMENTS ACT which states the following:

***Sec. 1-351k. General authority with respect to claims and litigation.*** *Unless the power of attorney otherwise provides, language in a power of attorney granting general authority with respect to claims and litigation authorizes the agent to:*

***(1) Assert and maintain before a court or administrative agency a claim, claim for relief, cause of action, counterclaim, offset, recoupment or defense, including an action to recover property***

*or other thing of value, recover damages sustained by the principal, eliminate or modify tax liability, or seek an injunction, specific performance or other relief;*

*(2) Bring an action to determine adverse claims or intervene or otherwise participate in litigation;*

*(3) Seek an attachment, garnishment, order of arrest or other preliminary, provisional or intermediate relief and use an available procedure to effect or satisfy a judgment, order or decree;*

*(4) Make or accept a tender, offer of judgment or admission of facts, submit a controversy on an agreed statement of facts, consent to examination and bind the principal in litigation;*

*(5) Submit to alternative dispute resolution, settle and propose or accept a compromise;*

*(6) Waive the issuance and service of process upon the principal, accept service of process, appear for the principal, designate persons upon which process directed to the principal may be served, execute and file or deliver stipulations on the principal's behalf, verify pleadings, seek appellate review, procure and give surety and indemnity bonds, contract and pay for the preparation and printing of records and briefs, receive, execute, and file or deliver a consent, waiver, release, confession of judgment, satisfaction of judgment, notice, agreement or other instrument in connection with the prosecution, settlement or defense of a claim or litigation;*

*(7) Act for the principal with respect to bankruptcy or insolvency, whether voluntary or involuntary, concerning the principal or some other person, or with respect to a reorganization, receivership or application for the appointment of a receiver or trustee which affects an interest of the principal in property or other thing of value;*

*(8) Pay a judgment, award or order against the principal or a settlement made in connection with a claim or litigation; and*

*(9) Receive money or other thing of value paid in settlement of or as proceeds of a claim or litigation.*

*(P.A. 15-240, S. 35; P.A. 16-40, S. 9.)*

*History: P.A. 15-240 effective July 1, 2016; P.A. 16-40 changed effective date of P.A. 15-240, S. 35, from July 1, 2016, to October 1, 2016, effective May 27, 2016.*

This is Fraud upon the Court and more.

On July 2, 2026, I tried to file a Public Notice and Judicial Notice of a Claim of Equitable Lien. It was stamped by the Clerk; then, it was rejected.

On July 2, 2026, I tried to file a Counterclaim. It was stamped by the Clerk and taken at the window. Several days later, I received my Counterclaim in the mail which was rejected because I do not have an appearance in the case.

I have filed an Appearance form, but they reject that too.

On July 7, 2026, I went to the Clerk's office with the Counterclaim and my Power of Attorney document. The Clerk refused to file the Counterclaim stating that I do not have an appearance in the case and the Judge Denied the Motion to Intervene.

This is against the law.

Read it.

***Sec. 1-351k. General authority with respect to claims and litigation.*** *Unless the power of attorney otherwise provides, language in a power of attorney granting general authority with respect to claims and litigation authorizes the agent to:*

***(1) Assert and maintain before a court or administrative agency a claim, claim for relief, cause of action, counterclaim, offset, recoupment or defense, including an action to recover property or other thing of value, recover damages sustained by the principal, eliminate or modify tax liability, or seek an injunction, specific performance or other relief;***

***(2) Bring an action to determine adverse claims or intervene or otherwise participate in litigation;***

The Court is a weapon just attacking my sister and me.

The judges just want to seize our property.

They do not care about us or justice.

**Complicit Participants:**

Judge Robert Genuario (in his individual capacity)
Judge John Kavanewsky (in his individual capacity)
Judge Kevin Tierney (in his individual capacity)
Committee - Attorney Charles T. Busek (in his individual capacity)
Attorney Jessica McMahon of McCalla Leibert Raymer Pierce LLP (or LLC)
Attorney Christopher R. Thompson of McCalla Leibert Raymer Pierce LLP (or LLC)
Attorney Benjamin T. Staskiewicz of McCalla Leibert Raymer Pierce LLP (or LLC)

Attorney Chardynea Crossdale of McCalla Leibert Raymer Pierce LLP (or LLC)
Attorney Martin Caine of McCalla Leibert Raymer Pierce LLP (or LLC)
Attorney James Pocklington of McCalla Leibert Raymer Pierce LLP (or LLC)
Attorney Michael B. Miley of McCalla Leibert Raymer Pierce LLP (or LLC)
*Please note: No party is a licensed debt collector in Connecticut.*

