**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:26-CV-00568-AWT |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, ET AL. | : | |
| *Defendants.* | : | AUGUST 26, 2026 |

**MOTION TO WITHDRAW APPEARANCE**

In accordance with Local Rule 7(e), the undersigned counsel respectfully requests leave of the Court to withdraw his appearance on behalf of Defendants the City of New Haven and Justin Elicker in the above-captioned matter. These Defendants remain represented by able co-counsel, including Toby Merrill, Erin Monju, and Kayla Svihovec at Public Rights Project.

The undersigned is departing from the team litigating this matter at Public Rights Project, and will be unable to continue representing the Defendants in this matter. The undersigned represents that a copy of this motion has been sent via email to the City Defendants in accordance with Local Rule 7(e).

WHEREFORE, the undersigned respectfully moves that this Court grant his motion to withdraw his appearance from the above-captioned matter.

By: */s/ Patrick Archer*

Patrick Archer* (NY Bar #6194757)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
patrick.archer@publicrightsproject.org

**Admitted pro hac vice. Not admitted in California.*

**CERTIFICATION**

I hereby certify that on August 26, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Patrick Archer*
Patrick Archer