AUG 31 2026 AM9:09
FILED - USDC - BPT - CT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT Date: August 31, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

# Judicial Notice and Public Notice:

## Amendment to Complicit Participants and Related Cases

Affidavits are attached as required for Writ of Capias – Arrest.

Please take notice of the following additional names and cases:

***MISSOURI***

United States District Court for the Western District of Missouri Judge
***Megan Blair Benton***

Superior Court Judge/Commissioner
***Blake Carmichael Sherer***

CIRCUIT COURT

Case: 26AE-CC00160 TRIM FINANCIAL SERVIC V ROSE ISTRIBUTING, LL ET A

***NEW JERSEY***

Superior Court Judge
***Jonathan W. Romankow***
***David J. Weaver***

SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION:

SUSSEX COUNTY

DOCKET NO. SSX-DC-002637-06 THE FIRST AMERICAN ACCEPTANCE CO., LLC, ORIGINAL PLAINTIFF BY NEW CENTURY FINANCIAL SERVICES, INC., ASSIGNEE, *PLAINTIFF*, V. MARY BETH, *DEFENDANT*

Amended Complicit Participants and Related Cases documents are attached.

**Authority, as it is written.**

Roman 13:1 (KJV)
*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Micah 2 (KJV)
*2 Woe to them that devise iniquity, and work evil upon their beds! when the morning is light, they practise it, because it is in the power of their hand.*
*2 And they covet fields, and take them by violence; and houses, and take them away: so they oppress a man and his house, even a man and his heritage.*
*3 Therefore thus saith the Lord; Behold, against this family do I devise an evil, from which ye shall not remove your necks; neither shall ye go haughtily: for this time is evil.*
*4 In that day shall one take up a parable against you, and lament with a doleful lamentation, and say, We be utterly spoiled: he hath changed the portion of my people: how hath he removed it from me! turning away he hath divided our fields.*
*5 Therefore thou shalt have none that shall cast a cord by lot in the congregation of the Lord.*
*6 Prophesy ye not, say they to them that prophesy: they shall not prophesy to them, that they shall not take shame.*

[7] *O thou that art named the house of Jacob, is the spirit of the Lord straitened? are these his doings? do not my words do good to him that walketh uprightly?*
[8] *Even of late my people is risen up as an enemy: ye pull off the robe with the garment from them that pass by securely as men averse from war.*
[9] *The women of my people have ye cast out from their pleasant houses; from their children have ye taken away my glory for ever.*
[10] *Arise ye, and depart; for this is not your rest: because it is polluted, it shall destroy you, even with a sore destruction.*
[11] *If a man walking in the spirit and falsehood do lie, saying, I will prophesy unto thee of wine and of strong drink; he shall even be the prophet of this people.*
[12] *I will surely assemble, O Jacob, all of thee; I will surely gather the remnant of Israel; I will put them together as the sheep of Bozrah, as the flock in the midst of their fold: they shall make great noise by reason of the multitude of men.*
[13] *The breaker is come up before them: they have broken up, and have passed through the gate, and are gone out by it: and their king shall pass before them, and the Lord on the head of them.*

Luke 10:19 (KJV)
*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

*Marbury v. Madison, 5 US 137, (1803)*

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*In the Supreme Court case of United States v. Williams, 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352 (1992),*

*Justice Antonin Scalia, writing for the majority, confirmed that the American grand jury is neither part of the judicial, executive nor legislative branches of government, but instead belongs to the people. It is in effect a fourth branch of government "governed" and administered to directly by and on behalf of the American people, and its authority emanates from the Bill of Rights, the acts of the Grand Jury is the consent of the people. "The grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It " 'is a constitutional fixture in its own right. In fact the whole theory of its function is that it belongs to no branch of*

*the institutional government, serving as a kind of buffer or referee between the Government and the people"*.

## SUMMARY

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

Restraint of liberty is unacceptable.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.

Respectfully submitted,

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God, "*in fact Sovereign"{Bond vs. UNITED STATES, 529 US 334 (2000)}*
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

| | | |
|---|---|---|
| **CASE: 26AE-CC00160** | **:** | **CIRCUIT COURT** |
| **TRIM FINANCIAL SERVICES, INC.** | **:** | **PLATTE COUNTY** |
| | **:** | **MISSOURI** |
| **V.** | | |
| **ROSE DISTRIBUTING LLC &<br>LARRY EUGENE MAEL, II &<br>THERESA LYNN MAEL** | **:** | **AUGUST 31, 2026** |

## PUBLIC NOTICE & JUDICIAL NOTICE

### Update on the "THE RAILROAD JOB OF MISSOURI"

*Marbury v. Madison, 5 US 137, (1803)*

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

Maxim of Law: *"Judicial notice is a form of evidence."*

## AFFIDAVIT: STATEMENT OF TRUTH

*Subject: December 10, 2025, Armed Seizure of 6807 Cedar Bend, Parkville, Missouri; "Domestic Terrorism" and "Treason". [Case: 25AE-AC02096]*

I, Andrew Hamilton Pritchard, Sui Juris, Living American, Beneficiary in Equity-Executor of 9 Sylvester Court, Norwalk, Connecticut delivers my testimony, so help me God.

My jurisdiction is the Constitution for the United States of America, the Supreme Law of the Land, as defined by the Judiciary Act of 1789.

I am a witness to abandonment, default, and "Treason" by an "Enemy" Tribunal.

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

*Maxim of Law- The government is to be subject to the law, for the law makes the government.*

"THE RAILROAD JOB OF MISSOURI"

Complicit Amy R. Ashelford (in her individual capacity) is NOT a judge and has no authority.

Complicit Amy R. Ashelford does not have a certificate of oath dated May 5, 2023, "upon her commission" per Missouri Statute 476.28. (See Case: 25AE-AC02096 January 22, 2026, Public Notice & Judicial Notice -Affidavit, uncontested)

**Case: 25AE-AC02096 is in abandonment and default, uncontested!**

**Now, "THE RAILROAD JOB OF MISSOURI" turns up the steam by scheduling a hearing for the Plaintiff on August 27, 2026, before Complicit Amy R. Ashelford (in her individual capacity).**

**Update: Complicit Amy R. Ashelford (in her individual capacity) had the August 27, 2026, hearing and denied everything of the Defendant and Disposed the case.**

**Wow, talk about your corrupt cover up of your own crimes.**

**Canon Law Basics: a judge cannot hear her own case against her. Please note: Amy R. Ashelford is not a judge.**

This is eight months after the Defendant's December 9, 2025, Motion for Default "NO SUBJECT MATTER JURISDICTION" filing which was never heard.

On December 10, 2025, armed seizure in a civil matter of 6807 Cedar Bend, Parkville, Missouri was executed without authority, "Domestic Terrorism".

**"THE RAILROAD JOB OF MISSOURI" keeps chugging along and opens a Quiet Title action in CASE: 26AE-CC00160 that is in Default too.**

In CASE: 26AE-CC00160, the court has scheduled a hearing for August 7, 2026, before United States District Court Judge Megan Blair Benton which is incredible to have such a significant judge on an administrative simple Quiet Title case.

Oh, I bet it is because Megan and Amy worked together and are good friends.

Bias?

Constructive Fraud?

What is even more amazing about "THE RAILROAD JOB OF MISSOURI" is the August 7, 2026, hearing in CASE: 26AE-CC00160 requires the creative corrupt rulings of Complicit Amy R. Ashelford (in her individual capacity) in Case: 25AE-AC02096 that does not have a hearing until August 27, 2026.

To put it simply, it was fraud upon the court to even file CASE: 26AE-CC00160.

Update: August 7, 2026, hearing was done before a judge of mystery. There is no name attached to the Audio Transcript of the hearing. The judge of mystery denies the Motion to Dismiss and schedules a new hearing.

Complicit Judge Blake Carmichael Sherer is not a judge!

## Oath of Office

State of Missouri
County of Platte } SS

I, Blake Sherer do solemnly swear that I will support the Constitution of the United States, and the Constitution of the State of Missouri, and that I will faithfully demean myself in the office of ____________

[signature]
Signature of Commissioned Individual

Subscribed and sworn to before me, in the City of Platte City within and for said County of Platte this 17th day of July A.D. 2026

Seal of Officer

[signature]
Officer Signature and title

If a notary is administering the oath of office, the notary must affix their notary seal (embosser or stamp) and the other printed information required by law for every notary certificate. If another official qualified by law is administering the oath of office, that person must indicate their title next to their signature and affix the seal of their office if any.

08/2007

Oath of Fraud has no seal, no notary stamp, wrong date, witness, and full name.

Court Record shows Complicit Judge Sherer was assigned case from Federal District Court Judge Megan Blair Benton (without jurisdiction) on August 20, 2026.

This is a pathetic cover-up of "Enemy" Judges.

It is a diabolical and grotesque use of judicial power by a United States District Court Judge and Sixth Circuit Court Judges.

There is nothing Quiet about this Title, War Crime!

This is such a disgusting display of court corruption that I have submitted as a related case in USA v. STATE OF CONNECTICUT Case 3 26-cv-00568-AWT.

Missouri, "the Show Me" State, does not care that there is no money disbursed or signature of any kind by Trim Financial Services, Inc., a California Corporation.

Just to be clear, no money was disbursed to Rose Distributing LLC or Larry Eugene Mael II from Trim Financial Services, Inc.

I do not see a Signature by Paul Trimakas, President of Trim Financial Services, Inc.

There is NO signature from anybody, unenforceable contract; thus, there is no claim.

All Affidavits are uncontested and are in default.

This is seizure and "Domestic Terrorism".

I was blown away to hear that three Deputy Sheriffs would break into a man's home with drawn weapons to seize his property.

Missouri is the heartland of America. How could this happen?

**This case is Void, a Nullity.**

The War Crime of armed seizure of home and property is a violent violation of human rights.

<u>*Rotella v. Wood et al., 528 U.S. 549 (2000)*</u>

*"The object of civil RICO is thus not merely to compensate victims but to turn them into prosecutors, "private attorneys general," dedicated to eliminating racketeering activity. 3 Id., at 187 (citing Malley-Duff, 483 U.S., at 151) (civil RICO specifically has a "further purpose [of] encouraging potential private*

*plaintiffs diligently to investigate"). The provision for treble damages is accordingly justified by the expected benefit of suppressing racketeering activity, an object pursued the sooner the better."*

*Marbury v. Madison, 5 US 137, (1803)*

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

*SECURITIES AND EXCHANGE COMMISSION v. JARKESY, JR., 603 U. S. (June 27, 2024)*

*"I write separately to highlight that other constitutional provisions reinforce the correctness of the Court's course. The Seventh Amendment's jury-trial right does not work alone. It operates together with Article III and the Due Process Clause of the Fifth Amendment to limit how the government may go about depriving an individual of life, liberty, or property. The Seventh Amendment guarantees the right to trial by jury. Article III entitles individuals to an independent judge who will preside over that trial. And due process promises any trial will be held in accord with time-honored principles. Taken together, all three provisions vindicate the Constitution's promise of a "fair trial in a fair tribunal." In re Murchison, 349 U. S. 133, 136 (1955)."*

*That is why the Constitution built "high walls and clear distinctions" to safeguard individual liberty. Plaut v. Spendthrift Farm, Inc., 514 U. S. 211, 239 (1995). Ones that ensure even the least popular among us has an independent judge and a jury of his peers resolve his case under procedures designed to ensure a fair trial in a fair forum. In reaffirming all this today, the Court hardly leaves the SEC without ample powers and recourse. The agency is free to pursue all of its charges against Mr. Jarkesy. And it is free to pursue them exactly as it had always done until 2010: In a court, before a judge, and with a jury. With these observations, I am pleased to concur.*

*Axon Enterprise, Inc. v. FTC, 143 S. Ct. 890 (2023) Nos. 21-86 and 21-1239 (April 14, 2023),*

*"Cases involving ... deprivations or transfers of life, liberty, or property constitute a core of cases that ... MUST be resolved by Article III courts—not executive adjudicators dressed up as courts".*

Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985).

*the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function thus where the impartial functions of the court have been directly corrupted."*

Kenner v. C.I.R., 387 F.3d 689 (1968); 7 Moore's Federal Practice, 2d ed., p. 512, Â¶ 60.23.

*"Fraud upon the court" has been defined by the 7th Circuit Court of Appeals to "embrace that species of fraud which does, or attempts to, defile the court itself, or is a fraud perpetrated by officers of the court so that the judicial machinery can not perform in the usual manner its impartial task of adjudging cases that are presented for adjudication."*

*The 7th Circuit further stated "a decision produced by fraud upon the court is not in essence a decision at all, and never becomes final."*

Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)

*Note: Any judge who does not comply with his oath to the Constitution of the United States* ***wars against that Constitution*** *and engages in acts in violation of the supreme law of the land.* ***The judge is engaged in acts of treason.*** *The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).*

Salinas v. United States, 522 U.S. 52, 63 (1997).

*Conspiracy "A conspiracy may exist even if a conspirator does not agree to commit or facilitate each and every part of the substantive offense."*

*It is "the common-law principle that, so long as they share a common purpose, conspirators are liable for the acts of their co-conspirators."*

*"A conspirator must intend to further an endeavor which, if completed, would satisfy all of the elements of a substantive criminal offense, but it suffices that he adopt the goal of furthering or facilitating the criminal endeavor."*

*Meyer v. Nebraska, 262 US 390 - Supreme Court 1923*

*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus--may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*

*As to LIBERTY, "While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."*

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*Article 3, Section 1*

*The judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.*

*Maxim of Law –*

*"The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

*Legal Maxim: "An unrebutted affidavit becomes the judgment in law."*

If the government or any party fails to respond to an affidavit; then, the Affidavit is considered the binding truth between the parties involved.

"THE RAILROAD JOB OF MISSOURI" is a weaponized court system that continues to run over innocent victims without a thought for justice.

The plunder of Missouri is diabolical and must be stopped.

Armed seizure of liberty is unacceptable and unlawful.

I am a witness to "Domestic Terrorism" and Treason.

King James Version (KJV) Roman 13:1, "Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God."

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.

Respectfully,

Andrew Hamilton Pritchard, Sui Juris
Living American
Beneficiary in Equity-Executor
9 Sylvester Court
Norwalk, Connecticut
Phone: (203)858-7949
Email: apritchard1963@gmail.com

**IN THE SUPERIOR COURT FOR THE STATE OF NEW JERSEY**

**LAW DIVISION: SUSSEX SPECIAL CIVIL PART**

THE FIRST AMERICAN ACCEPTANCE CO., LLC,

ORIGINAL PLAINTIFF BY NEW CENTURY

FINANCIAL SERVICES, INC., ASSIGNEE

*PLAINTIFF*,

V. : **DOCKET NO. SSX-DC-002637-06**

MARY BETH,

*DEFENDANT*, **:DATE: AUGUST 31, 2026**

**AFFIDAVIT: STATEMENT OF TRUTH:**

I, Andrew Hamilton Pritchard, Sui Juris, Living American, "*in fact Sovereign" {Bond vs. UNITED STATES, 529 US 334 (2000)}*, deliver this Affidavit: Statement of Truth and Judicial Notice of "Domestic Terrorism" and Treason as witness.

Authority, as it is written.

Roman 13:1 (KJV)
*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Luke 10:19 (KJV)
*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

Authority, as affirmed by case law of man.

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

**"Domestic Terrorism" and Treason as witness.**

DOCKET NO. SSX-DC-002637-06 is Void, a Nullity. There is no claim.

Gerard J. Felt is executing a "Fraud and Swindle" just as he was fined $1,500,000 in 2016 by the U.S. Consumer Financial Protection Bureau (see attached).

Judge David J. Weaver (in his individual capacity) and Judge Jonathon W. Romankow (in his individual capacity) are complicit participants in "Railroading" a case of fraud by willful disregard of simple facts.

There is no claim.

There is no contract.

There is no signature of Mary Beth on any document proffered by the Plaintiff.

The plaintiff does not say where this is from or by whom, and over 20 years later they are suddenly trying to harass and attack Mary Beth.

Mary Beth's daughter, Shya Beth, is fighting to protect their farm from a giant "Farm Preservation Racketeering Scheme" in New Jersey involving complicit Judges and more; thus, the reason for the attack on Mary Beth, "Domestic Terrorism".

This is fraud upon the court, larceny and to cause harm.

Pressler & Pressler, LLP is not registered in the State of New Jersey as a debt collector or anything as claimed by Attorney Ralph Gulko, "Fraud & Swindle".

Mary Beth has never had contact with a man or company named THE FIRST AMERICAN ACCEPTANCE CO., LLC and/or NEW CENTURY FINANCIAL SERVICES, INC, all fraud fiction.

Attorney Christopher P. Odogbili proffers fraudulent documents and even fraudulently claims of service of papers.

In all that legal fiction produced by fraudsters there is not one signature by Mary Beth, or proof of service to Mary Beth who lives on a farm that requires my regular attendance.

The case is VOID AB INITIO - VOID – NULLITY.

This Court has no jurisdiction.

Obviously, the Complicit Participant, Judge David J. Weaver (in his individual capacity) is in judicial default and directing the "Railroad Job" on the Defendant.

The court has abandoned pleadings and all claims are uncontested; thus, tacit acquiescence.

Legal Maxim: "A claim not contested, stands true."

Legal Maxim: "A claim bought in law that is not contested or rebutted, then stands true. Hence silence to a controversy is considered consent to any judgment."

Legal Maxim: "He who does not deny, admits."

Legal Maxim: "An unrebutted affidavit becomes the judgment in law."

If the government or any party fails to respond to an affidavit; then, the Affidavit is considered the binding truth between the parties involved.

Sampson v. Channell, 110 F.2d 754, 762 (1st Cir. 1940):

*This case reiterates that an affidavit stands as truth unless specifically rebutted. The government, like any other party, is bound to respond to an affidavit in a timely and substantive manner. Ignoring it does not extinguish its validity; instead, it acknowledges the claims as true.*

***COMPLICIT PARTICIPANTS***

*Gerard J. Felt, Attorney at Pressler, Felt & Warshaw, LLP*

*Christopher P. Odogbili, Attorney at Pressler, Felt & Warshaw, LLP*

*Ralph Gulko, Attorney at Pressler, Felt & Warshaw, LLP*

*Judge Jonathon W. Romankow (in his individual capacity)*

*Judge David J. Weaver (in his individual capacity)*

Summary:

*Maxim of Law –*

*"The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at*

*all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

Maxim of Law: *"An unrebutted affidavit becomes the judgment in law."*

If the government or any party fails to respond to an affidavit; then, the Affidavit is considered the binding truth between the parties involved.

Complicit Retired Judge David J. Weaver and other participants willfully disregard Canon Law and Law for the sake of plunder. Their Tribunal of fiction is used as a weapon against "We the People".

When a court, judge, or attorney engages in this framework without full disclosure, they commit constructive fraud.

When they use commercial law in place of constitutional due process, they participate in misprision of treason under 18 U.S.C. § 2382.

The weaponized courts seize our property, destroy lives and family without thinking of who is harmed.

It is diabolical.

Freedom requires justice.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.

Respectfully,

Andrew Hamilton Pritchard, Sui Juris
Living American, "*in fact Sovereign*" *{Bond vs. UNITED STATES, 529 US 334 (2000)}*
Beneficiary in Equity-Executor -Owner
9 Sylvester Court
Norwalk, Connecticut
Phone: (203)858-7949
Email: apritchard1963@gmail.com

# DEFENDANTS ATTACHMENT:

*SUI JURIS - ARREST WITHOUT WARRANT CGS 54-170:*

*United States v. Sandford, Fed. Case No.16, 221 (C.Ct.D.C. 1806).*

***In the early days of our Republic, "prosecutor" was simply anyone who voluntarily went before the grand Jury with a complaint.***

Affirmation by the Third Circuit Appellate Court of the use of a Writ of Capias

**On April 4, 2025, the United States Court of Appeals for the Third Circuit Document Case No. 24-2242 filed by Appellant titled "Writ of Capias-Demand for Arrest":**

***"Any further review must be sought in the United States Supreme Court"***

Legal Maxim: "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God."

Legal Maxim: "A claim not contested, stands true."

Legal Maxim: "He who does not deny, admits."

Legal Maxim: "Failure to enforce the law does not change it."

Legal Maxim: "A claim bought in law that is not contested or rebutted, then stands true. Hence silence to a controversy is considered consent to any judgment."

Legal Maxim: "An Unrebutted Affidavit is Truth."

Legal Maxim: "No one is judge in their own case."

Legal Maxim: "Judicial notice is a form of evidence."

**Defendants below are named in their individual capacity.**

## ***SUPREME COURT OF THE UNITED STATES***

John G. Roberts, Jr.
Clarence Thomas
Samuel A. Alito, Jr.
Sonia Sotomayor
Elena Kagan
Neil M. Gorsuch
Brett M. Kavanaugh
Amy Coney Barrett, Associate Justice
Ketanji Brown Jackson

Clerk of the Court

Scott S. Harris

## ***CONNECTICUT:***

United States District Court for the District of Connecticut Judge

Victor Bolden

Omar A. Williams

Sarala V. Nagala

Chief Justice of the Supreme Court

Chase Theodora Rogers (RET. 2018)
Richard A. Robinson

Superior Court Judges

Robert L. Genuario
Kevin M. Tierney
Kevin A. Randolph
John F. Blawie
Charles T. Lee
A. William Mottolese
John F. Kavanewsky, Jr.

Ronald E. Kowalski, II
Douglas C. Mintz
David R. Tobin
Kenneth B. Povodator
Walter Michael Spader, Jr.
Bruce P. Hudock
Vikki Cooper
Robert G. Golger
Alex V. Hernandez
Sheila Ann Ozalis
Taggart D. Adams
Yamini Menon
Thomas Colin
Eric Tindil
William Clark
Gary White
Donna Heller
Margarita Moore
Mary Elizabeth Reid
Peter McShane
Maria Gonzales
Scott M. Jones

Chief Court Administrator, Judge

Patrick L. Carroll, III

Appellate Court Judges

Joseph P. Flynn
Bethany Jean Alvord
Alexandra Davis Dipentima

Connecticut Governor

Ned Lamont
Dannel P. Malloy

Connecticut Attorney General

William Tong and other Complicit Participants

Deputy Assistant State's Attorney

Laurence Tamaccio

## *DELAWARE*

United States Court of Appeals for the Third Circuit Judge

Tamika R. Montgomery-Reeves
Patty Shwartz
Anthony J. Scirica

United States District Court for the District of Delaware Judge

Colm Felix Connolly
Richard G. Andrews
Jennifer L. Hall
Maryellen Noreika
Gregory B. Williams

United States District Court of Delaware Clerk of Court

Randall C. Lohan

Delaware Supreme Court Justice

Abigail M. Legrow
Karen L. Valihura
Gary F. Traynor
N. Christopher Griffiths

Superior Court Judge

Eric M. Davis
Dannielle J. Brennan

Delaware Governor

John Carney and other Complicit Participants

## ***MISSOURI***

United States District Court for the Western District of Missouri Judge

Megan Blair Benton

Superior Court Judge/Commissioner

Amy R. Ashelford
Blake Carmichael Sherer

## ***NEW JERSEY***

United States District Court for the District of New Jersey Judge

Renee Marie Bumb
Jamel K. Semper
Christine P. O'Hearn

Superior Court Judge

Frank J. DeAngelis
James M. DeMarzo
Jonathan W. Romankow
David J. Weaver

**Sui Juris** • *Featuring Black's Law Dictionary, 2nd Ed.*

**Definition and Citations:**
Lat. Of his own right; possessing full social and civil rights; not under any legal disability, or the power of another, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self. Story, Ag. Affirmation by the Third Circuit Appellate Court of the use of a Writ of Capias directed the Petitioner to submit it to the Supreme Court of the United States.

*Meyer v. Nebraska, 262 US 390 - Supreme Court 1923*
*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus--may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*
***As to LIBERTY,*** *"While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."*

*Bond vs. UNITED STATES, 529 US 334 (2000)*
*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

On April 4, 2025, the United States Court of Appeals for the Third Circuit Document Case No. 24-2242 filed by Appellant titled "Writ of Capias-Demand for Arrest":

*"Any further review must be sought in the United States Supreme Court"*

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 24-2242**

Elad v. Truist Bank

To: Clerk

1) Document filed by Appellant titled "Writ of Capias-Demand for Arrest"

---

No action will be taken on the foregoing submission. The Court issued an opinion and judgment in this case on February 3, 2025, affirming the District Court's judgment. The mandate was then issued on March 25, 2025.

With the issuance of this Court's mandate, the Court's decision became final and the Court lost any authority to alter or change its decision. Any legal or factual arguments that could have been made to the Court as to why this Court's decision was legally erroneous must have been made prior to the conclusion of the appeal. No further submissions will be considered in this case. Any further review must be sought in the United States Supreme Court in accordance with that Court's rules and procedures.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 4, 2025
JK/cc: Joseph B. Elad
All Counsel of Record

RECEIVED
APR - 1 2025
U.S.C.A. 3rd. CIR

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| JOSEPH B. ELAD, | ) | |
| PLAINTIFF-APPELLANT | ) | |
| | ) | |
| V. | ) | **Case: 24-2242** |
| | ) | |
| TRUIST BANK ET AL | ) | |
| DEFENDANT-APPELLEE, | ) | |

**WRIT OF CAPIAS-DEMAND FOR ARREST:** United States Court of Appeals for the Third Circuit Judge Patty Shwartz, United States Court of Appeals for the Third Circuit Judge Tamika R. Montgomery-Reeves, United States Court of Appeals for the Third Circuit Judge Anthony J. Scirica; and the other Complicit Participants in the Petition named above pursuant to Delaware Code Title 11 § 2514. Arrest without warrant.

The Complicit Judges and Clerks engage in "SEDITIOUS CONSPIRACY" (Title 18 US Code 2384) as an "ENEMY" (Title 50 U.S. Code 2204) executing "DOMESTIC TERRORISM" (Title 18 U.S. Code 2331) and TREASON (Title 18 U.S. Code 2381) against "the People" of America by weaponizing judicial authority for any objective and/or target.

Misprision of Treason by Judges to hide the Treason of Judges is blatant.

A Trial by Jury is demanded and required for even the "appearance of justice" to exist when Judges are charged.

*"A Fox can't judge other Foxes for the Hen House Massacre."*

Maxim of Law: *"Judicial notice is a form of evidence."*

# RELATED CASES ATTACHMENT

**State of California**

SUPERIOR COURT OF TULARE COUNTY

| | |
|---|---|
| PCL330454 | SBE, LP vs. MORALES, DAVID et al |
| T.S. NO. 25-75440 | ZBS, LLP vs. MORALES, DAVID et al |
| VCM472832 | THE PEOPLE OF THE STATE OF CALIFORNIA vs. RONALD OSBURN DOB: 05/12/1978 AKA: RON OSBORN DOB: 05/12/1978 AKA: RONALD LOU OSBURN DOB: 05/12/1978 |

**State of Connecticut**

United States District Court for the District of Connecticut

| | |
|---|---|
| 22-cv-1305-VAB | MAGLIAR JR., SAMUEL v. JUDGE GARY WHITE (in his individual capacity) and ASSISTANT STATE ATTORNEY MICHAEL NEMEC (in his individual capacity) |
| 3:25-cv-00121-OAW | MAGLIAR JR., SAMUEL v. STATE OF CONNECTICUT |
| 3:24-cv-01103-SVN | [Sui Juris Petitioner, Andrew Hamilton Pritchard] vs. [In their individual capacity, United States District of Connecticut Judge Sarala V. Nagala, Connecticut Superior Court Judge Scott M. Jones, Judge Gary White, Judge Peter McShane, Judge Mary Elizabeth Reid, Judge Maria Gonzalez, Judge John F. Blawie, Judge Kevin Randolph, Judge Bruce Hudock, Judge Kenneth Provodator, and Judge Kevin Hernandez] |
| 3:24-CV-01278-SVN | [Sui Juris PETITIONER, Andrew Hamilton Pritchard, living-breathing man] vs. [THE STATE OF CONNECTICUT AND GOVERNMENT OFFICERS, OFFICIALS, JUDGES, CLERKS, STATE MARSHALS, JUDICIAL MARSHALS, POLICE OFFICERS AND ANY PERSONNEL REQUIRED TO TAKE AN OATH TO THE U.S. CONSTITUTION TO ADMINISTER THEIR DUTY; in their individual capacity et al] |

SUPERIOR COURTS OF CONNECTICUT - Civil

| | |
|---|---|
| FST-CV15-6026844-S | CITIMORTGAGE INC. v. PRITCHARD, ANDREW H Et Al |
| FST-CV23-5029576-S | LUTHY, THOMAS v. PRITCHARD, ANDREW |
| FST-CV23-5028567-S | LUTHY, THOMAS, E v. PRITCHARD, ANDREW H |
| FST-CV11-6007749-S | RESIDENTIAL CREDIT SOLUTIONS, INC. v. BEGETIS, ASIMINA Et Al |
| FST-CV21-6053956-S | CASCADE FUNDING MORTGAGE TRUST HB2 v. TRIGAS, MARIA, AKA MARIA TRIGA Et Al |
| FST-CV13-6019128-S | WELLS FARGO BANK, N.A. v. WHITE, CRYSTAL Et Al |
| HHB-CV26-5040009-S | ROCKET MORTGAGE,LLC, S/B/M NATIONSTAR MORTGAGE LLC v. DECORMIER, JOYCE, A,A/K/A DECORMIER, JOYCE Et Al |
| KNL-CV09-6001681-S | AURORA LOAN SERVICES. LLC v. DECORMIER, JOYCE, AKA |
| FST-CV14-6021995-S | BANK OF NEW YORK MELLON FKA BANK OF NEW YORK AS TR v. OCAMPO, JUAN C Et Al |
| FST-CV18-6038644-S | WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE F v. PARKINGTON, JED Et Al |

Criminal

| | |
|---|---|
| STATE OF CONNECTICUT v. PRITCHARD, ANDREW H. | S01S-CR22-0169490-T |
| STATE OF CONNECTICUT v. PRITCHARD, ANDREW H. | S01S-CR23-0250191-S |
| STATE OF CONNECTICUT v. PRITCHARD, ANDREW H. | S01S-CR23-0251706-S |
| STATE OF CONNECTICUT v. PRITCHARD, ANDREW H. | S01S-CR23-0251708-S |
| STATE OF CONNECTICUT v. PRITCHARD, ANDREW H. | S01S-CR23-0251790-S |
| STATE OF CONNECTICUT v. MAGLIARI JR., SAMUEL | S01S-CR24-0254894-S |
| STATE OF CONNECTICUT v. MAGLIARI JR., SAMUEL | S01S-CR24-0254895-S |
| STATE OF CONNECTICUT v. MAGLIARI JR., SAMUEL | S01S-CR24-0254896-S |
| STATE OF CONNECTICUT v. MAGLIARI JR., SAMUEL | S01S-CR24-0254897-S |
| STATE OF CONNECTICUT v. MAGLIARI JR., SAMUEL | F02B-CR19-0197097-T |

**State of Delaware**

United State Court of Appeals for the Third Circuit

Case; 24-2242 Joseph B. Elad, Sui Juris, Plaintiff -Appellant v. Truist Bank et al, Defendant – Appellee

United States District Court for the District of Delaware

1:23-cv-01360-GBW Joseph B. Elad, Sui Juris, Plaintiff v. Truist Bank et al, Defendants

1:24-cv-00792-JLH [Sui Juris Petitioner, Andrew Hamilton Pritchard] Vs. [In their individual capacity, Judge, Gregory B. Williams, et al], Defendants

1:25-CV-00149-CFC [Sui Juris PETITIONER, Andrew Hamilton Pritchard] vs. [United States Court of Appeals for the Third Circuit Judge Tamika R. Montgomery-Reeves. United States Court of Appeals for the Third Circuit Judge Patty Shwartz, United States Court of Appeals for the Third Circuit Judge Anthony J. Scirica, United States District Court of Delaware Judge Jennifer L. Hall, United States District Court of Delaware Judge Maryellen Noreika, United States District Court of Delaware Judge Gregory B. Williams, United States District Court of Delaware Clerk of Court Randall C. Lohan; Delaware Supreme Court Justice Abigail M. LeGrow, Justice Karen L. Valihura, Justice Gary F. Traynor, Justice N. Christopher Griffiths, Superior Court Judge Eric M. Davis, Judge Danielle J. Brennan, Delaware Governor John Carney and other Complicit Participants]

1:25-cv-01079-RGA [Sui Juris PETITIONER, Andrew Hamilton Pritchard] vs. [Chief Judge of the United States District Court for the District of Delaware Colm Felix Connolly, United States Court of Appeals for the Third Circuit Judge Tamika R. Montgomery-Reeves. United States Court of Appeals for the Third Circuit Judge Patty Shwartz, United States Court of Appeals for the Third Circuit Judge Anthony J. Scirica, United States District Court of Delaware Judge Jennifer L. Hall, United States District Court of Delaware Judge Maryellen Noreika, United States District Court of Delaware Judge Gregory B. Williams, United States District Court of Delaware Clerk of Court Randall C. Lohan; Delaware Supreme Court Justice Abigail M. LeGrow, Justice Karen L. Valihura, Justice Gary F. Traynor, Justice N. Christopher Griffiths, Superior Court Judge Eric M. Davis, Judge Danielle J. Brennan, Delaware Governor John Carney and other Complicit Participants]

THE SUPREME COURT OF DELAWARE

Case 417, 2023 TRUIST BANK, PLAINTIFF, V. ELAD, JOSEPH B., DEFENDANT,

THE SUPERIOR COURT FOR THE STATE OF DELAWARE FOR NEW CASTLE COUNTY

C.A.NO. N17L-06-100 BRANCH BANKING & TRUST COMPANY, PLAINTIFF, V. ELAD, JOSEPH B., DEFENDANT,

C.A.NO. N23C-02-243 TRUIST BANK, PLAINTIFF, V. ELAD, JOSEPH B., DEFENDANT,

THE COURT OF CHANCERY OF THE STATE OF DELAWARE

Consol. C.A. No. 9436-VCZ BRAD AINSLIE, JASON BOYER, CHRISTOPHE CORNAIRE, JOHN KIRLEY, ANGELINA KWAN AND RÉMY SERVANT, Plaintiffs, v. CANTOR FITZGERALD, L.P., a Delaware Limited Partnership, Defendant.

**State of Missouri**

CIRCUIT COURT

Case: 25AE-AC02096 TRIM FINANCIAL SERVICES, INC. vs. ROSE DISTRIBUTING LLC ET AL

Case: 26AE-CC00160 TRIM FINANCIAL SERVIC V ROSE DISTRIBUTING, LL ET A

**State of New Jersey**

United States District Court for the District of Delaware

2:25-cv-12408-JKS-AME [Sui Juris Petitioner, Shya Beth, American] vs. [Judge Frank J. DeAngelis (in his individual capacity); Judge James M. DeMarzo (in his individual capacity); THE COUNTY OF SUSSEX and SUSSEX COUNTY AGRICULTURE DEVELOPMENT BOARD; SUSSEX COUNTY AGRICULTURE DEVELOPMENT BOARD Chairman, Peter Southway (in his individual capacity); SUSSEX COUNTY AGRICULTURE DEVELOPMENT BOARD Vice Chairman, Brian Hautau (in his individual capacity); Joseph D. Greer, Esq. (433302023) of Lavery Selvaggi & Cohen, a Professional Corporation; James F. Moscagiuri, Esq. (029222001) of Lavery Selvaggi & Cohen, a Professional Corporation; Dennis R. McConnell, Attorney at Law; Senior Planning Aide of the

Sussex Country Division of Planning and Farmland Preservation Program, Rudy Dragan; and the other Complicit Participants]

SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: SUSSEX COUNTY

| | |
|---|---|
| DOCKET NO. SSX-C-12-24 | THE COUNTY OF SUSSEX and SUSSEX COUNTY AGRICULTURE DEVELOPMENT BOARD, Plaintiff, v. SHYA BETH, MISTY BROOK MEADOWS, ABC CORPS. (1-10) and JOHN DOES (1-10), Defendant(s). |
| DOCKET NO. SSX-DC-002637-06 | THE FIRST AMERICAN ACCEPTANCE CO., LLC, ORIGINAL PLAINTIFF BY NEW CENTURY FINANCIAL SERVICES, INC., ASSIGNEE, *PLAINTIFF*, V. MARY BETH, *DEFENDANT* |

**State of New York**

THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT

Cantor Fitzgerald & Co. v Pritchard 2013 NY Slip Op 04294 [107 AD3d 476]