AUG 31 2026 AM9:10
FILED - USDC - BPT - CT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT Date: August 31, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

SECOND WRIT OF MANDAMUS OF ABANDONMENT, DEFAULT, & TACIT ACQUIESCENCE (To the Clerk: this is not a "Motion". It is a command.)

PROCLAMATION & AFFIDAVIT: STATEMENT OF TRUTH

To the Clerk of the Court,

It is your administrative duty as per Fed. R. Civ. P. 55 to execute in your official capacity the default of the uncontested claims/charges and total restitution of $40,892,218,682,018.03 as stated on June 11, 2026, Public Notice and Judicial Notice of Adverse Interests – Affidavit (Doc. # 28) due to abandonment, default and tacit acquiescence. Treble damages are required due to "Domestic Terrorism" by the mutiny of our government. (See Attachments)

The court has abandoned all pleadings and all claims are uncontested; thus, tacit acquiescence. The entry of default and restitution is required to be lawfully executed.

All Affidavits delivered by Petitioner, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, are uncontested. No responses were entered; abandonment and tacit acquiescence.

As a Partner and Managing Director of Cantor Fitzgerald & Co. during September 11, 2001, the pain of the memories combined with the theft of my partnership and patents by complicit Secretary of Commerce, Howard Lutnick, is only matched by the seizure of my home of thirty-one years by over fifty or more complicit Police Officers at a civil matter, assault. (See pictures)

All parties are to be recognized as "in their Individual Capacity" as stated in the Petitioner's Motion to Intervene – Affidavit (uncontested).

If the government or any party fails to respond to an affidavit; then, the Affidavit is considered the binding truth between the parties involved.

Maxim of Law: *"An unrebutted affidavit becomes the judgment in law."*

Maxim of Law: *"He who does not deny, admits."*

Maxim of Law: *"A claim not contested, stands true."*

Maxim of Law: *"A claim bought in law that is not contested or rebutted, then stands true. Hence silence to a controversy is considered consent to any judgment."*

Maxim of Law: *"An Unrebutted Affidavit is Truth."*

Maxim of Law: *"Judicial notice is a form of evidence."*

Maxim of Law: *"The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

Maxim of Law: *"The government is to be subject to the law, for the law makes the government."*

*Sampson v. Channell, 110 F.2d 754, 762 (1st Cir. 1940):*

*This case reiterates that an affidavit stands as truth unless specifically rebutted. The government, like any other party, is bound to respond to an affidavit in a timely and substantive manner. Ignoring it does not extinguish its validity; instead, it acknowledges the claims as true.*

**Authority, as it is written.**

Roman 13:1 (KJV) *Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Micah 2 (KJV) *2 Woe to them that devise iniquity, and work evil upon their beds! when the morning is light, they practise it, because it is in the power of their hand.*
*2 And they covet fields, and take them by violence; and houses, and take them away: so they oppress a man and his house, even a man and his heritage.*

*3 Therefore thus saith the Lord; Behold, against this family do I devise an evil, from which ye
shall not remove your necks; neither shall ye go haughtily: for this time is evil.
4 In that day shall one take up a parable against you, and lament with a doleful lamentation, and
say, We be utterly spoiled: he hath changed the portion of my people: how hath he removed it
from me! turning away he hath divided our fields.
5 Therefore thou shalt have none that shall cast a cord by lot in the congregation of the Lord.
6 Prophesy ye not, say they to them that prophesy: they shall not prophesy to them, that they shall
not take shame.
7 O thou that art named the house of Jacob, is the spirit of the Lord straitened? are these his
doings? do not my words do good to him that walketh uprightly?
8 Even of late my people is risen up as an enemy: ye pull off the robe with the garment from them
that pass by securely as men averse from war.
9 The women of my people have ye cast out from their pleasant houses; from their children have
ye taken away my glory for ever.
10 Arise ye, and depart; for this is not your rest: because it is polluted, it shall destroy you, even
with a sore destruction.
11 If a man walking in the spirit and falsehood do lie, saying, I will prophesy unto thee of wine
and of strong drink; he shall even be the prophet of this people.
12 I will surely assemble, O Jacob, all of thee; I will surely gather the remnant of Israel; I will put
them together as the sheep of Bozrah, as the flock in the midst of their fold: they shall make great
noise by reason of the multitude of men.
13 The breaker is come up before them: they have broken up, and have passed through the gate,
and are gone out by it: and their king shall pass before them, and the Lord on the head of them.*

Luke 10:19 (KJV) *Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*Marbury v. Madison, 5 US 137, (1803)*

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm to so many.

Restraint of liberty is unacceptable.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.

Respectfully submitted,

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

# ATTACHMENTS

**The Mutiny by Our Government is "Domestic Terrorism" that "Wars Against the People".**

Our government, the "ENEMY" of the People, executes "DOMESTIC TERRORISM" and "GENOCIDE" with the use of "BIOLOGICAL WEAPONS" from injection to Climate Engineering through "SEDITIOUS CONSPIRACY" enabled in weaponized courts.

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm and death to so many Americans and people of the world.

*The American Heritage® Dictionary of the English Language, 5th Edition*

***mutiny /myo͞ot'n-ē/ noun***

1. *Open rebellion against constituted authority, especially rebellion of sailors against superior officers.*
2. *Insurrection against constituted authority, particularly military or naval authority; concerted revolt against the rules of discipline or the lawful commands of a superior officer; hence, generally, forcible resistance to rightful authority; insubordination.*

***18 U.S. Code § 2331 (5) "domestic terrorism" – Definitions***

*(5) the term "domestic terrorism" means activities that—*

*(A) involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State;*

*(B) appear to be intended—*

*(i) to intimidate or coerce a civilian population;*

*(ii) to influence the policy of a government by intimidation or coercion; or*

*(iii) to affect the conduct of a government by mass destruction, assassination, or kidnapping; and*

*(C) occur primarily within the territorial jurisdiction of the United States.*

NEVER FORGET: Lauren Manning was a **managing director at Cantor Fitzgerald** when the September 11 attacks unfolded. She survived the massive fireball that tore through the lobby of the World Trade Center's North Tower, suffering burns to more than 82% of her body.

Doctors initially gave her only single-digit odds of survival.

Her recovery was long and punishing — months in a medically induced coma, repeated surgeries, and intensive physical and occupational therapy.

She was discharged in December 2001, but her rehabilitation continued for many more months.

In 2011, she published Unmeasured Strength, her powerful memoir chronicling her survival, recovery, and incredible resilience.

Lauren's story is a powerful reminder of the human spirit's ability to overcome even the darkest evil.

God bless her and all the survivors who continue to inspire us







**He was 54. A bond broker, vice president at Cantor Fitzgerald. Sixteen years on the job.**




His office sat on the 104th floor of the North Tower — high enough that most mornings, the city looked small beneath him.

Coworkers called him "the Rev." It started as a jab.

Al Braca never hid his faith on a trading floor built on ego and money. He talked about Jesus. He skipped the after-work drinks. On a floor full of hard chargers, that made him stand out — and made him an easy target for jokes.

Most of those jokes softened over time. People noticed he never wavered.

Back in February 1993, when a bomb ripped through the World Trade Center's parking garage, Al found himself in a smoke-filled stairwell with hundreds of other evacuees. He didn't just walk down. He prayed with the people around him.

That day, six people lost their lives and more than a thousand were injured. It took over four hours to clear 50,000 people from the towers.

Al remembered it. So did the people who walked down with him.

September 11 was different. There would be no walking down this time.

The first plane struck the North Tower just below the 100th floor — dozens of stories beneath Al's office, but high enough that every stairwell above the impact was gone. Smoke poured up through the building. Phones started dying. People began to understand there was no way out.

Al Braca stood up.

He gathered roughly 50 coworkers into a circle. He climbed onto a desk so everyone could see him.

Then he said the words that would later reach their families secondhand, pieced together from calls made in those final minutes: "I'm going to see Jesus today. Who's coming with me?"

He led them in prayer. Some of them, by their own coworkers' later accounts, put their faith in Christ for the first time in that circle, thirty seconds from the end of everything they knew.

At the same time, Al was trying to reach his own family. He got through to an MCI operator on the outside line.

He couldn't reach his wife Jean directly. So he left the operator with four words: "Tell them I love them."

It took the operator more than a month to track down the Braca family and deliver that message. By then, they already knew Al wasn't coming home.

All 658 Cantor Fitzgerald employees who were in the North Tower that morning lost their lives. Every single one.

Jean and Al had met on the Staten Island Ferry years earlier — he asked her out, she said no, he called anyway, and a 12-hour phone call changed her mind. That first date turned into 33 years of marriage and four children: David, Deanna, Christina, and Christopher.

Just one month before September 11, Al had walked his daughter Deanna down the aisle at her wedding.

His body was found in the wreckage in the weeks that followed. His family got the one thing so many others never received: a name, a body, a funeral, a place to grieve.

Al Braca is remembered today at the National September 11 Memorial, his name etched in bronze alongside the 2,977 others taken that morning.

He spent sixteen years being teased for who he was. In the end, that's exactly who fifty people needed him to be.

More "Domestic Terrorism" in the following pictures:






**The Death of Jed Parkington of Stamford, Connecticut.**





**Armed Raid and Seizure in Platte County Missouri in a Civil Matter.**



**The Death of David Morales, he was run over by a Bearcat Armored Car in Tulare County California in a Civil Matter. They have ordered more Armored Cars.**







SHERIFF
KERN COUNTY
SHERIFF'S OFFICE


SKYVIEW 30



Next, damage is done to innocent people's homes:








THEFREETHOUGHTPROJECT.COM


2023-06-06 14:22:29 -0600
AXON BODY 3 X6033325V
© Denver Police Dept




POLICE
Photo credit: Twitter







Authority, as it is written.

Roman 13:1 KJV

*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Luke 10:19 (KJV)

*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

Maxim of Law: *"The government is to be subject to the law, for the law makes the government."*

Bond vs. UNITED STATES, 529 US 334 (2000)

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

Marbury v. Madison, 5 US 137, (1803)

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

In the Supreme Court case of United States v. Williams, 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352 (1992),

*Justice Antonin Scalia, writing for the majority, confirmed that the American grand jury is neither part of the judicial, executive nor legislative branches of government, but instead belongs to the people. It is in effect a fourth branch of government "governed" and administered to directly by and on behalf of the American people, and its authority emanates from the Bill of Rights, the acts of the Grand Jury is the consent of the people. "The grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It" 'is a constitutional fixture in its own right. In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people".*

Rotella v. Wood et al., 528 U.S. 549 (2000)

*"The object of civil RICO is thus not merely to compensate victims but to turn them into prosecutors, "private attorneys general," dedicated to eliminating racketeering activity. 3 Id., at 187 (citing Malley-Duff, 483 U.S., at 151) (civil RICO specifically has a "further purpose [of] encouraging potential private plaintiffs diligently to investigate"). The provision for treble damages is accordingly justified by the expected benefit of suppressing racketeering activity, an object pursued the sooner the better."*

Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)
*Note:* ***Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution*** *and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of* ***treason.*** *The U.S. Supreme Court has stated that* ***"no state legislator or executive or judicial officer can war against the Constitution*** *without violating his undertaking to support it"***.** *See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).*

Meyer v. Nebraska, 262 US 390 - Supreme Court 1923
*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus--may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*
***As to LIBERTY*****,** *"While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."*

**IN THE SUPREME COURT OF THE UNITED STATES**

**November 14, 2025**

**WRIT OF MANDAMUS TO POST AND SERVE:**

[Sui Juris PETITIONER, Andrew Hamilton Pritchard, living-breathing American man]

vs.

[SUPREME COURT, UNITED STATES (D-U-N-S Number: 161906136), 1 First Street NE, Washington, District of Columbia 20543, THE CONGRESS OF THE UNITED STATES, AND ANY PERSONNEL REQUIRED TO TAKE AN OATH TO THE U.S. CONSTITUTION TO ADMINISTER THEIR DUTY; in their individual capacity et al]

Petitioner, Sui Juris, living-breathing American
Andrew Hamilton Pritchard
Beneficiary in Equity-Executor
9 Sylvester Court
Norwalk, Connecticut

FROM THE DESK OF Andrew Hamilton Pritchard, American and Beneficiary in Equity-Executor

**PUBLIC NOTICE & JUDICIAL NOTICE:**

Maxim of Law: *"Judicial notice is a form of evidence."*

**WAR CRIMES - Title 18 U.S. Code § 2441**

All Officers, Agents, Clerks, Judges, Administrators, and Actors of the Corporations Doing Business as the STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF NEW JERSEY, and the GOVERNMENT OF THE UNITED STATES; plus, PALANTIR TECHNOLOGIES INC. have No Authority to Adjudicate, Govern or Legislate as they are "AT WAR WITH THE U.S. CONSTITUTION" and "ENGAGE IN ACTS OF TREASON". They are the "ENEMY" of the American People executing "DOMESTIC TERRORISM" and "GENOCIDE" by "SEDITIOUS CONSPIRACY" and use of "BIOLOGICAL WEAPONS" with delivery systems of injection to Climate Engineering.



RECEIVED
JAN - 2 2026
OFFICE OF THE CLERK
SUPREME COURT, U.S.

# WAR CRIMES - Title 18 U.S. Code § 2441

## PUBLIC NOTICE & JUDICIAL NOTICE (11/25/2025):

All Officers, Agents, Clerks, Judges, Administrators, and Actors of the Corporations and Associations Doing Business as the STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF NEW JERSEY, and the GOVERNMENT OF THE UNITED STATES; plus, PALANTIR TECHNOLOGIES INC., CONNECTICUT BAR ASSOCIATION, and AMERICAN BAR ASSOCIATION have No Authority to Adjudicate, Govern or Legislate as they are "AT WAR WITH THE U.S. CONSTITUTION" and "ENGAGE IN ACTS OF TREASON". They are the "ENEMY" of the American People executing "DOMESTIC TERRORISM" and "GENOCIDE" by "SEDITIOUS CONSPIRACY" in weaponized courts, and the use of "BIOLOGICAL WEAPONS" by delivery systems from injection to Climate Engineering.

## CHARGES & CLAIMS:

Title 18 U.S. Code 2441 War Crimes; Title 18 U.S. Code § 2384 - Seditious conspiracy; Title 18 U.S. Code § 2331 - Definitions "Domestic Terrorism"; Title 18 U.S. Code § 2332b - Acts of terrorism transcending national boundaries; Title 18 U.S. Code § 175 - Prohibitions with respect to biological weapons; Title 18 U.S. Code § 1091 - Genocide; Title 18 U.S. Code § 2382 - Misprision of treason; and Title 18 U.S. Code § 2381 - Treason by a weaponized the US Judicial Branch from top to bottom executing upon "We the People" of America through pirated power affirmed by "ENEMY" Courts. Plus, violation of the Justice for Victims of War Crimes Act & Geneva Conventions as affirmed by October 8, 2025, DECLARATION AND ORDER OF THE ALLIANCE OF INDIGENOUS NATIONS (AIN) INTERNATIONAL TRIBUNAL which states, "This Tribunal finds and hereby declares that the 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injections meet the criteria of biological weapons and weapons of mass destruction, according to the Biological Weapons Anti-Terrorism Act, of 1989, 18 USC § 175; Weapons and Firearms § 790.166 Fla. Stat. (2023), Canada's Biological and Toxin Weapons Convention Implementation Act, 2004, and the International Biological Weapons Convention. This Tribunal finds and hereby declares that the COVID-19 injections, mRNA injections, or mRNA nanoparticle injections, are in fact biological and technological weapons of mass destruction." Climate Engineering systems affirmed by Geoengineeringwatch.org.

## LEGAL MAXIM:

The government is to be subject to the law, for the law makes the government.

## AUTHORITY:

As a living-breathing American Man, one of "We the People", the Owners of Our Government, I, Andrew Hamilton Pritchard, Sui Juris, have the authority to address any felony that I witness firsthand (CGS 54-170 Arrest without Warrant). (King James Version) Galatians 6:7-8, *Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap. For he that soweth to his flesh shall of the flesh reap corruption; but he that soweth to the Spirit shall of the Spirit reap life everlasting. Amen.*

Respectfully, [signature]

Andrew Hamilton Pritchard, American, Free-Man, 9 Sylvester Court, Norwalk, Connecticut

# Damages and Restitution for "Terrorist" Acts Affirmed by the United States Supreme Court

WASHINGTON – United States Supreme Court Justice Sonia Sotomayor declined on Aug 3 to halt US$655.5 million (S$840 million) in damages that Palestinian authorities were ordered to pay plaintiffs in a US civil lawsuit concerning attacks that killed and injured Americans in Israel from 2002 to2004.

Sotomayor denied a request by the Palestinian Authority and the Palestine Liberation Organization (PLO) to put on hold the judgment while they

appeal a lower court's decision to revive the case years after it had been dismissed. The lawsuit was brought on behalf of Americans killed or injured in those shootings and bombings in the Jerusalem area.

The Supreme Court in 2025 upheld a federal law that allowed claims like those brought by the plaintiffs in the case.

Sotomayor did not explain her decision and did not refer the case to the entire court. Sotomayor handles emergency matters for cases arising from New York and certain other states.

06.20.2025

# SCOTUS Unanimously Upholds Grassley Law to Secure Justice for American Victims of PLO Terrorism

**BUTLER COUNTY, IOWA** – Senate Judiciary Committee Chairman Chuck Grassley (R-Iowa) welcomed the Supreme Court's 9-0 ruling today maintaining the constitutionality of the *Promoting Security and Justice for Victims of Terrorism Act of 2019*, a law Grassley authored alongside U.S. Sen. James Lankford (R-Okla.). The law ensures American victims of international terrorism, including terrorism perpetrated by the Palestinian Authority (PA) and Palestine Liberation Organization (PLO), can seek justice by bringing civil lawsuits in U.S. courts.

"For more than 30 years, I've advocated in Congress for the rights of victims and their families who are seeking to hold terrorist organizations and their financiers accountable for the evil they've inflicted. But along the way, courts have undermined Congress' intent and the laws we've enacted to deter terrorism. At long last, Americans impacted by international terrorism now have a clear path to justice. I hope today's ruling brings some measure of peace to those who've been injured or suffered the loss of a loved one at the hands of Palestinian terrorist organizations," **Grassley said**. "This decision sends a resounding message that foreign terrorists who intend to harm our countrymen can expect to feel the full weight of the U.S. justice system upon them."

**Background:**

Grassley's *Anti-Terrorism Act of 1992* (ATA) established a framework for victims to sue those who were responsible for or assisted in acts of international terrorism that harmed or killed Americans. For decades, American families relied on the ATA to seek damages for attacks perpetrated by the PA and PLO in Israel and elsewhere abroad, until the U.S. Court of Appeals for the Second Circuit in 2016 effectively nullified the jurisdictional authority to hold these Palestinian terrorist groups accountable.

In response to the Second Circuit's ruling, Grassley and Lankford authored the *Promoting Security and Justice for Victims of Terrorism Act* to amend and strengthen the ATA. The PA/PLO challenged the Grassley-Lankford law as an unconstitutional violation of their due process rights. Today, the Supreme Court unanimously rejected that challenge, ruling the *Promoting Security and Justice for Victims of Terrorism Act* is a proper exercise of Congress' authority over matters of serious foreign policy concern.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

ELISE GOULD, RONALD GOULD, SHAYNA GOULD, JESSICA RINE, HENNA NOVACK WALDMAN, MORRIS WALDMAN, SHMUEL WALDMAN,

Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION (PLO) and THE PALESTINIAN AUTHORITY (PA),

Defendants.

--------------------------------------------------------------- x

**Jury Verdict Form**

04 Civ. 00397 (GBD)

**DAMAGES**

**I. JANUARY 22, 2002 – JAFFA ROAD SHOOTING**

1. What amount of damages, if any, do you award as compensation for Plaintiff **Elise Gould's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

   $3,000,000.00

2. What amount of damages, if any, do you award as compensation for Plaintiff **Ronald Gould's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

   $3,000,000.00

3. What amount of damages, if any, do you award as compensation for Plaintiff **Shayna Gould's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

   $20,000,000.00

4. What amount of damages, if any, do you award as compensation for Plaintiff **Jessica Rine's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

   $3,000,000.00

5. What amount of damages, if any, do you award as compensation for Plaintiff **Henna Novack Waldman's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

$2,500,000.00

6. What amount of damages, if any, do you award as compensation for Plaintiff **Morris Waldman's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

$1,500,000.00

7. What amount of damages, if any, do you award as compensation for Plaintiff **Shmuel Waldman's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

$7,500,000.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELANA SOKOLOW, JAMIE SOKOLOW, LAUREN SOKOLOW, MARK SOKOLOW, RENA SOKOLOW, Plaintiffs, v. THE PALESTINE LIBERATION ORGANIZATION (PLO) and THE PALESTINIAN AUTHORITY (PA), Defendants. | **Jury Verdict Form** 04 Civ. 00397 (GBD) |

**DAMAGES**

**II. JANUARY 27, 2002 – JAFFA ROAD BOMBING**

1. What amount of damages, if any, do you award as compensation for Plaintiff **Elana Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

   $2,500,000.00

2. What amount of damages, if any, do you award as compensation for Plaintiff **Jamie Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

   $6,500,000.00

3. What amount of damages, if any, do you award as compensation for Plaintiff **Lauren Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

   $5,000,000.00

4. What amount of damages, if any, do you award as compensation for Plaintiff **Mark Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

   $5,000,000.00

5. What amount of damages, if any, do you award as compensation for Plaintiff **Rena Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

$7,500,000.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN BAUER, BINYAMIN BAUER, DANIEL BAUER, YEHONATHON BAUER, YEHUDA BAUER,<br><br>Plaintiffs,<br><br>v.<br><br>THE PALESTINE LIBERATION ORGANIZATION (PLO) and THE PALESTINIAN AUTHORITY (PA),<br><br>Defendants. | **Jury Verdict Form**<br><br>04 Civ. 00397 (GBD) |

**DAMAGES**

## III. MARCH 21, 2002 – KING GEORGE STREET BOMBING

1. What amount of damages, if any, do you award as compensation for Plaintiff **Alan Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

   $ 7,000,000.00

2. What amount of damages, if any, do you award as compensation for Plaintiff **Binyamin Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

   $ 1,000,000.00

3. What amount of damages, if any, do you award as compensation for Plaintiff **Daniel Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

   $ 1,000,000.00

4. What amount of damages, if any, do you award as compensation for Plaintiff **Yehonathon Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

   $ 25,000,000.00

5. What amount of damages, if any, do you award as compensation for Plaintiff **Yehuda Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

$1,000,000.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEONARD MANDELKORN, Plaintiff, v. THE PALESTINE LIBERATION ORGANIZATION (PLO) and THE PALESTINIAN AUTHORITY (PA), Defendants. | : | **Jury Verdict Form** 04 Civ. 00397 (GBD) |

**DAMAGES**

**IV. JUNE 19, 2002 – FRENCH HILL BOMBING**

1. What amount of damages, if any, do you award as compensation for Plaintiff **Leonard Mandelkorn's** injuries that you determine were caused by the **June 19, 2002** terrorist attack?

$10,000,000.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE BAKER, ESTATE OF BENJAMIN BLUTSTEIN, REBEKAH BLUTSTEIN, RICHARD BLUTSTEIN, ESTATE OF DIANE CARTER, LARRY CARTER, SHAUN CHOFFEL, ROBERT L. COULTER JR., DIANE COULTER MILLER, ROBERT L. COULTER SR., ESTATE OF JANIS RUTH COULTER, ESTATE OF DAVID GRITZ, NEVENKA GRITZ (on behalf of herself and as successor to NORMAN GRITZ),

Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION (PLO) and THE PALESTINIAN AUTHORITY (PA),

Defendants.

**Jury Verdict Form**

04 Civ. 00397 (GBD)

**DAMAGES**

**V. JULY 31, 2002 – HEBREW UNIVERSITY BOMBING**

1. What amount of damages, if any, do you award as compensation for Plaintiff **Katherine Baker's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$6,000,000.00

2. What amount of damages, if any, do you award as compensation for Plaintiff **Benjamin Blutstein's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$2,500,000.00

3. What amount of damages, if any, do you award as compensation for Plaintiff **Rebekah Blutstein's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$4,000,000.00

4. What amount of damages, if any, do you award as compensation for Plaintiff **Richard Blutstein's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$6,000,000.00

5. What amount of damages, if any, do you award as compensation for Plaintiff **Diane Carter's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$1,000,000.00

6. What amount of damages, if any, do you award as compensation for Plaintiff **Larry Carter's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$6,500,000.00

7. What amount of damages, if any, do you award as compensation for Plaintiff **Shaun Choffel's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$1,500,000.00

8. What amount of damages, if any, do you award as compensation for Plaintiff **Robert L. Coulter Jr.'s** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$3,000,000.00

9. What amount of damages, if any, do you award as compensation for Plaintiff **Diane Coulter Miller's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$3,000,000.00

10. What amount of damages, if any, do you award as compensation for Plaintiff **Robert L. Coulter Sr.'s** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$7,500,000.00

11. What amount of damages, if any, do you award as compensation for Plaintiff **Janis Ruth Coulter's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$2,500,000.00

12. What amount of damages, if any, do you award as compensation for Plaintiff **David Gritz's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$2,500,000.00

13. What amount of damages, if any, do you award as compensation for Plaintiff **Nevenka Gritz's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$10,000,000.00

14. What amount of damages, if any, do you award to Plaintiff **Nevenka Gritz as successor to Norman Gritz** as compensation for Plaintiff **Norman Gritz's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$2,500,000.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANA GOLDBERG, ELIEZER GOLDBERG, ESTHER GOLDBERG, KAREN GOLDBERG, SHOSHANA GOLDBERG, TZVI GOLDBERG, YAAKOV GOLDBERG, YITZHAK GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>THE PALESTINE LIBERATION ORGANIZATION (PLO) and THE PALESTINIAN AUTHORITY (PA),<br><br>Defendants. | **Jury Verdict Form**<br><br>04 Civ. 00397 (GBD) |

**DAMAGES**

VI. **JANUARY 29, 2004 – BUS NO. 19 BOMBING**

1. What amount of damages, if any, do you award as compensation for Plaintiff **Chana Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

   $8,000,000.00

2. What amount of damages, if any, do you award as compensation for Plaintiff **Eliezer Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

   $4,000,000.00

3. What amount of damages, if any, do you award as compensation for Plaintiff **Esther Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

   $8,000,000.00

4. What amount of damages, if any, do you award as compensation for Plaintiff **Karen Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

   $13,000,000.00

5. What amount of damages, if any, do you award as compensation for Plaintiff **Shoshana Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

$4,000,000.00

6. What amount of damages, if any, do you award as compensation for Plaintiff **Tzvi Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

$2,000,000.00

7. What amount of damages, if any, do you award as compensation for Plaintiff **Yaakov Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

$2,000,000.00

8. What amount of damages, if any, do you award as compensation for Plaintiff **Yitzhak Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

$6,000,000.00

Summary:

*Maxim of Law –*

*"The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

There is No "Trial by Jury" as required.

When they use commercial law in place of constitutional due process, they participate in misprision of treason under 18 U.S.C. § 2382.

The weaponized courts seize our property, destroy lives and family without thinking of who is harmed.

It is diabolical.

Freedom requires justice.

I write this out of love of my family, friends, "We the People"; and my duty to freedom now and the future.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.

Respectfully,

August 22, 2026

Andrew Hamilton Pritchard, Sui Juris
Living free man of God, "*in fact Sovereign*"
*{Bond vs. UNITED STATES, 529 US 334 (2000)}*, American
Beneficiary in Equity-Executor
9 Sylvester Court
Norwalk, Connecticut
Phone: (203)858-7949
Email: apritchard1963@gmail.com

JUN 11 2026 AM11:36
FILED - USDC - BPT - CT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT Date: June 11, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

**Public Notice and Judicial Notice of Adverse Interests**

**Affidavit**

I, Andrew Hamilton Pritchard, Petitioner, Sui Juris, Living Free Man of God, file a Public Notice and Judicial Notice of Adverse Interests with the United States District Court for the District of Connecticut; the United States Department of Justice; the State of Connecticut Governor Ned Lamont (in his individual capacity); the State of Connecticut Attorney General William Tong (in his individual capacity); the Government of the State of Connecticut and the United States of America.

"We the People" and Andrew Hamilton Pritchard demand our secured liberty, our interest.

Law and Justice are the lynchpin for a prosperous and balanced society.

The United States District Court for the District of Connecticut; the United States Department of Justice; the State of Connecticut Governor Ned Lamont (in his individual capacity); the State of Connecticut Attorney General William Tong (in his individual capacity); the Government of the State of Connecticut and the United States of America's interest are controlling the narrative, tyrannical power, personal financial gain, and protecting the Federal Reserve Bank and systems.

Please note: The Federal Reserve Act of 1913 created a national currency and a monetary system operating through a Federal Reserve Bank privately owned by bank shareholders hidden by various corporate entities.

"We the People" and Andrew Hamilton Pritchard have no claim or ownership to this private Federal Reserve Bank. Our interests and goals are not the same.

Every major federal agency, including the White House, DOJ, IRS, DOD, and Judicial Branches, are registered in the DUNS® system, identified by Commercial and Government Entity (CAGE) Codes, and subject to the financial oversight of foreign-controlled interests such as the International Monetary Fund, the World Bank, and the Bank for International Settlements. These registrations are not symbolic—they are instruments of contractual jurisdiction, whereby presumed commercial entities consent to binding foreign administrative rules for the purposes of procurement, indemnity, and financial operation. The same instruments of contractual jurisdiction apply to all 50 States as well.

Through the Court Registry Investment System (CRIS), court cases are securitized, assigned CUSIP numbers, and traded as bonded instruments. Funds are transferred via the Federal Reserve District Banks. Every appearance in court initiates a presumption that the man or woman has consented to being treated as a legal person (trust res), and is subject to performance bonds, bid bonds, and payment bonds—with proceeds deposited into pooled revenue streams recorded in Annual Comprehensive Financial Reports (ACFRs). These are not hypothetical or theoretical constructs; they are present in the internal ledgers of federal, state, and municipal entities.

Any court connected to an investment system has bias, a conflict of interest and an adverse interest because the objective is financial gain, not justice.

Furthermore, the BAR Association monopoly is a foreign guild structure, with lineage tied to the Inns of Court under ecclesiastical Crown authority. No member of the BAR has proven lawful delegation of constitutional power to interpret or enforce the organic Constitution. Under 22 U.S.C. § 611, any person acting on behalf of a foreign principal is a foreign agent and must be registered. No BAR member adjudicating matters in court presents proof of such registration or rebuttal to the presumption of foreign allegiance.

When a court, judge, or attorney engages in this framework without full disclosure, they commit constructive fraud. When they conceal the existence of fiduciary bonds, commercial trading of case instruments, and the use of foreign commercial law in place of constitutional due process, they participate in misprision of treason under 18 U.S.C. § 2382.

The weaponized courts seize our property, destroy lives and family without thinking of who is harmed.

It is diabolical.

This empowers the limitless plunder of America in total.

All below by Notice are abandoned and uncontested:

**<u>Dates of the Supreme Court Habeas Corpus Petitions in Default (Restitution):</u>**

*September 13, 2024 – RE: Samuel A. Magliari, Jr., [Bill of Complaint -$1,767,881,784.00] State of Connecticut*

*September 13, 2024 – RE: Andrew Hamilton Pritchard & "We the People of Connecticut". [Bill of Complaint - $725,781,907,128.00] State of Connecticut*

*November 13, 2024 – RE: Joseph B. Elad & "We the People of America" [Bill of Complaint - $140,000,000,000.00] State of Delaware*

*December 16, 2024 – RE: "We the People of America" and Andrew Hamilton Pritchard. [Bill of Complaint - $33,755,862,000,000.00] United States Government*

*July 31, 2025 – RE: "The 658 Cantor Fitzgerald Employees Killed in 9/11" and Partner, Andrew Hamilton Pritchard. [Bill of Complaint - $673,888,633.00] Howard Lutnick and Cantor Fitzgerald*

*September 5, 2025 – RE: "We the People of America" and Andrew Hamilton Pritchard. [Bill of Complaint - $1,712,164,760.00] United States Government.*

*December 4, 2025 – RE: "2890 Farmers of New Jersey Farmland Preservation Program" and Shya Beth of Misty Brook Meadows Farm. [Bill of Complaint - $1,910,839,713.03] State of New Jersey*

*December 10, 2025 – RE: "We the People of America" and Andrew Hamilton Pritchard. [Bill of Complaint - $6,264,510,000,000.00] American Bar Association*

*Abandonment and Judicial Default Restitution <u>Total: $ 40,892,218,682,018.03</u>*

**<u>Public Notice and Judicial Notice:</u>**

*June 12, 2024: Connecticut Government - Loss of Authority*

*August 28, 2024: US District Court for Connecticut - Loss of Authority*

*November 12, 2024: US District Court for Delaware - Loss of Authority*

*February 6, 2025: US Court of Appeals Third Circuit - Loss of Authority*

*February 18, 2025: US Supreme Court - Loss of Authority*

*March 18, 2025: US Supreme Court and Congress - Loss of Authority*

*October 14, 2025: US Government and Palantir Technologies – War Crimes*

*November 14, 2025: Writ of Mandamus (Notice) US Supreme Court – War Crimes*

*November 25, 2025: American Bar Association (ABA) – War Crimes*

**Writs of Capias – Demand for Arrest to the US Supreme Court and/or Solicitor General:**

*August 22, 2025: Arrest of the nine Justices of the US Supreme Court.*

*September 8, 2025: Arrest of Chief Clerk of the US Supreme Court, Scott S. Harris.*

*September 18, 2025: Writ of Mandamus - Arrest of the Justices of the US Supreme Court.*

*October 3, 2025: Letter to Attorney General & Solicitor General of Arrest of Justices.*

*October 7, 2025: Letter to Attorney General & Solicitor General of Arrest of Sec. of Commerce, Howard Lutnick.*

*October 10, 2025: Arrest of US District Court of Delaware & Third Circuit Appellate Judges.*

*November 15, 2025: Arrest Letter to the President, Attorney General & Solicitor General for Loss of Power and Authority due to dereliction of Oath & Duty (Art II, Sec. 3) and violating Title 10 U.S. Code § 892 - Art. 92. Failure to obey order or regulation, and his powers are a nullity.*

*December 5, 2025: Arrest of US District Court of New Jersey Judges.*

*December 10, 2025: Arrest Letter and Affidavit of the American Bar Association (ABA) and the Connecticut Bar Association (CBA) sent to the Attorney General & Solicitor General.*

## CLAIMS FOR RELIEF

**COUNT ONE – VIOLATION OF THE SUPREMACY CLAUSE** {***From Case 3:26-cv-00568 Document 1 Filed 04/13/26 Page 24 of 33}

***73. Plaintiff hereby incorporates the foregoing paragraphs of the Complaint as if fully stated herein.

***74. The Supremacy Clause of the United States Constitution provides that "[t]his Constitution, and the Laws of the United States which shall be made in Pursuance thereof … shall be the supreme Law of the Land … any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." U.S. Const. art. VI, cl. 2.

**TO BE DETERMINED COUNTS – VIOLATION OF THE SUPREMACY CLAUSE**

LOSS OF AUTHORITY FOR JUDGES, STATE REFEREES, AND JUDGE TRIAL REFEREES due to WILLFUL VIOLATIONS of the Connecticut Practice Book Section 11-18; WILLFUL VIOLATIONS of the Administrative Procedures Act; WILLFUL VIOLATIONS of Title 18 U.S.C Section 241 Conspiracy Against Rights; WILLFUL VIOLATIONS of Title 18 U.S.C Section 242 Deprivation of Rights Under the Color of Law; FRAUD UPON THE COURT by FALSE REPRESENTATION of court record by signing ORDER as JUDGE when you are not a Judge; WILLFUL VIOLATION of Civil Procedure as to establishing a Trial by Jury due to the many obvious legal issues raised; WILLFUL VIOLATIONS of CGS 51-47 Salaries of judges. Practice of law prohibited. Membership on board of directors of bank prohibited. Longevity payments, and CGS 52-434 State Referee which requires "Written Consent" by both parties; FRAUD UPON THE COURT by False Representation with the statement "JUDGE" on ORDERS throughout Court Records which on the face of it is a FALSE STATEMENT; Complicit Judge Trial Referee without "Written consent" is a Complicit Participant in the massive Racketeering network to enable the "Fraud & Swindle", "Railroading", "Racketeering", "Seizure" and "Treason" by "War against the Constitution" and by obvious violations of the Administrative Procedures Act of 1946.

NO STANDING AND NO SUBJECT MATTER JURISDICTION with obvious NO DUE PROCESS as confirmed by the following violations TO THE U.S. CONSTITUTION; THE CONSTITUTION OF THE STATE OF CONNECTICUT; CONNECTICUT GENERAL STATUTES CHAPTER 952 Section 53a-119 Larceny; CGA SEC. 53a-121 Value of Property; CGA SEC. 42a-9-109(a)(3); CGA SEC. 42a-9-203(b);CGA SEC. 42a-9-607(b) 12 CFR 1026 Truth in Lending Act (TILA) Regulation Z, 12 USC 2605 Real Estate Settlement Procedures Act (RESPA) Section 6; CGS Sec. 53- 379(a) Residential Mortgage Fraud; CGS 47-30 Ejectment. Set-Off of Defendant's Improvements; CGS Sec. 52-434 State Referees; CGS 52-467 Punishment for refusal to obey writ or accept copy; CGS Sec. 53a-138 Forgery in the First Degree; CGS Sec. 53a-139 Forgery in the Second degree; CGS Sec. 53a-142a Filing a False Record; CGS Sec. 8- 265ee Notice to Mortgagee of Foreclosure; CGS Sec. 49-8a Penalty for Recording False Information; CGS Sec. 49-10 Assignment of Mortgage Debt-Requirements-Sufficient Notice of Assignment; CGS Sec. 47-36aa Validations re Conveyancing Defects of

Instruments Recorded after January 1, 1997, Insubstantial Defects-Defects re Power of Attorney-Defects re Conveyance by Fiduciary; CGS Sec. 47-5 Requirements re Conveyance of Land-Conveyance pursuant to Power of Attorney; CGS Sec. 53a-129a. Identity theft defined; CGS Sec. 53a-129b. Identity theft in the first degree: Class B felony; CGS Sec. 53a-129c. Identity theft in the second degree: Class C felony; CGS Sec. 53a-129d. Identity theft in the third degree: Class D felony; CGS Sec. 53a-129e. Trafficking in personal identifying information: Class D felony; CGS Sec. 52-571h. Action for damages resulting from identity theft; CGS 53a-130 Criminal Impersonation; CGS Sec. 53a-157b. (Formerly Sec. 53a-157). False statement: Class A misdemeanor; CGS Sec. 54-64a. Release by judicial authority; CGS Sec. 53a-180. Falsely reporting an incident in the first degree: Class D or C felony; CGS Sec. 53a-180b. Falsely reporting an incident concerning serious physical injury or death: Class D or C felony; CGS Sec. 53a-183. Harassment in the second degree: Class C misdemeanor; CGS 54-82m Speedy Trial; CGS Sec. 7-254. Delinquent assessments. Liens. Assignment of liens; CGS Sec. 52-215. Dockets. Jury cases. Court cases; CGS Sec. 52-218 Jury May Try Facts in Equitable Action; the Connecticut Corrupt Organizations and Racketeering Activity Act (CORA) CGS 53-393 et seq.; no DUE PROCESS as per the Constitution of Connecticut, the 5th Amendment, the 7th Amendment and 14th Amendment of the US Constitution; plus, The Right to Privacy' addressed in the 1st Amendment, 3rd Amendment, 4th Amendment, 5th Amendment and the "Liberty" Guarantee of the 14th Amendment of the US Constitution; 18 US Code 4 Misprision of felony; 18 U.S. Code § 3 - Accessory after the fact; Title 18 US Code 153 Embezzlement Against Estate; Title 18 U.S.C Section 241 Conspiracy Against Rights; Title 18 U.S.C Section 242 Deprivation of Rights Under the Color of Law; Title 42 US Code 122203 Prohibition Against Retaliation and Coercion; Title 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees; Title 9 18 U.S.C 1951 Hobbs Act; Title 5 Administrative Procedure Act 1946; Executive Order 13818 Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption; Executive Order 13848 Imposing Certain Sanctions in the Event of Foreign Interference in a United States Election; Title 50 U.S. Code 2204 Definitions "ENEMY", "SPOILS OF WAR", etc.; Title 5 U.S. Code § 3331 - Oath of office; Title 18 U.S. Code § 1918 - Disloyalty and asserting the right to strike against the Government; Title 18 U.S. Code § 1346 - Definition of "scheme or artifice to defraud"; Title 8 U.S. Code § 1481 - Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof;

presumptions; Title 22 U.S. Code § 611 – Definitions; Title 28 U.S. Code Chapter 176 - FEDERAL DEBT COLLECTION PROCEDURE; Title 22 U.S. Code § 286 - Acceptance of membership by United States in International Monetary Fund; Title 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof; Title 42 U.S. Code § 12202 - State immunity; Title 42 U.S. Code § 2000d–7 - Civil rights remedies equalization; Title 5 U.S. Code § 558 - Imposition of sanctions; determination of applications for licenses; suspension, revocation, and expiration of licenses; Title 18 U.S. Code § 2331 – Definitions "Domestic Terrorism"; Title 18 U.S. Code § 2332b - Acts of terrorism transcending national boundaries; Title 18 U.S. Code § 175 - Prohibitions with respect to biological weapons; Title 18 U.S. Code § 1091 – Genocide; Title 18 U.S. Code 2441 War Crimes; Title 18 U.S. Code § 2382 - Misprision of treason; Title 18 U.S. Code § 2381 – Treason; and CGS 54-170 Arrest without warrant.

IMMEDIATE ACTIONS REQUIRED:

1) ARREST COMPLICIT PERSONS.

   Sec. 54-170. Arrest without warrant. The arrest of a person may be lawfully made also by any peace officer or a private person, without a warrant, upon reasonable information that the accused stands charged in the courts of a state with a crime punishable by death or imprisonment for a term exceeding one year, but when so arrested the accused shall be taken before such a judge with all practicable speed and complaint shall be made against him under oath setting forth the ground for the arrest as in section 54-169; and thereafter his answer shall be heard as if he had been arrested on a warrant.

2) Complicit participants must be brought before an unbiased Grand Jury of the People (not an Investigatory Grand Jury made up of one or three biased Judges) to determine that a Trial by Jury and/or a Common Law Grand Jury must commence for crimes and Treason.

3) Pay December 28, 2025, Andy's Lawful War Crime Claims and Restitution for "We the People" - Abandonment and Judicial Default - Restitution Total: $ 40,892,218,682,018.03

## PRAYER FOR RELIEF

I, Andrew Hamilton Pritchard, Petitioner, Sui Juris, Living Free Man of God, humbly pray for the following relief:

Luke 2:14 KJV
*Glory to God in the highest, and on earth peace, good will toward men.*

That violations of the "Supremacy Clause", and complicit participants violations to their Oath & Duty to the Constitution for the United States of America are addressed with a fair and impartial jury for the purpose of:

1. Protect the innocent from government abuse.
2. Ensure the bad actors are accused and brought to justice.
3. Audit every facet of government.
4. Recognize that under Common Law there must be an injured party, harm.

Those violations of the Supremacy Clause violate federal law and are therefore invalid.

That any other relief deemed just and proper is rewarded.

Romans 13:1 KJV

*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

*So be it.*

## SUMMARY

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

The ENEMY, complicit Judges and Attorneys ("Ultimate Sovereigns"), seized control of our legal system; and thus, control our country. The Federal Reserve Bank empowers the reign.

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

The Judges, Clerks and Government Officials of the United States have willfully violated their Oath and Duty.

Just look at the Judiciary Act of 1925 delivered by Congress after being sponsored by the Supreme Court. This was an American Bar Association By-Law X execution and direct attack of our Constitution and Liberty that haunts us today.

Restraint of liberty is unacceptable.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm to so many.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.

Respectfully submitted,

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut