AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:26-cv-00568 |
| STATE OF CONNECTICUT, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE UNITED STATES OF AMERICA .

Date: 09/11/2026

/s/ Kevin A. Peterson
*Attorney's signature*

Kevin A. Peterson (New York Bar # 6016653)
*Printed name and bar number*

450 5th St NW, Washington, D.C. 20001
*Address*

kevin.a.peterson@usdoj.gov
*E-mail address*

(202) 305-5728
*Telephone number*

(202) 514-8742
*FAX number*