SEP 11 2026 AM9:34
FILED - USDC - CT - BPT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT Date: September 11, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

# Proclamation of Restoration

(To the Clerk: this is not a "Motion". It is a command.)

## AFFIDAVIT: STATEMENT OF TRUTH

To the Clerk of the Court,

It is your administrative duty as per the Judiciary Act of 1789 to execute in your official capacity the default of the uncontested claims/charges and total restitution of $40,892,218,682,018.03 as stated on June 11, 2026, Public Notice and Judicial Notice of Adverse Interests – Affidavit (ECF No. 28) due to abandonment, default and tacit acquiescence.

Treble damages are required due to "Domestic Terrorism" by the mutiny of our government.

As a Partner and Managing Director of Cantor Fitzgerald & Co. during September 11, 2001, the pain of the memories combined with the theft of my partnership and patents by complicit Secretary of Commerce, Howard Lutnick, is only matched by the seizure of my home of thirty-one years by over fifty complicit Police Officers at a civil matter, assault.

The court has abandoned all pleadings and all claims are uncontested; thus, tacit acquiescence. The entry of default and restitution is required to be lawfully executed.

*Sampson v. Channell, 110 F.2d 754, 762 (1st Cir. 1940):*

*This case reiterates that an affidavit stands as truth unless specifically rebutted. The government, like any other party, is bound to respond to an affidavit in a timely and substantive manner. Ignoring it does not extinguish its validity; instead, it acknowledges the claims as true.*

**Restoration Decrees**

1) No harm of man is the Supreme covenant.
2) No man shall be deprived of life, liberty, or property but by the lawful judgment of his peers.
3) Trial by Jury remains inviolate.
4) A physical Trial by Jury is the common law for claims of the human body, property, and taxes; unless all parties give written consent to an alternative jurisdiction.
5) The Writ of Habeas Corpus is a right without fee for any restraint or violation of Liberty.
6) The declaration and affirmation for all the American dominion Section 14 and Article 2 of the Northwest Ordinance (1787) An Ordinance for the government of the Territory of the United States northwest of the River Ohio.
7) No court shall be bound to, contracted to, obligated to, and/or associated to any investment system, financial institution, and/or political organization; No outside influence or interest.
8) The abolishment of the Federal Reserve Bank and the Court Registry Investment System (CRIS).
9) As *Sui Juris*, you are restored to the simplicity and power of Common Law.
10) Your inalienable rights, the Bill of Rights, are Supreme covenants.

The U.S. Bill of Rights

***Note:*** *The following text is a transcription of the first ten amendments to the Constitution in their original form. These amendments were ratified December 15, 1791, and form what is known as the "Bill of Rights."*

Amendment I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Amendment II

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

Amendment III

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

Amendment IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Amendment VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

Amendment VII

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

Amendment VIII

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

Amendment IX

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

Amendment X

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

**Authority, as it is written.**

Roman 13:1 (KJV) *Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Micah 2 (KJV) *2 Woe to them that devise iniquity, and work evil upon their beds! when the*
*morning is light, they practise it, because it is in the power of their hand.*
2 *And they covet fields, and take them by violence; and houses, and take them away: so they*
*oppress a man and his house, even a man and his heritage.*
3 *Therefore thus saith the Lord; Behold, against this family do I devise an evil, from which ye*
*shall not remove your necks; neither shall ye go haughtily: for this time is evil.*
4 *In that day shall one take up a parable against you, and lament with a doleful lamentation, and*
*say, We be utterly spoiled: he hath changed the portion of my people: how hath he removed it*
*from me! turning away he hath divided our fields.*
5 *Therefore thou shalt have none that shall cast a cord by lot in the congregation of the Lord.*
6 *Prophesy ye not, say they to them that prophesy: they shall not prophesy to them, that they shall*
*not take shame.*
7 *O thou that art named the house of Jacob, is the spirit of the Lord straitened? are these his*
*doings? do not my words do good to him that walketh uprightly?*
8 *Even of late my people is risen up as an enemy: ye pull off the robe with the garment from them*
*that pass by securely as men averse from war.*

9 *The women of my people have ye cast out from their pleasant houses; from their children have ye taken away my glory for ever.*
10 *Arise ye, and depart; for this is not your rest: because it is polluted, it shall destroy you, even with a sore destruction.*
11 *If a man walking in the spirit and falsehood do lie, saying, I will prophesy unto thee of wine and of strong drink; he shall even be the prophet of this people.*
12 *I will surely assemble, O Jacob, all of thee; I will surely gather the remnant of Israel; I will put them together as the sheep of Bozrah, as the flock in the midst of their fold: they shall make great noise by reason of the multitude of men.*
13 *The breaker is come up before them: they have broken up, and have passed through the gate, and are gone out by it: and their king shall pass before them, and the Lord on the head of them.*

Luke 10:19 (KJV) *Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*Marbury v. Madison, 5 US 137, (1803)*

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

## Summary

The US *Declaration of Independence* states,

*'We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.... That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed...'.*

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm to so many.

Restraint of liberty is unacceptable.

*"And upon this act, sincerely believed to be an act of justice, warranted by the Constitution, upon military necessity, I invoke the considerate judgment of mankind, and the gracious favor of Almighty God."- President Abraham Lincoln from the Emancipation Proclamation.*

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Respectfully,

Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
*"in fact Sovereign", Bond vs. UNITED STATES, 529 US 334 (2000)*
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut