SEP 11 2026 AM9:35 FILED - USDC - CT - BPT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT Date: September 11, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

# ***Proclamation of Treason for United States District Judge Alvin W. Thompson***

On the eleventh day of September, in the year of our Lord two thousand and twenty-six, I, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, *"in fact Sovereign" {Bond vs. UNITED STATES, 529 US 334 (2000)}*, in my American dominion issues a Proclamation of Treason for United States District Judge Alvin W. Thompson with authority defined within the Proclamation.

**Affidavit:** I, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, and for "We the People of America" proclaim our secured Liberty and Justice for All; and proclaim United States District Court Judge Alvin W. Thompson's Motion to Intervene Order "DENIED" (ECF No. 79); Motion for Writ of Mandamus Order "DENIED" (ECF No. 80 ref. No. 39); and Motion for Writ of Mandamus Order "DENIED" (ECF No. 80 ref. No. 78), all filed on September1, 2026, to be acts which "Wars against the Constitution", Treason; and are VOID.

Decrees.

I declare and affirm for all the American dominion the Constitution for the United States of America;

*"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."*

*Article. III.*

*Section. 3.*

*Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.*

*The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.*

On September 1, 2026, United States District Court Judge Alvin W. Thompson's Motion to Intervene Order "DENIED" (ECF No. 79); Motion for Writ of Mandamus Order "DENIED" (ECF No. 80 ref. No. 39); and Motion for Writ of Mandamus Order "DENIED" (ECF No. 80 ref. No. 78) are willful "fraud upon the court and treasonous acts that violate the Bill of Rights and Constitution to cover up the "Enemy" control of the judicial system and more.

Judge Thompson's Orders of September 1, 2026, are fraudulent and made without authority.

I, Andrew Hamilton Pritchard, Sui Juris, deliver the following to understand the critical difference between appearing "pro se" and appearing "Sui Juris".

When you represent yourself *Pro Se*, you are effectively acting as your own attorney, which signals to the court that you are still playing by their statutory rules as a corporate entity.

In contrast, appearing *Sui Juris* means you are standing "of one's own right." You are not acting as a representative for a legal fiction; you are present as the living man or woman on the land, possessing inherent rights that predate the court itself.

As *Sui Juris*, you are not standing in the complex web of statutes and codes that govern corporate fiction but rather returned to the simplicity and power of Common Law.

Please note: Andrew Hamilton Pritchard is the name given to me by my parents and is what I respond to as a living free man of God. Not one document filed by me in this case is signed "Andrew H. Pritchard", and/or titled "pro se".

On the next page is my JS-44 Civil Cover Sheet filed and stamped April 28, 2026, by the court.

In Part III, I cross out "Citizen", type "Free Man", and sign the JS-44 Civil Cover Sheet "Andrew Hamilton Pritchard, Sui Juris".

JS 44 (Rev 03/24)

# CIVIL COVER SHEET Case 3:26-cv-00568

APR 28 2026 PM1:47 USDC - BPT - CT

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

THE UNITED STATES OF AMERICA

**DEFENDANTS**

STATE OF CONNECTICUT, et al. (see attachment)

(b) County of Residence of First Listed Plaintiff ______
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant HARTFORD
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION, 450 5th St NW, Washington, DC 200001 (see attachment)

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Free Man ~~Citizen~~ of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 28 1651, 2202; and the Constitution for the united states of America, "The Supreme Law of the Land".

Brief description of cause:
Violations of the Supremacy Clause, Wars against the Constitution and War Crimes

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $40,892,218,682,018.03 Lawful War Crime Claims and Restitution for "We the People" due to Abandonment and Judicial Default

CHECK YES only if demanded in complaint: JURY DEMAND: ☑ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE See Attachment DOCKET NUMBER ______

DATE 4/28/2026 SIGNATURE OF ATTORNEY OF RECORD [signature], Sui Juris

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

VI. CAUSE OF ACTION: I wrote "Title 28 1651, 2202; and the Constitution of the United States of America "The Supreme Law of the Land"; plus, "Violations of the Supremacy Clause, Wars against the Constitution and War Crimes"."

VII. REQUESTED IN COMPLAINT: DEMAND: $40,892,218,682,018.03 "Lawful War Crime Claims and Restitution for" JURY DEMAND: "YES".

On July 15, 2026, I filed Corrections to the Record (ECF No. 38) from front page below.

Petitioner:
Andrew Hamilton Pritchard, Sui
Juris Living Free Man of God,
Beneficiary in
Equity/Executor/Owner 9
Sylvester Court
Norwalk, Connecticut

## Corrections to the Record:

To the Clerk of the Court,

All Affidavits delivered by Petitioner, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, are uncontested. No responses were entered, tacit acquiescence.

AU records are required to state the following:

Jury Demand: YES, as stated in the Petitioner's Motion to Intervene and Court

Form. Petitioner: Andrew Hamilton Pritchard is "Sui Juris", not "Pro Se".

All parties are to be recognized as "in their Individual Capacity" as stated in the Petitioner's Motion to Intervene-Affidavit (uncontested).

If the government or any party fails to respond to an affidavit; then, the Affidavit is considered the binding truth between the parties involved.

Maxim of Law: *"An unrebutted affidavit becomes the judgment in law."*

Maxim of Law: *"He who does not deny, admits."*

Maxim of Law: *"A claim not contested, stands true."*

I, Andrew Hamilton Pritchard, am standing Sui Juris with inalienable rights in Common Law.

Thus, any dispute of Article VI, Clause 2 "The Supremacy Clause" impacts my rights.

The U.S. Bill of Rights

***Note:*** *The following text is a transcription of the first ten amendments to the Constitution in their original form. These amendments were ratified December 15, 1791, and form what is known as the "Bill of Rights."*

Amendment I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Amendment II

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

Amendment III

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

Amendment IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Amendment VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

Amendment VII

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

Amendment VIII

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

Amendment IX

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

Amendment X

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

The Supremacy Clause of the United States addresses complicated issues.

Article VI, Clause 2

- This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

Obviously, I have all the rights and authority of a living man to enter this case.

On the following four pages is Judge Thompson's Order. It is Treason as he protects a long list of "ENEMY" Judges (ECF No. 78 dated August 31, 2026) without any authority to do so.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN; and JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity,<br><br>Defendants. | Civil No. 3:26-CV-568 (AWT) |

**ORDER RE: MOTION TO INTERVENE**

For the reasons set forth below, Andrew H. Pritchard's Motion to Intervene (ECF No. 22) is hereby DENIED.

Pritchard, proceeding pro se, moves to intervene in this action pursuant to Federal Rule of Civil Procedure 24. Rule 24 provides for two types of intervention: 1) as of right; and 2) permissive.

First, with respect to intervention as of right, Rule 24(a)(2) requires intervention, on timely motion, by anyone who:

> claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect

> its interest, unless existing parties adequately represent that interest.

Fed. R. Civ. P. 24(a)(2).

A proposed intervenor's claimed interest is not "cognizable" under Rule 24 unless it is "direct, substantial, and legally protectable." Floyd v. City of New York, 770 F.3d 1051, 1060 (2d Cir. 2014) (quotation omitted). "[A]n interest that is remote from the subject matter of the proceeding, or that is contingent upon the occurrence of a sequence of events before it becomes colorable, will not satisfy the rule." Id.

Here, Pritchard has not claimed any interest in the immigration enforcement policies that are the subject of this action. In his 45-page Motion to Intervene, Pritchard does not mention either of the challenged policies. He repeatedly references one of the parties, the State of Connecticut, but not in the context of its promulgation of the policy guidance at issue in this action. See, e.g., Mot. to Intervene at 2-3 (referencing the "Connecticut Gulag" and accusing the state of "Weaponiz[ing] Courts" in the context of an unrelated criminal matter).

"A *pro se* litigant's submissions must be construed liberally . . . and [] such submissions must be read to raise the strongest arguments that they suggest." Triestman v. Fed. Bureau of Prisons, 470 F.3d 471, 476 (2d Cir. 2006) (citations

and internal quotation marks omitted). At the same time, the court "cannot read into *pro se* submissions claims that are not consistent with the *pro se* litigant's allegations." Id. (citations and internal quotation marks omitted).

Here, the proposed intervenor has not articulated any interest in the subject matter of the action, and the court cannot "read into" his motion to find one. Therefore, Pritchard is not entitled to intervene as of right.

Second, Rule 24(b) provides for permissive intervention. It states, in relevant part:

> [O]n timely motion, the court may permit anyone to intervene who . . . has a claim or defense that shares with the main action a common question of law or fact. . . . In exercising its discretion, the court must consider whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights.

Fed. R. Civ. P. 24(b).

In his Motion to Intervene, Pritchard mentions the Supremacy Clause and the related concept of federal preemption. See Mot. to Intervene at 2. However, he does not connect those principles to the subject matter of the action, instead asserting unrelated claims about the applicability of the Supremacy Clause to his personal circumstances. See, e.g., Mot. to Intervene at 22 ("[T]hrough the [S]upremacy [C]lause of the Constitution . . . and the below-listed treaties of supreme law, it is I alone, who shall determine

my status, standing, honor and jurisdiction."). Such cursory references to broad legal principles, in service of an argument unrelated to the subject matter of the action, do not constitute a common question of law.

Furthermore, in determining whether intervention is appropriate, undue delay or prejudice is the court's "principal consideration." U.S. Postal Serv. v. Brennan, 579 F.2d 188, 191 (2d Cir. 1978).

Here, permitting Pritchard to intervene would risk causing undue delay and prejudicing the original parties by complicating the issues. Therefore, the court declines to exercise its discretion to allow Pritchard to intervene.

It is so ordered.

Dated this 1st day of September 2026, at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge

Obviously, I am Sui Juris, and respond to "Andrew Hamilton Pritchard", not "Andrew H. Pritchard".

Judge Thompson's final statement, "Here, permitting Pritchard to intervene would risk causing undue delay and prejudicing the original parties by complicating the issues. Therefore, the court declines to execute its discretion to allow Pritchard to intervene.", is pure legal fiction.

Remember, The Supremacy Clause of the United States addresses complicated issues.

Article VI, Clause 2

- This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

I am standing in Common Law.

The Bill of Rights puts me and "We the People" at the center of any dispute of the Supremacy Clause.

June 11, 2026, the uncontested Affidavit of Adverse Interests (ECF No. 28) directly addresses Judge Thompson's treasonous actions that require a Trial by Jury.

The original parties were given notice to respond to the Motion to Intervene. No party objected or responded to the Motion to Intervene. Yet, Judge Thompson DENIED it after ECF No. 78.

As a matter of fact, the original parties have no rights as they are not people. The United States of America and the State of Connecticut do not have a heartbeat. There is no prejudice, and delay does not impact them.

A <u>*right*</u> is inherent. It does not have to be written down anywhere. For example, the right to life, the right to religious freedom, the right to speak freely, or the right to associate with anyone one chooses. These inalienable rights above are different, and far superior to constitutional rights.

A <u>*power*</u> has its genesis either in constitutional law, common law or statute. And powers are usually and inevitably exercised by institutions: the legislature, the executive, or the judiciary.

The US *Declaration of Independence* states,

*'We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.... That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed...'.*

The *Ninth Amendment* to the US Constitution states: –

*'The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people'.*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2026 | 80 | ORDER: The proposed intervenor's Motion for Writ of Mandamus (ECF No. 39 ) and Second Motion for Writ of Mandamus (ECF No. 78 ) are hereby DENIED. See Order re: Motion to Intervene (ECF No. 79 ). It is so ordered. Signed by Judge Alvin W. Thompson on 09/01/2026. (SO) (Entered: 09/01/2026) |

**ECF No.39**

Case 3:26-cv-00568-AWT Document 39 Filed 07/15/26 Page 1 of 13

IN THE UNITED STATES

DISTRICT COURT FOR

THE DISTRICT OF

CONNECTICUT

CASE: 3:26-cv-568-A WT Date: July 15, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

JUL 15 2026 PM2:3
FILED - USDC - BPT

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; IDSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton
Pritchard, Sui
Juris Living Free
Man of God,
Beneficiary in
Equity/Executor/
Owner 9 Sylvester
Court
Norwalk, Connecticut

WRIT OF MANDAMUS OF ABANDONMENT, DEFAULT, & TACIT ACQUIESCENCE

Maxim of Law: *"The government is to be subject to the law, for the law makes the government. "*

## AFFIDAVIT: STATEMENT OF TRUTH

To the Clerk of the Court,

It is your administrative duty as per Fed. R. Civ. P. 55 to execute in your official capacity the default of the uncontested claims/charges and total restitution of $40,892,218,682,018.03 as stated on June 11, 2026, Public Notice and Judicial Notice of Adverse Interests -Affidavit (Doc. # 28) due to abandonment, default and tacit acquiescence. (see attached).

The court has abandoned all pleadings and all claims are uncontested; thus, tacit acquiescence. The entry of default and restitution is required to be lawfully executed.

All Affidavits delivered by Petitioner, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, are uncontested. No responses were entered; abandonment and tacit acquiescence.

All parties are to be recognized as "in their Individual Capacity" as stated in the Petitioner's Motion to Intervene -Affidavit (uncontested).

If the government or any party fails to respond to an affidavit; then, the Affidavit is considered the binding truth between the parties involved.

1

THIS WAS NOT A “MOTION”. IT WAS A “COMMAND”.

**ECF No. 78**

Case 3:26-cv-00568-AWT Document 78 Filed 08/31/26 Page 1 of 47

AUG 31 2026 AM9:
FILED - USDC

IN THE UNITED STATES DISTRICT COURT OR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-A W Date: August 31, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

V.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:

Andrew Hamilton Pritchard, Sui Juris Living Free Man of God,

Beneficiary in Equity/Executor/Owner

9 Sylvester Court

Norwalk, Connecticut

SECOND WRIT OF MANDAMUS OF ABANDONMENT, DEFAULT,

& TACIT ACQUIESCENCE (To the Clerk: this is not a "Motion". It is a command.)

PROCLAMATION & AFFIDAVIT: STATEMENT OF TRUTH

To the Clerk of the Court,

It is your administrative duty as per Fed. R. Civ. P. 55 to execute in your official capacity the default of the uncontested claims/charges and total restitution of$40,892,218,682,018.03 as stated on June 11, 2026, Public Notice and Judicial Notice of Adverse Interests -Affidavit (Doc. # 28) due to abandonment, default and tacit acquiescence. Treble damages are required due to "Domestic Terrorism" by the mutiny of our government. (See Attachments)

The court has abandoned all pleadings and all claims are uncontested; thus, tacit acquiescence. The entry of default and restitution is required to be lawfully executed.

All Affidavits delivered by Petitioner, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, are uncontested. No responses were entered; abandonment and tacit acquiescence.

As a Partner and Managing Director of Cantor Fitzgerald & Co. during September 11, 2001, the pain of the memories combined with the theft of my partnership and patents by complicit Secretary of Commerce, Howard Lutnick, is only matched by the seizure of my home of thirty-one years by over fifty or more complicit Police Officers at a civil matter, assault. (See pictures)

1

THIS WAS NOT A “MOTION”. IT WAS A “COMMAND” AS STATED IN THE TITLE.

The court and Judge Thompson have no authority to convert “Writs” into a “Motion” in a tribunal of fiction and DENY them.

Alvin W. Thompson is a diabolical traitor that “Wars against the Constitution”.

I, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, “in fact Sovereign” *Bond vs. UNITED STATES, 529 US 334 (2000),* stand by the July 7, 2026, Proclamation of Liberty and Justice for All (ECF No. 32).

**Authority, as it is written.**

Roman 13:1 (KJV)
*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Luke 10:19 (KJV)
*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

Authority, as affirmed by case law of man.

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*Marbury v. Madison, 5 US 137, (1803)*

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

*Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)*

*Note: Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of* ***treason.*** *The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).*

*Meyer v. Nebraska, 262 US 390 - Supreme Court 1923*

*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus-- may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*

***As to LIBERTY, "While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."***

## SUMMARY

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

The Judges, Clerks and Government Officials of the United States have willfully violated their Oath and Duty.

Restraint of liberty is unacceptable.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm to so many.

Thus, the Proclamation of Treason decrees United States District Court Judge Alvin W. Thompson's Motion to Intervene Order "DENIED" (ECF No. 79); Motion for Writ of Mandamus Order "DENIED" (ECF No. 80 ref. No. 39); and Motion for Writ of Mandamus Order "DENIED" (ECF No. 80 ref. No. 78), all filed on September1, 2026, to be acts which "Wars against the Constitution", Treason; and are VOID.

*"And upon this act, sincerely believed to be an act of justice, warranted by the Constitution, upon military necessity, I invoke the considerate judgment of mankind, and the gracious favor of Almighty God."- President Abraham Lincoln from the Emancipation Proclamation.*

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Respectfully,

Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
"in fact Sovereign" (*Bond vs. UNITED STATES, 529 US 334 (2000)*)
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

# ATTACHMENTS

(ECF No. 32) Proclamation

(ECF No. 28) Affidavit of Adverse Interests

DEFENDANTS ATTACHMENT as of 9/11/2026

Case 3:26-cv-00568-AWT Document 32 Filed 07/07/26 Page 1 of 5

JUL 7 2026 PM12:24
FILED - USDC - BPT - CT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT Date: July 7, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

# *A Proclamation.*

On the seventh day of July, in the year of our Lord two thousand and twenty-six, I, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, in my American dominion issues a Proclamation of Liberty and Justice for All with authority as defined and containing the following:

Authority, as it is written.

Roman 13:1 (KJV)
*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Luke 10:19 (KJV)
*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

Authority, as affirmed by case law of man.

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*Marbury v. Madison, 5 US 137, (1803)*

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

*Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)*

*Note: Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of* **treason.** *The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).*

*Meyer v. Nebraska, 262 US 390 - Supreme Court 1923*

*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus-- may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*

***As to LIBERTY, "While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."***

Decrees.

No harm of man is the Supreme covenant.

No man shall be deprived of life, liberty, or property but by the lawful judgment of his peers.

No court shall be bound to, contracted to, obligated to, and/or associated to any investment system, financial institution, and/or political organization; No outside influence or interest.

The Writ of Habeas Corpus is a inviolable right for any restraint or violation of Liberty, feeless.

A physical Trial by Jury is the common law for claims of the human body, property, and taxes; unless all parties give written consent to an alternative jurisdiction.

I declare and affirm for all the American dominion Section 14 and Article 2 of the Northwest Ordinance (1787) An Ordinance for the government of the Territory of the United States northwest of the River Ohio. (see below)

*Sec. 14. It is hereby ordained and declared by the authority aforesaid, That the following articles shall be considered as articles of compact between the original States and the people and States in the said territory and forever remain unalterable, unless by common consent, to wit:*

*Art. 2. The inhabitants of the said territory shall always be entitled to the benefits of the writ of habeas corpus, and of the trial by jury; of a proportionate representation of the people in the legislature; and of judicial proceedings according to the course of the common law. All persons shall be bailable, unless for capital offenses, where the proof shall be evident or the presumption great. All fines shall be moderate; and no cruel or unusual punishments shall be inflicted.* ***No man shall be deprived of his liberty or property, but by the judgment of his peers or the law of the land; and, should the public exigencies make it necessary, for the common preservation, to take any person's property, or to demand his particular services, full compensation shall be made for the same. And, in the just preservation of rights and property, it is understood and declared, that no law ought ever to be made, or have force in the said territory, that shall, in any manner whatever, interfere with or affect private contracts or engagements, bona fide, and without fraud, previously formed.***

I, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, and for "We the People of America" proclaim our secured Liberty and Justice for All; and proclaim the abolishment of the Federal Reserve Bank and the Court Registry Investment System (CRIS).

Law and Justice are the lynchpin for a prosperous and balanced society.

Enemies of America war against the Constitution by creating a narrative through tyrannical power for personal financial gain while protecting the Federal Reserve Bank and its systems, the "Trojan Horse" weapon.

Please note: The Federal Reserve Act of 1913 created a national currency and a monetary system operating through a Federal Reserve Bank privately owned by bank shareholders hidden by various corporate entities.

"We the People of America" have no claim or ownership to this private Federal Reserve Bank. Our interests and goals are not the same.

Every major federal agency, including the White House, DOJ, IRS, DOD, and Judicial Branches, are registered in the DUNS® system, identified by Commercial and Government Entity (CAGE) Codes, and subject to the financial oversight of foreign-controlled interests such as the International Monetary Fund, the World Bank, and the Bank for International Settlements. These registrations are not symbolic—they are instruments of contractual jurisdiction, whereby

presumed commercial entities consent to binding foreign administrative rules for the purposes of procurement, indemnity, and financial operation. The same instruments of contractual jurisdiction apply to all 50 States as well.

Through the Court Registry Investment System (CRIS), court cases are securitized, assigned CUSIP numbers, and traded as bonded instruments. Funds are transferred via the Federal Reserve District Banks. Every appearance in court initiates a presumption that the man or woman has consented to being treated as a legal person (trust res), and is subject to performance bonds, bid bonds, and payment bonds—with proceeds deposited into pooled revenue streams recorded in Annual Comprehensive Financial Reports (ACFRs). These are not hypothetical or theoretical constructs; they are present in the internal ledgers of federal, state, and municipal entities.

Any court connected to an investment system has bias, a conflict of interest and an adverse interest because the objective is financial gain, not justice.

Furthermore, the BAR Association monopoly is a foreign guild structure, with lineage tied to the Inns of Court under ecclesiastical Crown authority. No member of the BAR has proven lawful delegation of constitutional power to interpret or enforce the organic Constitution. Under 22 U.S.C. § 611, any person acting on behalf of a foreign principal is a foreign agent and must be registered. No BAR member adjudicating matters in court presents proof of such registration or rebuttal to the presumption of foreign allegiance.

When a court, judge, or attorney engages in this framework without full disclosure, they commit constructive fraud. When they conceal the existence of fiduciary bonds, commercial trading of case instruments, and the use of foreign commercial law in place of constitutional due process, they participate in misprision of treason under 18 U.S.C. § 2382.

The weaponized courts seize our property, destroy lives and family without thinking of who is harmed.

This empowers the limitless plunder of America in total.

It is diabolical.

## SUMMARY

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

The ENEMY, complicit Judges and Attorneys (tyrannically claimed "Ultimate Sovereigns"), seized control of our legal system; and thus, control our country. The Federal Reserve Bank empowers the reign.

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

The Judges, Clerks and Government Officials of the United States have willfully violated their Oath and Duty.

Just look at the Judiciary Act of 1925 delivered by Congress after being sponsored by the Supreme Court. This was an American Bar Association By-Law X execution and direct attack of our Constitution and Liberty that haunts us today.

Restraint of liberty is unacceptable.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm to so many.

Thus, the Proclamation of Liberty and Justice for All decrees follow:

1) No harm of man is the Supreme covenant.
2) No man shall be deprived of life, liberty, or property but by the lawful judgment of his peers.
3) No court shall be bound to, contracted to, obligated to, and/or associated to any investment system, financial institution, and/or political organization; No outside influence or interest.
4) The Writ of Habeas Corpus is a right without fee for any restraint or violation of Liberty.
5) A physical Trial by Jury is the common law for claims of the human body, property, and taxes; unless all parties give written consent to an alternative jurisdiction.
6) The declaration and affirmation for all the American dominion Section 14 and Article 2 of the Northwest Ordinance (1787) An Ordinance for the government of the Territory of the United States northwest of the River Ohio.
7) The abolishment of the Federal Reserve Bank and the Court Registry Investment System (CRIS).

*"And upon this act, sincerely believed to be an act of justice, warranted by the Constitution, upon military necessity, I invoke the considerate judgment of mankind, and the gracious favor of Almighty God."- President Abraham Lincoln from the Emancipation Proclamation.*

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Respectfully,

Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

JUN 11 2026 AM11:36
FILED - USDC - BPT - CT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT Date: June 11, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

**Public Notice and Judicial Notice of Adverse Interests**

**Affidavit**

I, Andrew Hamilton Pritchard, Petitioner, Sui Juris, Living Free Man of God, file a Public Notice and Judicial Notice of Adverse Interests with the United States District Court for the District of Connecticut; the United States Department of Justice; the State of Connecticut Governor Ned Lamont (in his individual capacity); the State of Connecticut Attorney General William Tong (in his individual capacity); the Government of the State of Connecticut and the United States of America.

"We the People" and Andrew Hamilton Pritchard demand our secured liberty, our interest.

Law and Justice are the lynchpin for a prosperous and balanced society.

The United States District Court for the District of Connecticut; the United States Department of Justice; the State of Connecticut Governor Ned Lamont (in his individual capacity); the State of Connecticut Attorney General William Tong (in his individual capacity); the Government of the State of Connecticut and the United States of America's interest are controlling the narrative, tyrannical power, personal financial gain, and protecting the Federal Reserve Bank and systems.

Please note: The Federal Reserve Act of 1913 created a national currency and a monetary system operating through a Federal Reserve Bank privately owned by bank shareholders hidden by various corporate entities.

"We the People" and Andrew Hamilton Pritchard have no claim or ownership to this private Federal Reserve Bank. Our interests and goals are not the same.

Every major federal agency, including the White House, DOJ, IRS, DOD, and Judicial Branches, are registered in the DUNS® system, identified by Commercial and Government Entity (CAGE) Codes, and subject to the financial oversight of foreign-controlled interests such as the International Monetary Fund, the World Bank, and the Bank for International Settlements. These registrations are not symbolic—they are instruments of contractual jurisdiction, whereby presumed commercial entities consent to binding foreign administrative rules for the purposes of procurement, indemnity, and financial operation. The same instruments of contractual jurisdiction apply to all 50 States as well.

Through the Court Registry Investment System (CRIS), court cases are securitized, assigned CUSIP numbers, and traded as bonded instruments. Funds are transferred via the Federal Reserve District Banks. Every appearance in court initiates a presumption that the man or woman has consented to being treated as a legal person (trust res), and is subject to performance bonds, bid bonds, and payment bonds—with proceeds deposited into pooled revenue streams recorded in Annual Comprehensive Financial Reports (ACFRs). These are not hypothetical or theoretical constructs; they are present in the internal ledgers of federal, state, and municipal entities.

Any court connected to an investment system has bias, a conflict of interest and an adverse interest because the objective is financial gain, not justice.

Furthermore, the BAR Association monopoly is a foreign guild structure, with lineage tied to the Inns of Court under ecclesiastical Crown authority. No member of the BAR has proven lawful delegation of constitutional power to interpret or enforce the organic Constitution. Under 22 U.S.C. § 611, any person acting on behalf of a foreign principal is a foreign agent and must be registered. No BAR member adjudicating matters in court presents proof of such registration or rebuttal to the presumption of foreign allegiance.

When a court, judge, or attorney engages in this framework without full disclosure, they commit constructive fraud. When they conceal the existence of fiduciary bonds, commercial trading of case instruments, and the use of foreign commercial law in place of constitutional due process, they participate in misprision of treason under 18 U.S.C. § 2382.

The weaponized courts seize our property, destroy lives and family without thinking of who is harmed.

It is diabolical.

This empowers the limitless plunder of America in total.

Case 3:26-cv-00568-AWT Document 28 Filed 06/11/26 Page 3 of 9

All below by Notice are abandoned and uncontested:

**Dates of the Supreme Court Habeas Corpus Petitions in Default (Restitution):**

*September 13, 2024 – RE: Samuel A. Magliari, Jr., [Bill of Complaint -$1,767,881,784.00] State of Connecticut*

*September 13, 2024 – RE: Andrew Hamilton Pritchard & "We the People of Connecticut". [Bill of Complaint - $725,781,907,128.00] State of Connecticut*

*November 13, 2024 – RE: Joseph B. Elad & "We the People of America" [Bill of Complaint - $140,000,000,000.00] State of Delaware*

*December 16, 2024 – RE: "We the People of America" and Andrew Hamilton Pritchard. [Bill of Complaint - $33,755,862,000,000.00] United States Government*

*July 31, 2025 – RE: "The 658 Cantor Fitzgerald Employees Killed in 9/11" and Partner, Andrew Hamilton Pritchard. [Bill of Complaint - $673,888,633.00] Howard Lutnick and Cantor Fitzgerald*

*September 5, 2025 – RE: "We the People of America" and Andrew Hamilton Pritchard. [Bill of Complaint - $1,712,164,760.00] United States Government.*

*December 4, 2025 – RE: "2890 Farmers of New Jersey Farmland Preservation Program" and Shya Beth of Misty Brook Meadows Farm. [Bill of Complaint - $1,910,839,713.03] State of New Jersey*

*December 10, 2025 – RE: "We the People of America" and Andrew Hamilton Pritchard. [Bill of Complaint - $6,264,510,000,000.00] American Bar Association*

*Abandonment and Judicial Default Restitution* <u>*Total: $ 40,892,218,682,018.03*</u>

**Public Notice and Judicial Notice:**

*June 12, 2024: Connecticut Government - Loss of Authority*

*August 28, 2024: US District Court for Connecticut - Loss of Authority*

*November 12, 2024: US District Court for Delaware - Loss of Authority*

*February 6, 2025: US Court of Appeals Third Circuit - Loss of Authority*

*February 18, 2025: US Supreme Court - Loss of Authority*

*March 18, 2025: US Supreme Court and Congress - Loss of Authority*

*October 14, 2025: US Government and Palantir Technologies – War Crimes*

*November 14, 2025: Writ of Mandamus (Notice) US Supreme Court – War Crimes*

*November 25, 2025: American Bar Association (ABA) – War Crimes*

Case 3:26-cv-00568-AWT Document 83 Filed 09/14/26 Page 27 of 40

**Writs of Capias – Demand for Arrest to the US Supreme Court and/or Solicitor General:**

*August 22, 2025: Arrest of the nine Justices of the US Supreme Court.*

*September 8, 2025: Arrest of Chief Clerk of the US Supreme Court, Scott S. Harris.*

*September 18, 2025: Writ of Mandamus - Arrest of the Justices of the US Supreme Court.*

*October 3, 2025: Letter to Attorney General & Solicitor General of Arrest of Justices.*

*October 7, 2025: Letter to Attorney General & Solicitor General of Arrest of Sec. of Commerce, Howard Lutnick.*

*October 10, 2025: Arrest of US District Court of Delaware & Third Circuit Appellate Judges.*

*November 15, 2025: Arrest Letter to the President, Attorney General & Solicitor General for Loss of Power and Authority due to dereliction of Oath & Duty (Art II, Sec. 3) and violating Title 10 U.S. Code § 892 - Art. 92. Failure to obey order or regulation, and his powers are a nullity.*

*December 5, 2025: Arrest of US District Court of New Jersey Judges.*

*December 10, 2025: Arrest Letter and Affidavit of the American Bar Association (ABA) and the Connecticut Bar Association (CBA) sent to the Attorney General & Solicitor General.*

## CLAIMS FOR RELIEF

**COUNT ONE – VIOLATION OF THE SUPREMACY CLAUSE** {***From Case 3:26-cv-00568 Document 1 Filed 04/13/26 Page 24 of 33}

***73. Plaintiff hereby incorporates the foregoing paragraphs of the Complaint as if fully stated herein.

***74. The Supremacy Clause of the United States Constitution provides that "[t]his Constitution, and the Laws of the United States which shall be made in Pursuance thereof … shall be the supreme Law of the Land … any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." U.S. Const. art. VI, cl. 2.

Case 3:26-cv-00568-AWT Document 28 Filed 06/11/26 Page 5 of 9

**TO BE DETERMINED COUNTS – VIOLATION OF THE SUPREMACY CLAUSE**

LOSS OF AUTHORITY FOR JUDGES, STATE REFEREES, AND JUDGE TRIAL REFEREES due to WILLFUL VIOLATIONS of the Connecticut Practice Book Section 11-18; WILLFUL VIOLATIONS of the Administrative Procedures Act; WILLFUL VIOLATIONS of Title 18 U.S.C Section 241 Conspiracy Against Rights; WILLFUL VIOLATIONS of Title 18 U.S.C Section 242 Deprivation of Rights Under the Color of Law; FRAUD UPON THE COURT by FALSE REPRESENTATION of court record by signing ORDER as JUDGE when you are not a Judge; WILLFUL VIOLATION of Civil Procedure as to establishing a Trial by Jury due to the many obvious legal issues raised; WILLFUL VIOLATIONS of CGS 51-47 Salaries of judges. Practice of law prohibited. Membership on board of directors of bank prohibited. Longevity payments, and CGS 52-434 State Referee which requires "Written Consent" by both parties; FRAUD UPON THE COURT by False Representation with the statement "JUDGE" on ORDERS throughout Court Records which on the face of it is a FALSE STATEMENT; Complicit Judge Trial Referee without "Written consent" is a Complicit Participant in the massive Racketeering network to enable the "Fraud & Swindle", "Railroading", "Racketeering", "Seizure" and "Treason" by "War against the Constitution" and by obvious violations of the Administrative Procedures Act of 1946.

NO STANDING AND NO SUBJECT MATTER JURISDICTION with obvious NO DUE PROCESS as confirmed by the following violations TO THE U.S. CONSTITUTION; THE CONSTITUTION OF THE STATE OF CONNECTICUT; CONNECTICUT GENERAL STATUTES CHAPTER 952 Section 53a-119 Larceny; CGA SEC. 53a-121 Value of Property; CGA SEC. 42a-9-109(a)(3); CGA SEC. 42a-9-203(b);CGA SEC. 42a-9-607(b) 12 CFR 1026 Truth in Lending Act (TILA) Regulation Z, 12 USC 2605 Real Estate Settlement Procedures Act (RESPA) Section 6; CGS Sec. 53- 379(a) Residential Mortgage Fraud; CGS 47-30 Ejectment. Set-Off of Defendant's Improvements; CGS Sec. 52-434 State Referees; CGS 52-467 Punishment for refusal to obey writ or accept copy; CGS Sec. 53a-138 Forgery in the First Degree; CGS Sec. 53a-139 Forgery in the Second degree; CGS Sec. 53a-142a Filing a False Record; CGS Sec. 8- 265ee Notice to Mortgagee of Foreclosure; CGS Sec. 49-8a Penalty for Recording False Information; CGS Sec. 49-10 Assignment of Mortgage Debt-Requirements-Sufficient Notice of Assignment; CGS Sec. 47-36aa Validations re Conveyancing Defects of

Instruments Recorded after January 1, 1997, Insubstantial Defects-Defects re Power of Attorney-Defects re Conveyance by Fiduciary; CGS Sec. 47-5 Requirements re Conveyance of Land-Conveyance pursuant to Power of Attorney; CGS Sec. 53a-129a. Identity theft defined; CGS Sec. 53a-129b. Identity theft in the first degree: Class B felony; CGS Sec. 53a-129c. Identity theft in the second degree: Class C felony; CGS Sec. 53a-129d. Identity theft in the third degree: Class D felony; CGS Sec. 53a-129e. Trafficking in personal identifying information: Class D felony; CGS Sec. 52-571h. Action for damages resulting from identity theft; CGS 53a-130 Criminal Impersonation; CGS Sec. 53a-157b. (Formerly Sec. 53a-157). False statement: Class A misdemeanor; CGS Sec. 54-64a. Release by judicial authority; CGS Sec. 53a-180. Falsely reporting an incident in the first degree: Class D or C felony; CGS Sec. 53a-180b. Falsely reporting an incident concerning serious physical injury or death: Class D or C felony; CGS Sec. 53a-183. Harassment in the second degree: Class C misdemeanor; CGS 54-82m Speedy Trial; CGS Sec. 7-254. Delinquent assessments. Liens. Assignment of liens; CGS Sec. 52-215. Dockets. Jury cases. Court cases; CGS Sec. 52-218 Jury May Try Facts in Equitable Action; the Connecticut Corrupt Organizations and Racketeering Activity Act (CORA) CGS 53-393 et seq.; no DUE PROCESS as per the Constitution of Connecticut, the 5th Amendment, the 7th Amendment and 14th Amendment of the US Constitution; plus, The Right to Privacy' addressed in the 1st Amendment, 3rd Amendment, 4th Amendment, 5th Amendment and the "Liberty" Guarantee of the 14th Amendment of the US Constitution; 18 US Code 4 Misprision of felony; 18 U.S. Code § 3 - Accessory after the fact; Title 18 US Code 153 Embezzlement Against Estate; Title 18 U.S.C Section 241 Conspiracy Against Rights; Title 18 U.S.C Section 242 Deprivation of Rights Under the Color of Law; Title 42 US Code 122203 Prohibition Against Retaliation and Coercion; Title 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees; Title 9 18 U.S.C 1951 Hobbs Act; Title 5 Administrative Procedure Act 1946; Executive Order 13818 Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption; Executive Order 13848 Imposing Certain Sanctions in the Event of Foreign Interference in a United States Election; Title 50 U.S. Code 2204 Definitions "ENEMY", "SPOILS OF WAR", etc.; Title 5 U.S. Code § 3331 - Oath of office; Title 18 U.S. Code § 1918 - Disloyalty and asserting the right to strike against the Government; Title 18 U.S. Code § 1346 - Definition of "scheme or artifice to defraud"; Title 8 U.S. Code § 1481 - Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof;

Case 3:26-cv-00568-AWT Document 28 Filed 06/11/26 Page 7 of 9

presumptions; Title 22 U.S. Code § 611 – Definitions; Title 28 U.S. Code Chapter 176 - FEDERAL DEBT COLLECTION PROCEDURE; Title 22 U.S. Code § 286 - Acceptance of membership by United States in International Monetary Fund; Title 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof; Title 42 U.S. Code § 12202 - State immunity; Title 42 U.S. Code § 2000d–7 - Civil rights remedies equalization; Title 5 U.S. Code § 558 - Imposition of sanctions; determination of applications for licenses; suspension, revocation, and expiration of licenses; Title 18 U.S. Code § 2331 – Definitions "Domestic Terrorism"; Title 18 U.S. Code § 2332b - Acts of terrorism transcending national boundaries; Title 18 U.S. Code § 175 - Prohibitions with respect to biological weapons; Title 18 U.S. Code § 1091 – Genocide; Title 18 U.S. Code 2441 War Crimes; Title 18 U.S. Code § 2382 - Misprision of treason; Title 18 U.S. Code § 2381 – Treason; and CGS 54-170 Arrest without warrant.

IMMEDIATE ACTIONS REQUIRED:

1) ARREST COMPLICIT PERSONS.

   Sec. 54-170. Arrest without warrant. The arrest of a person may be lawfully made also by any peace officer or a private person, without a warrant, upon reasonable information that the accused stands charged in the courts of a state with a crime punishable by death or imprisonment for a term exceeding one year, but when so arrested the accused shall be taken before such a judge with all practicable speed and complaint shall be made against him under oath setting forth the ground for the arrest as in section 54-169; and thereafter his answer shall be heard as if he had been arrested on a warrant.

2) Complicit participants must be brought before an unbiased Grand Jury of the People (not an Investigatory Grand Jury made up of one or three biased Judges) to determine that a Trial by Jury and/or a Common Law Grand Jury must commence for crimes and Treason.

3) Pay December 28, 2025, Andy's Lawful War Crime Claims and Restitution for "We the People" - Abandonment and Judicial Default - Restitution Total: $ 40,892,218,682,018.03

Case 3:26-cv-00568-AWT Document 28 Filed 06/11/26 Page 8 of 9

## PRAYER FOR RELIEF

I, Andrew Hamilton Pritchard, Petitioner, Sui Juris, Living Free Man of God, humbly pray for the following relief:

Luke 2:14 KJV
*Glory to God in the highest, and on earth peace, good will toward men.*

That violations of the "Supremacy Clause", and complicit participants violations to their Oath & Duty to the Constitution for the United States of America are addressed with a fair and impartial jury for the purpose of:

1. Protect the innocent from government abuse.
2. Ensure the bad actors are accused and brought to justice.
3. Audit every facet of government.
4. Recognize that under Common Law there must be an injured party, harm.

Those violations of the Supremacy Clause violate federal law and are therefore invalid.

That any other relief deemed just and proper is rewarded.

Romans 13:1 KJV

*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

*So be it.*

## SUMMARY

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

The ENEMY, complicit Judges and Attorneys ("Ultimate Sovereigns"), seized control of our legal system; and thus, control our country. The Federal Reserve Bank empowers the reign.

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

The Judges, Clerks and Government Officials of the United States have willfully violated their Oath and Duty.

Just look at the Judiciary Act of 1925 delivered by Congress after being sponsored by the Supreme Court. This was an American Bar Association By-Law X execution and direct attack of our Constitution and Liberty that haunts us today.

Restraint of liberty is unacceptable.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm to so many.

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Thank you for your time and consideration in this matter.

Respectfully submitted,

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

**DEFENDANTS ATTACHMENT as of 9/11/2026:**

*SUI JURIS - ARREST WITHOUT WARRANT CGS 54-170:*

***United States v. Sandford, Fed. Case No.16, 221 (C.Ct.D.C. 1806).***

***In the early days of our Republic, "prosecutor" was simply anyone who voluntarily went before the grand Jury with a complaint.***

Affirmation by the Third Circuit Appellate Court of the use of a Writ of Capias

**On April 4, 2025, the United States Court of Appeals for the Third Circuit Document Case No. 24-2242 filed by Appellant titled "Writ of Capias-Demand for Arrest":**

***"Any further review must be sought in the United States Supreme Court"***

Legal Maxim: "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God."

Legal Maxim: "A claim not contested, stands true."

Legal Maxim: "He who does not deny, admits."

Legal Maxim: "Failure to enforce the law does not change it."

Legal Maxim: "A claim bought in law that is not contested or rebutted, then stands true. Hence silence to a controversy is considered consent to any judgment."

Legal Maxim: "An Unrebutted Affidavit is Truth."

Legal Maxim: "No one is judge in their own case."

Legal Maxim: "Judicial notice is a form of evidence."

**Defendants below are named in their individual capacity.**

## ***SUPREME COURT OF THE UNITED STATES***

John G. Roberts, Jr.
Clarence Thomas
Samuel A. Alito, Jr.
Sonia Sotomayor
Elena Kagan
Neil M. Gorsuch
Brett M. Kavanaugh
Amy Coney Barrett, Associate Justice
Ketanji Brown Jackson

Clerk of the Court

Scott S. Harris

## ***CONNECTICUT:***

United States District Court for the District of Connecticut Judge

Victor Bolden

Omar A. Williams

Sarala V. Nagala

Alvin W. Thompson

Chief Justice of the Supreme Court

Chase Theodora Rogers (RET. 2018)
Richard A. Robinson

Superior Court Judges

Robert L. Genuario
Kevin M. Tierney
Kevin A. Randolph
John F. Blawie
Charles T. Lee

A. William Mottolese
John F. Kavanewsky, Jr.
Ronald E. Kowalski, II
Douglas C. Mintz
David R. Tobin
Kenneth B. Povodator
Walter Michael Spader, Jr.
Bruce P. Hudock
Vikki Cooper
Robert G. Golger
Alex V. Hernandez
Sheila Ann Ozalis
Taggart D. Adams
Yamini Menon
Thomas Colin
Eric Tindil
William Clark
Gary White
Donna Heller
Margarita Moore
Mary Elizabeth Reid
Peter McShane
Maria Gonzales
Scott M. Jones

Chief Court Administrator, Judge

Patrick L. Carroll, III

Appellate Court Judges

Joseph P. Flynn
Bethany Jean Alvord
Alexandra Davis Dipentima

Connecticut Governor

Ned Lamont
Dannel P. Malloy

Connecticut Attorney General

William Tong and other Complicit Participants

Deputy Assistant State's Attorney

Laurence Tamaccio

## *DELAWARE*

United States Court of Appeals for the Third Circuit Judge

Tamika R. Montgomery-Reeves
Patty Shwartz
Anthony J. Scirica

United States District Court for the District of Delaware Judge

Colm Felix Connolly
Richard G. Andrews
Jennifer L. Hall
Maryellen Noreika
Gregory B. Williams

United States District Court of Delaware Clerk of Court

Randall C. Lohan

Delaware Supreme Court Justice

Abigail M. Legrow
Karen L. Valihura

Gary F. Traynor
N. Christopher Griffiths
Superior Court Judge

Eric M. Davis
Dannielle J. Brennan

Delaware Governor

John Carney and other Complicit Participants

***MISSOURI***

United States District Court for the Western District of Missouri Judge

Megan Blair Benton

Superior Court Judge/Commissioner

Amy R. Ashelford
Blake Carmichael Sherer

***NEW JERSEY***

United States District Court for the District of New Jersey Judge

Renee Marie Bumb
Jamel K. Semper
Christine P. O'Hearn

Superior Court Judge

Frank J. DeAngelis
James M. DeMarzo
Jonathan W. Romankow

David J. Weaver

**Sui Juris** • *Featuring Black's Law Dictionary, 2nd Ed.*

**Definition and Citations:**
Lat. Of his own right; possessing full social and civil rights; not under any legal disability, or the power of another, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self. Story, Ag. Affirmation by the Third Circuit Appellate Court of the use of a Writ of Capias directed the Petitioner to submit it to the Supreme Court of the United States.

*Meyer v. Nebraska, 262 US 390 - Supreme Court 1923*
*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus--may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*
***As to LIBERTY**, "While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."*

*Bond vs. UNITED STATES, 529 US 334 (2000)*
*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

On April 4, 2025, the United States Court of Appeals for the Third Circuit Document Case No. 24-2242 filed by Appellant titled "Writ of Capias-Demand for Arrest":

*"Any further review must be sought in the United States Supreme Court"*



UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 24-2242**

Elad v. Truist Bank

To: Clerk

1) Document filed by Appellant titled "Writ of Capias-Demand for Arrest"

---

No action will be taken on the foregoing submission. The Court issued an opinion and judgment in this case on February 3, 2025, affirming the District Court's judgment. The mandate was then issued on March 25, 2025.

With the issuance of this Court's mandate, the Court's decision became final and the Court lost any authority to alter or change its decision. Any legal or factual arguments that could have been made to the Court as to why this Court's decision was legally erroneous must have been made prior to the conclusion of the appeal. No further submissions will be considered in this case. Any further review must be sought in the United States Supreme Court in accordance with that Court's rules and procedures.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 4, 2025
JK/cc: Joseph B. Elad
All Counsel of Record

RECEIVED
APR - 1 2025
U.S.C.A. 3rd. CIR

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

JOSEPH B. ELAD, )
PLAINTIFF-APPELLANT )
)
V. ) **Case: 24-2242**
)
TRUIST BANK ET AL )
DEFENDANT-APPELLEE, )

**WRIT OF CAPIAS-DEMAND FOR ARREST:** United States Court of Appeals for the Third Circuit Judge Patty Shwartz, United States Court of Appeals for the Third Circuit Judge Tamika R. Montgomery-Reeves, United States Court of Appeals for the Third Circuit Judge Anthony J. Scirica; and the other Complicit Participants in the Petition named above pursuant to Delaware Code Title 11 § 2514. Arrest without warrant.

The Complicit Judges and Clerks engage in "SEDITIOUS CONSPIRACY" (Title 18 US Code 2384) as an "ENEMY" (Title 50 U.S. Code 2204) executing "DOMESTIC TERRORISM" (Title 18 U.S. Code 2331) and TREASON (Title 18 U.S. Code 2381) against "the People" of America by weaponizing judicial authority for any objective and/or target.

Misprision of Treason by Judges to hide the Treason of Judges is blatant.

A Trial by Jury is demanded and required for even the "appearance of justice" to exist when Judges are charged.

*"A Fox can't judge other Foxes for the Hen House Massacre."*

Maxim of Law: *"Judicial notice is a form of evidence."*