AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States of America
*Plaintiff*
v.
State of Connecticus, et al.,
*Defendant*

Case No. 3:26-cv-00568

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America .

Date: 09/15/2026

/s/ Garrett Greene
*Attorney's signature*

Garrett Greene (TX Bar No. 24096217)
*Printed name and bar number*

450 Fifth Street, N.W., Ste. 6400 South
Washington, D.C. 20001
*Address*

garrett.greene@usdoj.gov
*E-mail address*

(202) 549-9429
*Telephone number*

*FAX number*

Print Save As... Reset