**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CONNECTICUT, *et al.*,<br>Defendants. | No. 3:26-cv-568-AWT<br><br>SEPTEMBER 17, 2026 |

**MOTION TO WITHDRAW APPEARANCE**

In accordance with Local Rule 7(e), the undersigned counsel respectfully requests leave of the Court to withdraw his appearance on behalf of Plaintiff the United States of America in the above-captioned matter. Plaintiff remains represented by able co-counsel, Senior Litigation Counsel Garrett Greene and Trial Attorney Kevin Peterson, both of whom have filed appearances on behalf of Plaintiff. *See* ECF Nos. 81, 84, 85. The undersigned is departing the Civil Division of the U.S. Department of Justice for a new position and will be unable to continue representing Plaintiff in this matter. The undersigned counsel represents that a copy of this motion has been sent via email to Plaintiff in accordance with Local Rule 7(e).

WHEREFORE, the undersigned respectfully moves the Court to grant his motion to withdraw his appearance on behalf of Plaintiff in the above-captioned matter.

Dated: September 17, 2026

Respectfully Submitted,

*/s/ Jackson M. Story*

JACKSON M. STORY
Trial Attorney (FL Bar No. 1032001)
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, D.C. 20044
(202) 451-7304
jackson.m.story@usdoj.gov