SEP 30 2026 PM2:59
FILED - USDC - BPT - CT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT Date: September 30, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

**Proclamation of Judgment in Law for "Domestic Terrorism", "War Crimes" and Treason against State of Connecticut Governor Ned Lamont (in his individual capacity) and State of Connecticut Attorney General William Tong (in his individual capacity).**

On the thirtieth day of September, in the year of our Lord two thousand and twenty-six, I, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, *"in fact Sovereign" {Bond vs. UNITED STATES, 529 US 334 (2000)},* in my American dominion issues a Proclamation of Judgment in Law of "Domestic Terrorism", "War Crimes" and Treason by State of Connecticut Governor Ned Lamont and State of Connecticut Attorney General William Tong with authority defined within the Proclamation.

Legal Maxim: *"An unrebutted affidavit becomes the judgment in law."*

Sampson v. Channell, 110 F.2d 754, 762 (1st Cir. 1940): *This case reiterates that an affidavit stands as truth unless specifically rebutted. The government, like any other party, is bound to respond to an affidavit in a timely and substantive manner.* ***Ignoring it does not extinguish its validity; instead, it acknowledges the claims as true.***

**Affidavit:** I, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, and for "We the People of America" proclaim our secured Liberty and Justice for All; and proclaim State of Connecticut Governor Ned Lamont (in his individual capacity) and State of Connecticut Attorney General William Tong (in his individual capacity) are guilty of "Domestic Terrorism", "War Crimes" and Treason.

Decrees.

State of Connecticut Governor Ned Lamont (in his individual capacity) and State of Connecticut Attorney General William Tong (in his individual capacity) are guilty of "Domestic Terrorism", "War Crimes" and Treason.

I declare and affirm for all the American dominion the Constitution for the United States of America;

*"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."*

*Article. III.*

*Section. 3.*

*Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.*

*The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.*

On September 29, 2026, State of Connecticut Governor Ned Lamont and State of Connecticut Attorney General William Tong filed REPLY IN SUPPORT OF THE STATE DEFENDANTS' MOTION TO DISMISS (ECF. #90).

The REPLY IN SUPPORT OF THE STATE DEFENDANTS' MOTION TO DISMISS (ECF. #90) filing demonstrates that Governor Ned Lamont and Attorney General William Tong have received all Affidavits, Public Notices and Judicial Notices.

All claims by affidavit are uncontested; thus, tacit acquiescence and guilt.

The "ENEMY" claim to be "Ultimate Sovereigns" with the power of "Ultimate Sanctions" and "Final Sanction" that enables an endless assault on the American People under the cover of the judicial branch.

In contrast, I, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, "in fact Sovereign" *Bond vs. UNITED STATES, 529 US 334 (2000),* stand by the July 7, 2026, Proclamation of Liberty and Justice for All (ECF No. 32).

The following are examples of the willfully "ignored".

AUG 31 2026 AM 9:10
FILED - USDC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT Date: August 31, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

SECOND WRIT OF MANDAMUS OF ABANDONMENT, DEFAULT, & TACIT ACQUIESCENCE (To the Clerk: this is not a "Motion". It is a command.)

PROCLAMATION & AFFIDAVIT: STATEMENT OF TRUTH

To the Clerk of the Court,

It is your administrative duty as per Fed. R. Civ. P. 55 to execute in your official capacity the default of the uncontested claims/charges and total restitution of $40,892,218,682,018.03 as stated on June 11, 2026, Public Notice and Judicial Notice of Adverse Interests – Affidavit (Doc. # 28) due to abandonment, default and tacit acquiescence. Treble damages are required due to "Domestic Terrorism" by the mutiny of our government. (See Attachments)

The court has abandoned all pleadings and all claims are uncontested; thus, tacit acquiescence. The entry of default and restitution is required to be lawfully executed.

All Affidavits delivered by Petitioner, Andrew Hamilton Pritchard, Sui Juris, Living Free Man of God, are uncontested. No responses were entered; abandonment and tacit acquiescence.

As a Partner and Managing Director of Cantor Fitzgerald & Co. during September 11, 2001, the pain of the memories combined with the theft of my partnership and patents by complicit Secretary of Commerce, Howard Lutnick, is only matched by the seizure of my home of thirty-one years by over fifty or more complicit Police Officers at a civil matter, assault. (See pictures)

AUG 18 2026 PM2:23
FILED - USDC - BPT - CT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE: 3:26-cv-568-AWT Date: August 18, 2026

THE UNITED STATES OF AMERICA, Plaintiff,

v.

STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his Official Capacity; WILLIAM TONG, Attorney General of Connecticut, in his Official Capacity; CITY OF NEW HAVEN, CONNECTICUT; JUSTIN ELICKER, Mayor of New Haven, in his Official Capacity, Defendants.

Petitioner:
Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut

Judicial Notice and Public Notice: *The Court, the Department of Justice of the United States, the Governor and the Attorney General of the State of Connecticut are Ordered to Execute as Required by "Oath and Duty" to the United States Constitution and the Constitution of the State of Connecticut the Writ of Capias – Arrest for "Domestic Terrorism", "Manslaughter", and more, so help me God. (Enforcement of Law)*

Affidavit: I, Andrew Hamilton Pritchard, Petitioner, Sui Juris, Living Free Man of God, *"in fact Sovereign" {Bond vs. UNITED STATES, 529 US 334 (2000)}*, file Judicial Notice and Public Notice to the Court, the Department of Justice of the United States, the Governor and the Attorney General of the State of Connecticut are ordered to execute as required by "Oath and Duty" to the United States Constitution and the Constitution of the State of Connecticut the Writ of Capias – Arrest pursuant to Connecticut General Statute (CGS) 54-170 Arrest without Warrant for "Domestic Terrorism", "Manslaughter", and more, so help me God. (Enforcement of Law)

Judge Trial Referee Robert Genuario (in his individual capacity), Judge Trial Referee John Kavanewsky Jr. (in his individual capacity), Judge Trial Referee Kevin Tierney (in his individual capacity), and other Complicit Participants (in their individual capacity) weaponize their government judicial authority to intimidate, coerce, kidnap, seize and terrorize the civilian population. Families, homes, lives and more are harmed and destroyed by these diabolical men.

# WAR CRIMES - Title 18 U.S. Code § 2441

## PUBLIC NOTICE & JUDICIAL NOTICE (11/25/2025):

All Officers, Agents, Clerks, Judges, Administrators, and Actors of the Corporations and Associations Doing Business as the STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF NEW JERSEY, and the GOVERNMENT OF THE UNITED STATES; plus, PALANTIR TECHNOLOGIES INC., CONNECTICUT BAR ASSOCIATION, and AMERICAN BAR ASSOCIATION have No Authority to Adjudicate, Govern or Legislate as they are "AT WAR WITH THE U.S. CONSTITUTION" and "ENGAGE IN ACTS OF TREASON". They are the "ENEMY" of the American People executing "DOMESTIC TERRORISM" and "GENOCIDE" by "SEDITIOUS CONSPIRACY" in weaponized courts, and the use of "BIOLOGICAL WEAPONS" by delivery systems from injection to Climate Engineering.

## CHARGES & CLAIMS:

Title 18 U.S. Code 2441 War Crimes; Title 18 U.S. Code § 2384 - Seditious conspiracy; Title 18 U.S. Code § 2331 – Definitions "Domestic Terrorism"; Title 18 U.S. Code § 2332b - Acts of terrorism transcending national boundaries; Title 18 U.S. Code § 175 - Prohibitions with respect to biological weapons; Title 18 U.S. Code § 1091 – Genocide; Title 18 U.S. Code § 2382 - Misprision of treason; and Title 18 U.S. Code § 2381 – Treason by a weaponized the US Judicial Branch from top to bottom executing upon "We the People" of America through pirated power affirmed by "ENEMY" Courts. Plus, violation of the Justice for Victims of War Crimes Act & Geneva Conventions as affirmed by October 8, 2025, DECLARATION AND ORDER OF THE ALLIANCE OF INDIGENOUS NATIONS (AIN) INTERNATIONAL TRIBUNAL which states, "This Tribunal finds and hereby declares that the 'COVID-19 nanoparticle injections' or 'mRNA nanoparticle injections' or 'COVID-19 injections meet the criteria of biological weapons and weapons of mass destruction, according to the Biological Weapons Anti-Terrorism Act, of 1989, 18 USC § 175; Weapons and Firearms § 790.166 Fla. Stat. (2023), Canada's Biological and Toxin Weapons Convention Implementation Act, 2004, and the International Biological Weapons Convention. This Tribunal finds and hereby declares that the COVID-19 injections, mRNA injections, or mRNA nanoparticle injections, are in fact biological and technological weapons of mass destruction." Climate Engineering systems affirmed by Geoengineeringwatch.org.

## LEGAL MAXIM:

The government is to be subject to the law, for the law makes the government.

## AUTHORITY:

As a living-breathing American Man, one of "We the People", the Owners of Our Government, I, Andrew Hamilton Pritchard, Sui Juris, have the authority to address any felony that I witness firsthand (CGS 54-170 Arrest without Warrant). (King James Version) Galatians 6:7-8, *Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap. For he that soweth to his flesh shall of the flesh reap corruption; but he that soweth to the Spirit shall of the Spirit reap life everlasting. Amen.*

Respectfully,

Andrew Hamilton Pritchard, American, Free-Man, 9 Sylvester Court, Norwalk, Connecticut

**Authority, as it is written.**

Roman 13:1 (KJV)
*Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.*

Luke 10:19 (KJV)
*Behold, I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you.*

Authority, as affirmed by case law of man.

*Bond vs. UNITED STATES, 529 US 334 (2000)*

*The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.*

*Marbury v. Madison, 5 US 137, (1803)*

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."*

*Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)*

*Note: Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of **treason.** The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).*

*Meyer v. Nebraska, 262 US 390 - Supreme Court 1923*

*Take judicial notice of an adjudicated fact by the Supreme Court, that writ of habeas corpus-- may be invoked if the petitioner is free from bodily restraint and thereby the court is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed.*

***As to LIBERTY, "While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but***

***also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."***

## SUMMARY

*Maxim of Law – "The main objective of government is the protection and preservation of personal property, private rights, public liberties and upholding the law of God." All aspects of "government" at all levels must be fully transparent and fully accountable to the people they swore to protect and serve.*

It is upon "the People" to ensure justice prevails when those in positions of power reveal themselves to be an enemy of those who put their trust in them.

State of Connecticut Governor Ned Lamont (in his individual capacity) and State of Connecticut Attorney General William Tong (in his individual capacity) have willfully violated their Oath and Duty.

Thus, the Proclamation of Judgment in Law of "Domestic Terrorism", "War Crimes" and Treason by State of Connecticut Governor Ned Lamont (in his individual capacity) and State of Connecticut Attorney General William Tong (in his individual capacity) decrees guilty as charged.

The obvious and most basic violations of Human and Constitutional Rights result in extraordinary irreparable harm to so many.

*"And upon this act, sincerely believed to be an act of justice, warranted by the Constitution, upon military necessity, I invoke the considerate judgment of mankind, and the gracious favor of Almighty God."- President Abraham Lincoln from the Emancipation Proclamation.*

King James Version (KJV) Galatians 6:7, "Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap."

Respectfully,

Andrew Hamilton Pritchard, Sui Juris
Living Free Man of God,
"in fact Sovereign" (*Bond vs. UNITED STATES, 529 US 334 (2000)*)
Beneficiary in Equity/Executor/Owner
9 Sylvester Court
Norwalk, Connecticut