**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

USA

Case: 3:26-cv-00568-AWT

v.

State of Connecticut et al

## ORDER RETURNING SUBMISSION

We received your submission however; it is deficient in the area(s) checked below:

☐ Our records indicate you are represented by counsel in this matter. Therefore, all filings must be made by the attorney of record.

☐ Plaintiff is restricted from filing a new complaint in this district, without prior leave of the Court.

☐ Your pro se appearance is being returned because the rights of self-representation and representation by counsel cannot be both exercised at the same time. (See O'Reilly v. New York Times Co., 692 F.2d 863, 868 (2d Cir. 1982.)

☑ Other:

As of 9/1/2026, Movant, Andrew Hamilton Pritchard has been terminated as a party on the above case. Please refer to the attached Order at ECF No. 92
(See attached Order)

The Clerk is hereby ORDERED to return the above document.

Date: October 13, 2026

/s/ Judge Alvin W. Thompson
U.S. District Court Judge

( )

Rev. 12-10-24