**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:26-CV-00568-AWT |
| | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, ET AL. | : | |
| | : | |
| *Defendants.* | : | OCTOBER 20, 2026 |

**DEFENDANTS CITY OF NEW HAVEN'S AND MAYOR JUSTIN ELICKER'S**
**REQUEST FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants City of New Haven and Mayor Justin Elicker respectfully request leave to file the attached notice of supplemental authority to alert this Court to *United States v. City of New York*, No. 25-CV-04084 (E.D.N.Y. Oct. 15, 2026) ("Slip Op."), in which the District Court for the Eastern District of New York addresses the preemption, intergovernmental immunity, and commandeering issues previously briefed by the parties. *See* Attachment A ("Notice of Supp. Auth.") & Attachment B (Slip Op.); *see also* ECF No. 30 ("Mem. of Law") at 13–22, 25–32; ECF No. 58 ("Opp.") at 11–23, 35–37; ECF No. 89 ("Reply") at 2–8. Among other findings, the court held that the United States's suit against New York City for municipal policies similar to New Haven's Welcoming City Order failed to state a claim on either preemption or intergovernmental immunity grounds, and that the relief sought by the United States was precluded by the Tenth Amendment, and granted the defendants' motion to dismiss.

Respectfully submitted,

DEFENDANTS

CITY OF NEW HAVEN JUSTIN ELICKER

By: *_/s/ Christopher M. Mattei_*
Christopher M. Mattei (ct27500)
Margaret M. Donovan (ct31787)
Colin S. Antaya (ct31355)
KOSKOFF KOSKOFF & BIEDER
350 FAIRFIELD AVE.
BRIDGEPORT, CT 06604
TEL: 203-336-4421
FAX: 203-368-3244
cmattei@koskoff.com
mdonovan@koskoff.com
cantaya@koskoff.com

By: *_/s/ Allison R. Jacobs_*
Allison Jacobs (ct31207)
Corporation Counsel for the City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
475-331-3244
ajacobs@newhavenct.gov

By: *_/s/ Harold Hongju Koh_*
Harold Hongju Koh (ct01347)
Bruce C. Swartz* (DC Bar # 358928)
Peter Gruber Rule of Law Clinic[1]
Yale Law School
127 Wall Street, P.O. Box 208215
203-432-4932
harold.koh@ylsclinics.org
bruce.swartz@yale.edu

* *Application for Admission Pro Hac Vice Forthcoming.*

[1] Law-student intern Kit Beyer contributed to this request's drafting under supervision by counsel. This brief sets forth the position of the signatories, as represented by counsel and law-student members of the Peter Gruber Rule of Law Clinic, but does not purport to state the views of Yale Law School or Yale University.

By: *<u>/s/ Toby Merrill</u>*

Toby Merrill** (MA Bar # 601071)
Erin Monju** (DC Bar # 90036952)
Kayla Svihovec** (DC Bar # 1735588)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
toby.merrill@publicrightsproject.org
erin.monju@publicrightsproject.org
kayla.svihovec@publicrightsproject.org

***Not licensed to practice law in California.*