UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

USA

v.

State of Connecticut

Case: 3:26-cv-00568-AWT

# ORDER RETURNING SUBMISSION

We received your submission however; it is deficient in the area(s) checked below:

☐ Our records indicate you are represented by counsel in this matter. Therefore, all filings must be made by the attorney of record.

☐ Plaintiff is restricted from filing a new complaint in this district, without prior leave of the Court.

☐ Your pro se appearance is being returned because the rights of self-representation and representation by counsel cannot be both exercised at the same time. (See O'Reilly v. New York Times Co., 692 F.2d 863, 868 (2d Cir. 1982.)

☑ Other:

Order [92] states that any filings received from Andrew Hamilton Pritchard in this case shall be returned, as he has been terminated as a party.

The Clerk is hereby ORDERED to return the above document.

Date: October 30, 2026

*/s/ Alvin W. Thompson*

U.S. District Court Judge

( JP )

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Connecticut**

## Notice of Electronic Filing

The following transaction was entered on 10/7/2026 at 11:57 AM EDT and filed on 10/7/2026

**Case Name:** USA v. State of Connecticut et al
**Case Number:** 3:26-cv-00568-AWT
**Filer:**
**Document Number:** 92(No document attached)

**Docket Text:**
**ORDER: The court denied Mr. Pritchard's Motion to Intervene (ECF No. [79]). Subsequently, Mr. Pritchard has filed proclamations and notices, but he is not authorized to do so. Therefore, the Clerk shall not accept or docket any such filings by Mr. Pritchard, and any such filings that have been accepted but not docketed shall be returned. It is so ordered. Signed by Judge Alvin W. Thompson on 10/07/2026. (SO)**

**3:26-cv-00568-AWT Notice has been electronically mailed to:**

Harold Hongju Koh harold.koh@ylsclinics.org

Christopher M. Mattei CMattei@Koskoff.com, abergstrom@koskoff.com, dzalewski@koskoff.com, pseshadri@koskoff.com

Roderick Ryan Williams rwilliam@newhavenct.gov, irivera@newhavenct.gov

Tadhg Dooley tdooley@wiggin.com, asierra@wiggin.com, lweeden@wiggin.com

Edward David Rowley edward.rowley@ct.gov, jenny.vidaurre@ct.gov, maryfrances.goldman@ct.gov

Michael Rondon michael.rondon@ct.gov

Allison Jacobs ajacobs@newhavenct.gov

Colin S. Antaya cantaya@koskoff.com, scasley@koskoff.com

Margaret Donovan mdonovan@koskoff.com, abergstrom@koskoff.com, cmanier@koskoff.com

Armando Ghinaglia aghinaglia@wiggin.com

Toby Merrill toby.merrill@publicrightsproject.org, litfile@publicrightsproject.org, toby.publicrightsproject.org@recap.email

Erin Monju erin@publicrightsproject.org, litfile@publicrightsproject.org

Kayla Max Svihovec kayla.svihovec@publicrightsproject.org, 7f6a4faba8848aa7cff27c4cd8c67056@recap.email, litfile@publicrightsproject.org

Kevin Peterson kevin.a.peterson@usdoj.gov, ocl.files@usdoj.gov

Garrett Greene garrett.greene@usdoj.gov, Sergio.A.Aguirre.Poloche@usdoj.gov, ocl.files@usdoj.gov

**3:26-cv-00568-AWT Notice has been delivered by other means to:**

Brandon Michael Hayes
159 Indian Hill Street
West Newbury, MA 01985