**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>STATE OF CONNECTICUT, ET AL.<br>*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>: | 3:26-CV-00568-AWT<br><br><br><br><br><br>NOVEMBER 12, 2026 |

**MOTION TO WITHDRAW APPEARANCE**

In accordance with Local Rule 7(e), the undersigned counsel respectfully requests leave of the Court to withdraw her appearance on behalf of Defendants the City of New Haven and Justin Elicker in the above-captioned matter. These Defendants remain represented by able co-counsel, including Toby Merrill and Kayla Svihovec at Public Rights Project.

The undersigned is departing from Public Rights Project and will be unable to continue representing the Defendants in this matter. The undersigned represents that a copy of this motion has been sent via email to the City Defendants in accordance with Local Rule 7(e).

WHEREFORE, the undersigned respectfully moves that this Court grant her motion to withdraw her appearance from the above-captioned matter.

By: */s/ Erin Monju*
Erin Monju (DC Bar No. 9003652)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
erin.monju@publicrightsproject.org

**Admitted pro hac vice. Not admitted in California.*

**CERTIFICATION**

I hereby certify that on November 12, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Erin Monju*
Erin Monju