**Claims/Charges**

The Complicit Participants named above are in violation of the following: Title 12 CFR 1026 Truth in Lending Act (TILA) Regulation Z, 12 USC 2605 Real Estate Settlement Procedures Act (RESPA) Section 6; no DUE PROCESS the 5th Amendment, the 7th Amendment and 14th Amendment of the US Constitution; plus, The Right to Privacy' addressed in the 1st Amendment, 3rd Amendment, 4th Amendment, 5th Amendment and the "Liberty" Guarantee of the 14th Amendment of the US Constitution; 18 US Code 4 Misprision of felony; 18 U.S. Code § 3 - Accessory after the fact; Title 18 US Code 153 Embezzlement Against Estate; Title 18 U.S.C Section 241 Conspiracy Against Rights; Title 18 U.S.C Section 242 Deprivation of Rights Under the Color of Law; Title 42 US Code 12203 Prohibition Against Retaliation and Coercion; Title 9 18 U.S.C 1951 Hobbs Act; Title 5 Administrative Procedure Act 1946; Executive Order 13818 Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption; Executive Order 13848 Imposing Certain Sanctions in the Event of Foreign Interference in a United States Election; Title 50 U.S. Code 2204 Definitions "ENEMY", "SPOILS OF WAR", etc.; Title 5 U.S. Code § 3331 - Oath of office; Title 18 U.S. Code § 1918 - Disloyalty and asserting the right to strike against the Government; Title 18 U.S. Code § 1346 - Definition of "scheme or artifice to defraud"; Title 8 U.S. Code § 1481 - Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions; Title 22 U.S. Code § 611 – Definitions; Title 28 U.S. Code Chapter 176 - FEDERAL DEBT COLLECTION PROCEDURE; Title 22 U.S. Code § 286 - Acceptance of membership by United States in International Monetary Fund; Title 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof; Title 42 U.S. Code § 12202 - State immunity; Title 42 U.S. Code § 2000d–7 - Civil rights remedies equalization; Title 5 U.S. Code § 558 - Imposition of sanctions; determination of applications for licenses; suspension, revocation, and expiration of

licenses; Title 18 U.S. Code § 2331 – Definitions "Domestic Terrorism"; Title 18 U.S. Code § 2332b - Acts of terrorism transcending national boundaries; Title 18 U.S. Code § 2384 - Seditious conspiracy; Title 18 U.S. Code § 2382 - Misprision of treason; Title 18 U.S. Code § 2381 – Treason.

**IMMEDIATE ACTIONS REQUIRED:**

1) Vacate Foreclosure Judgment.

2) ARREST COMPLICIT PERSONS.

   Sec. 54-170. Arrest without warrant. The arrest of a person may be lawfully made also by any peace officer or a private person, without a warrant, upon reasonable information that the accused stands charged in the courts of a state with a crime punishable by death or imprisonment for a term exceeding one year, but when so arrested the accused shall be taken before such a judge with all practicable speed and complaint shall be made against him under oath setting forth the ground for the arrest as in section 54-169; and thereafter his answer shall be heard as if he had been arrested on a warrant.

3) Complicit participants must be brought before an unbiased Grand Jury of the People (not an Investigatory Grand Jury made up of one or three biased Judges) to determine that a Trial by Jury and/or a Common Law Grand Jury must commence for crimes and Treason.

4) Restitution: Treble damage, emotional duress, complicit participants, and seizure of home as follows:

| | |
|---|---|
| Home | $ 925,000 |
| Emotional Duress | $2,000,000 |
| Judges | $3,000,000 |
| Committee | $1,000,000 |
| Attorneys | $7,000,000 |

**Bill of Complaint Total = $13,925,000.00**

**Summary:**

*Maxim of Law –*

*"The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

Maxim of Law: *"An unrebutted affidavit becomes the judgment in law."*

If the government or any party fails to respond to an affidavit; then, the Affidavit is considered the binding truth between the parties involved.

When a court, judge, or attorney engages in this framework without full disclosure, they commit constructive fraud.

When they use commercial law in place of constitutional due process, they participate in misprision of treason under 18 U.S.C. § 2382.

The weaponized courts seize our property, destroy lives and family without thinking of who is harmed.

It is diabolical.

Freedom requires justice.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.

Respectfully,

Asimina Begetis    8-10-2026

Asimina Begetis
1447 High Ridge Road
Stamford, Connecticut
Email: begetisasimina@gmail.com
Phone: (203)252-9327

State of Connecticut

County of Fairfield ss. (Town/City) Stamford

On this the 10 day of August, 2026, before me, (name of notary) Connie Fair

the undersigned officer, personally appeared (Asimina Begetis), known to me (or satisfactorily proven) to be the person(s) whose name(s) (is or are) subscribed to the within instrument and acknowledged that (he, she or they) executed the same for the purposes therein contained.

In witness where of I here unto set my hand.

____________________

Signature of Notary Public

Date Commission Expires: 9/30/2027

Connie Fair

Printed Name of Notary

Connie S. Falr
Notary Public, State of Connecticut
My Commission Expires Sept. 30, 2027

**Authority, as it is written.**

Roman 13:1 (KJV)
*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Luke 10:19 (KJV)
*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

*Marbury v. Madison, 5 US 137, (1803)*

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*In the Supreme Court case of United States v. Williams, 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352 (1992),*

*Justice Antonin Scalia, writing for the majority, confirmed that the American grand jury is neither part of the judicial, executive nor legislative branches of government, but instead belongs to the people. It is in effect a fourth branch of government "governed" and administered to directly by and on behalf of the American people, and its authority emanates from the Bill of Rights, the acts of the Grand Jury is the consent of the people. "The grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It " 'is a constitutional fixture in its own right. In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people".*

## SUMMARY

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

Restraint of liberty is unacceptable.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.

Respectfully submitted,

________________________________________

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut